**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**



FILED

OCT 15 2019

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

**IN RE: CAPITAL ONE CONSUMER DATA
SECURITY BREACH LITIGATION**

MDL No. 2915

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –1)**

On October 2, 2019, the Panel transferred 17 civil action(s) to the United States District Court for the Eastern District of Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2019). Since that time, no additional action(s) have been transferred to the Eastern District of Virginia. With the consent of that court, all such actions have been assigned to the Honorable Anthony J. Trenga.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Virginia and assigned to Judge Trenga.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Virginia for the reasons stated in the order of October 2, 2019, and, with the consent of that court, assigned to the Honorable Anthony J. Trenga.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK

**IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION**

MDL No. 2915

## SCHEDULE CTO–1 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| | | | |
| **CALIFORNIA CENTRAL** | | | |
| | | | |
| CAC | 2 | 19–06965 | Abraham Atachbarian v. Capital One Financial Corporation |
| CAC | 8 | 19–01689 | Randy Zimprich v. Capital One Financial Corporation |
| **CONNECTICUT** | | | |
| | | | |
| CT | 3 | 19–01242 | Janik v. Capital One Financial Corporation et al |
| **DISTRICT OF COLUMBIA** | | | |
| | | | |
| DC | 1 | 19–02357 | GRIMM et al v. CAPITAL ONE FINANCIAL CORPORATION et al |
| DC | 1 | 19–02447 | MILLER v. CAPITAL ONE FINANCIAL CORPORATION et al |
| DC | 1 | 19–02489 | AGNEW et al v. CAPITAL ONE FINANCIAL CORPORATION |
| DC | 1 | 19–02503 | IMPERATORI v. CAPITAL ONE FINANCIAL CORPORATION et al |
| **FLORIDA MIDDLE** | | | |
| | | | |
| FLM | 8 | 19–01915 | Wise et al v. Capital One Financial Corporation et al |
| **INDIANA SOUTHERN** | | | |
| | | | |
| INS | 1 | 19–03217 | JACOBS v. CAPITAL ONE FINANCIAL CORPORATION et al |
| **NEW YORK EASTERN** | | | |
| | | | |
| NYE | 1 | 19–04507 | Tsirigos et al v. Capital One Bank (USA), N.A. |
| NYE | 1 | 19–05040 | Mallh et al v. Capital One Financial Corporation et al |
| NYE | 2 | 19–04782 | Tadler v. Capital One Financial Corporation et. al. |

**NEW YORK NORTHERN**

| NYN | 3 | 19–01001 | Potts v. Capital One, N.A. et al |

## NEW YORK SOUTHERN

| NYS | 1 | 19–07752 | Greenberg et al v. Capital One Financial Corporation et al |
| NYS | 1 | 19–07917 | Bowen et al v. Capital One Financial Corporation et al |
| NYS | 1 | 19–08248 | Jerusalem v. Capital One Bank N.A. |

## PENNSYLVANIA EASTERN

| PAE | 2 | 19–03512 | HAQUE v. CAPITAL ONE FINANCIAL CORPORATION et al |

## PENNSYLVANIA MIDDLE

| PAM | 1 | 19–01368 | Robertson v. Capital One, N.A. et al |

## WASHINGTON WESTERN

| WAW | 2 | 19–01218 | Hoskinson–Short et al v. Capital One Financial Corporation et al |
| WAW | 2 | 19–01223 | Desoer v. Capital One Financial Corporation et al |
| WAW | 2 | 19–01303 | Most Wanted Motorsports LLC v. Capital One Financial Corporation et al |
| WAW | 2 | 19–01304 | Summer et al v. Amazon Web Services Inc et al |
| WAW | 2 | 19–01361 | Lundgren et al v. Capital One Financial Corporation et al |
| WAW | 2 | 19–01366 | Curtis et al v. Capital One Financial Corporation et al |
| WAW | 2 | 19–01397 | Ababseh v. Capital One Financial Corporation et al |

## WISCONSIN WESTERN

| WIW | 3 | 19–00623 | Baisden, Michelle et al v. Capital One Financial Corporation et al |