IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:19-cv-02929-AJT-JFA, Case Name Aballo et al v. Capital One Financial Corporation et al

MDL 1:19-md-02915-AJT-JFA     Party Represented by Applicant: Defendant GitHub, Inc.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Michael Graham Rhodes    Bar Identification Number 116127 - California
Firm Name  Cooley LLP    Phone # 415-693-2000    Direct Dial # 415-693-2181    FAX # 415-693-2222
E-Mail Address   mrhodes@cooley.com
Office **Mailing** Address 101 California Street, Fifth Floor, San Francisco, CA 94111-5800

Name(s) of federal court(s) in which I have been admitted U.S. Court of Appeals for the Ninth Circuit; U.S. Court of Appeals for the Tenth Circuit, U.S. District Court, Northern District of CA; U.S. District Court, Central District of California; U.S. District Court, Southern District of CA; U.S. District Court, Eastern District of CA; U.S. District court, District of Colorado, U.S. District Court, Western District of Wisconsin.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am not a full-time employee of the United States of America.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.    _____    11/6/2019
                                                                (Signature)                    (Date)
                                                        Scott W. Stemetzki                86246
                                                        (Typed or Printed Name)         (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____


_____                    _____
(Judge's Signature)                                 (Date)