AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION <br> *Plaintiff* <br> v. <br> *Defendant* | ) ) ) ) ) ) Case No. 1:19-md-02915 |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Capital One Financial Corporation, Capital One Bank (USA), N.A., Capital One, N.A.    .

Date:  November 6, 2019

/s/ Kevin J. O'Brien
*Attorney's signature*

Kevin J. O'Brien, VA Bar No. 78886
*Printed name and bar number*

King & Spalding LLP
1180 Peachtree Street, N.E., Suite 1600
Atlanta, GA 30309
*Address*

kobrien@kslaw.com
*E-mail address*

404-572-2442
*Telephone number*

404-572-5100
*FAX number*