IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number <u>MDL No. 1:19md2915</u>, Case Name <u>IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION</u>
Party Represented by Applicant: <u>Capital One Financial Corp., Capital One Bank (USA), N.A., Capital One, N.A.</u>

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) <u>David Lewis Balser</u>
Bar Identification Number <u>035835</u>   State <u>Georgia</u>
Firm Name <u>King & Spalding LLP</u>
Firm Phone # <u>404-572-4600</u>   Direct Dial # <u>404-572-2782</u>   FAX # <u>404-572-5100</u>
E-Mail Address <u>dbalser@kslaw.com</u>
Office **Mailing** Address <u>1180 Peachtree Street, N.E., Suite 1600, Atlanta, GA 30309</u>

Name(s) of federal court(s) in which I have been admitted <u>See attachment "A"</u>

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not <u>X</u> a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____   _____
(Signature)                      (Date)

_____   _____
(Typed or Printed Name)          (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted <u>X</u> NO

The motion for admission is GRANTED ✓ or DENIED _____

_____/S/_____ JFA
John F. Anderson
United States Magistrate Judge          Nov. 7, 2019
(Judge's Signature)                     (Date)

## ATTACHMENT "A"

List of Federal courts in which David Lewis Balser has been admitted:

| Name of Court | Year of Admission |
|---|---|
| United States District Court, Northern District of Georgia | 1989 |
| United States Court of Appeals, 10th Circuit | 1990 |
| United States Court of Appeals, 11th Circuit | 2000 |
| United States District Court, Middle District of Georgia | 2000 |
| United States Supreme Court | 2003 |
| United States Court of Appeals, 6th Circuit | 2005 |
| United States Court of Appeals, 9th Circuit | 2010 |
| United States Court of Appeals, 7th Circuit | 2018 |