IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number MDL 1:19-md-2915 , Case Name |
Party Represented by Applicant: _____

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) William Lewis Garrison, Jr.
Bar Identification Number 3591-N74W    State Alabama
Firm Name Heninger Garrison Davis, LLC
Firm Phone # 205-326-3336    Direct Dial # 205-327-9111    FAX # 205-326-3332
E-Mail Address lewis@hgdlawfirm.com
Office Mailing Address 2224 1st Avenue North, Birmingham, AL 35203

Name(s) of federal court(s) in which I have been admitted See attachment "A"

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not  X  a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____ _____
(Signature) (Date)

_____ _____
(Typed or Printed Name) (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted ✓ AD

The motion for admission is GRANTED _____ or DENIED  X 

APPLICANT MUST SIGN THE STATEMENT

/s/ JFA
John F. Anderson
United States Magistrate Judge
(Judge's Signature)

Nov. 8, 2019
(Date)

ATTACHMENT "A"

List of all Federal Courts in which William Lewis Garrison, Jr., has been admitted to practice:

| Court | Date |
|---|---|
| Northern District of Alabama | 4/1984 |
| Middle District of Alabama | 7/1997 |
| Southern District of Alabama | 5/2010 |
| Northern District of Georgia | 2/1998 |
| Middle District of Georgia | 2/2005 |