

RECEIVED MAILROOM
NOV 13 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __1:19md2915__, Case Name __IN RE: CAPITAL ONE CONSUMER DATA SEC__
Party Represented by Applicant: __Plaintiffs Christina Labajo and Mary Yoon__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Frederick John Klorczyk III__
Bar Identification Number __320783__     State __California__
Firm Name __Bursor & Fisher PA__
Firm Phone # __(925) 300-4455__     Direct Dial # _____     FAX # __(925) 407-2700__
E-Mail Address __fklorczyk@bursor.com__
Office Mailing Address __1990 N. California Blvd., Suite 940, Walnut Creek, California 94596__

Name(s) of federal court(s) in which I have been admitted __See attachment "A"__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)          (Date)

(Typed or Printed Name)          (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted __VAO__

The motion for admission is GRANTED __✓__ or DENIED _____

/s/ JFA
John F. Anderson
United States Magistrate Judge
(Judge's Signature)

Nov. 14, 2019
(Date)

## ATTACHMENT "A"

List of Federal courts in which Frederick John Klorczyk III has been admitted:

| Name of Court | Year of Admission |
|---|---|
| United States District Court, District of New Jersey | 2014 |
| United States District Court, Southern District of New York | 2014 |
| United States District Court, Eastern District of New York | 2014 |
| United States District Court, Northern District of New York | 2019 |
| United States Court of Appeals, 2nd Circuit | 2014 |
| United States Court of Appeals, 9th Circuit | 2018 |
| United States District Court, Northern District of California | 2018 |
| United States District Court, Central District of California | 2018 |
| United States District Court, Eastern District of California | 2018 |
| United States District Court, Southern District of California | 2018 |
| United States District Court, Northern District of Illinois | 2017 |
| United States District Court, Eastern District of Missouri | 2019 |