## EXHIBIT A

## STEVEN T. WEBSTER'S EDVA EXPERIENCE

| Case No. | Reference/Case Name/Party | Dates |
|---|---|---|
| 1:17-cr-00213-TSE | David Harris Miller | 9/20/2017 |
| 1:19-cv-01050-LMB | In re: Dominion Dental Services Data Breach Litigation | 8/09/2019 |
| 1:19-cv-01031-RDA | Plymouth County Retir. Sys. v. Evolent Health, et al | 8/08/2019 |
| 1:96-cv-01073-LMB | Haynie v. Zier, et al | 8/08/1996 |
| 1:17-po-00820-MSN | Bailey E Ewing | 4/06/2017 |
| 1:18-cv-01599-AJT | In re DXC Technology Company Securities Litigation | 12/27/2018 |
| 1:19-cv-01378-CMH | Shahzada v. STC Management, LLC | 10/30/2019 |
| 1:18-cv-01571-CMH | F2VS Technologies, LLC v. McQ Inc. | 12/20/2018 |
| 1:18-cv-01537-LMB | Chandel et al v. Volkswagen Group of America, et al | 12/13/2018 |
| 1:17-cv-01439-LMB | Verisys Corporation v. Hudson Specialty Insurance | 12/18/2017 |
| 1:17-cv-01125-CMH | Rice v. AGRI Smart, Inc. et al | 10/6/2017 |
| 1:17-cv-01018-LO | Pickens v. Franke et al | 9/12/2017 |
| 1:17-cv-01010-LO | Makeoffices, LLC v. Bredehoft et al | 9/11/2017 |
| 1:17-cr-00052-LMB | Jose Rivera | 3/30/2017 |
| 1:16-cr-00263-CMH | Darren Hanible | 11/17/2016 |
| 1:16-cv-01242-GBL | Martinez et al v. Patagonia Foods LLC. et al | 9/30/2016 |
| 1:16-cr-00028-AJT | Roxanne Granberry | 2/4/2016 |
| 1:15-cr-00285-TSE | Linda Diane Wallis | 9/29/2015 |
| 1:15-cr-00250-LO | Walter Blanco Lopez | 8/13/2015 |
| 1:15-cr-00178-AJT | Mark S. Dresner | 6/24/2015 |
| 1:15-cv-00398-GBL | Fess et al v. EagleBank | 3/20/2015 |
| 3:15-cv-00094-JAG | Rosales v. Verisys Corporation | 2/20/2015 |
| 1:14-cr-00315-LO | Robert Lawrence Porter | 9/16/2014 |
| 1:14-cv-00982-TSE | AOL Inc. v. EmberClear Corp. et al | 7/31/2014 |
| 1:13-cr-00404-LO | Valdemar Jorge Ramirez | 10/10/2013 |
| 1:13-cv-01184-TSE | Help Hospitalized Veterans v. American Target Advert. | 9/20/2013 |
| 1:12-cv-00412-TSE | Williams v. SAIC, Inc. et al | 4/16/2012 |
| 1:12-cv-00103-CMH | Hoppaugh v. K12 Inc. et al | 1/30/2012 |
| 1:12-cr-00041-AJT | Martin Morales Benavente | 1/26/2012 |
| 1:11-cr-00577-TSE | Thomas Walker Singleton, Jr. | 12/15/2011 |
| 1:11-cv-00454-GBL | Nuechterlein v. Ain & Bank, P.C. | 4/27/2011 |
| 1:11-cr-00138-LO | John Leone | 3/15/2011 |
| 1:11-cr-00085-JCC | William P. Danielczyk, Jr. | 2/16/2011 |
| 1:11-cv-00058-GBL | Wyatt et al v. McDermott et al | 1/19/2011 |
| 1:11-mj-00024-JFA | Paul J. Curcio | 1/12/2011 |

| Case No. | Reference/Case Name/Party | Dates |
|---|---|---|
| 1:10-cv-01090-AJT | Whittaker et al v. PNC Bank, N.A. | 9/29/2010 |
| 1:10-cv-01035-LMB | Darui v. The Islamic Center of Washington, DC et al | 9/16/2010 |
| 1:10-mj-00622-IDD | John William Santek | 9/9/2010 |
| 1:09-cv-01391-JCC | Rensin et al v. Juno-Loudoun, LLC et al | 12/18/2009 |
| 1:09-cv-01248-AJT | McCune et al v. National City Bank | 11/5/2009 |
| 1:09-cr-00458-LMB | Bonnie Marie Parker | 10/23/2009 |
| 1:09-cv-01165-GBL | Harris v. Ruppert Nurseries, Inc. | 10/16/2009 |
| 1:09-cr-00228-TSE | Lloyd Mallory | 5/21/2009 |
| 1:09-cr-00103-JCC | Ryann Vangorder | 2/20/2009 |
| 1:08-cv-01244-TSE | Davis et al v. U.S. Training Center, Inc. | 12/1/2008 |
| 1:08-cv-01153-JCC | Ford et al v. Torres et al | 11/4/2008 |
| 1:08-cr-00339-GBL | Thomas Walker Singleton, Jr. | 8/27/2008 |
| 1:07-cr-00457-JCC | Shirley Karina Heredia | 11/13/2007 |
| 1:07-cr-00433-LMB | James Leon Webster | 10/25/2007 |
| 1:07-cr-00151-TSE | Ernesto Barreiro | 4/20/2007 |
| 1:07-mj-00043-TCB | Charles A. Berryman | 1/9/2007 |
| 1:06-cr-00450-CMH | Bafour Asante | 10/16/2006 |
| 1:06-cv-01056-CMH | The Islamic Center of Washington D.C. v. Darui | 9/15/2006 |
| 1:06-cr-00349-CMH | Arnoldo Cruz Ayala | 8/10/2006 |
| 1:06-cr-00245-TSE | Lalit Kumar Ohri | 6/8/2006 |
| 1:06-cr-00010-TSE | Brett Pfeffer | 1/10/2006 |
| 1:05-cr-00467-LMB | Cornelius Grant Williams | 10/20/2005 |
| 1:05-cr-00128-TSE | Leon M. Strom | 3/28/2005 |
| 1:05-cr-00084-TSE | Melissa A. Cash | 2/28/2005 |
| 1:04-cr-00356-GBL | Carrie Ann Johnson | 9/9/2004 |
| 1:04-cr-00313-TSE | Tangela Workeman | 7/22/2004 |
| 1:04-cr-00225-CMH | Eugene Isaac Williams | 5/18/2004 |
| 1:04-cr-00073-JCC | Gerald Heflin | 2/26/2004 |
| 1:02-cr-00559-GBL | Cynthia Duncan | 10/17/2002 |
| 1:02-cv-01139-GBL | Global Transit v. Warsun International | 8/1/2002 |
| 1:00-po-00131-WCS | John Michael Cleary | 5/12/2000 |
| 1:00-cv-00697-LMB | Nester v. Sadeghian Limited | 4/26/2000 |
| 1:98-cv-00926-LMB | Cannon, et al v. Public Storage, Inc., et al | 7/1/1998 |
| 1:98-cv-00142-TSE | Dacotah Marketing & v. Versatility, Inc. | 2/2/1998 |
| 1:97-cv-00466-JCC | Patterson, et al v. Oliver, et al | 4/2/1997 |
| 1:96-mj-00764-WCS | Jerome Ernest Briggs | 9/18/1996 |
| 1:96-cv-00957-REP | AT&T Corp. v. Bell Atlantic Corp. | 6/15/1996 |