**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| IN RE: CAPITAL ONE CONSUMER )<br>DATA SECURITY BREACH LITIGATION )<br>_____ ) | MDL No. 1:19md2915 (AJT/JFA) |

**This Document Relates to ALL Cases**
_____

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel, who is admitted to practice before the Bar of this Court, hereby enters an appearance as counsel on behalf of Defendants Amazon.com, Inc. and Amazon Web Services, Inc.

        Respectfully submitted,

          /s/ *Robert R. Vieth*
        Robert R. Vieth, Esq. (VSB No. 24304)
        HIRSCHLER FLEISCHER, PC
        8270 Greensboro Drive, Suite 700
        Tysons Corner, Virginia  22102
        T:  (703) 584-8903
        F:  (703) 584-8901
        Email:  rvieth@hf-law.com
                  melchuri@hf-law.com

Dated:  November 25, 2019        *Counsel for Defendants Amazon.com, Inc. and Amazon Web Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of November, 2019, a true and correct copy of the foregoing Notice of Appearance was filed electronically with the Clerk of this Court using the CM/ECF system which will send a notice of electronic filing to all registered counsel of record.

                                                          */s/ Robert R. Vieth*
Robert R. Vieth, Esq. (VSB No. 24304)
HIRSCHLER FLEISCHER, PC
8270 Greensboro Drive, Suite 700
Tysons Corner, Virginia 22102
T: (703) 584-8903
F: (703) 584-8901
Email: rvieth@hf-law.com

*Counsel for Defendants Amazon.com, Inc. and Amazon Web Services, Inc.*

11813131.1 077777.00978