IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No.: 19-md-2915 |

## ORDER

Upon consideration of Plaintiffs Aimee Aballo and Seth Zielicke's Motion for Leave to Submit Response to Github's Opposition to Application of Sabita J. Soneji to Serve on Plaintiffs' Steering Committee, the Motion is hereby GRANTED and it is therefore

ORDERED that Plaintiffs Aballo and Zielicke shall have until and including November 27, 2019, in which to file their response.

Dated: _____                           _____

Hon. Anthony Trenga

1