IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| IN RE: CAPITAL ONE CONSUMER | ) | |
| DATA SECURITY BREACH LITIGATION | ) | MDL No. 1:19md2915 (AJT/JFA) |
| | ) | |

This Document Relates to ALL Cases

### PRETRIAL ORDER #3
Appointing Plaintiffs' Lead Counsel

Pursuant to the Initial Order, Pretrial Order #1, issued by this Court on November 1, 2019 [Doc. 3], the Court has received applications from counsel to serve as Plaintiffs' Lead Counsel and on the Plaintiffs' Steering Committee. Upon consideration of the applications, nominations, and objections filed with respect to the appointment to those positions, it is hereby

ORDERED that the following be, and the same hereby are, appointed and shall serve as Plaintiffs' Co-Lead Counsel:

1. Norman E. Siegel, Esq.,
   Stueve Siegel Hanson LLP,
   460 Nichols Road, Suite 200,
   Kansas City, MO 64112;

2. Karen Hanson Riebel, Esq.,
   Lockridge Grindal Naun P.L.L.P.,
   100 Washington Avenue South, Suite 200,
   Minneapolis, MN 55401;

3. John A. Yanchunis, Esq.,
   Morgan & Morgan Complex Litigation Group,
   201 N. Franklin Street, 7th Floor,
   Tampa, FL 33602

The Court will maintain under advisement whether to appoint a Plaintiffs' Steering Committee, pending its further assessment concerning the need for such a Committee, and Co-

2

Lead Counsel shall proceed to discharge the duties and obligations of Lead Counsel, as set forth in the Court's Initial Order, Pretrial Order #1, without the appointment of a Plaintiffs' Steering Committee, but in accordance with all other requirements, as set forth therein.

The Clerk is directed to forward copies of this Order to all counsel of record.

_____/s/_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
December 2, 2019