IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number  1:19md2915  , Case Name In re Capital One Consumer Data Sec. Breach Lit.
Party Represented by Applicant:  Amazon.com, Inc. and Amazon Web Services, Inc.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please)  Meghan Elyse Fenzel
Bar Identification Number  324139          State  California
Firm Name  Fenwick & West LLP
Firm Phone #  650.988.8500          Direct Dial #                              FAX #  650.938.5200
E-Mail Address  mfenzel@fenwick.com; bwalrod@fenwick.com; meghan-fenzel-9017@ecf.pacerpro.com
Office Mailing Address  801 California Street, Mountain View, CA 94041

Name(s) of federal court(s) in which I have been admitted  See Attachment A

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am _____ am not  X  a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____      _____
(Signature)                             (Date)
_____      _____
(Typed or Printed Name)                 (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

_____      _____
(Judge's Signature)                     (Date)

## ATTACHMENT A

Meghan E. Fenzel (California State Bar No. 324139)

Court Admission Information

State Jurisdictions:

| COURT | DATE OF ADMISSION |
|---|---|
| Superior Court of California | December 7, 2018 |

Federal Jurisdictions:

| COURT | DATE OF ADMISSION |
|---|---|
| United States District Court for the Northern District of California | January 22, 2019 |
| United States District Court for the Central District California | December 21, 2018 |
| United States District Court for the Eastern District of Texas | January 25, 2019 |
| United States Court of Appeals for the Ninth Circuit | January 31, 2019 |