IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: CAPITAL ONE CONSUMER ) <br> DATA SECURITY BREACH LITIGATION ) <br> ) | MDL No. 1:19md2915 (AJT/JFA) |

This Document Relates to ALL Cases

**PLAINTIFFS' LEAD COUNSEL'S STATEMENT RE: OUTSTANDING MOTIONS PURSUANT TO PARAGRAPH 14 OF PRE-TRIAL ORDER NO. 1 [DKT. 3]**

Pursuant to Pretrial Order #1 [Doc. 3] Paragraph 14, Plaintiffs' Lead Counsel file this statement to inform the Court that no outstanding motions requiring a ruling were identified by plaintiffs' counsel or Defendants' Lead Counsel.

Dated: December 17, 2019.

Respectfully Submitted,

/s/ *Steven T. Webster*
Steven T. Webster (VSB No. 31975)
**WEBSTER BOOK LLP**
300 N. Washington Street, Suite 404
Alexandria, Virginia 22314
Tel: (888) 987-9991
swebster@websterbook.com

*Plaintiffs' Local Counsel*

Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
siegel@stuevesiegel.com

Karen Hanson Riebel
**LOCKRIDGE GRINDAL NAUN, P.L.L.P**
100 Washington Ave. nue South, Suite 200
Minneapolis, MN 55401
Tel: (612) 339-6900
jhriebel@locklaw.com

John A. Yanchunis
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel: (813) 223-5505
jyanchunis@ForThePeople.com

*Plaintiffs' Co-Lead Counsel*

### CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ Steven T. Webster
Steven T. Webster (VSB No. 31975)