# Attorney Sign-In: Plaintiffs' Counsel
# In Re: Capital One Customer Data Security Breach Litigation

| Name: | Contact Information (Firm/Phone/Email) | Pro Hac Vice: (Y/N) |
|---|---|---|
| Steven Webster | 888 987 9991 swebster@websterbook.com | |
| John Yanchunis | 850 509-5641 jyanchunis@forthepeople.com | Y |
| Norman E. Siegel | 816-916-8587 Steve Siegel siegel@stuevesiegel.com | Y |
| Karen H. Riebel | 612-596-4097 khriebel@locklaw.com | Y |
| Patrick Barthle | Morgan + Morgan 813-229-4023 pbarthle@forthepeople.com | Y |
| Jillian Dent | Stueve Siegel Hanson jdent@stuevesiegel.com 816-414-7147 | Y |
| Maureen Kane Berg | Lockridge Grindal Nauen 612-596-4087 mkberg@locklaw.com | Y |
| Carlton Bennett | The Law Firm of Carlton F. Bennett, PLLC 757 486-5454 cbennett@carltonbennettlaw.com | N |
| Jonathan Horne | 212-626-1060 jhorne@rosenlegal.com Rosen Law Firm P.A. | Y |
| Andrew Williamson | Pierce Bainbridge 202-839-3531 awilliamson@piercebainbridge.com | N |

| Name | Firm | |
|---|---|---|
| Yavar Bathaee | Pierce Bainbridge<br>Yavar@piercebainbridge.com | Y |
| Andrew Pecoraro | Pierce Bainbridge<br>apecoraro@piercebainbridge.com | N (VA Bar) |
| David Hecht | Pierce Bainbridge Beck Price & Hecht LLP<br>dhecht@piercebainbridge.com | Y |
| Charles Molster | Richy Castro<br>cmolster@molsterlaw.com | N |
| Michael Pomerantz | Pierce Bainbridge | Y |