IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE: CAPITAL ONE CONSUMER             )
DATA SECURITY BREACH LITIGATION         )     MDL No. 1:19md2915 (AJT/JFA)
                                        )

This Document Relates to ALL Cases

## PRETRIAL ORDER #1B
Regarding Modification of Plaintiffs' Lead Counsel Duties in
Paragraph 3(b) of Pretrial Order #1

Upon consideration of the Court's Pretrial Order #1 [Doc. 3] and in order to clarify certain provisions therein, it is hereby

ORDERED that Paragraph 3(b)(iv) of Pretrial Order #1 be, and the same hereby is, AMENDED to permit Lead Plaintiffs' Counsel to enter into settlement agreements without the prior approval of this Court. Accordingly, Paragraph 3(b)(iv) of Pretrial Order #1 is hereby stricken and in lieu thereof shall read as follows: "Conduct settlement negotiations on behalf of plaintiffs and to enter into settlement agreements on behalf of plaintiffs, without further Order of the Court, subject to the requirements of Fed. R. Civ. P. 23(e);" and it is further

ORDERED that the first sentence of Paragraph 3(b)(v) of Pretrial Order #1 be, and the same hereby is, AMENDED to permit Lead Plaintiffs' Counsel to delegate specific tasks to other counsel or committees without the authorization of the Court. Accordingly, the first sentence of Paragraph 3(b)(v) of Pretrial Order #1 is hereby stricken and in lieu thereof shall read as follows: "Delegate specific tasks to other counsel or committees in a manner to ensure that the pretrial preparation for the plaintiffs is conducted efficiently and effectively and is assigned fairly and

appropriately among counsel who wish to assume responsibilities for conducting pre-trial matters on behalf of all plaintiffs."

The Clerk is directed to docket this Order in the lead case (1:19md2915), as required per PTO-1.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
January 29, 2020