# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE CAPITAL ONE CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:19-md-2915 (AJT/JFA) |
| **This Document Relates ONLY to the following Case:** | |
| MARCUS MINSKY, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | Case No. 1:19-cv-1472 (AJT) |
| v. | |
| CAPITAL ONE FINANCIAL CORPORATION, RICHARD FAIRBANK, ROBERT ALEXANDER, and MICHAEL JOHNSON, | |
| Defendants. | |

## DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT

Defendants Capital One Financial Corporation, Richard Fairbank, Robert Alexander, and Michael Johnson respectfully move to dismiss Plaintiff's Amended Class Action Complaint, filed January 17, 2020, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 et seq. The grounds for this motion are set forth more fully in the accompanying supporting memorandum of law.

Respectfully submitted this 18th day of February 2020.

<table>
<tr><td>

*/s/*
David L. Balser (*pro hac vice*)
Michael R. Smith (*pro hac vice*)
Benjamin Lee (*pro hac vice*)
Kevin J. O'Brien (VSB No. 78886)
Peter Starr (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel.: (404) 572-4600
Fax: (404) 572-5140
dbalser@kslaw.com
mrsmith@kslaw.com
blee@kslaw.com
kobrien@kslaw.com
pstarr@kslaw.com

Robert A. Angle (VSB No. 37691)
Tim St. George (VSB No. 77349)
Jon S. Hubbard (VSB No. 71089)
Harrison Scott Kelly (VSB No. 80546)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Tel.: (804) 697-1200
Fax: (804) 697-1339
robert.angle@troutman.com
timothy.st.george@troutman.com
jon.hubbard@troutman.com
scott.kelly@troutman.com

Mary C. Zinsner (VSB No. 31397)
TROUTMAN SANDERS LLP
401 9th Street, NW, Suite 1000
Washington, DC 20004
Tel.: (703) 734-4334
Fax: (703) 734-4340
mary.zinsner@troutman.com

**Counsel for Defendants Capital One Financial Corporation, Richard Fairbank, and Robert Alexander**

</td><td>

*/s/*
Gregory S. Bruch (*pro hac vice* application forthcoming)
Lara N. Burke (VSB No. 85601, appearance forthcoming)
BRUCH HANNA LLP
1099 New York Ave., NW
Suite 500
Washington, DC 20001
Tel.: (202) 969-1631
Fax: (202) 969-1625
gbruch@bruch-hanna.com
lburke@bruch-hanna.com

**Counsel for Defendant Michael Johnson**

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/
David L. Balser (*pro hac vice*)
KING & SPALDING LLP

*Counsel for Defendants Capital One Financial Corporation, Richard Fairbank, and Robert Alexander*