IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE: CAPITAL ONE CONSUMER )
DATA SECURITY BREACH LITIGATION ) MDL No. 1:19md2915 (AJT/JFA)
)

This Document Relates to the Consumer Cases

## PRETRIAL ORDER #13

Pursuant to counsel notifying the court that they have resolved some of the issues presented in the Capital One defendants' motion for modification of the protective order (Docket no. 341), it is hereby

ORDERED that the hearing on the motion for modification is continued from Friday, March 13, 2020 at 10:00 a.m. to Friday, March 20, 2020 at 10:00 a.m. This will provide counsel an opportunity to resolve any remaining issues. If counsel cannot reach an agreement, they are directed to each file a brief outlining their respective positions on the outstanding issues by Wednesday, March 18, 2020 at 5:00 p.m.

The Clerk is requested to docket this order in the lead case (1:19md2915) as provided in PTO-1.

Entered this 12th day of March, 2020.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia