UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

IN RE: CAPITAL ONE CONSUMER )
DATA SECURITY BREACH LITIGATION ) MDL No. 1:19md2915 (AJT/JFA)
)

This Document Relates to CONSUMER Cases

## [PROPOSED] PRETRIAL ORDER #8B

The Parties have moved [Doc. 359] to modify the litigation schedule set forth in Pretrial Order #8 [Doc. 302] due to exigent circumstances arising from the outbreak of COVID-19. Having reviewed the Parties' submission, the Court find that there is good cause for the requested extensions. Accordingly, it is hereby

ORDERED that the following litigation schedule shall henceforth govern these proceedings:

| Date / Time | Event |
|---|---|
| April 10, 2020 | Defendants to file answers or motions to dismiss any representative or consolidated complaint(s) |
| May 1, 2020 | Plaintiffs to file response to any motions to dismiss any representative or consolidated complaint(s) |
| May 15, 2020 | Defendants to file any replies in support of their motions to dismiss any representative or consolidated complaint |
| May 27, 2020 (at 10:00 a.m.) | Hearing on motions to dismiss |
| September 21, 2020 | Fact discovery closes |
| October 21, 2020 | Lead Counsel to serve disclosure of expert(s) and expert report(s) |
| November 20, 2020 | Lead Counsel to identify rebuttal expert(s) and serve rebuttal expert report(s) |
| December 23, 2020 | Lead Counsel to complete any depositions of experts or rebuttal experts |
| December 23, 2020 | Expert discovery closes |
| January 20, 2021 | Lead Plaintiffs' Counsel to file any motion for class certification |

| Date / Time | Event |
|---|---|
| February 18, 2021 | Defendants to file response in opposition to motion for class certification and related *Daubert* motions |
| March 10, 2021 | Plaintiffs' reply in support of class certification and response in opposition to any related *Daubert* motions |
| March 22, 2021 | Defendants' replies in support of any *Daubert* motions related to class certification |
| March 31, 2021 | Deadline to file any motions for summary judgment (including any Article III challenges) and related *Daubert* motions |
| April 30, 2021 | Responses in opposition to any motions for summary judgment and related *Daubert* motions |
| May 21, 2021 | Replies in support of any motions for summary judgment and *Daubert* motions |

The Clerk is directed to docket this Order in the Lead case (1:19md2915), as required per PTO-1.

/s/ JFA
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia
MARCH 23, 2020