**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE: CAPITAL ONE CONSUMER ) <br> DATA SECURITY BREACH LITIGATION ) <br> ) | MDL No. 1:19md2915 (AJT/JFA) |

**This Document Relates to ALL Cases**

## PRETRIAL ORDER #17

CAME NOW Defendants, Capital One Financial Corporation, Capital One Bank (USA), N.A., and Capital One, N.A. (collectively, "Capital One"), on their Consent Motion to Exceed Page Limitation in Local Civil Rule 7 with respect to their separate, forthcoming motions to dismiss (1) the Amended Representative Complaint [ECF No. 354] and (2) the *Broderick* Complaint [ECF No. 84-1, Case No. 1:19cv1454].

UPON CONSIDERATION WHEREOF, for good cause shown, and by agreement of the parties, it is hereby, ORDERED, ADJUDGED and DECREED as follows:

1. Capital One may file separate motions to dismiss the Amended Representative Complaint [ECF No. 354] and the *Broderick* Complaint [ECF No. 84-1, Case No. 1:19cv1454], and file briefs in support of such motions not to exceed fifty (50) pages each;

2. Named Plaintiffs in those respective Complaints may file opposition briefs to the aforesaid motions to dismiss not to exceed fifty (50) pages each; and

3. Capital One may file reply briefs in support of the aforesaid motions to dismiss not to exceed thirty (30) pages each.

IT IS SO ORDERED.

The Clerk is directed to docket this Order in the lead case (1:19md2915), as required per PTO-1

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
Date:  March 30, 2020