IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE: CAPITAL ONE CONSUMER )
DATA SECURITY BREACH LITIGATION ) MDL No. 1:19md2915 (AJT/JFA)
)

This Document Relates to ALL Cases

## PRETRIAL ORDER #20

On Friday, April 10, 2020, Capital One filed a motion to compel discovery responses from all plaintiffs (Docket no. 383) and noticed that motion for a hearing on April 17, 2020 (Docket no. 385). Taking into consideration the provisions contained in General Order No. 2020-12 limiting in-person proceedings until June 10, 2020 unless a manifest injustice would result if the proceeding was not conducted on an expedited basis, the hearing noticed for April 17, 2020 is cancelled. Having reviewed the memorandum in support of the motion to compel (Docket no. 384), it appears that the issues raised in the motion can be addressed fully in briefs and decided without oral argument pursuant to Local Civil Rule 7(J) and Federal Rule of Civil Procedure 78. In order to have this matter resolved promptly, the plaintiffs shall file their response to the motion to compel by 5:00 p.m. on Wednesday, April 15, 2020 and Capital One may file a reply by 12:00 noon on Friday, April 17, 2020. Absent further order of the court, a decision on the motion to compel will be issued during the week of April 20, 2020.

Entered this 13th day of April, 2020.

/s/
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia