# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| IN RE: CAPITAL ONE CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:19-md-2915 (AJT/JFA) |
| This Document Relates to Only Case No. 1:19-cv-01454-AJT-JFA | |

### OVERCHARGE PLAINTIFFS' MOTION TO ALLOW MICHAEL POMERANTZ TO WITHDRAW *PRO HAC VICE* APPEARANCE AS COUNSEL

Pursuant to Local Civil Rules 83.1(D)(3) and 83.1(G) the plaintiffs in Case No. 1:19-cv-01454-AJT-JFA (the "Overcharge Plaintiffs"), by counsel, move for leave to withdraw the appearance of Michael Pomerantz and in support of this motion state as follows:

1. Mr. Pomerantz was previously admitted *pro hac vice* on November 18, 2019, among other attorneys from Pierce Bainbridge, LLP.

2. However, Mr. Pomerantz has resigned from Pierce Bainbridge and is no longer practicing with Pierce Bainbridge or involved with this case.

3. Yavar Bathaee and Brian Dunne of Bathaee Dunne LLP (each also admitted *pro hac vice*) will continue as lead counsel for the Overcharge Plaintiffs.

4. No delay, prejudice or injustice will occur as a result of Mr. Pomerantz's *pro hac vice* appearance being withdrawn and stricken.

Dated: April 21, 2020　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Andrew M. Williamson*
　　　　　　　　　　　　　　　　　　　　Andrew M. Williamson (VSB No. 83366)
　　　　　　　　　　　　　　　　　　　　**PIERCE BAINBRIDGE BECK**
　　　　　　　　　　　　　　　　　　　　**PRICE & HECHT LLP**
　　　　　　　　　　　　　　　　　　　　601 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　　　　South Tower, Suite 700
　　　　　　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　　　　　　202-318-9001 – Telephone
　　　　　　　　　　　　　　　　　　　　202-463-2103 – Facsimile
　　　　　　　　　　　　　　　　　　　　awilliamson@piercebainbridge.com

　　　　　　　　　　　　　　　　　　　　Yavar Bathaee (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Brian J. Dunne (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　**BATHAEE DUNNE LLP**
　　　　　　　　　　　　　　　　　　　　430 Park Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　(213) 534-7501
　　　　　　　　　　　　　　　　　　　　yavar@bathaeedunne.com
　　　　　　　　　　　　　　　　　　　　bdunne@bathaeedunne.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Andrew Broderick, Jacqueline Burke, Susan Corley, Lynn Fields, Kimberly Hernandez, Kristina Mentone, Mark Miller, Mordechai Nemes, Ryan Olsen, Debra Potzgo, Shawn Spears, Janett Stout, Cole Studebaker, and Jonathan Wong, each individually and on behalf of all others similarly situated.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 21st day of April 2020, I caused a copy of the foregoing to be e-filed and served via the Court's electronic filing system to all parties and counsel receiving electronic service.

                                                /s/ Andrew M. Williamson  
                                                Andrew M. Williamson