**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

IN RE: CAPITAL ONE CONSUMER         )
DATA SECURITY BREACH LITIGATION     )    MDLNo. 1:19md2915 (AJT/FJA)
_____ )

**This Document Relates to ALL Cases**

## MOTION TO ALLOW IVY T. NGO TO WITHDRAW *PRO HAC VICE* APPEARANCE AS COUNSEL

Pursuant to Local Civil Rule 83.1 (G) and (I), Plaintiffs Leticia Carter and Steven Tellander, by counsel, move for leave to withdraw the appearance of Ivy T. Ngo and in support of this motion state as follows:

1. Ms. Ngo has previously been admitted *pro hac vice* on November 20, 2019, among other attorneys from Franklin D. Azar & Associates, P.C.

2. Ms. Ngo is no longer affiliated with Franklin D. Azar & Associates, P.C.

3. Franklin D. Azar & Associates, P.C. remains as counsel for Plaintiffs.

4. No delay, prejudice or injustice will occur as a result of Ms. Ngo's *pro hac vice* appearance being withdrawn and stricken.

                                          Respectfully submitted,
                                          Dale W. Pittman
                                          Local Counsel for Plaintiffs

__/s/_____
Dale W. Pittman, VSB #15673
Counsel for Plaintiffs
THE LAW OFFICE OF DALE W. PITTMAN
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803-3212
(804) 861-6000

(804) 861-3368 fax
dale@pittmanlawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2020, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

              /s/
Dale W. Pittman, VSB #15673
Counsel for Plaintiffs
THE LAW OFFICE OF DALE W. PITTMAN
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803-3212
(804) 861-6000
(804) 861-3368 fax
dale@pittmanlawoffice.com