IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| IN RE: CAPITAL ONE CONSUMER | ) | |
| DATA SECURITY BREACH LITIGATION | ) | MDL No. 1:19md2915 (AJT/JFA) |
| | ) | |

This Document Relates to ALL Cases

## **PRETRIAL ORDER #24**

On May 12, 2020, counsel in the above matter attended a status conference with the court during which the parties discussed a modification to the current discovery schedule. Following the status conference and having reviewed the various submissions by the parties, the court makes the following modifications to the schedules in the court's Rule 16(B) Scheduling Order and Pretrial Order #8B. (Docket nos. 304, 360). Accordingly, it is hereby

ORDERED that substantial completion of document production is now due by **July 1, 2020.** This date applies to all parties and no further extensions of this date will be allowed. It is further

ORDERED that the discovery schedule is modified in the following manner:

| Event | Date |
|---|---|
| Fact discovery closes | November 20, 2020 |
| Disclosure of expert(s) and expert report(s) | December 23, 2020 |
| Identification of rebuttal expert(s) and serve rebuttal expert report(s) | January 20, 2021 |
| Completion of depositions of experts or rebuttal experts | February 23, 2021 |
| Expert discovery closes | February 23, 2021 |
| Lead plaintiffs' counsel to file any motion for class certification | March 23, 2021 |
| Defendants to file response in opposition to motion for class certification and related *Daubert* motions | April 20, 2021 |

| Plaintiffs' reply in support of class certification and response in opposition to any related *Daubert* motions | May 11, 2021 |
|---|---|
| Defendants' replies in support of any *Daubert* motions related to class certification | May 25, 2021 |
| Motions for summary judgment (inclusive of Article III challenges) and related *Daubert* motions deadline | June 1, 2021 |
| Responses in opposition to motions for summary judgment and related *Daubert* motions | July 1, 2021 |
| Replies in support of motions for summary judgment and *Daubert* motions | July 22, 2021 |

The Clerk is directed docket this order in the lead case (1:19md2915), as required per

PTO-1.

Entered this 12th day of May, 2020.

/s/

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia

John F. Anderson
United States Magistrate Judge