IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: CAPITAL ONE CONSUMER ) <br> DATA SECURITY BREACH LITIGATION ) <br> ) | MDL No. 1:19md2915 (AJT/JFA) |

This Document Relates to ALL Cases

## ORDER

On Friday, May 15, 2020, plaintiffs filed a motion to compel discovery from Amazon defendants and noticed that motion for a hearing on Friday, May 22, 2020. (Docket nos. 454, 456). The hearing on this motion to compel will be held through ZoomGov video conferencing service on Friday, May 22, 2020 beginning at 10:00 a.m. The court will provide to two counsel for plaintiffs, two counsel for Amazon, and two counsel for Capital One the information needed to participate in the hearing by video conference. Parties, counsel, and the public who wish to listen to the argument can use the following information to dial-in to the hearing:

**Dial-In**: 1-877-336-1828

**Access Code**: 6915271

Those utilizing the dial-in information are reminded they are invited to listen only and they may not participate in the oral argument. Parties who wish to listen must access the dial-in information no later than three (3) minutes prior to the scheduled start time to allow the hearing to be conducted without disruption.

Entered this 18th day of May, 2020.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia