IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



| | |
|---|---|
| IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION | ) ) ) ) MDL No. 1:19md2915 (AJT/JFA) |

This Document Relates to the Consumer Cases

## ORDER

On Friday, May 22, 2020, counsel appeared on behalf of the parties and presented argument on plaintiffs' motion to compel discovery from the Amazon defendants. (Docket no. 454). Upon consideration of the motion, memorandum in support, opposition, and reply (Docket nos. 454, 455, 472, 480), and for the reasons stated during the hearing, it is hereby

ORDERED that plaintiffs' motion to compel is granted in part and denied in part.

Entered this 22nd day of May, 2020.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia