IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION | ) ) ) | MDL No. 1:19md2915 (AJT/JFA) |

This Document Relates to ALL Cases

## NOTICE
May 27, 2020 Motions to Dismiss Hearing

On May 27, 2020 at 10:00 a.m., this Court will hold a hearing on the currently pending motions to dismiss [Docs. 386, 389, 392, 393] filed by the Defendants in this action. For counsel and members of the public who wish to participate by telephone (*i.e.*, listening, but without the opportunity to speak), the teleconference dial-in information is:

**Dial-In:** 1-888-278-0296

**Access Code:** 4593250#

Parties who wish to participate via teleconference must access the teleconference line no later than three (3) minutes prior to the scheduled start time in order to allow the proceeding to be conducted without disruption.

The Clerk is directed to docket this Notice in the lead case (1:19md2915), as required per PTO-1.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
May 26, 2020