**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE: CAPITAL ONE CONSUMER DATA BREACH SECURITY LITIGATION ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ This Document Relates to:  1:19-cv-2952 ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) ) ) ) ) ) ) )   MDL No. 1:19md2915 (AJT/JFA) |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Maria de Lourdes Tester and Tracy Elizabeth Masi, hereby dismiss their claims in the above-captioned action in their entirety, without prejudice as to their ability to submit a claim as an absent class member in the event of a future recovery in this action.  This Notice of Voluntary Dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Respectfully submitted,

Dated: May 28, 2020

By:   /s/ Jeffrey A. Breit
Jeffrey A. Breit, Esq. (VSB#18876)
Jeffrey@breitcantor.com
Kevin Biniazan, Esq. (VSB#92109)
kbiniazan@breitcantor.com
BREIT CANTOR GRANA BUCKNER, PLLC
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, VA 23451
Phone: (757) 622-6000
Facsimile: (757) 670-3939

Irvin V. Cantor, Esquire (VSB No. 17870)
Breit Cantor Grana Buckner, PLLC
7130 Glen Forest Drive, Suite 400
Richmond, Virginia  23226
Telephone:  (804) 644-1400
Facsimile:  (804) 644-9205
icantor@breitcantor.com

Lewis "Mike" S. Eidson, Jr.
Fla. Bar. No. 151088

1

        Email: Mike@colson.com
        Julie Braman Kane
        Fla. Bar. No. 980277
        Email: Julie@colson.com
        Patrick Shanan Montoya
        Fla. Bar No. 0524441
        Email: Patrick@colson.com
        Colson Hicks Eidson
        255 Alhambra Circle, PH
        Coral Gables, FL  33134-2351
        Telephone:  (305) 476-7400
        Facsimile:  (305) 476-7444

        *Counsel for Plaintiffs Maria de Lourdes Tester*
        *and Tracy Elizabeth Masi*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

        By:  /s/ Jeffrey A. Breit
        Jeffrey A. Breit, Esq. (VSB#18876)
        Jeffrey@breitcantor.com
        BREIT CANTOR GRANA BUCKNER, PLLC
        Towne Pavilion Center II
        600 22nd Street, Suite 402
        Virginia Beach, VA 23451
        Phone: (757) 622-6000
        Facsimile: (757) 670-3939

        *Counsel for Plaintiffs Maria de Lourdes Tester*
        *and Tracy Elizabeth Masi*