UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| In re CAPITAL ONE DATA BREACH SECURITY LITIGATION | ) ) ) ) ) ) Case No. 3:19-MD-02915-AJT-JFA |

**NON-PARTIES BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM'S AND OFFICE OF THE COMPTROLLER OF THE CURRENCY'S CONSENT MOTION TO INTERVENE**

Pursuant to Federal Rule of Civil Procedure 24, non-parties the Board of Governors of the Federal Reserve System and the Office of the Comptroller of the Currency (the "Agencies") hereby respectfully file this consent motion to intervene for the limited purpose of opposing plaintiffs' motion to compel (Dkt. No. 485). The grounds for this motion, and the Agencies' grounds for opposing plaintiffs' motion, are more fully explained in the memorandum of law that has been simultaneously filed with the motion.

Dated: May 29, 2020

Respectfully submitted,

G. ZACHARY TERWILLIGER
United States Attorney

_____/s/_____
By: REBECCA S. LEVENSON
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3760
Fax: (703) 299-3983
E-mail: Rebecca.s.levenson@usdoj.gov

*Counsel for the Board of Governors of the Federal Reserve System and the Office of the Comptroller of the Currency*

Of Counsel:

Joshua P. Chadwick
Yvonne F. Mizusawa
*Board of Governors of the Federal Reserve System*

Peter Koch
Michael K. Morelli
*Office of the Comptroller of the Currency*