UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

IN RE: CAPITAL ONE CONSUMER )
DATA SECURITY BREACH LITIGATION )        MDL No. 1:19md2915 (AJT/JFA)
                                  )

This Document Relates to CONSUMER Cases

## ORDER

For the reasons stated in Capital One's Motion to Stay Compliance with a Discovery Ruling

and for a Protective Order Pending Outcome of Rule 72 Objection, the Court hereby ORDERS as

follows:

Compliance with the Court's Order on Plaintiffs' Motion to Compel Production of

Mandiant Report and Related Materials [Dkt. 490] is hereby stayed until Capital One's Rule 72

Objection is resolved. AN EXPEDITED TIMETABLE FOR PLAINTIFFS'
RESPONSE TO THE OBJECTION WILL BE DISCUSSED AT THE
STATUS CONFERENCE on JUNE 9, 2020, SO THIS MATTER CAN
BE RESOLVED PROMPTLY.

Dated: June 2 , 2020
Alexandria, Virginia

                                        /s/
                                   John F. Anderson
                                   United States Magistrate Judge