IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number  1:19md2915 , Case Name  In Re: Capital One Consumer Data Security Breach Litigation
Party Represented by Applicant:  Plaintiff Christi Hilker

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please)  Lindsay Todd Perkins
Bar Identification Number  60004      State  MO
Firm Name  Stueve Siegel Hanson LLP
Firm Phone #  816-714-7100      Direct Dial #  816-714-7143      FAX #  816-714-7101
Mail Address  perkins@stuevesiegel.com
ice **Mailing** Address  460 Nichols Road, Suite 200, Kansas City, Missouri  64112

Name(s) of federal court(s) in which I have been admitted  Please see attached.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __x__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

s/Lindsay Todd Perkins
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

Waiver per ECF No. 3
(Signature)                                    (Date)

(Typed or Printed Name)                        (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

(Judge's Signature)                            (Date)

| Courts Admitted to: | Date Admitted |
|---|---|
| Western District of Missouri | 9-20-2007 |
| District of Kansas | 11-18-2010 |
| 8th Circuit Court of Appeals | 7-13-2010 |
| 9th Circuit Court of Appeals | 12-11-2019 |
| 4th Circuit Court of Appeals | 2-26-2020 |