# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

IN RE: CAPITAL ONE CONSUMER     )
DATA SECURITY BREACH LITIGATION )     MDL No. 1:19md2915 (AJT/JFA)
                                )

This Document Relates to CONSUMER Cases

## CAPITAL ONE'S RULE 72 OBJECTIONS TO ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF MANDIANT REPORT

Defendants Capital One Financial Corporation, Capital One Bank (USA), National Association, and Capital One, National Association (collectively, "Capital One") hereby object to the Magistrate Judge's order compelling Capital One to produce to Plaintiffs the Mandiant Report (the "Order") (Dkt. 490), pursuant to Federal Rule of Civil Procedure 72(a) and 28 U.S.C. § 636(b)(1). As set forth more fully in Capital One's supporting memorandum of law, the Court should sustain Capital One's objections and set aside the Order.

Respectfully submitted this 9th day of June, 2020.

/s/
David L. Balser (*pro hac vice*)
S. Stewart Haskins II (*pro hac vice*)
John C. Toro (*pro hac vice*)
Kevin J. O'Brien (VSB No. 78886)
Robert D. Griest (*pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel.: (404) 572-4600
Fax: (404) 572-5140
dbalser@kslaw.com
shaskins@kslaw.com
jtoro@kslaw.com
kobrien@kslaw.com
rgriest@kslaw.com

*Defendants' Lead Counsel*

Robert A. Angle (VSB No. 37691)
Tim St. George (VSB No. 77349)
Jon S. Hubbard (VSB No. 71089)
Harrison Scott Kelly (VSB No. 80546)
**TROUTMAN SANDERS LLP**
1001 Haxall Point
Richmond, VA 23219
Tel.: (804) 697-1200
Fax: (804) 697-1339
robert.angle@troutman.com
timothy.st.george@troutman.com
jon.hubbard@troutman.com
scott.kelly@troutman.com

Mary C. Zinsner (VSB No. 31397)
**TROUTMAN SANDERS LLP**
401 9th Street, NW, Suite 1000
Washington, DC 20004
Tel.: (703) 734-4334
Fax: (703) 734-4340
mary.zinsner@troutman.com

*Defendants' Local Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/
David C. Balser