# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

IN RE: CAPITAL ONE CONSUMER    )
DATA SECURITY BREACH LITIGATION    )    MDL No. 1:19md2915 (AJT/JFA)
_____)

This Document Relates to CONSUMER Cases

_____

## PLAINTIFF FACT SHEET

Pursuant to Pretrial Order No. 21, this Plaintiff Fact Sheet ("PFS") is propounded on all named Plaintiffs with matters pending in the above-captioned multidistrict litigation proceeding before this Court. The information requests in the PFS must be answered separately, fully, and under oath.

Pursuant to the parties' agreement and Rule 33(b)(2) of the Federal Rules of Civil Procedure, each Plaintiff must provide complete responses no later than June 1, 2020. The answers to the questions and requested documents should be sent to Plaintiffs' Lead Counsel, at Karen H. Riebel, Esq., Lockridge Grindal Nauen, P.L.L.P., 100 Washington Avenue South, Suite 2200, Minneapolis, MN 55401.

Plaintiffs' Lead Counsel shall then forward the answers to the PFS and requested documents to Defendants' Counsel on a rolling basis, no later than three (3) days after receipt by Plaintiffs' Lead Counsel. Prior to forwarding any answers to the PFS or any documents produced in response to Defendants' Counsel, Plaintiffs' Lead Counsel shall determine whether they call for protection under the Amended Stipulated Protective Order (Dkt. 368) and shall designate or mark the same in accordance with the Amended Stipulated Protective Order. Any Plaintiffs added to this MDL after May 15, 2020 shall complete the PFS within thirty (30) days after the Conditional

549574.1

Transfer Order transferring their case becomes final or the filing of the pleading adding their claims.

## INSTRUCTIONS

1.      Each of the Information Requests below must be answered fully, separately, and under oath.

2.      Your answers must be in print format and must be legible.

3.      If you wish to object to an Information Request or a Document Request on the basis of an applicable privilege, you must expressly make the claim, identify the applicable privilege, and describe the basis for your claim.

4.      You may not object to any of the Information Requests or Document Requests for any reason other than an applicable privilege.

5.       You may submit supplemental pages if you need additional space to answer any of these Information Requests, provided that any answers provided on supplemental pages clearly identify the corresponding Information Request (*e.g.*, "Request No. 1(a)").

6.      For purposes of these Information Requests and Document Requests, "personal information" means information that may be used to identify a specific individual, including, but not limited to, payment card numbers, financial account numbers, Social Security numbers, addresses, phone numbers, e-mail addresses, driver's license or other state identification numbers, employer identification numbers, tax identification numbers, passport numbers, or a foreign government equivalent of any of these numbers or identifiers. "Personal information" also includes names, citizenships, birth dates, and spousal or familial information when combined with any of the foregoing personal information.

549574.1                                                    2

## INFORMATION REQUESTS

**1.**     Please provide the following information:

    **a.** FULL FIRST, MIDDLE, LAST NAME (AND MAIDEN NAME, IF ANY): _____

_____

    **b.** DATE OF BIRTH: _____

    **c.** LAST 4 DIGITS OF YOUR SOCIAL SECURITY NUMBER:

    **d.** CURRENT RESIDENCE ADDRESS: _____

_____

    **e.** CURRENT MAILING ADDRESS (IF DIFFERENT): _____

_____

    **f.** PREVIOUS RESIDENCE ADDRESS(ES) SINCE JAN. 1, 2005 (AND DATES IN USE):

_____

_____

_____

    **g.** PREVIOUS MAILING ADDRESS(ES) SINCE JAN. 1, 2005 (AND DATES IN USE) (IF DIFFERENT): _____

_____

_____

    **h.** EMAIL ADDRESS(ES) SINCE JAN. 1, 2005 (AND DATES IN USE): _____

_____

_____

**2.**     When and how did you first learn about the data breach that Capital One announced on July 29, 2019 (the "Capital One Cyber Incident")? _____

_____

_____

    **a.** Have you ever visited Capital One's website? ☐ **Yes** ☐ **No**

    **b.** If you visited Capital One's website after you learned of the Capital One Cyber Incident, explain why: _____

_____

549574.1

3

**3.**      Have you ever applied for a credit card issued by Capital One? ☐ **Yes** ☐ **No**

If so, please provide the following information for <u>each application</u> (you may submit supplemental pages if you need additional space to provide all of the requested information):

    **a.**  When did you apply? _____

    **b.**  What type of credit card did you apply for? _____

    **c.**  Was the application approved? _____

    **d.**  Is the account still open? _____

    **e.**  Is or was the account a joint or individual account? _____

    **f.**  Who are or were the authorized users for the account? _____

_____

    **g.**  When was the last time you used the credit card? _____

    **h.**  What interest or fees have you paid on such account(s)? _____

_____


**4.**      Did you receive any notices from Capital One informing you about the Capital One Cyber Incident? ☐ **Yes** ☐ **No**

If so, please answer the following questions for <u>each notice</u> you received:

    **a.**  When did you receive the notice? _____

    **b.**  What date is printed on the notice? _____

    **c.**  Does the notice state that your personal information was obtained by an unauthorized individual in the Capital One Cyber Incident? ☐ **Yes** ☐ **No**

    **d.**  What personal information of yours does the notice state was obtained in the Capital One Cyber Incident, if any? _____

_____


**5.**      Identify the personal information of yours that you believe was obtained in the Capital One Cyber Incident, and describe the factual basis for your belief: _____

_____

_____

_____

_____

**6.**     Did you enroll in the free TransUnion credit monitoring offered by Capital One after the Capital One Cyber Incident? ☐ **Yes** ☐ **No**

  **a.**  If so, when? _____

  **b.**  If not, why not? _____

_____

_____

**7.**     Do you believe that your personal information has been accessed, obtained, or misused by an unauthorized third party or without your permission at any time between January 1, 2005 and the present, other than in the Capital One Cyber Incident? ☐ **Yes** ☐ **No**

     If so, please provide the following information for <u>each instance</u> in which you believe your personal information was accessed, obtained, or misused by an unauthorized third party or without your permission:

  **a.**  When did it happen? _____

  **b.**  What personal information of yours was accessed, obtained, or misused: _____

_____

  **c.**  How was your personal information accessed, obtained, or misused? _____

_____

_____

  **d.** Describe the steps you took, if any, to prevent or mitigate further access to or misuse of your personal information or to further secure your personal information after the incident: _____

_____

_____

_____

  **e.** Identify any reports, insurance claims, disputes, or other formal notices that you submitted to or filed with any retailers, government agencies, financial institutions, credit reporting agencies, credit monitoring or identity protection providers, or insurance companies as a result of the incident: _____

_____

_____

_____

549574.1                                                    5

_____

_____

**8.**      Have you been the victim of any of the following acts of identity theft or fraud resulting from the theft or unauthorized use of your personal information since January 1, 2005?

- Fraudulent opening of credit card or line of credit ☐ **Yes** ☐ **No**
- Fraudulent opening of debit card or bank account ☐ **Yes** ☐ **No**
- Submission of a fraudulent tax return ☐ **Yes** ☐ **No**
- Fraudulent use of your payment cards or financial accounts ☐ **Yes** ☐ **No**
- Fraudulent use of information to obtain medical services, commit immigration fraud, or to obtain government benefits ☐ **Yes** ☐ **No**

**a.** Have you been the victim of any other acts of identity theft or fraud resulting from the theft or unauthorized use of your personal information since January 1, 2005? ☐ **Yes** ☐ **No**

**9.**      For each act of identity theft or fraud identified in response to Request No. 8, please provide the following information:

**a.** Describe what happened and when: _____

_____

_____

**b.** What personal information of yours was used to commit the identity theft or other fraud?

_____

**c.** How did the perpetrator obtain or gain access to your personal information that was used to commit the identity theft or fraud? _____

  _____

_____

**d.** Describe any steps you took to address or mitigate any injuries you suffered as a result of the identity theft or fraud: _____

_____

_____

_____

**e.** Identify any reports, insurance claims, disputes, or other formal notices that you submitted to or filed with any retailers, government agencies, financial institutions, credit reporting agencies, credit monitoring or identity protection providers, or insurance companies as a result of the identity theft or fraud: _____

_____

_____

_____

_____

_____

**10.** Was your personal information accessed or obtained by an unauthorized third party in any of the data breaches suffered by any of the following companies?

- Marriott (announced November 2018): ☐ **Yes** ☐ **No**
- Equifax (announced September 2017): ☐ **Yes** ☐ **No**
- Yahoo! (announced in September and December 2016): ☐ **Yes** ☐ **No**
- Friend Finder Networks (announced in November 2016): ☐ **Yes** ☐ **No**
- Experian (announced in October 2015): ☐ **Yes** ☐ **No**
- Ashley Madison (announced in July 2015): ☐ **Yes** ☐ **No**
- United States Office of Personnel Management (announced in July 2015): ☐ **Yes** ☐ **No**
- Anthem (announced in February 2015): ☐ **Yes** ☐ **No**
- Home Depot (announced in September 2015): ☐ **Yes** ☐ **No**
- Target (announced in December 2013): ☐ **Yes** ☐ **No**

**a.** Identify <u>any other</u> data breach(es), cybersecurity incident(s), or malware or ransomware attack(s) in which you believe your personal information was accessed or obtained by an unauthorized third party, except for the Capital One Cyber Incident: _____

_____

_____

**b.** For <u>each data breach, cybersecurity incident, or malware or ransomware attack</u> in which you believe your personal information was accessed or obtained by an unauthorized third party, separately identify the personal information that you believe was accessed or obtained:

_____

_____

_____

_____

_____

**c.** Have you received any email(s), letter(s), or other notice(s) informing you that your personal information was or could have been accessed or obtained during any data breach, cybersecurity incident, or malware or ransomware attack? ☐ **Yes** ☐ **No**

**1.** If so, which one(s)? _____

_____

_____

**d.** Have you received any email(s), letter(s), or other notice(s) informing you that you were or could have been a member of a class action lawsuit or class action settlement related to any data breach, cybersecurity incident, or malware or ransomware attack? ☐ **Yes** ☐ **No**

**1.** If so, which one(s)? _____

_____

_____

**11.** Have you been a named plaintiff in any lawsuit brought against any person or entity related to a data breach, theft of data, cybersecurity incident, or malware or ransomware attack? ☐ **Yes** ☐ **No**

**a.** If so, please identify each lawsuit by case caption, case or docket number, and the court in which such lawsuit was filed: _____

_____

_____

**12.** Have you submitted a claim for credit monitoring, reimbursements, out of pocket losses, time spent, or any other benefits from a settlement arising out of any data breach, theft of data, cybersecurity incident, or malware or ransomware attack? ☐ **Yes** ☐ **No**

If so, please provide the following information for each claim you have submitted:

**a.** Identify the settlement in which you submitted the claim: _____

_____

_____

_____

**b.** When did you submit the claim? _____

_____

_____

_____

13.　　Have you ever enrolled in or purchased credit monitoring or other identity theft protection

services? ☐ **Yes** ☐ **No**

　　　　If so, please provide the following information for <u>each service</u>:

**a.** What services did you enroll in or purchase? _____

**b.** When did you purchase or enroll in the services? _____

**c.** Who was the provider of the services? _____

**d.** During what period(s) of time were the services active? _____

_____

**e.** If the services were free, who offered the services? _____

_____

**f.** If you purchased the services, how much did you pay? _____

_____

14.　　Did you take any of the following steps to secure your personal information after you

learned about the Capital One Cyber Incident?

- Purchase credit monitoring?
  ☐ **Yes** ☐ **No**
- Place a credit freeze on your credit file?
  ☐ **Yes** ☐ **No**
- Place a fraud alert on your accounts?
  ☐ **Yes** ☐ **No**
- Change passwords for any accounts?
  ☐ **Yes** ☐ **No**
- Close any financial accounts?
  ☐ **Yes** ☐ **No**
- Obtain or review credit reports?
  ☐ **Yes** ☐ **No**
- Cancel any payment cards?
  ☐ **Yes** ☐ **No**

**a.** Describe any other actions or steps you took to secure your personal information after you

learned about the Capital One Cyber Incident: _____

_____

549574.1                                                9

_____

_____

_____

**15.**    Did you have any of the following in place prior to July 29, 2019?

- Credit freeze on your credit file or credit history? ☐ **Yes** ☐ **No**
- Fraud alert on any of your accounts? ☐ **Yes** ☐ **No**

- Credit monitoring or identity theft protection services? ☐ **Yes** ☐ **No**

**a.** If so, identify the date on which you enrolled in or activated the freeze(s), alert(s), or services and the date on which the freeze(s), alert(s), or services expired: _____

_____

**16.**    Have you applied for a credit card at any time since March 22, 2018? ☐ **Yes** ☐ **No**

**a.** If so, identify the credit card, the financial institution or other provider of the credit card, and the date on which you applied for the credit card: _____

_____

_____

**17.**    Do you contend that your ability to obtain credit, your credit score(s), or your ability to obtain financing or credit was adversely impacted as a result of the Capital One Cyber Incident? ☐ **Yes** ☐ **No**

If so, please provide the following information:

**a.** Describe in detail how you believe your credit was adversely impacted: _____

_____

_____

_____

_____

_____

549574.1

10

**b.** If you contend your credit score was adversely impacted as a result of the Capital One Cyber Incident, identify the provider of the credit score you claim was adversely impacted, the credit score you had immediately prior to March 22, 2019, and your current credit score.  Provide the requested information for <u>each credit score</u> you contend was adversely impacted: _____

_____

_____

_____

**18.**      Do you contend that any acts of identity theft or other fraud that you may have suffered were caused by the Capital One Cyber Incident? ☐ **Yes** ☐ **No**

If so, please provide the following information for <u>each act</u> of identity theft or other fraud that you contend was caused by the Capital One Cyber Incident:

   **a.** Describe the identity theft or fraud you attribute to the Capital One Cyber Incident and explain why you believe it was caused by the Capital One Cyber Incident: _____

   _____

_____

_____

_____

   **b.** Describe any monetary losses or other injuries you suffered as a result of the identity theft or fraud: _____

_____

   **c.** Identify any reports, insurance claims, disputes, or other formal notices that you submitted to or filed with any retailers, government agencies, financial institutions, credit reporting agencies, credit monitoring or identity protection providers, or insurance companies as a result of the identity theft or fraud: _____

_____

_____

   **d.** Describe any theft losses you claimed for tax purposes in any federal or state tax filings related to the identity theft or other fraud: _____

   **e.** Please identify any other person or entity likely to have information about the identity theft

549574.1                                                      11

or other fraud you claim was caused by the Capital One Cyber Incident: _____

_____

_____

_____

## **DOCUMENT REQUESTS**

 Please provide the following documents to your attorney:

1.      Any letters, notices, or other alerts you received from Capital One related to the Capital One Cyber Incident.

2.      Any contracts or agreements between you and Capital One relating to any Capital One account opened since January 1, 2005 in your name or on which you are an authorized user.

3.      Any applications you submitted to Capital One for any products or services, whether such application was accepted or declined, since January 1, 2005.

4.      Any documents supporting your claim that you have spent time or money to secure your personal information after the Capital One Cyber Incident.

5.      Any documents that you rely on to claim that you suffered identity theft or another form of fraud as a result of the Capital One Cyber Incident.

6.      Any other documents that you rely on to prove you were injured as a result of the Capital One Cyber Incident.

7.      Documents showing any statements made by Capital One that you read and relied on when you decided to apply for a Capital One credit card.

8.      Any documents related to prior data breach(es), theft(s) of data, cybersecurity incident(s), or malware or ransomware attack(s) in which your personal information was or could have been accessed or obtained by an unauthorized third party.  Such documents include, but are not limited to, any notices you may have received about such incident(s) or about any litigation or settlements related to such incident(s), any claims forms you have submitted for benefits from a settlement

549574.1                                                12

related to such incident(s), and any checks or other benefits you may have received from a settlement related to such incident(s).

I declare under penalty of perjury under 28 U.S.C. § 1746 that the information produced is true and correct.

_____
Signature

_____
Print Name

_____
Date