IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: CAPITAL ONE CONSUMER ) <br> DATA BREACH SECURITY LITIGATION )    MDL No. 1:19md2915 (AJT/JFA) <br> ) <br> ) <br> This Document Relates to: Case 1:19-cv-02963 ) <br> ) | |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Barbara Agnew, Mark Alfred, Michael Anja, Princeton Barnett, Joanne Billmire, Debbie Brown, Janet Brown, Rebecca Bryant, Jaclyn Callahan, Kera Collinson, Calvin Compton, Daniel Connelly, Jimmy Cornelius, Anna Croom, Arthur Draper, Kevin Dugan, David Earls, Lalita Evans, Andrienna Faison, Adam Fear, Brent Fedders, Claudia Guiden, Kimberly Hanson, Lorie Harrington, Tanya Harris, Lesley Hice, Vickie Hodgins, Jennifer Howard, Jamisa Ingram, Carease Jackson, Kristine Jackson, Jamille Johnson, Lynn Jones, Betty Knox, Todd Lapcheske, Tina Lavoie, Scott Linman, Gail Lipsey, Sara Llweyllyn, Richard Luga, Artomesia Martin, Sheryl Martinez, Lovisa Mcbee, Brandy Mcgrew, Teresa Miller, Sharriea Mingo, Billy Mosley, Blake Myers, Moussa Nombre, Lexa Oaldon, Gerald Oloughlin, Dayle Osborne, Phillip Pacetti, John Pagliarulo, Ebony Peoples, Bessie Renfro, Waltraud Risley, Elena Rowe, Shadi Samhan, Kelli Seals, Rita Shaw, Lauren Shephard, Amanda Smith, Jesse Sollien, Tara Standridge, Kacy Stone, Amber Syring, Casey Trulock, Stacey Tweedt, Jeff Volquardsen, Shaunte Walker, Scott Whitehill, Lane Wilson, and Danita Wright, hereby dismiss their claims in the above-captioned action in their entirety, without prejudice as to their ability to submit a claim as an absent class member in the event of a future recovery in this action. This Notice of Voluntary Dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

So Ordered

_____
Anthony J. Trenga    06/23/2020
United States District Judge

                                               Respectfully submitted,

Dated: June 22, 2020        By:    */s/ Steven T. Webster*
                                                           Steven T. Webster (VSB No. 31975)
                                                           **WEBSTER BOOK LLP**
                                                           300 N. Washington Street, Suite 404
                                                           Alexandria, VA 22314
                                                           Telephone: (888) 987-9991
                                                           swebster@websterbook.com

                                                           *Plaintiffs' Local Counsel*

                                                           Gary E. Mason
                                                           **MASON LIETZ & KLINGER LLP**
                                                           5101 Wisconsin Avenue NW, Suite 305
                                                           Washington, DC 20016
                                                           Tel: 202-640-1168
                                                           Fax: 202-429-2294
                                                           gmason@masonllp.com

                                                           *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on June 22, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                */s/ Steven T. Webster*
                Steven T. Webster (VSB No. 31975)
                WEBSTER BOOK LLP