# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: CAPITAL ONE CONSUMER ) <br> DATA SECURITY BREACH LITIGATION ) <br> _____ ) | MDL No. 1:19md2915 (AJT/JFA) |

This Document Relates to CONSUMER Cases
_____

### JOINT NOTICE REGARDING RESOLUTION OF CAPITAL ONE'S
### MOTION TO COMPEL PRODUCTION OF FACT SHEETS [DKT. NO. 599]

Defendants Capital One Financial Corporation, Capital One Bank (USA), and Capital One, National Association (collectively, "Capital One") and Plaintiffs' Co-Lead Counsel (collectively the "Parties") jointly submit this notice alerting the Court that the Parties have resolved the issues contained in Capital One's Motion to Compel Production of Fact Sheets [Dkt. No. 599] by agreeing (1) that each plaintiff in the various member cases in the MDL who has not already done so must provide a response to the Fact Sheets to Capital One by July 10, 2020, (2) Capital One reserves the right to move to dismiss with prejudice any plaintiff in the various member cases who does not provide a Fact Sheet by that date, and (3) Plaintiffs reserve the right to oppose Capital One's motion to dismiss at that time.

Accordingly, the Parties request that the Court enter the attached Order directing that all remaining responses to Capital One's Fact Sheets are due by July 10, 2020, denying Capital One's Motion to Compel Production of Fact Sheets [Dkt. No. 599] as moot, and removing the hearing on the motion to compel set for June 26, 2020 from its docket.

The Parties further wish to clarify the record about the meet and confer process that preceded Capital One's Motion to Compel. Co-Lead Plaintiffs' Counsel acknowledges that the characterization of the meet and confer process in footnote 2 of the Plaintiffs' Opposition to Capital One's Motion [Dkt. 635] may have been based on a misunderstanding between the conferring

550615.1

Parties. During a subsequent meet and confer, counsel for the Parties clarified the misunderstanding and discussed ways to avoid such misunderstandings in the future.

For the reasons stated above, the Parties request that the Court enter the attached Order memorializing their agreement, denying Capital One's Motion to Compel Production of Fact Sheets [Dkt. No. 599] as moot, and removing the hearing set for June 26, 2020 from the docket.

Dated: June 25, 2020

Respectfully Submitted,

/s/
David L. Balser (*pro hac vice*)
S. Stewart Haskins II (*pro hac vice*)
John C. Toro (*pro hac vice*)
Kevin J. O'Brien (VSB No. 78886)
Robert D. Griest (*pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel.: (404) 572-4600
Fax: (404) 572-5140
dbalser@kslaw.com
shaskins@kslaw.com
jtoro@kslaw.com
kobrien@kslaw.com
rgriest@kslaw.com

*Defendants' Lead Counsel*

Robert A. Angle (VSB No. 37691)
Tim St. George (VSB No. 77349)
Jon S. Hubbard (VSB No. 71089)
Harrison Scott Kelly (VSB No. 80546)
**TROUTMAN SANDERS LLP**
1001 Haxall Point
Richmond, VA 23219
Tel.: (804) 697-1200
Fax: (804) 697-1339
robert.angle@troutman.com
jon.hubbard@troutman.com
scott.kelly@troutman.com
timothy.st.george@troutman.com

        Mary C. Zinsner (VSB No. 31397)
**TROUTMAN SANDERS LLP**
401 9th Street, NW, Suite 1000
Washington, DC 20004
Tel.: (703) 734-4334
Fax: (703) 734-4340
mary.zinsner@troutman.com

*Defendants' Local Counsel*

Dated: June 25, 2020        Respectfully Submitted,

*/s/ Steven T. Webster*
Steven T. Webster (VSB No. 31975)
**WEBSTER BOOK LLP**
300 N. Washington Street, Suite 404
Alexandria, Virginia 22314
Tel: (888) 987-9991
swebster@websterbook.com

*Plaintiffs' Local Counsel*

Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
siegel@stuevesiegel.com

Karen Hanson Riebel
**LOCKRIDGE GRINDAL NAUEN, P.L.L.P**
100 Washington Avenue South, Suite 200
Minneapolis, MN 55401
Tel: (612) 339-6900
khriebel@locklaw.com

John A. Yanchunis
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel: (813) 223-5505
jyanchunis@ForThePeople.com

*Plaintiffs' Lead Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

>	*/s/*
>	Robert A. Angle

550615.1