Date: 07/31/2020

Judge: JOHN F. ANDERSON
Reporter: FTR
Zoomgov Meeting ID: 160 288 9277
Password: 450043

Court reporter: A. Thomson

Start: 10:59 am
Finish: 11:35 am

Civil Action Number: 1:19-md-2915-AJT-JFA

In Re: Capital One Customer Data Security Breach Litigation

Appearances of Counsel via Zoomgov (X)

Motion to/for:

[722] DEFENDANTS' MOTION TO LIMIT NONPARTY, NONEXPERT DEPOSITIONS AND TO ALLOW DEFENDANTS TO DEPOSE THE NAMED PLAINTIFFS

Argued &

[722] - granted in part / denied in part

(X) Order(s) to Follow