IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE: CAPITAL ONE CONSUMER          )
DATA SECURITY BREACH LITIGATION      )          MDL No. 1:19md2915 (AJT/JFA)
                                     )

This Document Relates to the Consumer Cases

## ORDER

On August 7, 2020, plaintiffs filed a motion to compel text message discovery from

Amazon defendants, a memorandum in support, and a notice of hearing for August 14, 2020 at

10:00 a.m. (Docket nos. 769–71). The hearing on plaintiffs' motion to compel will be held

through ZoomGov video conferencing service on Friday, August 14, 2020 at **11:00 a.m**. The

court will provide counsel for the parties the information needed to participate in the hearing by

video conference later this week. Parties, counsel, and the public who wish to listen to the

argument can use the following information to dial-in to the hearing:

**Dial-In**: 1-877-336-1828

**Access Code**: 6915271

Those utilizing the dial-in information are reminded they are invited to listen only and they may

not participate in the oral argument. Parties who wish to listen must access the dial-in

information no later than three (3) minutes prior to the scheduled start time to allow the hearing

to be conducted without disruption.

Entered this 11th day of August, 2020.

_____/s/_____
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia