Date: 08/14/2020    Judge: JOHN F. ANDERSON
Reporter: FTR/A.Thomson
Zoomgov Meeting ID: 160 450 8129
Password: 090013

Start: 11:02am
Finish: 11:55am

Civil Action Number: 1:19-md-2915-AJT-JFA

In Re: Capital One Customer Data Security Breach Litigation

Appearances of Counsel via Zoomgov (X)

Motion to/for:
[769] PLAINTIFFS' MOTION TO COMPEL TEXT MESSAGE DISCOVERY FROM THE AMAZON DEFENDANTS

Argued &
(X) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to _____

_____
_____
_____
_____
_____
_____
_____

(X) Order to Follow