IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

F I L E D

AUG 1 4 2020

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN RE: CAPITAL ONE CONSUMER )
DATA SECURITY BREACH LITIGATION )      MDL No. 1:19md2915 (AJT/JFA)
_____ )

This Document Relates to the Consumer Cases
_____

## ORDER

On August 7, 2020, plaintiffs filed a motion to compel text message discovery from

Amazon defendants, a memorandum in support, and a notice of hearing for August 14, 2020 at

10:00 a.m. (Docket nos. 769–71). To accommodate the court's schedule, the court ordered that

the hearing be rescheduled to August 14, 2020 at 11:00 a.m. (Docket no. 776). On August 12,

2020, Amazon defendants filed an opposition to the motion. (Docket no. 780). Plaintiffs filed a

reply the following day, on August 13, 2020. (Docket no. 781).

Having reviewed the motion, memorandum in support, opposition, and reply, and for the

reasons stated during the hearing on Friday, August 14, 2020, it is hereby

ORDERED that plaintiffs' motion to compel is granted.

Entered this 14th day of August, 2020.

_____/s/_____
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia