IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

IN RE: CAPITAL ONE CONSUMER          )
DATA SECURITY BREACH LITIGATION      )      MDL No. 1:19md2915 (AJT/JFA)
                                     )

**This Document Relates to the CONSUMER Cases**

ORDER

This matter is currently before the Court on Plaintiffs' Motion to File Under Seal. (Dkt. No. 765.) The Motion to Seal was filed on August 7, 2020, along with a Notice of Filing under Seal. (*See* Dkt. No. 767.) A memorandum in support of the Motion to File Under Seal was also filed with the Motion to File Under Seal, indicating that certain materials were being filed under seal that were designated as confidential under the provisions of the Amended Stipulated Protective Order. (*See* Dkt. No. 368.) On August 14, 2020, Defendants Capital One Financial Corporation, Capital One Bank (USA), N.A., and Capital One, N.A. filed a Response in Support of the Motion to Seal. (Docket No. 785). No objection to sealing these materials has been filed and the time for doing so has expired.

Having reviewed the information redacted on pages 3 and 7 of Plaintiffs' Memorandum of Law in Support of their Motion to Compel Text Message Discovery from the Amazon Defendants [Dkt. No. 770 ("Memorandum")], and Exhibits 2 and 3 to the Memorandum filed under seal by Plaintiffs pursuant to the Amended Stipulated Protective Order and Local Civil Rule 5(C), and upon consideration of the pleadings filed herein and the applicable standards as set forth by the Fourth Circuit in *Va. Dep't of State Police v. Washington Post*, 386 F.3d 567 (4th Cir. 2004), the Court finds that the parties have shown a sufficient basis for sealing certain information redacted in Plaintiffs' Memorandum and Exhibits 2 and 3 to the Memorandum at this time. **By granting**

this motion to seal, the undersigned is not making a determination that this information will remain under seal and will not be disclosed to the public during any summary judgment proceedings or at the trial before the District Judge.

For the reasons stated above, the Motion to File Under Seal is **GRANTED**; and it is further

**ORDERED** that Exhibits 2 and 3 to the Memorandum [Dkt. Nos. 772-2 & 772-3], as well as the information redacted in Plaintiffs' Memorandum [Dkt. No. 770] on pages 3 and 7 shall remain under seal at this time.

Entered this 17th day of August, 2020.

/s/ JFA
John F. Anderson
United States Magistrate Judge

Hon. John F. Anderson
United States Magistrate Judge