IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| IN RE: CAPITAL ONE CONSUMER | ) | |
| DATA SECURITY BREACH LITIGATION | ) | MDL No. 1:19md2915 (AJT/JFA) |
| | ) | |

This Document Relates to the Consumer Cases

## **ORDER**

On August 7, 2020, plaintiffs filed a motion to compel production of PricewaterhouseCoopers Report, a memorandum in support, and a notice of hearing for August 14, 2020. (Docket nos. 759–61). On the same day, the court ordered that the motion be heard on Friday, August 21, 2020 in order to provide the parties adequate time to fully brief the issues involved in the motion. (Docket no. 763).

The hearing on plaintiffs' motion to compel will be held through ZoomGov video conferencing service on Friday, August 21, 2020 at **11:00 a.m.** The court will provide counsel for the parties the information needed to participate in the hearing by video conference later this week. Parties, counsel, and the public who wish to listen to the argument can use the following information to dial-in to the hearing:

**Dial-In:** 1-877-336-1828

**Access Code:** 6915271

Those utilizing the dial-in information are reminded they are invited to listen only and they may not participate in the oral argument. Parties who wish to listen must access the dial-in information no later than three (3) minutes prior to the scheduled start time to allow the hearing to be conducted without disruption.

Entered this 17th day of August, 2020.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia