IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



IN RE: CAPITAL ONE CONSUMER        )
DATA SECURITY BREACH LITIGATION    )      MDL No. 1:19md2915 (AJT/JFA)
                                   )

This Document Relates to the Consumer Cases

## ORDER

On August 7, 2020, plaintiffs filed a motion to compel production of PricewaterhouseCoopers Report, a memorandum in support, and a notice of hearing. (Docket nos. 759–61). On the same day, the court ordered that the motion be heard on Friday, August 21, 2020 to provide the parties adequate time to fully brief the issues involved in the motion. (Docket no. 763). On August 14, 2020, Capital One filed an opposition to the motion (Docket no. 786) and plaintiffs filed a reply on August 18, 2020 (Docket no. 800).

Having reviewed the motion, memorandum in support, opposition, and reply, and for the reasons stated during the hearing on Friday, August 21, 2020, it is hereby

ORDERED that plaintiffs' motion to compel production of the PricewaterhouseCoopers Report is denied.

Entered this 21st day of August, 2020.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia