IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: CAPITAL ONE CONSUMER ) <br> DATA SECURITY BREACH LITIGATION ) <br> ) | MDL No. 1:19md2915 (AJT/JFA) |

This Document Relates to ALL Cases

## NOTICE
September 2020 Monthly Status Conference

By Pre-Trial Order #8 dated January 29, 2020 [Doc. 302], this Court ordered that a status conference shall take place on the second Tuesday of each month at 2:00 p.m. Eastern Time beginning in March 2020, unless otherwise ordered by the Court. Pursuant to that Order, the Court will conduct the monthly status conference on **Tuesday, September 8, 2020 at 2:00 p.m. Eastern Time** via videoconference and teleconference.

Plaintiffs' Lead Counsel and Defendant's Lead Counsel, jointly if possible, otherwise separately, shall submit to the Court, **by no later than 5:00 p.m. Eastern Time on Friday, September 4, 2020**, an agenda of items to be discussed at the upcoming monthly status conference.

The Court will provide to the Lead Counsels appointed in Pre-Trial Order #2 [Doc. 38] and Pre-Trial Order #3 [Doc. 210] information to participate via videoconference (Zoom). All other participants shall participate via teleconference.

For purposes of the teleconference, the participant dial-in information is:

**Dial-In:**      1-888-278-0296

**Access Code:**  4593250#

Parties who wish to participate via teleconference must access the teleconference line no later than three (3) minutes prior to the scheduled start time in order to allow the proceeding to be conducted without disruption. Further, during the teleconference, parties should: (1) identify themselves each time they speak; (2) in cases where a participant is not a speaker, mute their phone's microphone; (3) briefly pause before speaking; (4) use a landline (if possible); (5) not use a cell phone on speaker; and (6) not use a voice-activated microphone.

The Clerk is directed to docket this Notice in the lead case (1:19md2915), as required per PTO-1.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
September 2, 2020