# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

IN RE: CAPITAL ONE CONSUMER )
DATA SECURITY BREACH LITIGATION ) MDL No. 1:19md2915 (AJT/JFA)
                                                                                              )

This Document Relates to CONSUMER Cases

## NOTICE OF CAPITAL ONE'S MOTION TO FILE
## CERTAIN INFORMATION UNDER SEAL

Defendants, Capital One Financial Corporation, Capital One Bank (USA), N.A., and Capital One, N.A. (collectively, "Capital One"), by counsel and pursuant to Local Civil Rule 5 of Local Rules for the United States District Court for the Eastern District of Virginia, hereby provide notice that they have filed a Motion to File Certain Information Under Seal ("Motion to Seal") in conjunction with the Joint Proposed Agenda and Status Report for September 8, 2020 Status Conference ("Status Report") [Dkt. No. 828]. Capital One moves to seal certain portions of the Status Report, which have been designated by Plaintiffs as "Confidential" pursuant to the Amended Stipulated Protective Order [Dkt. No. 368].

Parties and non-parties may submit memoranda in support of or in opposition to the Motion to Seal within seven (7) days, and they may designate all or part of such memoranda as confidential. Any information designated as confidential in a supporting or opposing memorandum will be treated as sealed pending a determination by the Court on the motion to seal. If no objection is filed in a timely manner, the Court may treat the motion as uncontested.

Respectfully submitted this 4th day of September, 2020.

        /s/
David L. Balser (*pro hac vice*)
S. Stewart Haskins II (*pro hac vice*)
John C. Toro (*pro hac vice*)
Kevin J. O'Brien (VSB No. 78886)
Robert D. Griest (*pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Tel.: (404) 572-4600
Fax: (404) 572-5140
dbalser@kslaw.com
shaskins@kslaw.com
jtoro@kslaw.com
kobrien@kslaw.com
rgriest@kslaw.com

Robert A. Angle (VSB No. 37691)
Tim St. George (VSB No. 77349)
Jon S. Hubbard (VSB No. 71089)
Harrison Scott Kelly (VSB No. 80546)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
1001 Haxall Point
Richmond, VA 23219
Tel.: (804) 697-1200
Fax: (804) 697-1339
robert.angle@troutman.com
jon.hubbard@troutman.com
timothy.st.george@troutman.com
scott.kelly@troutman.com

Mary C. Zinsner (VSB No. 31397)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
401 9th Street, NW, Suite 1000
Washington, DC 20004
Tel.: (202) 274-1932
Fax: (202) 274-2994
mary.zinsner@troutman.com

*Counsel for Capital One*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2020, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                            /s/
                                    Robert A. Angle

                                    *Counsel for Capital One*

109929427