IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE: CAPITAL ONE CONSUMER )
DATA SECURITY BREACH LITIGATION )   MDL No. 1:19md2915 (AJT/JFA)
)

This Document Relates to the Consumer Cases

## PRETRIAL ORDER #25

On September 18, 2020, counsel for the parties file a joint motion to amend scheduling order to extend the time for expert reports. (Docket no. 870). Having reviewed the motion and supporting memorandum, it is hereby

ORDERED that the expert disclosure dates are modified in the following manner:

| Event | Date |
|---|---|
| Plaintiffs' disclosure of expert(s) and expert report(s) | February 1, 2021 |
| Defendants' disclosure of expert(s) and expert report(s) | March 2, 2021 |
| Plaintiffs' disclosure of rebuttal expert report(s) | March 23, 2021 |
| Completion of depositions of experts or rebuttal experts | April 20, 2021 |
| Expert discovery closes | April 20, 2021 |

**No other dates in the scheduling order are modified by the entry of this order.**

Entered this 21st day of September, 2020.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia