IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE CAPITAL ONE CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:19-md-2915 (AJT/JFA) |
| **This Document Relates ONLY to the following Case:** <br><br> PEAKDAY KEP and NARYSYNUON KEP, <br><br> Plaintiffs, <br><br> v. <br><br> CAPITAL ONE BANK (USA) N.A., <br><br> Defendant. | Case No. 1:20-cv-2973 (AJT/JFA) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Peakday Kep and Narysynuon Kep ("Plaintiffs"), by and through counsel, and Defendant Capital One Bank (USA), N.A. ("Capital One"), by and through counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Plaintiffs' claims in the above-captioned action in their entirety with prejudice. Each party shall bear its own costs and expenses.

Dated: September 21, 2020

1

Respectfully submitted,

| | |
|---|---|
| /s/<br>William M. Walls<br>Attorney at Law<br>2927 Broadway<br>Houston, TX 77017<br>Tel.: (281) 442-8068<br>williammwalls@gmail.com<br><br>*Counsel for Plaintiffs* | /s/<br>David L. Balser (*pro hac vice*)<br>S. Stewart Haskins II (*pro hac vice*)<br>John C. Toro (*pro hac vice*)<br>Kevin J. O'Brien (VSB No. 78886)<br>Robert D. Griest (*pro hac vice*)<br>**KING & SPALDING LLP**<br>1180 Peachtree Street, N.E.<br>Atlanta, GA 30309<br>Tel.: (404) 572-4600<br>Fax: (404) 572-5140<br>dbalser@kslaw.com<br>shaskins@kslaw.com<br>jtoro@kslaw.com<br>kobrien@kslaw.com<br>rgriest@kslaw.com<br><br>Robert A. Angle (VSB No. 37691)<br>Tim St. George (VSB No. 77349)<br>Jon S. Hubbard (VSB No. 71089)<br>Harrison Scott Kelly (VSB No. 80546)<br>**TROUTMAN PEPPER**<br>**HAMILTON SANDERS LLP**<br>1001 Haxall Point<br>Richmond, VA 23219<br>Tel.: (804) 697-1200<br>Fax:  (804) 697-1339<br>robert.angle@troutman.com<br>jon.hubbard@troutman.com<br>timothy.st.george@troutman.com<br>scott.kelly@troutman.com<br><br>Mary C. Zinsner (VSB No. 31397)<br>**TROUTMAN PEPPER**<br>**HAMILTON SANDERS LLP**<br>401 9th Street, NW, Suite 1000<br>Washington, DC 20004<br>Tel.: (202) 274-1932<br>Fax: (202) 274-2994<br>mary.zinsner@troutman.com<br><br>*Counsel for Capital One Defendants* |

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/
David L. Balser