IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE: CAPITAL ONE CONSUMER )
DATA SECURITY BREACH LITIGATION ) MDL No. 1:19md2915 (AJT/JFA)
                                                                )

This Document Relates to the Consumer Cases

## ORDER

On September 18, 2020, plaintiffs filed a motion for additional time to depose witnesses Houston Hopkins and Michael Johnson, a memorandum in support, and a notice of hearing for Friday, September 25, 2020. (Docket nos. 875–78).

The hearing on plaintiffs' motion will be held through ZoomGov video conferencing service on Friday, September 25, 2020 at 10:00 a.m. The court will provide up to three (3) counsel for Capital One, Amazon, and plaintiffs the information needed to participate in the hearing by video conference. Parties, counsel, and the public who wish to listen to the argument can use the following information to dial-in to the hearing:

**Dial-In**: 1-877-336-1828

**Access Code**: 6915271

Those utilizing the dial-in information are reminded they are invited to listen only and they may not participate in the oral argument. Parties who wish to listen must access the dial-in information no later than three (3) minutes prior to the scheduled start time to allow the hearing to be conducted without disruption.

Entered this 22nd day of September, 2020.

                                                                           /s/
                                            John F. Anderson
                                            John F. Anderson

Alexandria, Virginia                              United States Magistrate Judge