Date: 09/25/2020  Judge: JOHN F. ANDERSON
Reporter: FTR/A. Thomson

Start: 9: 59 a.m.
Finish: 10:19 a.m.

Civil Action Number: 1:19-md-2915-AJT-JFA

In Re: Capital One Customer Data Security Breach Litigation

Appearances of Counsel via Zoomgov (X)

Motion to/for:

[875] PLAINTIFFS' MOTION FOR ADDTIONAL TIME TO DEPOSE WITNESSES HOUSTON HOPKINS AND MICHAEL JOHNSON

Argued &

GRANTED IN PART/DENIED IN PART

(X) Order(s) to Follow