Date: 11/20/2020

Judge: JOHN F. ANDERSON
Reporter: FTR / court reporter: A. Thomson

Start: 11:30 am
Finish: 11:41 am

Civil Action Number: 1:19-md-2915-AJT-JFA

In Re: Capital One Customer Data Security Breach Litigation

Appearances of Counsel via Zoomgov (X)

Motion to/for:
[1034] PLAINTIFFS' MOTION FOR CLARIFICATION OF SCHEDULING ORDER REGARDING FACT DISCOVERY DEADLINE

Argued &
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to _____
___Denied as moot_____

(X) Order to Follow