# EXHIBIT B

```
                              CONFIDENTIAL
 1           IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
 2                    ALEXANDRIA DIVISION

 3   IN RE:  CAPITAL ONE            :
     CONSUMER DATA SECURITY         : MDL NO.:
 4   BREACH LITIGATION              : 1:19md2915  (AJT/JFA)
                                    :
 5                                  :
                                    :
 6   ~~~~~~~~~~~~~~~~~~~~~~~~~~

 7          VIDEOTAPED 30(b)(6) DEPOSITION OF
                     STEVE SCHUSTER
 8                 CONDUCTED REMOTELY

 9
                      9:35 a.m. EST
10        Thursday, the 11th day of June 2020

11

12

13
         Blanche J. Dugas, CRR, RPR, CCR No. B-2290
14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1    Q.   Anything else?
 2    A.   As I mentioned before, we have added -- and
 3  I don't know explicitly which ones, but we have added
 4  other alarming and more analysis in GuardDuty.  We
 5  have also increased as I mentioned the analysis to
 6  Zelkova and others.  I would consider those belts and
 7  suspenders.
 8    Q.   The last sentence in this paragraph states
 9  and let me quote it again, "But you can rest assured
10  that we will learn from this event alongside our
11  partner and be relentless in continuing to evolve our
12  services over time."
13         Did I read that correctly?
14    A.   Yes.
15    Q.   And in this sentence, Mr. Schmidt is
16  referring to Capital One as its partner, as AWS's
17  partner; isn't that correct?
18    A.   It is correct.
19    Q.   Upon learning through a text on July 20th of
20  the data breach, did Amazon notify its other customers
21  utilizing its cloud systems of the breach?
22    A.   We were provided indications that Paige had
23  accessed -- potentially accessed other customers using
24  this method.  And so yes, we did provide that
25  notification.
```

1　　Q.　And how many other customers using the same
2　method and mode of attack did Paige Thompson attack
3　and exfiltrate data from?
4　　A.　So I do not know how many she exfiltrated
5　data from.  I do know that there was reference to
6　other companies that she had been working -- excuse
7　me -- against.  I do not know the results of her work
8　against those other customers.  I had the names and
9　knew the names of the customers from social media
10　posts and from other information that Capital One
11　provided us initially from her -- from her snap --
12　Slack channel and her Git -- her Git postings.
13　　　And so with that we then reached out to
14　those customers to let them know that they had also
15　potentially been implicated or had this type of
16　attention in their environment.
17　　Q.　And how many customers in total were in that
18　universe?
19　　A.　The first set was 11, and then I believe we
20　had another set that we heard through the law
21　enforcement investigations and, in that, there was
22　around 60.
23　　Q.　So in addition to Capital One, Ms. Thompson
24　was able to get into the account s of 71 additional
25　customers of AWS?

Case 1:19-md-02915-AJT-JFA   Document 1077-2   Filed 12/03/20   Page 5 of 11 PageID# 16463

IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION
Confidential | Steve Schuster 30(b)(6) on 06/11/2020 | Page 158

1    A.   I do not know the success or the failure of
2    her ability to get into those other customers.  We had
3    information that they were a focus of her time.  I do
4    not have the information of whether she was successful
5    or not or whether other data were actually exfiltrated
6    or accessed.
7         Q.   Did Amazon conduct an investigation as it
8    had with Capital One of these other 71 accounts?
9         A.   Not of all 71 accounts, no, sir.  We
10   provided notification to those customers, asked them
11   to look for those indications that were similar to
12   what had happened, and then offered if they wanted
13   additional support, we offered their -- we offered to
14   support them.
15        Q.   Why did you provide support for Capital One
16   with that and not go -- volunteered for the other 71?
17        A.   I'm sorry, we did volunteer.  We provided
18   them notifications that we had information but they
19   had also been made attention and asked if they wanted
20   support or our help.
21        Q.   Did any of the 71 request Amazon's support?
22        A.   I think there were two.
23        Q.   Which two were those?
24        A.   I do not know.
25        Q.   Were those financial institutions or banks?

Case 1:19-md-02915-AJT-JFA   Document 1077-2   Filed 12/03/20   Page 6 of 11 PageID# 16464

IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION
Confidential | Steve Schuster 30(b)(6) on 06/11/2020 | Page 159

 1    A.   I do not know.
 2    Q.   Were any of the 71 financial institutions?
 3    A.   I don't know.  I don't know who those
 4  customers were.
 5    Q.   Were any of the 71 customers, however,
 6  regardless of whether or not you know or don't know
 7  their identities, store information of customers or
 8  consumers?
 9    A.   I -- I -- I don't know what was -- much like
10  with Capital One, I don't have the ability to know how
11  their environment is set up, if the attacks were
12  successful, or where any or even what data is stored
13  in their environments.
14    Q.   What period of time did the attacks on these
15  71 accounts occur?
16    A.   I do not know because I wasn't --
17         MR. NEWBY:  Object to form.  You may
18    answer.
19    Q.   (By Mr. Yanchunis)  You don't know the
20  answer to that?
21    A.   I did not do the --
22         THE WITNESS:  Sorry, Tyler.  Go ahead.
23         MR. NEWBY:  I was saying object to
24    form.  You may answer.
25         THE WITNESS:  I did not do the

Case 1:19-md-02915-AJT-JFA   Document 1077-2   Filed 12/03/20   Page 7 of 11 PageID# 16465

IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION
Confidential | Steve Schuster 30(b)(6) on 06/11/2020 | Page 160

1  analysis for that -- for those customers.
2  I let them know that they were implicated
3  or mentioned in Paige Thompson's data.
4  Q. (By Mr. Yanchunis) So you don't know what
5  period of time, whether it be months, days, weeks or
6  even years of Paige Thompson's activity with regard to
7  these 70 other -- 71 other customers of Amazon;
8  correct?
9  A. That's correct.
10 Q. Did any of the 71 customers of Amazon
11 provide any information following their own
12 investigations or assessments, if they did any, of the
13 activity of Paige Thompson?
14 A. None that I'm aware of.
15 Q. Other than 71 accounts that were -- or 71
16 customers that we're talking about, did Amazon notify
17 all of its other customers using its cloud-computing
18 services of the attack by Paige Thompson of the
19 accounts of 72 of its customers?
20 A. No. We sent no broad notification to other
21 customers. We --
22 Q. Any reason you did not?
23 A. Well, we did do the scan we talked about
24 earlier. We scanned for this particular piece, this
25 particular misconfiguration and notified 280 customers

Case 1:19-md-02915-AJT-JFA   Document 1077-2   Filed 12/03/20   Page 8 of 11 PageID# 16466

IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION
Confidential | Steve Schuster 30(b)(6) on 06/11/2020 | Page 161

1  that they had this configuration.  I do not know

2  whether that was appropriate or not.  And then these

3  were identified through the law enforcement analysis

4  or specific to Paige Thompson, that set of customers.

5          But we did not send broad notification to

6  customers that didn't -- that either were not

7  explicitly identified in Paige Thompson's activities,

8  or explicitly identified as having this potential

9  security misconfiguration.

10     Q.   Well, but you identified through the testing

11  of this tool that you created that there were 280

12  customers who had misconfigurations; correct?

13     A.   Yes, sir.  Yes, sir, and we notified those

14  customers.

15     Q.   And law enforcement for reviews of Paige

16  Thompson's GitHub or Slack account --

17     A.   Slack.

18     Q.   -- revealed the names of 72 customers that

19  she had accessed; correct?

20          MR. NEWBY:  Object to form.

21          THE WITNESS:  That she was paying

22      attention to.  I do not know whether they

23      were accessed or whether they were just

24      scanned or what she was doing with those

25      other customers.

 1    Q.   (By Mr. Yanchunis)  Okay.
 2    A.   They were identified in her information, but
 3  I -- but I do not know how much she attacked them, if
 4  at all.
 5    Q.   Let's -- so you know what I'm having a
 6  problem with is why Amazon would not have notified the
 7  other 208 customers that it had identified as having
 8  misconfigurations to tell them, by the way, we've been
 9  notified by law enforcement and saw on Paige
10  Thompson's GitHub and Slack account that she was
11  playing around and maybe having gained in and maybe
12  taken information out of those other accounts, so
13  you-all ought to check that.
14         MR. NEWBY:  Objection to form.
15    Q.   (By Mr. Yanchunis)  Why wouldn't you have
16  told those other 208 customers to tell them they may
17  want to check their -- their S3 buckets to see if they
18  were the subject of infiltration and exfiltration?
19  Any reason?
20         MR. NEWBY:  Objection to form.
21         THE WITNESS:  So I -- I'm obviously
22      not communicating clearly.  The 280 that we
23      identified, we sent notifications out to
24      them to tell them you've obviously seen the
25      press release of what's going on with

Case 1:19-md-02915-AJT-JFA   Document 1077-2   Filed 12/03/20   Page 10 of 11 PageID# 16468

IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION
Confidential | Steve Schuster 30(b)(6) on 06/11/2020 | Page 163

1      Capital One.  We have found an error in

2      your configuration through our scanning and

3      you should verify that this is established

4      and set up as you expect it to be.  That's

5      of the 280 that we have scanned.

6           Then the other 71 that we had account

7      information, IP addresses, and we could

8      link to specific account names, we reached

9      out to them more directly because this was

10     information in Paige Thompson's data to

11     indicate to them we have further indication

12     that Paige Thompson was paying attention to

13     your environment.  You should look deeply

14     at what's going on.  You should know how

15     and what happened with Capital One.  By

16     this time everybody was writing about what

17     had happened.  And we offered support and

18     help to both populations.

19        Q.   (By Mr. Yanchunis)  Okay.  But of the ones

20   that were identified through law enforcement or on her

21   GitHub and Slack account, that was 71; correct?

22        A.   Correct.

23        Q.   We'll make it 72; right?

24        A.   Correct.

25        Q.   Okay.  And for those people, you told that

1   Paige Thompson might have engaged in some malfeasance

2   in connection with their accounts; correct?

3       A.   Correct.

4       Q.   And in connection with the 280 that you

5   found misconfigured misconfigurations in their

6   account, was any of the 71 included in that 280 or is

7   this 280 in addition to the 71?

8       A.   I -- I don't have that information at hand.

9   I can imagine -- I can imagine it was a set of

10  customers -- and I don't know how many -- that may

11  have had both notifications.

12      Q.   And for those -- other than the 71, you did

13  not reveal to them that for 72 customers of AWS, that

14  Paige Thompson may have been active in those 72

15  accounts so therefore they should check their own

16  accounts.

17           MR. NEWBY:  Objection to form.  You

18       may answer.

19           THE WITNESS:  I'm going to have to ask

20       you to ask that one more time.  I'm not...

21      Q.   (By Mr. Yanchunis)  You didn't give the same

22  level of information to whatever subset of 208 -- or

23  the 280 that had not been identified by law

24  enforcement or on Paige Thompson's Slack or GitHub

25  account that Paige Thompson may have been involved in