# EXHIBIT C

```
 1              UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
 2                    ALEXANDRIA DIVISION
 3   IN RE:   CAPITAL ONE       § MDL NO.
        CONSUMER DATA SECURITY  § 1:19md2915  (AJT/JFA)
 4   BREACH LITIGATION,         §
                                §
 5                              §
     ~~~~~~~~~~~~~~~~~~~~~~~~~~
 6
                   VIDEOTAPED DEPOSITION OF
 7                    STEPHEN SCHMIDT
                     CONDUCTED REMOTELY
 8
 9                    9:33 a.m. EST
        Friday, the 18th day of September 2020
10
11
12
13      Blanche J. Dugas, CRR, RPR, CCR No. B-2290
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1      communications, so that I'll know that you're
 2      trying -- you know, that you're not answering as to
 3      some while answering to others.
 4           A.   Yes.
 5           Q.   And what is the answer?
 6           A.   Could you repeat the question, please?
 7           Q.   Yeah.  Did Amazon ever determine that Ms.
 8      Thompson had gained access or attempted to gain access
 9      to other AWS customer accounts like Ford, Ohio State
10      University or other customers?
11           A.   I don't know.
12           Q.   Is it your understanding that -- or were you
13      told that Paige Thompson had claimed to have done the
14      same thing to other customers, Ford, Ohio State
15      University and others?
16           A.   Michael Johnson had repeated to me that
17      Paige claims to have done the same thing to other
18      customers.
19           Q.   And after having been told that by Mr.
20      Johnson, did you undertake any investigation or have
21      anyone in your command undertake any investigation to
22      determine whether or not that had, in fact, occurred?
23           A.   Yes.
24           Q.   And what was discovered?
25           A.   I don't know the results of that.  I don't
```

```
 1    recall.
 2        Q.   Who did you instruct or communicate to
 3    undertake that investigation?
 4        A.   It would have been my security operations
 5    team.
 6        Q.   And who was the team that led that in
 7    July --
 8        A.   Steven Schuster.
 9        Q.   Mr. Schuster?
10        A.   Correct.
11        Q.   And you did identify his -- first name as
12    Steve?
13        A.   Steve.  Yes.
14             MR. YANCHUNIS:  Give me just a moment.
15        Q.   (By Mr. Yanchunis)  There on Page 59208 at
16    1:05 p.m., you see that Mr. Johnson says to you, "Did
17    we share with you the dossier?"
18        A.   Yes, I see that.
19        Q.   Okay.  Did he share that with you?
20        A.   I believe he did.
21        Q.   And how many pages was it?
22        A.   I don't know.
23        Q.   Do you know who created it?
24        A.   I don't know.
25        Q.   Once it was shared with you, what did you do
```