# EXHIBIT D

```
 1                 UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
 2                      ALEXANDRIA DIVISION

 3                                    )
                                      )
 4                                    )
                                      )
 5     IN RE:  CAPITAL ONE            )
       CONSUMER DATA SECURITY         )   MDL No. 1:19md2915
 6     BREACH LITIGATION              )   (AJT/JFA)
                                      )
 7                                    )   CONFIDENTIAL; SUBJECT
                                      )   TO PROTECTIVE ORDER
 8                                    )
                                      )
 9                                    )
                                      )
10                                    )

11
                           - - -
12

13         Videotaped Videoconference Deposition of

14                      JUSTIN CHRISTIAN

15                   (Taken by Plaintiffs)

16                       Tampa, Florida

17                       October 7, 2020

18       CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

19   Reported by:    Lynne C. Fulwood

20                   Certified Court Reporter

21

22

23

24

25
```

```
 1        Q    Okay.  I'm going to go up to row 662,
 2   July 29th, 17:04:18.  You write:  I should have
 3   realized this earlier, but their normally AWS folks
 4   probably aren't in on this.
 5             You see that?
 6        A    Yes.
 7        Q    Can you explain what you're referencing
 8   here?  Why weren't Capital One's normal AWS folks
 9   involved?
10             MR. NEWBY:  Objection to form.
11        A    I don't recall what led me to make this
12   supposition.
13   BY MR. BARTHLE:
14        Q    Were you also involved in some
15   investigations regarding whether other companies were
16   compromised by Paige Thompson -- other AWS customers
17   were compromised by Paige Thompson?
18        A    Yes, although to what extent I can't
19   recall.
20        Q    Did you come to any conclusions about
21   whether other customers had been compromised by her?
22             MR. NEWBY:  Objection.
23        A    I don't -- I don't recall coming to any
24   such conclusions.
25   BY MR. BARTHLE:
```

```
 1        Q    Were you just unable to reach a
 2   conclusion or you just don't remember what they were?
 3        A    I do not recall if a conclusion was
 4   actually reached.
 5        Q    Do you recall which customers you
 6   investigated on that issue?
 7        A    I do not specifically recall which
 8   customers I investigated.
 9        Q    Do you remember any of them?
10        A    Can you please clarify?
11        Q    Do you remember any of the other
12   customers that you investigated concerning whether
13   Paige Thompson had compromised them as well?
14        A    I don't recall if I was involved in the
15   investigation in any of the other customers.
16        Q    Outside of your direct involvement, do
17   you -- do you recall who any of those other customers
18   were?
19        A    I don't recall off the top of my head.
20        Q    I want to direct your attention to 647,
21   this is on July 29th, time stamp is 19:50:58.  You
22   write:  There's still no actual evidence that the
23   actor has any data from these companies.  If we were
24   to notify them it would get real awkward if we spun
25   them up with no evidence.  Agreed?
```