# EXHIBIT E

```
                    Confidential - Attorneys' Eyes Only
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF VIRGINIA
 2                       ALEXANDRIA DIVISION

 3    IN RE:  CAPITAL ONE         § MDL NO.
      CONSUMER DATA SECURITY      § 1:19md2915  (AJT/JFA)
 4    BREACH LITIGATION           §
                                  §
 5    ~~~~~~~~~~~~~~~~~~~~~~~~~

 6

 7                  VIDEOTAPED DEPOSITION OF
                    VINCENT CHARLES PASSARO
 8                     CONDUCTED REMOTELY

 9
                         12:29 p.m. EST
10         Wednesday, the 21st day of October 2020

11

12

13
           Blanche J. Dugas, CRR, RPR, CCR No. B-2290
14

15

16

17

18

19

20

21

22

23

24

25
```

Case 1:19-md-02915-AJT-JFA   Document 1077-5   Filed 12/03/20   Page 3 of 11 PageID# 16480

IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION
Attorneys Eyes Only      Vincent Charles Passaro on 10/21/2020      Page 60

1   her name is Paige Thompson?
2       A.   That's my understanding, yes.
3       Q.   Was it ever determined by Amazon that Paige
4   Thompson had compromised other Amazon customers?
5       A.   I don't know.
6       Q.   I want to put up Tab 5, and this will be
7   marked as Exhibit 342.  Its Bates number is
8   AWS_CAP00052442.  While that's coming up, I'll tell
9   you that most of this is redacted.  The only question
10  I have is about the very first e-mail at the top of
11  it, once it comes up.
12           (Plaintiffs' Exhibit 342 was marked
13        for identification.)
14           THE WITNESS:  I'm done reading.
15      Q.   (By Mr. Barthle)  Are you familiar with this
16  e-mail?
17      A.   I am not familiar with this e-mail, no.
18      Q.   Do you recall this issue regarding the Wall
19  Street Journal reporter?
20      A.   I'm sorry, the issue with the Wall Street
21  Journal?
22      Q.   Whatever Mr. Schmidt is referring to here.
23      A.   I am not, no.
24      Q.   And would Mr. Schmidt e-mail you with some
25  regularity?

Case 1:19-md-02915-AJT-JFA   Document 1077-5   Filed 12/03/20   Page 4 of 11 PageID# 16481

IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION
Attorneys Eyes Only    Vincent Charles Passaro on 10/21/2020    Page 61

 1    A.    I'm sorry?
 2    Q.    Does he e-mail you regularly in your
 3   day-to-day business?
 4    A.    I'm on the same e-mails that he's on for a
 5   large number of e-mails, but direct communication
 6   specifically to me, no.
 7    Q.    Do you recall yourself or anyone on your
 8   team looking into this issue that's being brought up
 9   here?
10    A.    I don't recall it specifically, no.
11    Q.    He writes, "A Wall Street Journal reporter
12   is alleging that she targeted some AZs specifically
13   because of less secure setups of some kind."
14          Do you see that?
15    A.    I see it, yes.
16    Q.    That term "AZ," does that refer to something
17   specific internally at Amazon?
18    A.    I believe he was referring to the term
19   "availability zones."
20    Q.    Were you ever informed of whether there was
21   some less secure setup related to those?
22    A.    No, not that I recall.
23    Q.    Are you aware of whether there was any sort
24   of investigation into this issue?
25    A.    Not that I recall.

Case 1:19-md-02915-AJT-JFA   Document 1077-5   Filed 12/03/20   Page 5 of 11 PageID# 16482

IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION
Attorneys Eyes Only         Vincent Charles Passaro on 10/21/2020         Page 62

```
 1      Q.   Did you receive this e-mail in the -- in the
 2   normal course of your employment at Amazon?
 3      A.   Sorry, I'm confused.  Receive e-mails?
 4      Q.   Did you receive this e-mail in the normal
 5   course of your employment at Amazon?
 6      A.   I believe I would have as I'm on CC.
 7           MR. BARTHLE:  Tyler, we'd ask for a
 8       business record stipulation.
 9           MR. NEWBY:  Yes, I'll stipulate that
10       this is a business record of Amazon.
11      Q.   (By Mr. Barthle)  Okay.  I'll put up another
12   exhibit which we'll mark as 343.  It is Bates
13   AWS_CAP00053149.  And again, most of this string is
14   redacted.  My questions are about these top two
15   e-mails.
16           (Plaintiffs' Exhibit 343 was marked
17        for identification.)
18           THE WITNESS:  Okay.  I'm done reading.
19      Q.   (By Mr. Barthle)  Do you recall this e-mail
20   string?
21      A.   I don't actually, no.
22      Q.   The subject line refers to an FBI victim
23   hash list.  Do you see that?
24      A.   I see that, yes.
25      Q.   Do you know what that is?
```

Case 1:19-md-02915-AJT-JFA   Document 1077-5   Filed 12/03/20   Page 6 of 11 PageID# 16483

IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION
Attorneys Eyes Only    Vincent Charles Passaro on 10/21/2020    Page 63

 1      A.    I can't remember the -- the specifics of
 2   what that's referring to.
 3      Q.    The e-mail that starts at the bottom of the
 4   first page and breaks over to the second from a
 5   Chenren Shao.  Do you see that?
 6      A.    This first section here?
 7      Q.    Below that.  This -- this e-mail.
 8      A.    Okay.
 9      Q.    You see that it's from Mr. -- or Chenren
10   Shao?
11      A.    Yes.
12      Q.    Who -- do you know who Chenren Shao is?
13      A.    Chenren is -- I believe he's an engineer by
14   title on a different team in AWS security.
15      Q.    And do you know what his role in the breach
16   investigation was?
17      A.    He's a developer who works on some of the
18   AWS security tooling.  So I believe he's speaking on
19   behalf of that role.
20      Q.    And you said AWS security tooling?
21      A.    Yes.
22      Q.    And what is that?
23      A.    Developers that develop tools at AWS
24   security.
25      Q.    Do you have an understanding of what he's

Case 1:19-md-02915-AJT-JFA   Document 1077-5   Filed 12/03/20   Page 7 of 11 PageID# 16484

IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION
Attorneys Eyes Only       Vincent Charles Passaro on 10/21/2020       Page 64

 1   discussing in this e-mail of August 17th, 2019 at
 2   8:38 a.m.?
 3       A.   He was referring to querying some dataset
 4   looking for hashes and matching those against some log
 5   file.
 6       Q.   He writes, "I got a test query finished
 7   successfully last night targeting first two weeks of
 8   this year and first 2,000 hashes from S3 edit logs.  I
 9   got 1.1k object matches.  Obviously, there won't be
10   1.1k distinct customers.  Initial quick glance shows
11   that same owners appear 30 to 110 times in this
12   initial result, so, yes, it roughly matches the
13   estimate that there are about 30 affected customers."
14            Do you see that?
15       A.   Yes.
16       Q.   Do you know what this test query was?
17       A.   I don't, no.
18       Q.   Do you know what the 2,000 hashes were?
19       A.   I don't, no.
20       Q.   How about the S3 edit logs?  Do you know
21   what those are?
22       A.   S3 edit logs are logs from S3 that reference
23   what they refer to as edit.  I don't know the specific
24   list of put or get, but it's what they call edit logs
25   of objects being put in S3 or something happening with

Case 1:19-md-02915-AJT-JFA   Document 1077-5   Filed 12/03/20   Page 8 of 11 PageID# 16485

IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION
Attorneys Eyes Only           Vincent Charles Passaro on 10/21/2020                Page 65

 1   them in S3.
 2       Q.   Is it your understanding that he only looked
 3   at the first two weeks of the year?
 4           MR. NEWBY:  Objection to form.
 5           THE WITNESS:  Yeah, I -- I don't know.
 6       Q.   (By Mr. Barthle)  Do you know what the 1.1k
 7   object matches were, what that means?
 8       A.   The line says that he took hashes and
 9   matched them against edit logs and there was 1.1k
10   object matches.  That's all I can infer from that.
11       Q.   Can you explain what you understand that to
12   mean?
13       A.   I understand it is that a query -- query --
14   a query was ran of hashes, and they're against S3 edit
15   logs and there was 1,100 object matches.
16       Q.   How does that equate to this conclusion here
17   that there are about 30 affected customers?
18           MR. NEWBY:  Objection to form.
19           THE WITNESS:  Yeah, that, I -- I don't
20      know.
21       Q.   (By Mr. Barthle)  Do you have some
22   understanding that there were 30 affected customers?
23       A.   Yeah, that, I'm -- I'm not sure.  I don't
24   recall.
25       Q.   Do you have any understanding of how the FBI

```
 1   obtained this hash list?
 2        A.   I'm not sure.
 3        Q.   Do you know the origin of -- of those
 4   hashes?
 5        A.   I don't, no.
 6        Q.   Do you know when AWS -- when Amazon received
 7   the hash list?
 8        A.   I don't recall, no.
 9        Q.   Do you recall anything in connection with
10   this FBI victim hash list issue?
11        A.   I'm sorry, I don't understand the question.
12        Q.   I'm just trying to get any knowledge you
13   have about what this FBI victim hash list was.  Do you
14   know anything about it at all?
15        A.   I don't -- I don't know any of the details
16   of what that list was.  I don't recall.
17        Q.   Do you know any generalities about what this
18   list was?
19        A.   Only that it's being referred to as an FBI
20   victim hash list.
21        Q.   Did you receive this e-mail in the normal
22   course of your employment at Amazon?
23        A.   I'm on the CC line.
24             MR. BARTHLE:  Tyler, we'd ask for a
25        business records stipulation.
```

Case 1:19-md-02915-AJT-JFA   Document 1077-5   Filed 12/03/20   Page 10 of 11 PageID# 16487

IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION
Attorneys Eyes Only — Vincent Charles Passaro on 10/21/2020 — Page 67

```
 1           MR. NEWBY:  I'll get back to you on
 2      that one.  I need to review this document
 3      more closer.  It's a long document.
 4      Q.   (By Mr. Barthle)  Okay.  I want to go to --
 5 hold on just a second.
 6           In the top e-mail, there's a discussion here
 7 about sort of naming conventions and arriving at
 8 bucket names.  Do you see that exchange?
 9      A.   The second paragraph?
10      Q.   Really the -- basically that whole top
11 e-mail, yeah.  Do you see that?
12      A.   Yeah, I see the e-mail.
13      Q.   Can you just explain what -- what he's
14 trying to communicate here, what he's explaining.
15           MR. NEWBY:  Object to the form of the
16      question.
17           THE WITNESS:  It's my understanding
18      he's referring to searching buckets for
19      what he refers to as naming conventions,
20      and then annotating the bucket that was
21      within.
22      Q.   (By Mr. Barthle)  And he says, "One thing I
23 first noticed is that there are a lot of same files in
24 S3 that have same MD5 as one entry in the file of
25 hashes and file names.  This adds complexity to the S3
```

Case 1:19-md-02915-AJT-JFA   Document 1077-5   Filed 12/03/20   Page 11 of 11 PageID# 16488

IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION
Attorneys Eyes Only   Vincent Charles Passaro on 10/21/2020   Page 68

```
 1   edit log approach."
 2           Do you see that?  The top paragraph.
 3      A.   Yeah.
 4      Q.   Do you have an understanding of why this
 5   added to the complexity?
 6           MR. NEWBY:  Object to form.
 7           THE WITNESS:  Yeah, I don't know.
 8      Q.   (By Mr. Barthle)  Do you know what he means
 9   by that "these are the same files"?
10      A.   Which section is that?
11      Q.   "One thing I first notice is there are a lot
12   of same files in S3 that have the same MD5 as one
13   entry in the file of hashes and file names."
14           Do you know what the same files are?
15      A.   I don't, no.
16      Q.   MD5 is a hash; is that accurate?
17      A.   Yes.
18      Q.   And I believe it's your testimony that
19   you're not aware whether Amazon was able to identify
20   customers that might have been impacted by the -- by
21   Paige Thompson.
22      A.   Yeah, I don't recall the outcome, no.
23      Q.   Okay.  I want to go to previous Exhibit 219.
24   And this is another Chime conversation.  I believe
25   this one is between Mr. Christian and yourself.  Is
```