Date: 12/04/2020      Judge: JOHN F. ANDERSON
                      Reporter: FTR/A. Thomson

Start: 12:00pm
Finish: 12:18pm

Civil Action Number: 1:19-md-2915-AJT-JFA

In Re: Capital One Customer Data Security Breach Litigation

Appearances of Counsel via Zoomgov (X)

Motion to/for:

[1051] PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DISCOVERY FROM THE AMAZON DEFENDANTS

Argued &
( ) Granted ( ) Denied (X) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to _____

_____
_____
_____
_____
_____
_____
_____

(X) Order to Follow