IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE: CAPITAL ONE CONSUMER )
DATA SECURITY BREACH LITIGATION ) MDL No. 1:19md2915 (AJT/JFA)
)

## ORDER

In response to a motion to compel, counsel for the Board of Governors of the Federal Reserve System ("FRB") and the Office of the Comptroller of the Currency ("OCC") arranged for the delivery of documents for the court to review *in camera*. As set forth in the orders that have been entered concerning those documents (Docket nos. 1094, 1104), the undersigned has completed the *in camera* review. Accordingly, counsel for the FRB and OCC should make arrangements to collect the documents that were delivered to the undersigned during the week of January 11 through 15, 2021.

Entered this 4th day of January, 2021.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia

1