IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE: CAPITAL ONE CONSUMER )
DATA SECURITY BREACH LITIGATION ) MDL No. 1:19md2915 (AJT/JFA)
)

ORDER

On December 31, 2020, the parties filed a joint motion to amend the scheduling order and memorandum in support. (Docket no. 1109). This is the fourth significant request by the parties to extend the dates that were established by the court in the initial order entered on January 29, 2020 (Docket no. 302). Extensions were granted on March 23, May 12, and September 21, 2020. (Docket nos. 360, 448, 880). The court has reviewed this most recent request and finds that it lacks good cause for the requested extensions. While the court has encouraged the parties to resolve issues when possible, it has also indicated that the deadlines set by the court must be adhered to by the parties. For these reasons, it is hereby

ORDERED that the motion to amend the scheduling order is denied.

Entered this 5th day of January, 2021.

                                                                                    /s/
                                                                  John F. Anderson
                                                                  John F. Anderson
Alexandria, Virginia                                    United States Magistrate Judge