IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION | MDL No. 1:19md2915 (AJT/JFA) |

## ORDER

Plaintiffs submitted their Motion to Modify Scheduling Order dated January 8, 2021. (Docket no. 1115). Having reviewed the memorandum in support of this motion and taking into consideration the discussion with counsel during the status conference on January 12, 2021, it is ORDERED that the Plaintiffs' Motion is GRANTED IN PART. The Scheduling Order is hereby modified as follows:

| Event | Date According to Pretrial Orders 24 or 25 | Revised Date |
|---|---|---|
| Plaintiffs' disclosure of expert(s) and expert report(s) | February 1, 2021 (Dkt. 880) | March 1, 2021 |
| Defendants' disclosure of expert(s) and expert report(s) | March 2, 2021 (Dkt. 880) | April 7, 2021 |
| Plaintiffs' disclosure of rebuttal expert report(s) | March 23, 2021 (Dkt. 880) | April 28, 2021 |
| Lead plaintiffs' counsel to file any motion for class certification | March 23, 2021 (Dkt. 448) | April 28, 2021 |
| Completion of depositions of experts or rebuttal experts | April 20, 2021 (Dkt. 880) | May 28, 2021 |
| Expert discovery closes | April 20, 2021 (Dkt. 880) | May 28, 2021 |
| Defendants to file response in opposition to motion for class certification and related *Daubert* motions | April 20, 2021 (Dkt. 448) | May 28, 2021 |
| Plaintiffs' reply in support of class certification and response in opposition to any related *Daubert* motions | May 11, 2021 (Dkt. 448) | June 18, 2021 |
| Defendants' replies in support of any *Daubert* motions related to class certification | May 25, 2021 (Dkt. 448) | July 2, 2021 |

1

| | | |
|---|---|---|
| Motions for summary judgment (inclusive of Article III challenges) and related *Daubert* motions deadline | June 1, 2021 (Dkt. 448) | July 2, 2021 |
| Responses in opposition to motions for summary judgment and related *Daubert* motions | July 1, 2021 (Dkt. 448) | August 2, 2021 |
| Replies in support of motions for summary judgment and *Daubert* motions | July 22, 2021 (Dkt. 448) | August 23, 2021 |

As discussed with counsel, there will be no further modification to this schedule absent extraordinary circumstances. The hearing scheduled for Friday, January 15, 2021 is cancelled.

Dated: January 12, 2021
Alexandria, Virginia

/s/ JFA
John F. Anderson
United States Magistrate Judge

2