IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: CAPITAL ONE CONSUMER ) <br> DATA SECURITY BREACH LITIGATION ) <br> _____ ) | MDL No. 1:19md2915 (AJT/JFA) |

## **ORDER**

On January 15, 2021, Capital One filed a motion for protective order (Docket no. 1122), a memorandum in support and notice of hearing for Friday, January 22, 2021 at 10:00 a.m. On the same day plaintiffs filed a motion to compel discovery regarding use of customer data for profit (Docket no. 1132), a memorandum in support, and a notice of hearing for Friday, January 22, 2021 at 10:00 a.m. On January 20, 2021 Capital One filed an opposition to plaintiffs' motion, and plaintiffs filed an opposition to Capital One's motion. On January 21, 2021, Capital One filed a reply to plaintiffs' opposition and plaintiffs filed a reply to Capital One's opposition.

Having reviewed the motions, memoranda in support, oppositions, and replies, and considered the arguments of counsel, and for the reasons stated during the hearing on January 22, 2021, it is hereby

ORDERED that plaintiffs' motion to compel is granted in part and denied in part, and Capital One's motion for protective order is granted in part and denied in part. Capital One shall provide to the plaintiffs, and file with the court by January 27, 2021, a declaration from Kathy Kauffman that provides the information discussed during the hearing. Capital One shall also provide, with the declaration, any additional explanation concerning its further review for documents based on the information provided by Ms. Kauffman.

Entered this 22nd day of January, 2021.

                                                                  _____/s/_____
                                                            John F. Anderson
Alexandria, Virginia                         United States Magistrate Judge