IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE: CAPITAL ONE CONSUMER          )
DATA SECURITY BREACH LITIGATION      )        MDL No. 1:19md2915 (AJT/JFA)
_____)

This Document Relates to ALL Cases
_____

## ORDER

It is hereby

ORDERED that a supplemental hearing to discuss, *inter alia*, whether the question to be

certified to the Supreme Court of Virginia would be "determinative" in these proceedings be, and

the same hereby is, **SCHEDULED** on **Friday, February 12, 2021 at 3:00 p.m.** via ZOOM.

The Clerk is directed to forward copies of this Order to all counsel of record.

_____
/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
February 10, 2021