Date: 02/19/2021                         Judge: JOHN F. ANDERSON
                                                         Reporter: A. Thomson

Start: 12:00 p.m.
Finish: 12:26 p.m.

Civil Action Number: 1:19-md-2915-AJT-JFA

In Re: Capital One Customer Data Security Breach Litigation

Appearances of Counsel via Zoomgov (X)

Motion to/for:

[1177] PLAINTIFFS' MOTION TO COMPEL RULE 30(B)(6) DEPOSITION TESTIMONY ON REMEDIATION

Argued &

(X) GRANTED IN PART


(X) Order to Follow