IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION | MDL No. 1:19md2915 (AJT/JFA) |

**This Document Relates to the Consumer Cases**

### PLAINTIFFS' MOTION TO EXCLUDE UNTIMELY PRODUCED DOCUMENT

Plaintiffs, by counsel, respectfully request that the Court grant their Motion to Exclude Untimely Produced Document, directing that the Amazon Defendants—Amazon.com, Inc. and Amazon Web Services, Inc. ("AWS"), referred to collectively herein as "Amazon"—be precluded from offering AWS_CAP00068678, attached as **Exhibit 6** to the Memorandum in support, as evidence on a motion, at a hearing, or at a trial, in this matter, in accord with Fed. R. Civ. P. 37(c)(1).

The parties met and conferred on February 25, 2021, and Amazon has confirmed that it opposes the relief sought in this motion. The reasons in support of the Motion are stated in the accompanying Memorandum in Support.

Dated: February 26, 2021.

Respectfully Submitted,

*/s/ Steven T. Webster*
Steven T. Webster (VSB No. 31975)
**WEBSTER BOOK LLP**
300 N. Washington Street, Suite 404
Alexandria, Virginia 22314
Tel: (888) 987-9991
swebster@websterbook.com

*Plaintiffs' Local Counsel*

Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200

Kansas City, MO 64112
Tel: (816) 714-7100
siegel@stuevesiegel.com

Karen Hanson Riebel
**LOCKRIDGE GRINDAL NAUEN, P.L.L.P**
100 Washington Avenue South, Suite 200
Minneapolis, MN 55401
Tel: (612) 339-6900
khriebel@locklaw.com

John A. Yanchunis
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel: (813) 223-5505
jyanchunis@ForThePeople.com

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ *Steven T. Webster*
Steven T. Webster (VSB No. 31975)
WEBSTER BOOK LLP