Date: 03/05/2021                               Judge: JOHN F. ANDERSON
                                               Reporter: A. Thomson

Start: 11:00am
Finish: 11:38am

Civil Action Number: 1:19-md-2915-AJT-JFA

In Re: Capital One Customer Data Security Breach Litigation

Appearances of Counsel via Zoomgov (X)

Motion to/for:

[1213] PLAINTIFFS' MOTION TO EXCLUDE UNTIMELY PRODUCED DOCUMENT

Argued &
( X ) Granted  (  ) Denied  (  ) Granted in part/Denied in part
(  ) Taken Under Advisement  (  ) Continued to _____

_____
_____
_____
_____
_____
_____

(X) Order to Follow