# UNITED STATES DISTRICT COURT
# REMOTE STATUS CONFERENCE MINUTES

Date: **4/13/2021**  Judge:  Anthony J. Trenga
Time: **3:09 – 3:12**  Reporter:  Rhonda Montgomery
  Deputy Clerk:  Dani Zirk

Case Number: **1:19-md-2915**

### IN RE: CAPITAL ONE CUSTOMER DATA SECURITY BREACH LITIGATION

APPEARANCES:
  Counsel present via Zoom.

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| **Norman Siegel** | **David Balser (Capital One)** |
| **Karen Riebel** | **Robert Angle (Capital One)** |
| **John Yanchunis** | **Mary Zinsner (Capital One)** |
| **Ra Amen** | **Tyler Newby (Amazon)** |
|  | **Robert Vieth (Amazon)** |

PROCEEDINGS:

This matter came on for a Status Hearing. Counsel updates the Court on the status of the matter. Status Conference set for 5/11/2021 at 2:00 p.m.