Date: 04/16/2021                           Judge: JOHN F. ANDERSON
                                           Reporter: FTR

Start: 10:00 AM
Finish: 10:13 AM

Civil Action Number: 1:19-md-2915-AJT-JFA

In Re: Capital One Customer Data Security Breach Litigation

Appearances of Counsel via Zoomgov (X)

Motion to/for:
[1235] AMAZON'S MOTION TO COMPEL DEPOSITION TESTIMONY, OR, ALTERNATIVELY, FOR ADDITIONAL TIME TO DEPOSE PLAINTIFFS' EXPERT STUART E. MADNICK

Argued &
(  ) Granted  (  ) Denied  (x) Granted in part.
(  ) Taken Under Advisement  (  ) Continued to _____

_____
_____
_____
_____
_____
_____
_____

(x) Order to Follow