Date: 05/21/2021         Judge: JOHN F. ANDERSON
                         Reporter: FTR / Annelise Thomson

Start: 11:15 AM
Finish: 11:37 AM

Civil Action Number: 1:19-md-2915-AJT-JFA

In Re: Capital One Customer Data Security Breach Litigation

Appearances of Counsel via Zoomgov (X)

Motion to/for:

[1322] CAPITAL ONE'S MOTION FOR PROTECTIVE ORDER REGARDING 30(b)(6) DEPOSITION ON REMEDIATION

Argued &
(X) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to _____

(X) Order to Follow