IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE: CAPITAL ONE CONSUMER      )
DATA SECURITY BREACH LITIGATION  )     MDL No. 1:19md2915 (AJT/JFA)
                                 )

## ORDER

On May 14, 2021, the Capital One defendants filed a motion for protective order regarding 30(b)(6) deposition on remediation (Docket no. 1322) and a memorandum in support. On May 17, 2021, the Capital One defendants filed an amended notice of hearing for Friday, May 21, 2021 at 10:00 a.m. On May 18, 2021, the court set the hearing on the motion for protective order for Friday, May 21, 2021 at 11:15 a.m. through ZoomGov video conferencing service. On May 19, 2021, plaintiffs filed an opposition to the motion for protective order. The next day, the Capital One defendants filed a reply.

Having reviewed the motion, memorandum in support, opposition, and reply, and considered the arguments of counsel, and for the reasons stated during the hearing on May 21, 2021, it is hereby

ORDERED that the Capital One defendants' motion is granted.

Entered this 21st day of May, 2021.

                                                          /s/
                                        John F. Anderson
                                        United States Magistrate Judge

Alexandria, Virginia                      John F. Anderson
                                        United States Magistrate Judge