IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: CAPITAL ONE CONSUMER ) <br> DATA SECURITY BREACH LITIGATION ) <br> _____ ) | MDL No. 1:19md2915 (AJT/JFA) |

## ORDER

On May 14, 2021, plaintiffs filed a motion to compel production of a section of a supervisory letter from the Office of the Comptroller of the Currency ("OCC") for good cause (Docket no. 1314), a memorandum in support, and a notice of hearing for Tuesday, May 25, 2021 at 10:00 a.m. On the same day, the Capital One defendants filed a motion to enforce protective order and to strike (Docket no. 1316), a memorandum in support, and a notice of hearing for Tuesday, May 25, 2021 at 10:00 a.m. On May 19, 2021, the OCC and the Capital One defendants filed oppositions to plaintiffs' motion to compel, and plaintiffs filed an opposition to the Capital One defendants' motion enforce protective order and to strike. The next day, plaintiffs filed a reply to the OCC's and the Capital One defendants' oppositions, and the Capital One defendants filed a reply to plaintiffs' opposition.

Having reviewed the motions, memoranda in support, oppositions, and replies, and considered the arguments of counsel, and for the reasons stated during the hearing on May 25, 2021, it is hereby

ORDERED that plaintiffs' motion to compel is granted, and the Capital One defendants' motion to enforce protective order and to strike is denied as moot given the ruling on plaintiffs' motion.

Entered this 25th day of May, 2021.

                                               /s/
John F. Anderson
United States Magistrate Judge
John F. Anderson

Alexandria, Virginia                          United States Magistrate Judge