## VIRGINIA:

*In the Supreme Court of Virginia held at the Supreme Court Building in the City of Richmond on Thursday the 20th day of May, 2021.*

Brandon Hausauer, et al.,                                                               Plaintiffs,

  against        Record No. 210454

Capital One Financial Corporation, et al.,                                 Defendants.

     The United States District Court, Eastern District of Virginia, Alexandria Division, entered an order of certification to the Supreme Court of Virginia in the above-styled proceeding, MDL No. 1:19md2915, on May 7, 2021. Upon consideration of the order of certification and Rule 5:40 of the Rules of the Supreme Court of Virginia, this Court must respectfully decline to accept the certified question of law.

                               A Copy,

                               Teste:

                                                    Douglas B. Robelen, Clerk

                               By:                       *[signature]*

                                                      Deputy Clerk