# EXHIBIT G



Deposition of:

# Confidential AEO Brandi Edmondson

*November 13, 2020*

In the Matter of:

# In Re: Capital One Consumer Data Security Breach L

Veritext Legal Solutions
800.808.4958 | calendar-atl@veritext.com | 770.343.9696

```
 1      Q.  (BY MR. HUBBARD)  Do you know if your
 2  personal information was compromised in the E-bay
 3  data breach, in May of 2014?
 4      A.  I -- I don't believe so, no.
 5      Q.  Do you ever buy anything on E-bay?
 6      A.  No, not that I recall.
 7      Q.  And are you aware if any of your personal
 8  information was compromised in the Target data
 9  breach in December of 2013?
10      A.  No, I don't.  Huh-uh, I don't recall.
11      Q.  Do you know anything about the person
12  responsible for the data breach that occurred at
13  Capital One?
14      A.  No, sir.
15      Q.  You don't know how she committed the data
16  breach?
17      A.  No, no.
18      Q.  Are you aware that she was arrested by the
19  FBI in late July of 2019, and has been indicted?
20      A.  No.
21      Q.  Are you aware that the FBI seized her
22  computers and other devices?
23      A.  No.
24      Q.  Are you aware that she has stated that she
25  did not share the information she stole from
```

Confidential - Brandi Edmondson                    November 13, 2020
In Re: Capital One Consumer Data Security Breach L

Page 194

```
 1    Capital One with anyone else?
 2              MS. BERG:  Object to the form.
 3        A.  No.
 4        Q.  (BY MR. HUBBARD)  With that information, do
 5    you believe that you could still be subject to
 6    future identity theft, since the government is in
 7    possession of the data stolen from Capital One?
 8              MS. BERG:  Object to the form of the
 9    question.
10        A.  So -- yes.
11        Q.  (BY MR. HUBBARD)  Do you believe it's still
12    a possibility?
13        A.  Correct, sir.
14        Q.  And what do you base that belief on?
15        A.  I don't recall what information was used or
16    compromised, so it could be anything.  The smallest
17    or the littlest of any of mine -- or any of the
18    clients' information, the consumer's information.
19        Q.  So you believe that there's a possibility
20    that you could suffer some sort of future identity
21    theft as a result of the Capital One data breach,
22    right?
23        A.  Yes, sir.
24        Q.  But you don't know?
25        A.  I don't have -- yes, I don't have any way of
```

Case 1:19-md-02915-AJT-JFA   Document 1390-7   Filed 05/27/21   Page 5 of 7 PageID# 24796
Confidential - Brandi Edmondson                 November 13, 2020
In Re: Capital One Consumer Data Security Breach L

Page 195

```
 1   knowing that.
 2       Q.  Ms. Edmonson, have you ever been a
 3   plaintiff, a named plaintiff, in a class action
 4   lawsuit before?
 5       A.  No, sir.
 6       Q.  You have submitted claims to recover
 7   benefits from class action lawsuits in the past,
 8   correct?
 9       A.  Correct.
10       Q.  And I think you provided some testimony
11   about us -- to us, about some previous claims that
12   you submitted in data breach class actions, right?
13              MS. BERG:  Object to the form.
14       A.  I believe so.
15       Q.  (BY MR. HUBBARD)  Well, you submitted at
16   least -- you submitted claims in at least the
17   Equifax data breach and the solar data breach,
18   correct?
19              MS. BERG:  Object to the form.
20       A.  Correct.
21       Q.  (BY MR. HUBBARD)  You submitted claims to
22   recover settlement benefits in class actions
23   unrelated to data breaches.
24           Is that right?
25       A.  It's possible.
```

Page 219

1              CHANGES AND SIGNATURE

2    WITNESS NAME: BRANDI EDMONSON

3    DATE OF DEPOSITION:  NOVEMBER 13, 2020

4    _____

5    _____

6      My last name Edmondson is misspelled as Edmonson
        throughout the transcript.
7    _____

8    _____
       No other changes to the transcript are needed.
9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____

```
 1                    [Signature: B.E.]
 2                    _____
 3                    BRANDI ~~EDMONSON~~
 4                           EDMONDSON
 5    THE STATE OF TEXAS   )
 6    SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned
 7    authority, by the said BRANDI EDMONSON on this the
 8    _____ day of _____, _____.
 9
10
11                           _____
                             Notary Public in and for
12                           the State of Texas
13
14    My Commission Expires: _____
15
```