# EXHIBIT B

Page 1

1              IN THE UNITED STATES DISTRICT COURT FOR THE

2                  EASTERN DISTRICT OF VIRGINIA

3                      ALEXANDRIA DIVISION

4

5

       IN RE: CAPITAL ONE                )

6                                        ) MDL NO. 1:19MD2915

       CONSUMER DATA SECURITY            )

7                                        ) (AJT/JFA)

       BREACH LITIGATION.                )

8      _____)

9

10

11

12

13

14           REMOTE PROCEEDINGS OF THE VIDEOTAPED

15      EXPERT DEPOSITION OF GARY DON OLSEN, CPA/ABV, CPVA

16                  FRIDAY, APRIL 2, 2021

17

18

19

20

21

22      JOB NO.  4512389

23      REPORTED BY KIMBERLY EDELEN,

24      CSR. NO. 9042, CRR, RPR.

25      PAGES 1 - 257

Gary Don Olsen , CPA/ABV, CPVA                    April 2, 2021
In Re: Capital One Consumer Data Security Breach

Page 213



Gary Don Olsen , CPA/ABV, CPVA                          April 2, 2021
In Re: Capital One Consumer Data Security Breach

Page 214



Gary Don Olsen , CPA/ABV, CPVA                    April 2, 2021
In Re: Capital One Consumer Data Security Breach



Page 216

Gary Don Olsen , CPA/ABV, CPVA                                April 2, 2021
In Re: Capital One Consumer Data Security Breach

Page 217

Gary Don Olsen , CPA/ABV, CPVA                    April 2, 2021
In Re: Capital One Consumer Data Security Breach

Page 228

Gary Don Olsen , CPA/ABV, CPVA                                        April 2, 2021
In Re: Capital One Consumer Data Security Breach



Page 230

Gary Don Olsen , CPA/ABV, CPVA                    April 2, 2021
In Re: Capital One Consumer Data Security Breach



Page 234

Gary Don Olsen , CPA/ABV, CPVA                    April 2, 2021
In Re: Capital One Consumer Data Security Breach

Page 235

Gary Don Olsen , CPA/ABV, CPVA                                  April 2, 2021
In Re: Capital One Consumer Data Security Breach

Page 239

Gary Don Olsen , CPA/ABV, CPVA                          April 2, 2021
In Re: Capital One Consumer Data Security Breach



Page 240

Gary Don Olsen , CPA/ABV, CPVA                    April 2, 2021
In Re: Capital One Consumer Data Security Breach

Page 241



Gary Don Olsen , CPA/ABV, CPVA                    April 2, 2021
In Re: Capital One Consumer Data Security Breach

Page 242



Case 1:19-md-02915-AJT-JFA    Document 1428-2    Filed 05/28/21    Page 15 of 22
PageID# 23370
Gary Don Olsen , CPA/ABV, CPVA                    April 2, 2021
In Re: Capital One Consumer Data Security Breach



Veritext Legal Solutions

Gary Don Olsen , CPA/ABV, CPVA                    April 2, 2021
In Re: Capital One Consumer Data Security Breach

Page 247

Gary Don Olsen , CPA/ABV, CPVA                April 2, 2021
In Re: Capital One Consumer Data Security Breach

Page 248

Gary Don Olsen , CPA/ABV, CPVA                    April 2, 2021
In Re: Capital One Consumer Data Security Breach

Page 250

Gary Don Olsen , CPA/ABV, CPVA                    April 2, 2021
In Re: Capital One Consumer Data Security Breach

Page 251

Gary Don Olsen , CPA/ABV, CPVA                    April 2, 2021
In Re: Capital One Consumer Data Security Breach

Page 254



25          MR. VAHLE:  I have nothing else.

Gary Don Olsen , CPA/ABV, CPVA                    April 2, 2021
In Re: Capital One Consumer Data Security Breach

Page 257

1    STATE OF CALIFORNIA         )

2    COUNTY OF LOS ANGELES       )    ss.

3

4        I, Kimberly A. Edelen, C.S.R. No. 9042, in and

5    for the State of California, do hereby certify:

6        That prior to being examined, the witness named

7    in the foregoing deposition was by me duly sworn to

8    testify the truth, the whole truth and nothing but

9    the truth;

10       That said deposition was taken down by me in

11   shorthand at the time and place therein named, and

12   thereafter reduced to typewriting under my

13   direction, and the same is a true, correct and

14   complete transcript of said proceedings;

15       That if the foregoing pertains to the original

16   transcript of a deposition in a Federal Case, before

17   completion of the proceedings, review of the

18   transcript { } was {X} was not requested.

19       I further certify that I am not interested in

20   the event of the action.

21       Witness my hand this 5th day of April,

22   2021.

23

24

         KIMBERLY A. EDELEN, C.S.R. NO. 9042

25

**In Re: Capital One Consumer Data Security Breach Litigation**

WITNESS:  Gary Don Olsen , CPA/ABV, CPVA (#4512389)
Date: April 2, 2021

ERRATA SHEET

| Page Line | Change | Reason |
|---|---|---|
| p. 24 ln 3 | Change "theft" to "exfiltration" | Clarification or Correction |
| p. 55 ln 3 | Change "A" to "Named" | Transcription error |
| p. 79 ln 15 | This line continues the previous question or is another question but it is not an answer by me (the witness). | Transcription error |
| p. 152 ln 23 | Change "anyway" to "anywhere" | Transcription error |
| p. 184 ln 3 | Change "26 . 16" to $26.16 | Clarification |
| p. 84 ln 19 | Change "13 . 14 to $13.14 | Clarification |
| p. 184 ln 24 | Change "26 . 16" to $26.16 | Clarification |
| p. 188 ln 6 | Change "1 . 41" to $1.41 | Clarification |
| p. 209 ln 18 | Change "gain" to "gained" | Transcription error |
| p. 243 ln 16 | Change "it's" to it | Transcription error |
| p. 247 ln 3 | Change "of" to "as" | Transcription error |
| p. 251 ln 12 | Change "service" to "services" | Transcription error |

Gary Don Olsen , CPA/ABV, CPVA (#4512389)

ACKNOWLEDGEMENT OF DEPONENT

I, Gary Don Olsen , CPA/ABV, CPVA, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

*Gary D. Olsen*                                          May 3, 2021

Gary D. Olsen

*If notary is required

SUBSCRIBED AND SWORN TO BEFORE ME THIS

_____ DAY OF _____, 20___.

_____