# EXHIBIT F

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
 2                     ALEXANDRIA DIVISION

 3   IN RE:  CAPITAL ONE           :
     CONSUMER DATA SECURITY        : MDL NO.:
 4   BREACH LITIGATION,            : 1:19md2915 (AJT/JFA)
                                   :
 5   ~~~~~~~~~~~~~~~~~~~~~~~~~

 6            VIDEOTAPED 30(b)(6) DEPOSITION OF
                     MICHAEL EDWARD FISK
 7                   CONDUCTED REMOTELY

 8
                         9:35 a.m. EST
 9             Friday, the 15th day of May 2020

10

11

12
        Blanche J. Dugas, CRR, RPR, CCR No. B-2290
13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              MR. BALSER:  Yes.  That's fine.
 2        Q.    (By Mr. Yanchunis)  Mr. Fisk, is that also
 3   fine with you?
 4        A.    Yes.
 5        Q.    Today we'll be referring to a cybersecurity
 6   incident announced by Capital One on July 29th, 2019.
 7   Are you familiar with that cybersecurity incident?
 8        A.    Yes.
 9        Q.    Would it be okay with you if I refer to that
10   as the breach or the data breach?
11        A.    Yes, you can refer to that that way.
12        Q.    Okay.  And if I -- so if I refer to that
13   incident as breach or data breach, you'll understand
14   that I'm referring to the cybersecurity incident
15   announced by Capital One on July 29th, 2019?
16        A.    Yes.
17        Q.    Regarding Deposition Topic No. 1, if you
18   want to put that in front of you, and I'll read it
19   into the record.  "When and how the data breach
20   announced on or around July 29th, 2019 occurred and
21   the investigations and analysis that led to the
22   determination, when that determination was made and
23   who made that determination."
24              Would you generally describe how the data
25   breach occurred?
```

```
 1        A.   Yes.  I'm thinking how to summarize that
```



```
16        Q.   Because this may be shown someday before a
17   judge and certainly a jury, I predict many may not
18   understand some of the technology that we're dealing
19   with.  So I may be a little slow in exploring in
20   greater detail some of the terms you use.
21             First, I believe you used the term "WAF," an
22   acronym; correct?
23        A.   Yes.  That's an acronym for web application
24   firewall.
25        Q.   Spelled W-A-F-F?
```





```
16      Q.    Do you understand what the term "open
17   source" means?
18      A.    I do.
19      Q.    What is your understanding of what that term
20   means?
21      A.    Well, generally, there's an open source
22   software foundation that sort of, I think, more
23   formally defined the term.  But essentially it is
24   software for which the source code is available, not
25   just the binary code.
```



```
18      A.    It was -- sorry.  I didn't hear that.
19            MR. BALSER:  I said object to the
```

[redacted]

```
23      the form of that question.
24      Q.    (By Mr. Yanchunis)  That means you can
25      answer, Mr. Fisk, if you can.
```

```
10      Q.   Are you aware that on April 21st of 2019
11   that Paige -- excuse me.  Let me ask it this way.
```

```
 1   STATE OF GEORGIA:

 2   COUNTY OF FULTON:

 3

 4            I hereby certify that the foregoing

 5       transcript was reported, as stated in the

 6       caption, and the questions and answers

 7       thereto were reduced to typewriting under

 8       my direction; that the foregoing pages

 9       represent a true, complete, and correct

10       transcript of the evidence given upon said

11       hearing, and I further certify that I am

12       not of kin or counsel to the parties in the

13       case; am not in the employ of counsel for

14       any of said parties; nor am I in any way

15       interested in the result of said case.

16

17

18                    [signature]

19

20            BLANCHE J. DUGAS, CCR-B-2290

21

22

23

24

25
```