# EXHIBIT F

# EXHIBIT 26



**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
NORTHERN DISTRICT**

| | |
|---|---|
| Stephen Adkins and others similarly situated,<br><br>Plaintiff,<br>v.<br><br>Facebook, Inc.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)    No. C 18-05982 WHA (JSC)<br>)<br>)<br>)<br>)<br>) |

## <u>DECLARATION OF IAN RATNER, CPA, CA, CBV, CPA/ABV, ASA, CFE</u>

1.     My name is Ian Ratner and I am a Principal and co-founder of GlassRatner Advisory and Capital Group, LLC ("**GlassRatner**"), a multi-office specialty financial advisory services firm headquartered in Atlanta, Georgia, U.S.A. that provides services primarily relating to: forensic accounting and litigation support; bankruptcy and restructuring; and business valuation. I am a resident of Fulton County, Georgia and I am over twenty-one years of age. I have personal knowledge of the facts stated herein unless otherwise stated. For my work as an expert in this matter, I am being compensated at $595 per hour.

## I.   **Qualifications**

2.     I am a Certified Public Accountant ("**CPA**") licensed in Georgia and also hold the specialty designation Accredited in Business Valuations ("**ABV**") granted by the American Institute of Certified Public Accountants ("**AICPA**"). Further, I am a Chartered Professional Accountant ("**CA**") in Ontario, Canada and hold the designation Chartered Business Valuator ("**CBV**") governed by the Canadian Institute of Chartered Business Valuators. In addition to the above, I have been designated as an Accredited Senior Appraiser ("**ASA**") by the American Society of Appraisers and hold the designation Certified Fraud Examiner ("**CFE**") granted by the Association of Certified Fraud

Examiners. In 2010, I became a Fellow of the American College of Bankruptcy. I hold an undergraduate degree in Business and a graduate degree in Accounting from McGill University in Montreal, Canada. I have approximately 30 years of experience in Public Accounting, Forensic Accounting−including the quantification of Economic Damages, Business Valuations, Due Diligence Services, Corporate Finance, and Bankruptcy Consulting. I have attached my Curriculum Vitae as **Appendix 1** to this Declaration which sets out additional information about my qualifications. Finally, I have testified as an economic damages expert on dozens of occasions, including matters relating to data breaches, and have been accepted as an Expert in State and Federal courts. A list of my prior testimony is attached as **Appendix 1.**

## II.    Data Breach Background[1]

3.      On September 28, 2018 Facebook, Inc. ("**Facebook**") announced a previously unreported attack on its network that exposed the personal identifying information ("**PII**") of nearly 30 million users (hereinafter referred to as the "**Data Breach**").[2]  PII can include information that identifies, relates to, describes, is capable of being associated with, or could reasonably be linked, directly or indirectly, with a particular consumer or household.[3]  The Plaintiff alleges that Facebook's users have suffered injury as a result of Facebook's negligence, in the form of lost money or property, lost asset value, the value of lost time spent dealing with the Data Breach, increased nuisance, and increased risk of identity theft.[4]

4.      I understand that Facebook has since acknowledged that PII for nearly 29 million users (the "**Class**") was exposed in the Data Breach. For 15 million of these Class members, the PII exposed by Facebook included the user's email address and phone number (referred to as "**Group 1**").[5]  For the remaining 14 million Class members, more comprehensive profile information, i.e., a much longer list of PII components was exposed, which includes the following (referred to as "**Group 2**"):[6]

---

[1] Unless otherwise specified, the facts as cited in the background are based in large part on the Class Action Complaint (the "**Complaint**"), dated September 28, 2018. The Complaint was filed on behalf of the Plaintiff by Co-Lead Counsel ("**Co-Lead Counsel**"). I have not been retained to perform a liability investigation or validate the allegations in the Complaint. The items described in the Background are for information purposes and to frame the matter. Counsel amended this Complaint on August 16, 2019.
[2] Complaint.
[3] The California Consumer Privacy Act of 2018.
[4] Amended Class Action Complaint, August 16, 2019.
[5] Declaration of Christopher Bream in Support of Defendant Facebook, Inc.'s Motion to Dismiss the Consolidated Class Action Complaint, March 14, 2019.
[6] Declaration of Christopher Bream in Support of Defendant Facebook, Inc.'s Motion to Dismiss the Consolidated Class Action Complaint, March 14, 2019. I understand that a Group 3 of users was also

*Table 1*
*Components of PII Exposed for Group 2*

| User name | Hometown | Friendships |
|---|---|---|
| Full name | Address | Relationship status |
| Gender | Location histories | Religious views |
| Date of birth | Browsing history | Education |
| Telephone number | Facebook history | Employment |
| Email address | Devices used | |

### III.    GlassRatner's Mandate and Summary Conclusions

5.      GlassRatner was retained in October 2018 by Co-Lead Counsel on behalf of the Plaintiff to evaluate their damages, if any. Specifically, we were asked to consider how to determine damages as a result of Facebook's negligence.  We calculated two categories of damages including the Class members' time spent associated with the Data Breach and increased risk of loss as a result of the Data Breach ("**Time and Risk Damages**"), and the damages as a result of Facebook's unauthorized exposure of the Class members' PII ("**PII-Based Damages**").[7]

6.      The opinions and observations noted herein are based on our research, education and experience working on data breach litigation matters related to the Data Industry.[8]  Further, **Appendix 2** lists the documents and information relied on by GlassRatner.

7.      For the Time and Risk Damages, our findings include the following:

- The value of time spent by the Class as a result of the Data Breach is between $18-20 per hour, thus, for Mr. Adkins, who spent 1.8 hours responding to the Data Breach, his damages would be between $32.50 and $36.30 (see **Schedule 1**).  In addition, the value of time required by Class members to deal with actual fraud—to the extent that such has been demonstrated—resulting from the Data Breach is between $433 and $484 per incident (see **Schedule 2**).

---

identified, but Facebook claims the PII at issue was similar to Groups 1 and 2.  See FB-Schmidt-00000198 at'212.

[7] GlassRatner's scope of services is limited to the assessment described above under a represented Data Breach.  The existence of the Data Breach and its causes are outside the scope of our services in this matter.

[8] The Data Industry refers to companies whose value is primarily driven by data as the underlying asset.

- The value of the increased risk resulting from the Data Breach to each Class member is between $1,005 and $1,513 per Class member assuming the risk for the Class will last for at least 5 years (see **Schedule 3**).[9]  At 5 years, the present value of the increased risk and stress would be between **$1,045** and **$1,574** per Class member (see **Schedule 3**).

8.    For the PII-Based Damages, our findings include the following:

- For Group 1, the damages as a result of Facebook allowing access to the PII at issue is between $15 million and $35 million (see **Schedule 4**).
- For Group 2, the damages as a result of Facebook allowing access to the PII at issue is between $56 million and $87 million (see **Schedule 4**).

## IV.    Facebook Background and Its Use of PII

9.    Defendant, Facebook is a Delaware corporation, with its principal place of business and headquarters in Menlo Park, California.[10]  Facebook is one of the world's largest data information companies.[11]  Facebook's business model is driven by the data it collects and uses to generate revenue.

### A. Facebook's Business Model

10.    Facebook generates substantially all of its revenue through the sale of advertising that permits marketers to reach Facebook's users based on PII provided by users that includes a variety of factors, including age, gender, location, interests, and behaviors.[12]  Thus, Facebook's revenue, profits, and market capitalization are ultimately contingent upon the PII provided by Facebook's users.

11.    Facebook is a services business that is fueled by data.  Facebook's business model digitizes and monetizes information that is gathered from its users and shared with its advertising business partners.  Their business model is depicted in the following simple graphic:

---

[9] Declaration of James Van Dyke dated August 29, 2019.
[10] Facebook, Inc. Annual Report 2017.
[11] For SIC Code 7375, Information Retrieval Services, Facebook is the 2nd largest company, behind only Google. (Capital IQ).
[12] Facebook, Inc. Annual Report 2017.

*Figure 1*



12.    Figure 1 portrays an agreed-upon exchange of value between Facebook and its users. Users provide Facebook access to personal information in exchange for gaining access to Facebook's social media platform.

### B.  Facebook's Revenue, Earnings and Market Capitalization

13.    From 2012 to 2018, Facebook increased its revenue from $5.1 billion to $55.8 billion per year (an annual growth rate of approximately 50%) and its after-tax net profit from $53 million to $22.1 billion (see **Schedule 5**). Before the Data Breach was announced on September 28, 2018, Facebook had a market capitalization of $487.5 billion.  Facebook's market capitalization dropped to $474.8 billion after the Data Breach was announced—a drop of $12.7 billion (see **Schedule 6**). At this time, we have not isolated all of the potential reasons contributing to this drop in market capitalization after the Data Breach was announced.

### C.  Growth of Facebook's Users

14.    From 2012 to 2018, Facebook increased its users from 980 million to over 2.2 billion.  As shown in the following chart, approximately 10% to 15% of these users are in the United States (see **Schedule 7**):

GlassRatner Advisory & Capital Group, LLC                                                    5

*Figure 2*

**Facebook Active Users 2012 through 2018**



15.     As mentioned above, these users are extremely valuable to Facebook because of how Facebook monetizes its users' PII through the sale of targeted advertising to Facebook's advertising customers.  As of the end of 2018, Facebook generated annual revenue of $231 per U.S. user and $28 in annual revenue per non-U.S. user (see **Schedule 8**).  As of the end of 2018, Facebook generated net income of $44 per U.S. user and $6 in net income per non-U.S. user, as shown in the following figure (see **Schedule 9**):



*Figure 3*

**Growth in Facebook Net Income per User (2012 – 2018)**

16.     In terms of total company value, Facebook's U.S. users contributed over $753 each to the market capitalization as of the end of 2018, whereas non-U.S. users contributed $97 each to Facebook's market capitalization (see **Schedule 10**).

## V.     The PII that Facebook Relies on Is Valuable

17.     Without question, the PII contributed to Facebook by the Class is valuable.  In general, this type of PII has driven billions of dollars of revenue and profits for the growing data industry.  In addition, the value of PII can be clearly demonstrated and corroborated through an analysis of Facebook's behavior with respect to PII (i.e., Facebook's data-based profits, amounts spent protecting PII, and amounts spent acquiring PII).

### A.  Growth in the Data Industry Demonstrates the Value of PII

18.     The "data industry" business model has evolved from simply monetizing user-generated content to creating platforms offering "an infinite stream of content, capable of delivering a broad

range of media and ad formats ideally suited for mobile consumption."[13]  This evolution in the data industry has created tremendous value.

19.     Data has been referred to as "the oil of the digital era" with the top players in the data industry dominating as some of the most valuable and profitable firms in the world.[14]  This Data Industry now generates combined annual revenues of approximately $300 billion dollars.[15]  The largest players in the data industry include: Alphabet, Inc. (Google), Facebook, Tencent, Baidu, Twitter, Inc., NAVER Corporation, IAC/InterActiveCorp, Yahoo Japan Corporation, Weibo Corporation, and Match Group, Inc.[16]

20.     Facebook requires and gathers significant user information to carry out its business model, and views information as a valuable asset worthy of significant legal and security protections. Inherent in this business model's data exchange success is that both parties agreed to abide by a set of "rules".  Based on those "rules", Facebook's users have an expectation that their data would remain private.[17]  Facebook recognizes the value and sensitivity of user data as evident by providing its users platform capabilities to limit the distribution of certain information such as phone numbers, email addresses, friend lists, and posting locations.

21.     The Data Breach resulted in the exposure of sensitive and valuable PII.  Revenue for data industry companies and the underlying PII maintained by data industry companies are inextricably linked.[18]  In other words, if Facebook does not maintain the privacy of its users' PII, it risks losing those customers and the ability to generate revenue from those customers.  Although Facebook does not pay its users for the PII that its users contribute, it would be incorrect to conclude that users contribute their data for free.  Rather, the data provided by Facebook's users is the modern-day currency used in the transaction for the services that Facebook provides.  PII is unquestionably

---

[13] See Evercore ISI Report, December 5, 2017.
[14] See https://www.economist.com/leaders/2017/05/06/the-worlds-most-valuable-resource-is-no-longer-oil-but-data.
[15] See https://edition.cnn.com/2012/08/23/tech/web/big-data-acxiom/.
[16] See https://www.capitaliq.com/CIQDotNet/Lists/QuickComps.aspx?listObjectId=259698387&tabId=1.
[17] Facebook's published User terms:  "You own the content you create and share [emphasis added] on Facebook and the other Facebook products you use, and nothing in these Terms takes away the rights you have to your content. [emphasis added]  You are free to share your content with anyone else, wherever you want.  To provide our services, though, we need you to give us some legal permissions to use that content." [emphasis added]  https://www.facebook.com/terms.php
[18] Glikman, Pauline and Glady, Nicolas, *What's the Value of Your Data?*, TechCrunch, October 13, 2015. https://techcrunch.com/2015/10/13/whats-the-value-of-your-data/.

a valuable asset to both Facebook and its users.  In a simple sense, if it were not valuable, companies would not spend the funds they do to secure it.

**B.  Facebook's Behavior with Respect to PII**

22.    Facebook's business model generates enormous profits through the use of this PII. In addition, Facebook's behavior with respect to its users' PII data demonstrates the value that Facebook itself puts on this information.  Facebook spends large amounts of money securing this PII.  Lastly, Facebook has also spent significant sums acquiring new PII.

*1.  Evidence of PII value: Facebook profits from its users' data*

23.    Based on its market capitalization, Facebook is one of the largest companies in the world. Facebook has generated billions of dollars of revenue and profits from the very PII at issue in this matter.

24.    Moreover, Facebook is a business built on a base of working capital, tangible assets (such as buildings, IT equipment, and software), and intangible assets (such as its brand, trade names, employees, its business partners, and the content (information or data) that it processes and displays to its users).  While ownership of these assets can be either created or secured on demand through the expenditure of money, the intangible "data" asset is different.  Facebook does not own its users' data, rather users provide the data on a royalty-free basis in exchange for the services provided by Facebook.  This data is continuously changing and updated as users interact with the Facebook platform.  Gaining access to user information thus invokes a commitment on the part of Facebook to continuously safeguard the information that is repeatedly entrusted to their care.

25.    Facebook's obligation to carry out this customer commitment has led to tremendous shareholder wealth creation.  Facebook has options and choices for the location of its facilities, vendors for its equipment, what talent to hire, and on how to build its algorithms.  However, Facebook has very limited options in building its user database (i.e., it must acquire that data from its users).   To preserve the value of this database, Facebook must fulfill its duty to treat its users and their information with a level of expected care.

26.    After the announcement of the Data Breach, Facebook's market capitalization decreased by $12.7 billion as Facebook's underlying assets that support its market capitalization had

declined.[19]  Comparing Facebook's book value (approximately $92 billion related to its owned assets) to its market capitalization ($487.5 billion; a figure well in excess of the book value of its owned assets) indicates that $395 billion in value is attributable to off-book assets (see **Schedule 11**).  It is clear that the majority of Facebook's value is attributable to its intangible and off-balance sheet assets.[20]

### 2. *Evidence of PII value: Facebook spends significant money to protect data*

27.    Prior to the Data Breach, Facebook spent large sums of money to protect its users' data.  In its 2013 Annual Report to Shareholders, Facebook made the following statements:

> *We dedicate significant resources to the goal of building user trust through developing and implementing programs designed to protect user privacy, promote a safe environment, and assure the security of user data.  The resources we dedicate to this goal include engineers, analysts, lawyers, policy experts, and operations specialists, as well as hardware and software from leading vendors and solutions we have designed and built.*
>
> *We invest in technology, processes, and people as part of our commitment to safeguarding our users' information.  We use a variety of techniques to protect the data that we are entrusted with, and we rely on multiple layers of network segregation using firewalls to protect against attacks or unauthorized access.  We also employ proprietary technologies to protect our users.*

28.    In 2018, Facebook's selling, general, and administrative expenses were $11.3 billion (see **Schedule 12**).  A portion of this amount was spent on providing security protections for its users' data.  According to congressional testimony offered by Facebook's General Counsel, Facebook, in 2017, had 10,000 employees dedicated to safety and security concerns and was seeking to double that amount.[21]  The annual costs of approximately 10,000 personnel are estimated at between $1.0 billion and $2.1 billion (see **Schedule 13**).[22]  If Facebook does indeed double this amount, then the estimated cost—just for its personnel would double as well.  According to documents produced by Facebook, it currently spends between $200 million and $300 million on data security and privacy

---

[19] There does not appear to be any other significant announcements or activity on September 28, 2018 that would explain Facebook's stock price decline.

[20] Other intangible assets would include the technology on which Facebook's platform is based and its relationships with advertisers.  However, it is Facebook's access to user PII that is the primary revenue generating asset for Facebook.

[21] Hearing before the United States Senate Committee on the Judiciary Subcommittee on Crime and Terrorism:  Testimony of Colin Stretch, General Counsel, Facebook, October 31, 2017.

[22] Calculations found Data Security Salaries provided by ZipRecruiter at $90,041 per year and GlassDoor at $122,500 per year (with an incremental 30% burden rate applied for the cost of benefits).

issues (see **Schedule 20**).    A party such as Facebook logically only spends material sums of money to protect assets that have significant value.

29.    In addition, I understand that Facebook recently agreed to pay a $5 billion fine and agreed to improve its privacy and security policies as a result of Federal Trade Commission ("FTC") investigations into Facebook's recent data-breach activity.[23]    As part of the FTC settlement, Facebook agreed to accept greater oversight of its privacy practices, form a privacy committee, and certify that it is complying with the FTC agreement.  The amount of the fine and the extent of actions that Facebook has agreed to implement going forward highlight both the importance and value of PII to Facebook and the public who has entrusted its PII to Facebook.

3.  *Evidence of PII value:  Facebook buys companies to get access to users, data, and capabilities*

30.    As further corroboration of the value of PII to Facebook, it willingly spent enormous sums for access to new users and the new PII that it can exploit for profit. Two notable Facebook acquisitions since 2012 include Instagram and WhatsApp.   In April 2012, Facebook acquired Instagram, which is a photo and video-sharing social networking service, for $1 billion dollars.[24]  Facebook essentially paid $33.7 per Instagram user (see **Schedule 14**).   In February 2014, Facebook purchased WhatsApp, which is a messaging service that allows people to connect via their cellphone numbers and is the most popular App for mobile devices.[25]   Facebook paid approximately $20 billion dollars for WhatsApp, equating to a value of roughly $44.7 per user (see **Schedule 14**). These significant per-user amounts paid by Facebook indicate that it was willing to invest heavily in acquiring users and the potential incremental data that adding such users would bring.  By comparison, these amounts are much lower than its global market capitalization per user, which was over $250 per user by the end of 2017.[26]

---

[23] https://www.wsj.com/articles/facebook-agrees-to-pay-5-billion-in-ftc-settlement-11563971400.  Accessed July 24, 2019.
[24] See https://www.forbes.com/sites/bruceupbin/2012/04/09/facebook-buys-instagram-for-1-billion-wheres-the-revenue/#221b365b4b8a.
[25] See https://money.cnn.com/2014/02/19/technology/social/facebook-whatsapp/index.html.
[26] Calculated based on total market capitalization of over $522 billion as of December 2017 and total users in excess of 2 billion.

## VI.    Time and Risk Based Damages

31.     As mentioned above, due to Facebook's negligence, its users have been harmed in a number of ways.  These include damages as a result of the time spent by Class members and increased risk due to the Data Breach (discussed in this section) and lost money, profits and value as a result of the Data Breach (discussed in the next section).

32.     For the Time and Risk damages, I have calculated two categories of damage, including:  (1) the time value of dealing with the Data Breach, and (2) the value of the increased risk, stress, nuisance, inconvenience, and annoyance of identity theft.


### A.  Time Spent Dealing with Consequences of the Data Breach

33.     Victims of data breaches often must spend time dealing with the after effects.  Identity theft experts recommend that data breach victims spend time performing multiple steps after the announcement of a data breach.  These steps include, (1) researching the data breach, (2) changing passwords, (3) checking credit reports, (4) monitoring accounts, (5) obtaining identity theft protection, and (6) filing taxes early.[27]  Performing these steps require the expenditure of time and effort.  For example, Plaintiff Stephen Adkins spent approximately two hours logging back in to Facebook, changing passwords, attempting to detect identity theft, and attempting to prevent identity theft.[28]  Time spent on such activities has a clear value and can be measured.

34.     One method that can be used to value the time spent by the Class members dealing with the Data Breach is to determine the rate one would have to pay a specialist[29] to perform the tasks that the Class members would otherwise have to perform.  Because the tasks performed by all the Class members were similar, the rates for a specialist will be similar for the entire Class (i.e., time spent dealing with the problems created by the Data Breach), and this would be a reasonable and appropriate valuation method.

35.     The first step using this method is to determine the rate at which members of the Class could hire a specialist to address their Data-Breach related issues.  The Plaintiff could hire an

---

[27] See, for example, https://www.lifelock.com/learn-data-breaches-steps-to-take-right-after-a-data-breach.html and https://www.daveramsey.com/blog/data-breach-impacts.
[28] Deposition of Stephen Adkins, pp. 422-424.
[29] A person with a demonstrated aptitude and requisite knowledge to efficiently deal with the task at hand.

administrative assistant or financial specialist to handle the disputed activity, for approximately $18-$20 per hour, as shown in the following table:[30]

### Table 2

### Hourly Rates for Relevant Specialists

| Occupation Code | Occupation Title | Median Hourly Wage | Mean Hourly Wage |
|---|---|---|---|
| **13-2000** | Financial Specialist | $22.69 | $27.67 |
| **43-3031** | Bookkeeping, Accounting, and Auditing Clerks | $17.08 | $18.22 |
| **43-6010** | Secretaries and Administrative Assistants | $16.73 | $18.73 |
| **43-6014** | Secretaries and Administrative Assistants (except Legal, Medical) | $15.72 | $16.04 |
| **Average** | | **$18.06** | **$20.17** |

36.     The formula for calculating the value of time spent by Class members on dealing with the the Data Breach would be as follows:  (1) the total number of hours spent per Class member, multiplied by (2) the hourly rate for the value of that time spent ($18-$20 per hour).  As an example, for Mr. Adkins, who spent 1.8 hours on these activities (see **Schedule 21**), his damages for this category would be between **$32.50** and **$36.30** total (see **Schedule 1**).[31]  This same formula could be applied to the Class.

37.     Once the Class members discover actual identity theft attributable to the Data Breach, a considerable amount of time and resources will be required to deal with the aftermath of that identity theft.  According to the 2017 Norton Report on Cyber Security, global losses of victims of cybercrime in 2017 were $172 billion, or $142 per victim.[32]  Of the 978 million people affected by cybercrime in 2017, 34% encountered unauthorized access of a social media account. In the U.S., losses were $19.4 billion and affected 143.7 million victims, or $135 per victim. In addition to the monetary losses, the average victim required 24 hours of time, per person, to deal with the identity theft.[33] This time can be valued in the same manner as discussed above—by applying the equivalent hourly

---

[30]  May 2017 National Industry Specific Occupational Employment and Wages Estimate:  NAICS 812900 – Other Personal Services, Bureau of Labor Statistics.
https://www.bls.gov/oes/2017/may/naics4_812900.htm.
[31]  $2.6 billion equal to 29 Class members x 5 hours x $18.06 per hour.  $2.6 billion equal to 29 Class members x 5 hours x $20.17 per hour.
[32]  2017 Norton Cyber Security Insights Report.
https://www.symantec.com/content/dam/symantec/docs/about/2017-ncsir-global-results-en.pdf.
[33]  Ibid.

rate that would be required to hire a specialist to perform that task, which was between $18-$20 per hour.

38.     At an average time expenditure of 24 hours per incident, the value of the time needed to address the identity theft would range between **$433** and **$484** per incident (see **Schedule 2**).

   **B.  Increased Risk of Identity Theft**

39.     As a result of the Data Breach, the risk of identity theft has increased for the Class.  These individuals will, for the foreseeable future, have to worry about the exposure of their PII.  The stress of a possible identity theft will be a constant worry and will likely require the future expenditure of time and resources.  One way for the Class members to alleviate or mitigate this risk and stress is to procure credit monitoring services that have insurance clauses to help offset future losses.

40.     Currently, there are third-party credit-monitoring services that perform identity monitoring, identity recovery services and provide identity theft insurance.[34]  Examples include:

*Table 3*

**Vendors Providing Identity Monitoring and Identity Theft Insurance**

| Lifelock | IDShield | Symantec | Intelius |
|----------|----------|----------|----------|
| FireEye | IdentityForce | Proofpoint | IdentityProtect |
| idwatchdog | Experian | myFICO | PrivacyGuard |
| IdentityGuard | Fortinet | McAfee | Crowdstrike |

41.     Notably, many of these services provide insurance or reimbursement (as much as $1,000,000) against future potential losses.[35]  In fact, obtaining credit monitoring services has been recommended for data breach victims to help alleviate these concerns.[36]

42.     Because the Class will need this coverage for the foreseeable future and a temporary period of coverage would not suffice, it is reasonable to assume that the Class will need coverage over the entire future period during which their PII will continue to be exposed.  Annual subscriptions for credit-monitoring plans range from $219 and $330 per year.  The service provided by ID Watchdog

---

[34] Identity Theft Protection Services, Federal Trade Commission:  Consumer Information. https://www.consumer.ftc.gov/articles/0235-identity-theft-protection-services.
[35] https://www.lifelock.com/.
[36] Do you Need Identity Theft Protection Services?, Sean Pyles, Nerdwallet, February 4, 2019. https://www.nerdwallet.com/blog/finance/comparing-identity-theft-protection-services/.

Platinum ($219 per year) is described as a basic, no-frills credit monitoring that provides assistance for existing data-breach victims, such as the Class members.[37]

43.    To calculate the value required to alleviate the stress of the Data Breach victims, one would perform the following calculations:  <u>First</u>, determine the appropriate value of the subscription and insurance (between $219 and $330 per year).  <u>Second</u>, determine the appropriate time period for which the Data Breach victims will require coverage.  Potentially, the value of hacked information decreases over time; however, once the PII is exposed, it is available to malicious actors indefinitely.  <u>Third</u>, discount the future amounts back to present values to determine the current value of increased risk and stress caused by the Data Breach.  A risk-free rate of return ought to be used because of the high likelihood of future costs, stress, and risk associated with the Data Breach.  For example, the 5-Year Treasury rate of 2.94% as of September 28, 2018 would be appropriate for a calculation involving a similar time period.[38]

44.    I am aware of other experts that have concluded the appropriate time frame of increased risk for data breach victims is at least 5 years.[39]  Using an estimate of 5 years, the present value of the Class' increased risk and stress would be between **$1,005** (using a subscription rate of $219) and **$1,513** (using a subscription rate of $330) per Class member (see **Schedule 3**).[40]  Note that this amount is in addition to the time value spent on the consequences of the Data Breach.

## VII.    PII-Based Damages

45.    PII, such as that maintained by Facebook, derives value from remaining private.  The value of this privacy should be exclusively enjoyed by Facebook's users.  However, as a result of the Data Breach, Facebook essentially granted access to PII for free and conveyed value to unauthorized third parties without compensation to the rightful owners of that information—its users.   When the users provided their PII to Facebook, they received the value of Facebook's social media services in return.  When Facebook allowed third parties to access the users' PII, no value was conveyed to the users.  The value that Facebook's users lost as a result of that conveyance can be measured

---

[37] Do you Need Identity Theft Protection Services?, Sean Pyles, Nerdwallet, February 4, 2019. https://www.nerdwallet.com/blog/finance/comparing-identity-theft-protection-services/
[38] https://www.treasury.gov/resource-center/data-chart-center/interest-rates/Pages/TextView.aspx?data=yieldYear&year=2018.
[39] Declaration of James Van Dyke, August 29, 2019.
[40] Calculated as 5 annual payments of $219 or $330 and discounted back at the appropriate discount rate.

through the Market Method (a standard valuation method) by analyzing what third parties pay to access comparable information.

46.     This approach is similar to a patent owner who has been damaged through the unauthorized use of their patented technology.  A common and acceptable approach to measuring patent infringement damages is through a reasonable royalty.[41]  Comparable royalty rates are typically used to assess reasonable royalty damages, which is a similar market-based method of assessing damages.  Thus, the Class' damages can be calculated by determining appropriate rates to compensate the PII owners for the access granted to third parties through Facebook's negligence.  Because of the differences in the PII exposed for Group 1 and Group 2, I performed separate damages calculations for each group.

**A. Measuring the Appropriate Rates to Compensate the Class for the Access Facebook Granted to PII**

47.     There are at least two ways to calculate appropriate rates to compensate the Class for the transfer of value enabled by the Data Breach.  The first is to look at the values demanded by the PII owners.  The second is to look at transactions involving the sale of access to similar PII.

*1. Measuring access rates for PII from the perspective of the PII owners*

48.     From the PII owner's perspective, an individual's entire portfolio of PII has been valued as high as $1,200 per person.[42]  Figure 4 illustrates how PII owners value various components of PII - many of which are collected and maintained by Facebook, and used to attract advertisers.[43]

---

[41] United States Code, Title 35 - PATENTS. § 284 – Damages.
[42] Migliano, Simon, *Dark Web Market Price Index (US Edition)*, February 27, 2018. https://www.top10vpn.com/privacy-central/privacy/dark-web-market-price-index-feb-2018-us/.
[43] Identity Theft and the Value of Your Personal Data, April 30, 2015. https://www.trendmicro.com/vinfo/us/security/news/online-privacy/identity-theft-and-the-value-of-your-personal-data.

*Figure 4[44]*

**Summary of PII Component Survey Values per Ponemon**



* This response was only available for US participants

49.     For Group 1, PII owners would demand $13.90 for just their email address and phone numbers.  For the profile information exposed with Group 2, the PII owners would demand $107.80. (see **Schedule 15**).   These values demonstrate that a valuable commodity that should have remained private and only used at the discretion of the Class, is now available to others for free. Facebook's users have been damaged as a result of the value conveyed to third parties by Facebook without compensating its users' for the access granted to their PII.  However, these are values according to the PII owners and do not represent actual market-based transactions and, therefore, further analysis is warranted.

---

[44] Privacy and Security in a Connected Life:  A Study of US, European and Japanese Consumers, Ponemon Institute, LLC, March 2015.  https://www.trendmicro.de/cloud-content/us/pdfs/security-intelligence/reports/rt_privacy_and_security_in_a_connected_life.pdf.

##### 2. *Measuring access rates for PII through transactions on the "Dark Web"*

50.     There are active markets for PII data similar to the data exposed in the Data Breach.  The type of profile data exposed in the Data Breach (see Table 1 above), would be available to third parties with a user's login credentials.  Both individual components of PII are offered for sale as well as bundled information.  Stolen login credentials are also available from multiple Dark-Web marketplaces such as "Dream," "Empire," and "Wall Street."[45]  A market exists for stolen PII because malicious actors are able to monetize that information by harvesting the valuable information contained in the users' profiles.  These prices represent the amounts third parties have demanded for access to similar PII.  Values for PII on the Dark Web vary greatly depending on the information offered for sale, the quality and quantity of the information, and the perceived value of the data (e.g., access to a Paypal account with a large balance, or Fullz information for a high-credit-score individual will command a premium when compared to generic Fullz information).  Given that third parties have bought and sold access to the very PII exposed in the Data Breach demonstrates that this PII indeed has value—otherwise, third parties would not be willing to pay for such access to social media login credentials.

51.     It should be noted that these transactions understate the value of PII because the sales do not involve the rightful owner of the PII.  Rather, the transactions are for illegally obtained PII and thus do not represent arm's length transactions between willing sellers and willing buyers that expect to be able to use the information in a legitimate manner.  From the perspective of the PII owner, the value of their PII is likely much higher than the prices indicated in Dark Web transactions as demonstrated by Figure 4 above.  In my opinion, Dark Web values would be the most conservative estimate for the PII access rates to compensate the Class for Facebook's exposure of this PII.

52.     I have made two separate calculations for the Class due to the differences in the extent of PII exposed in the Data Breach for Group 1 and Group 2.  For Group 1, limited PII, including name, email address, and phone numbers were exposed, which is akin to partial Fullz information (Fullz is the term for complete proof of identity information that typically includes name, address, date of birth and a social security number).[46]  For Group 2, more extensive PII information was exposed that includes detailed profile information.

---

[45] Migliano, Simon, *Dark Web Market Price Index (US Edition)*, February 27, 2018.
https://www.top10vpn.com/privacy-central/privacy/dark-web-market-price-index-feb-2018-us/.
[46] Rowley, Olivia, Analysis:  Pricing of Goods and Services on the Deep and Dark Web, Flashpoint.

### B. PII-Based Damages for Group 1

53.     For Group 1 Class members whose exposed PII included only email addresses and phone numbers, we analyzed Dark Web transaction data for individual Fullz components, such as date of birth, social security number, name and address.  According to the data security company, LifeLock, these individual lines of data sell for as little as $1.00 each.[47]  This is consistent with my analysis of Dark Web transactions involving partial Fullz information.

54.     Based on the data we reviewed, there are numerous transactions involving certain Fullz components.  However, most of those transactions involve a social security number, which is not at issue with the Class.  Therefore, I compared Dark Web transactions that included only social security numbers and calculated the incremental value of the additional Fullz components.  The average rates for social security numbers only is approximately $2.00 (median) to $2.06 (average) (see **Schedule 17**). This compares to average rates for social security numbers bundled with other limited PII information such as a name or address, which are between $3.00 (median) to $4.41 (average) (see **Schedule 17**).  Thus, the incremental value of individual PII components is between $1.00 to $2.35.  In my opinion, this is a reasonable proxy for the value for accessing individual PII components such as email addresses and phone numbers.  Applying this range to Group 1 results in $15.0 million to $35.3 million in damages (see Table 4 and **Schedule 4**).

*Table 4*
**Summary of PII-Based Group 1 Damages**
*(Damages and Members in millions)*

|  | Low Range | High Range |
|---|---|---|
| PII Access Rate | $1.0 | $2.4 |
| Class Members | 15.0 | 15.0 |
| **Group 1 PII-Based Damages** | **$15.0** | **$35.3** |

55.     It should be noted that these values understate the value placed on email addresses and phone numbers by the owners of that data.  According to the Ponemon study, PII owners place an $8 value on their email address and a value of $5.90 on their phone numbers.[48]

---

[47] https://www.lifelock.org/value-personal-info-much-identity-worth/.  Accessed July 24, 2019.
[48] Privacy and Security in a Connected Life:  A Study of US, European and Japanese Consumers, Ponemon Institute, LLC, March 2015.  https://www.trendmicro.de/cloud-content/us/pdfs/security-intelligence/reports/rt_privacy_and_security_in_a_connected_life.pdf.

### C. PII-Based Damages for Group 2

56.     The PII exposed for Group 2 included a significant amount of profile information when compared to Group 1. Therefore, the Dark Web prices for individual Fullz components, as addressed in Section VII.B above, would not sufficiently compensate Group 2 Class members for the PII exposed by Facebook.  A more comparable set of Dark Web transactions would be login access to social media accounts, which in theory, would provide access to similar profile-based information.  As discussed above, this type of social-media login information is frequently offered for sale on Dark Web marketplaces.

57.     Based on our analysis, this type of access is offered for sale on the Dark Web for between $0.19 and $29.61, as shown in the Figure 5 below (see **Schedule 16**):

*Figure 5[49]*

**Observed Dark Web Transaction Values for Access to Social-Media Data**



58.     For the Dark Web values shown in Figure 5 above, the average value is $6.23 and the median value is $4.00.  Based on these transaction values, it is reasonable to conclude that

---

[49] These transactions represent both offers for access to individual Facebook accounts and ranges of values observed by various data security sources.

Facebook's exposure of the PII for Group 2 effectively transferred approximately **$4.00** to **$6.23** in value per user to third parties without compensating the owners of that data. Applying these rates to this portion of the Class (14 million) results in damages between $56.0 million and $87.2 million (see Table 5).

**Table 5[50]**
**Summary of PII-Based Group 2 Damages**
**(Damages and Members in millions)**

|  | Low Range | High Range |
|---|---|---|
| PII Access Rate | $4.0 | $6.2 |
| Class Members | 14.0 | 14.0 |
| **Group 2 PII-Based Damages** | **$56.0** | **$87.2** |

59.     Again, due to the nature of the Dark Web transactions, these are not legitimate third-party transactions and the price demanded from the actual account owner would likely be much higher, as indicated in Figure 4 above.  As further evidence of this understatement, hackers charge up to $129 to hack an individual Facebook account.[51]

---

[50] Schedule 4.
[51] Underground Hacker Marketplace, Annual Report, April 2016, SecureWorks.

# VIII. Conclusions

60.     The following table summarizes each of the categories of damages I have calculated:

*Table 6*
**Summary Damages Conclusions**

| | Category | Class | Class Members | Low Range | High Range |
|---|---|---|---|---|---|
| | **Time and Risk Based Damages:** | | | | |
| **1** | Time Spent Dealing with the Data Breach[52] | Entire | Mr. Adkins | $32.50 | $36.30 |
| **2** | Increased Risk from the Data Breach[53] | Each Member | 1 | 1,005 | 1,513 |
| | **Value of PII Transferred as a result of the Data Breach:[54]** | | | | |
| **3** | Group 1 | Entire | 15,000,000 | $15,000,000 | $35,254,667 |
| **4** | Group 2 | Entire | 14,000,000 | $56,000,000 | $87,234,012 |

61.     I declare under penalty of perjury that the facts set out in this declaration are true to the best of my knowledge.

_____          _____August 29, 2019_____
Ian Ratner, CPA/ABV, ASA, CFE          Date

---

[52] Schedule 1.
[53] Schedule 3p.
[54] Schedule 4.



**CURRICULUM VITAE**

**Ian Ratner**

**CPA CA ASA ABV CBV CFE**

| | |
|---|---|
| **SUMMARY** | Mr. Ratner has approximately 30 years' experience in public accounting, forensic accounting, damage calculations, business valuation services, transaction advisory services, due diligence and bankruptcy consulting. |
| **RELEVANT EXPERIENCE** | **GlassRatner Advisory & Capital Group LLC**<br>**2001 - present**<br>**Principal**<br>**Atlanta, Georgia**<br>GlassRatner is a financial advisory services firm that specializes in troubled company and bankruptcy consulting, forensic accounting / litigation support and mergers and acquisition advisory services.<br><br>**KROLL**  (formerly Lindquist Avey Macdonald Baskerville)[1]<br>**1995-2000**<br>**Principal**<br>**Atlanta, Georgia**<br>Kroll is the world's largest risk mitigation consulting firm.  Mr. Ratner was a Principal in the firm's financial services division that specializes in providing fraud investigation, business valuation, litigation support and due diligence services.<br><br>**ERNST & Young, LLP, 1990 - 1995**<br>**Manager – Dispute Resolution and Litigation Services**<br>**Atlanta, Georgia, 1993 – 1995,**<br>**Manager – Forensic and Litigation Accounting Group**<br>**Toronto, Ontario, 1990 – 1993** |

---

[1] From November 2000 through July 2001 Ian was the CFO and acting COO of TIC Enterprises, a $90 million dollar a year sales outsourcing company that specialized in the telecommunications industry.  The company was sold in mid-2001.

 

Manager in two Ernst & Young practice groups that provided forensic and litigation accounting services to attorneys, corporations and government entities.  Routinely managed and worked on numerous cases concurrently.  Responsible for the development of training material and supervision of new staff to these groups.

**RICHTER USHER & VINEBERG, * 1987 - 1990**
**Chartered Accountants**\* part time in 1987
**Senior Accountant**
**Montreal, Quebec**
Assisted in the performance of audits, reviews and compilations of financial statements for large privately held companies and small publicly traded firms.  Also provided tax and accounting assistance to these clients.

**CERTIFICATIONS**

- Fellow of the American College of Bankruptcy – 2010
- Accredited Senior Appraiser (ASA) – American Society of Appraisers, Business Valuation Section – 1997
- Certified Public Accountant (CPA) – Georgia/South Carolina – 1998/1996
- Accredited in Business Valuation (ABV) from the AICPA
- Accredited Member (AM) – American Society of Appraisers, Business Valuation Section – 1994
- Certified Fraud Examiner (CFE) – 1994
- Chartered Business Valuator (CBV) – Canada – 1992
- Chartered Accountant (CA) – Ontario, Canada – 1990

**EDUCATION**

- McGill University, Montreal Quebec
  Graduate Diploma in Public Accounting
- McGill University, Montreal Quebec
  Bachelor of Commerce

**MEMBERSHIPS**

- Georgia Society of CPAs
- South Carolina Society of CPAs
- American Institute of Certified Public Accountants (AICPA)
- American Society of Appraisers
- Association of Certified Fraud Examiners
- Canadian Institute of Chartered Business Valuators
- Canadian Institute of Chartered Accountants
- Ontario Institute of Chartered Accountants



# Ian Ratner

## CPA CA ASA CBV ABV CFE

## Testimony Experience and Fiduciary Appointments

**1.** Testimony                                        Page: 2 to 18

**2.** Testimony – Tobacco Litigation                   Page: 19 to 21

**3.** Fiduciary Appointments                           Page: 22 to 23

**GlassRatner, a B. Riley Financial company | Bringing Clarity to Complex Business Situations**




**Ian Ratner**
**CPA CA ASA CBV ABV CFE**
**Testimony Experience & Fiduciary Assignments**



## Testimony Experience

Robert Blobner v. R.T.G. Furniture Corp.
United States District Court for the Middle District of Florida, Tampa Division
Case No.: 8:17-CV-1676-JSM-SPF
Evidence given by deposition
*April 2019*
Retained by:    **R.T.G. Furniture Corp.**
Counsel:        Frank M. Lowrey IV – Bondurant Mixson & Elmore, LLP
--------------------------------------------------------------------------------------------------
Insight Global, LLC v. John Barker and Beacon Hill Staffing Group, LLC
United States District Court for the Northern District of California
Case No.: 3:17-CV-00309 and 5:16-CV-07186-BLF
Evidence given by deposition
*January 2019*
Retained by:    **Insight Global, LLC**
Counsel:        Chris Marquardt – Alston & Bird, LLP
                David Lowance, Jr. – Insight Global General Counsel
                Ariel Zion – Insight Global Deputy General Counsel
--------------------------------------------------------------------------------------------------
Suzhou Allpro Certified Public Accountants Co., Ltd., as Bankruptcy Administrator of Sure Heat
Manufacturing (Suzhou) Co. Ltd., v. Sure Heat Manufacturing, Inc., Michael R. Mulberry, Michael
S. Mulberry, Harry Clifford Villers, and SHM International Corporation
Case No.: 1: 15-cv-03436-RWS
Evidence given by deposition
*September 2018*
Retained by:    **Suzhou Allpro Certified Public Accountants Co., Ltd.,**
Counsel:        Thaddeus D. Wilson – King & Spalding LLP
--------------------------------------------------------------------------------------------------
In Re: Yahoo! Customer Data Security Breach Litigation
United States District Court for the Northern District of California – San Jose District
Case No.: 16-MD-02752-LHK
Evidence given by deposition
*August 2018*
Retained by:    **Proposed Plaintiff Class**
Counsel:        John A. Yanchunis – Morgan & Morgan Complex Litigation Group
                Gayle M. Blatt – Casey Gerry Schenk Francavilla Blatt & Penfield LLP
                Stuart A. Davidson – Robbins Geller Rudman & Dowd LLP
--------------------------------------------------------------------------------------------------
Insight Global, LLC v. Daniel Wenzel, Luke Norman, Lauren Sutmar, and Beacon Hill Staffing
Group, LLC
United States District Court for the Southern District of New York
Civil Action No.: 1:17-cv-8323
Evidence given by deposition
*August 2018*
Retained by:    **Insight Global, LLC**
Counsel:        David Lowance, Jr. – Insight Global General Counsel
                Ariel Zion – Insight Global Associate General Counsel
--------------------------------------------------------------------------------------------------
South Carolina Electric & Gas Company (Scana) v. Swain E. Whitfield, in his official capacity as
Chairman of the South Carolina Public Service Commission; et al
United States District Court for the District of South Carolina, Columbia Division
Case No: 3:18-CV-01795-JMC
Evidence given at trial
*July 2018*
Retained by:    **SCE&G (Scana)**
Counsel:        David Balser – King & Spalding LLP
                Jon Chally – King & Spalding LLP

**Ian Ratner**
**CPA CA ASA CBV ABV CFE**
**Testimony Experience & Fiduciary Assignments**



Cabot East Broward 2 LLC, and Cabot East Broward 34 LLC, et al. v. CBRE, Inc., et al.
Case No: 16-CV-61218-WPD
Evidence given by deposition and at trial
*June 2018*
Retained by:    **CBRE, Inc.**
Counsel:        Thomas J. Meeks – Carlton Fields Jordon Burt, P.A.
                Hardy Roberts – Carey, O'Malley, Whitaker, Mueller, Roberts & Smith, P.A.
                Christopher Torres & David B. Weinstein – Greenberg Traurig, P.A.
-----------------------------------------------------------------------------------------------------
Tradeline Enterprises Pvt. Ltd. v. Jess Smith & Sons Cotton, LLC, J.G. Boswell Company, and
Supima
International Centre for Dispute Resolution and American Arbitration Association
Case No: 01-16-0003-8669
Evidence given at arbitration hearing
*February 2018*
Retained by:    **Supima**
Counsel:        Charles Hauff, Jr., / Chris Colyer - Snell & Wilmer L.L.P.
-----------------------------------------------------------------------------------------------------
Southern Independent Bank v. Fred's Inc.
United States District Court for the Middle District of Alabama
Civil Action No: 2:15-cv-00799-MHT-WC
Evidence given by deposition
*January 2018*
Retained by:    **Southern Independent Bank**
Counsel:        Kenneth Grunfeld – Golomb & Honik, P.C.
                Jay Aughtman – Aughtman Law Firm, LLC
-----------------------------------------------------------------------------------------------------
Deborah Blase v. Kevin Blase
Superior Court of Fulton County, State of Georgia, Family Court Division
Civil Action File No. 2016-CV-275981
Evidence given by deposition
*January 2018*
Retained by:    **Deborah Blase**
Counsel:        Nancy Lawler and David Green – Lawler Green Prinz
                Letitia McDonald, Emily Newton, and Lohr Beck-Kemp – King & Spalding
-----------------------------------------------------------------------------------------------------
In re: Le Centre on Fourth, LLC
United States Bankruptcy Court, Southern District of Florida, Fort Lauderdale Division
Case No. 17-23632-RBR
Evidence given by deposition and at trial
*December 2017*
Retained by:    **Berger Singerman**
Counsel:        Jordi Guso – Berger Singerman
                Paul Singerman – Berger Singerman
-----------------------------------------------------------------------------------------------------
Vision Construction Ent., Inc. v. Argos Ready Mix, LLC
United States District Court, Northern District of Florida, Gainesville Division
Case No. 3:15-cv-00534MW-CJK
Evidence given by deposition and hearing
*November 2017 and August 2018*
Retained by:    **Argos Ready Mix, LLC**
Counsel:        James Bogan – Kilpatrick Townsend & Stockton, LLP
                Allen Garrett – Kilpatrick Townsend & Stockton, LLP

**Ian Ratner**
**CPA CA ASA CBV ABV CFE**
**Testimony Experience & Fiduciary Assignments**



Team Express Distributing LLC v. Junction Solutions, Inc., Microsoft Corp., and RSM US LLP
United States District Court, Western District of Texas, San Antonio Division
Case No. 5:15-CV-00994-DAE
Evidence given by deposition
*October 2017*
Retained by:      **RSM USA LLP and Junction Solutions, Inc.**
Counsel:          Chris Kearney – Keker, Van Nest & Peters LLP
                  Jason Kunze – Nixon Peabody LLP
-------------------------------------------------------------------------------------------------------
Calesa Associates, LP et al. v. American Capital, Ltd et al. (Re: Halt Medical)
In the Court of Chauncery at the State of Deleware
Case No. 10557-VCG
Evidence given by deposition
*October 2017*
Retained by:      **Calesa Associates, LP et al.**
Counsel:          Thomas Biemer – Dilworth Paxson LLP
-------------------------------------------------------------------------------------------------------
Super98, LLC v. Delta Air Lines,, Inc.
United States District Court, Northern District of Georgia, Atlanta Division
Case No. 1:16-cv-1535-LMM
Evidence given by deposition
*August 2017*
Retained by:      **Delta Airlines, Inc.**
Counsel:          David Balser – King & Spalding LLP
-------------------------------------------------------------------------------------------------------
SFC Litigation Trust v. Allen Tak Yuen Chan
Superior Court of Justice, Ontario
Case No. CV-14-10684-00CL
Evidence given at trial
*April 2017*
Retained by:      **Chan**
Counsel:          Robert Rueter – Rueters, LLP
-------------------------------------------------------------------------------------------------------
In re: SNMP Research, Inc., et al. v. Nortel Networks Inc., et al.
United States Bankruptcy Court, District of Delaware
Chapter 11 Case No. 09-10138 (KG) Jointly Administered, Adv. Proc. No. 11-53454 (KG)
Evidence given by deposition
*February 2017*
Retained by:      **SNMP Research, Inc.**
Counsel:          Nicholas J. Brannick – Cole Shotz P.C.
                  G. David Dean – Cole Shotz P.C.
                  Richard S. Busch – King & Ballow Law Offices
                  John L. Wood – Egerton, McAfee, Armistead & Davis P.C.
-------------------------------------------------------------------------------------------------------
Caradigm USA LLC v. Pruitthealth, Inc. f/k/a UHS-Pruitt Corp.
United States District Court, Northern District of Georgia, Atlanta Division
Case No. 1:15-CV-02504
Evidence given by deposition and at trial
*November 2016 and July 2018*
Retained by:      **Caradigm USA LLC**
Counsel:          Chris Giovinazzo – Bondurant, Mixson & Elmore LLP
-------------------------------------------------------------------------------------------------------
PFT Technology LLC v. Robert Weiser v. Patrick Keelan, Thomas Smith, and Frank Castellano
Supreme Court of the State of New York, County of Nassau
Case No. 8679-12
Evidence given at trial
*September 2016*
Retained by:      **PFT Technology and Patrick Keelan, Thomas Smith and Frank Castellano**
Counsel:          William Wallach – McCarter & English LLP

**Ian Ratner**
**CPA CA ASA CBV ABV CFE**
**Testimony Experience & Fiduciary Assignments**



In re:  AstroTurf, LLC
U.S. Bankruptcy Court, Northern District of Georgia
Case No. 16-41504
Evidence given by deposition and at trial
*August 2016*

| | |
|---|---|
| Retained by: | **Official Committee of General Unsecured Creditors** |
| Counsel: | Frank DeBorde – Morris, Manning & Martin LLP |
| | Lisa Wolgast – Morris, Manning & Martin LLP |

---------------------------------------------------------------------------------------------------

Bahamas Sales Associate, LLC v. Donald Cameron Byers and associated counterclaim in Ginn
Sur Mer Consolidated Lot Owner Litigation
United States District Court, Middle District of Florida, Jacksonville Division
Case No. 3:08-cv-1012-J-32JRK
Evidence given by deposition
*July 2016*

| | |
|---|---|
| Retained by: | **Edward R. Ginn, II; ERG Enterprises, LP; Ginn Financial Services; Bahama Sales Associate, LLC; Dean S. Adler and Lubert-Adler Management Company, LP** |
| Counsel: | Robert P. Alpert – Morris, Manning & Martin LLP |
| | Stephen J. Kastenberg – Ballard Spahr LLP |

---------------------------------------------------------------------------------------------------

In re: HELLAS TELECOMMUNICATIONS (LUXEMBOURG) II SCA,
Debtor in a Foreign Proceeding.
United States Bankruptcy Court Southern District of New York
Chapter 15 Case No. 12-10631 (MG), Adversary Proceeding No. 14-01848
(MG) Evidence given by deposition
*June 2016*

| | |
|---|---|
| Retained by: | **Andrew Lawrence Hosking and Bruce Mackay in their capacity as joint compulsory liquidators** |
| Counsel: | Andrew Rosenblatt, Esq. |
| | Howard Seife, Esq. Marc D. Ashley, Esq. |
| | Chadbourne & Parke LLP |

-----------------------------------------------------------------------------------------------

Owl's Eyes of Asheville, LLC, Owl's Eyes of Kitty Hawk, LLC, Owl's Eyes of Ocala, LLC, and Owl's
Eyes of Gainesville, LLC v. Hooters of America, LLC
Superior Court of Cobb County, State of Georgia
Case No. 11-1-8857-99
Evidence given by deposition
*March 2016*

| | |
|---|---|
| Retained by: | **Owl's Eyes of Asheville, LLC, Owl's Eyes of Kitty Hawk, LLC, Owl's Eyes of Ocala, LLC, and Owl's Eyes of Gainesville, LLC** |
| Counsel: | Jason S. Alloy, Esq. |
| | Robbins Ross Alloy Belinfante Littlefield LLC |

-------------------------------------------------------------------------------------------------

Charlotte Burnett, et al, v. The Fulton County Board of Trustees, et al. Superior Court of Fulton
County, State of Georgia
Case No. 2010-CV-194160
Evidence given by deposition
*November 2015*

| | |
|---|---|
| Retained by: | **The Fulton County Board of Trustees** |
| Counsel: | Michael Kramer, Esq. |
| | Buckley Beal, LLP |

**Ian Ratner**
**CPA CA ASA CBV ABV CFE**
**Testimony Experience & Fiduciary Assignments**



Predictix, LLC v. Emre Sener
Superior Court of Fulton County, Business Case
Division Case No.2015-CV-259646
Evidence given at trial and by deposition
*November 2015 and October 2015*
Retained by:        **Predictix, LLC**
Counsel:            James A. Washburn, Esq. - Troutman Sanders LLP

-----------------------------------------------------------------------------------------------

Melanie E. Damian, as Receiver for the Estate of Aubrey Lee Price, et al, v. Nelson Mullins Riley & Scarborough, L.L.P., et al
United States District Court, Northern District of Georgia, Atlanta
Division Case No. 2014-CV-03498-TCB
Evidence given by deposition
*July 2015 and September 2015*
Retained by:        **Nelson Mullins Riley & Scarborough, L.L.P., et al**
Counsel:            David Balser, Esq. Lawrency Slovensky, Esq. -  King & Spalding LLP

-----------------------------------------------------------------------------------------------

James D. Hinson Electrical Contracting Co., Inc.; Blythe Development Company and Callaway Grading, Inc., individually and on behalf of all others similarly situated; and National Utility Contractors Association. v. AT&T Services, Inc. and BellSouth Telecommunications, LLC
United States District Court, Middle District of Florida
Case No. 3:13-CV-29-J-32JRK
Evidence by deposition
*April 2015*
Retained by:        **AT&T Services, Inc., et al.**
Counsel:            James F. Bogan III, Esq., John P. Jett, Esq. and Cindy D. Hanson, Esq.
                    Kilpatrick Townsend & Stockton LLP (Georgia)

-----------------------------------------------------------------------------------------------

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20,
2010 United States District Court, Eastern District of Louisiana
MDL No. 2179, Section J
Evidence given at trial and by depositions (2)
*January 2015 and October 2014*
Retained by:        **U.S. Department of Justice - Environment & Natural Resources Division**
Counsel:            Patrick Casey, Esq. – U.S. Department of
                    Justice Nancy Flickinger, Esq. – U.S.
                    Department of Justice

-----------------------------------------------------------------------------------------------

Jay Raja, M.D. v. Englewood Community Hospital, Inc.
United States District Court, Middle District of Florida, Tampa
Division Case No. 8:12-CV-02083-T-36AEP
Evidence by deposition
*August 2014*
Retained by:        **Englewood Community Hospital, Inc.**
Counsel:            Martin B. Goldberg, Esq. – Lash & Goldberg LLP
                    C.J. Gideon, Jr., Esq. – Gideon, Cooper & Essary, PLC

-----------------------------------------------------------------------------------------------

RL Partners I. LLC d/b/a R.L. Partners, LLC v. Angel Oak Capital Advisors, LLC, Brad Friedlander, and John Does 1-5
State Court of DeKalb County, State of
Georgia Case No. 12-A-45380-7
Evidence by deposition
*May 2014*
Retained by:        **R.L. Partners, LLC**
Counsel:            John M. Gross, Esq. – Taylor English Duma, LLP

**Ian Ratner**
**CPA CA ASA CBV ABV CFE**
**Testimony Experience & Fiduciary Assignments**



a B. Riley Financial company

MPEG LA, L.L.C. v. Dell Global B.W. and Dell Products, L.P. and Dell Global B.V. and Dell Products,L.P. v. MPEG LA, L.L.C. (Counterclaim) Court of Chancery of the State of Delaware
Case No. 7016-VCP
Evidence by deposition
*February 2014*
Retained by:       **Dell Global B.V. and Dell Products, L.P.**
Counsel:         Michael P. Kenny, Esq. and Angela P. James, Esq.
                 Alston & Bird, LLP
-----------------------------------------------------------------------------------------------

Jonathon Marc Seidel, as Executor of the Estate of Nancy Noblin v. Dana Marie David LaChance, as Executor of the Estate of Edgar George David and Dana Marie David LaChance as General Partner of EDG Properties, LP
JAMS Reference No. 1440003820
Evidence at Arbitration
*February 2014*
Retained by:       **Jonathon Marc Seidel, as Executor of the Estate of Nancy Noblin**
Counsel:         David N. Dreyer, Esq.
                 Chamberlain Hrdlicka White Williams & Autry
-----------------------------------------------------------------------------------------------

Federal Trade Commission v. Hold Billing Services, et. al.
United States District Court, Western District of Texas, San Antonio Division
Case No. SA-98-CA-0629-FB
Evidence at trial
*November 2013*
Retained by:       **BSG Group**
Counsel:         Dina M. Cox, Esq.
                 Lewis Wagner, LLP
-----------------------------------------------------------------------------------------------

Atlantic Southeast Airlines, Inc. and SkyWest Airlines, Inc. v. Delta Airlines, Inc. Superior Court of Fulton County, State of Georgia
Civil Action File No.: 2008-CV-145995
Evidence by deposition
*June 2013, May 2013, and November 2013*
Retained by:       **Delta Airlines, Inc.**
Counsel:         Cathy O'Neil and David Meadows - King & Spalding
-----------------------------------------------------------------------------------------------

Crider, Inc. v. Eugene Welka and Huntsman Gay Global Capital, LLC Superior Court of Chatham County, State of Georgia
Civil Action No.: CV11-1134-AB
Evidence by deposition
*July 2013 and October 2013*
Retained by:       **Crider, Inc.**
Counsel:         John P. Hutchins and Christopher A. Wiech Troutman Sanders, LLP
-----------------------------------------------------------------------------------------------

EarthCam, Inc. v. OxBlue Corporation, Chandler McCormack, John Paulson, Bryan Mattern and Richard Hermann
United States District Court, Northern District of Georgia, Atlanta Division
Civil Action No.: 1:11cv-02278-WSD
Evidence by deposition
*July 2013*
Retained by:       **OxBlue Corporation**
Counsel:         Mathew B. Ames Christopher S. Anulewicz Balch & Bingham LLP

**Ian Ratner**
**CPA CA ASA CBV ABV CFE**
**Testimony Experience & Fiduciary Assignments**



Abraham I. Awwad v. Largo Medical Center, Inc., a Florida corporation d/b/a Largo Medical Center
United States District Court, Middle District of Florida, Tampa Division
Case No.: 8:11-cv-01638-SCB-TBM
Evidence by deposition
*May 2013*
Retained by:        **Largo Medical Center, Inc.**
Counsel:            Martin B. Goldberg Lash & Goldberg LLP

-------------------------------------------------------------------------------------------------

Livent, Inc., through its Special Receiver and Manager, Roman Doroniuk v. Deloitte & Touche and
Deloitte & Touche, LLP
Superior Court of Justice, Province of Ontario,
Canada Court File No.: 02-CV-225823 CM2
Evidence given at trial
*May 2013*
Retained by:        **Livent, Inc.**
Counsel:            Peter Howard and Patrick O'Kelley
                    Stikeman Elliott (Ontario, Canada)

-------------------------------------------------------------------------------------------------

The Medical Group of St. Joseph's LLC d/b/a St. Joseph's Medical Group v. Gerald A. Feuer, M.D.
Superior Court of Fulton County, State of Georgia
Civil Action File No.: 2011-CV-208262
Evidence by deposition
*March 2013*
Retained by:        **The Medical Group of St. Joseph's LLC**
Counsel:            Craig Bertschi
                    Kilpatrick Townsend & Stockton, LLP

-------------------------------------------------------------------------------------------------

Seven Seas Petroleum, Inc. v. CIBC World Markets Corp.
United States District Court, Southern District of Texas, Houston
Division Civil Action No. 4:08 CV03048
Evidence given at trial and by deposition
*January 2013 (trial); Deposition October
2011*
Retained by:        **CIBC World Markets, Inc.**
Counsel:            James A. Washburn, Esq.
                    Matt Martin, Esq.
                    McKenna Long & Aldridge, LLP

-------------------------------------------------------------------------------------------------

Boykin Anchor Company, Inc. v. Larry Wong and AT&T Services, Inc.
U.S District Court, Eastern District of North Carolina, Western
Division Case No. 5:10-CV-0591-FL
Evidence given by deposition
*August 2012*
Retained by:        **AT&T Services, Inc.**
Counsel:            John Moye, Esq.
                    Kilpatrick Townsend LLP

-------------------------------------------------------------------------------------------------

Old TBR, Inc, fka The Billing Resource, dba Integretel v. The Billing Resource, LLC
U.S. Bankruptcy Court, Nothern District of California, San Jose
Division Case No. 07-52890 ASW
Evidence given at trial
*June 2012*
Retained by:        **Old TBR, Inc, fka The Billing Resource, dba Integretel (Debtor)**
Counsel:            John Fiero, Esq.
                    Gail Greenwood, Esq.
                    Pachulski, Stang, Ziehl & Jones LLP

**Ian Ratner**
**CPA CA ASA CBV ABV CFE**
**Testimony Experience & Fiduciary Assignments**



U.S. District Court for the Eastern District of North Carolina, Western
Division Case No. 5:09-CV-00412-FL
Evidence given by deposition and at trial
*February 2012 and September 2010*
Retained by:    **Scenera Research LLC**
Counsel:        John Moye, Esq.
                   Kilpatrick Stockton LLP

---------------------------------------------------------------------------------

Innotex Precision Limited v. Horei Image Products, Inc. and ITM Corporation
U.S. District Court for the Northern District of Georgia, Atlanta
Division Case No. 1:09-CV-0547 (TWT)
Evidence given by deposition and at trial
*December 2011 and June 2010*
Retained by:    **Innotex Precision Limited**
Counsel:        Christopher G. Campbell
                   DLA Piper

---------------------------------------------------------------------------------

nVision Global Technology Solutions, Inc. v. Cardinal Health 5, LLC
United States District Court, Northern District of Georgia, Atlanta
Division Civil Action No. 1:11-CV-00389-WSD
Evidence given by deposition
*October 2011*
Retained by:    **nVision Global Technology Solutions, Inc.**
Counsel:        John Sherrill, Esq.
                   Wayne Bond, Esq.
                   Seyfarth Shaw, LLC

---------------------------------------------------------------------------------

Georgia Department of Transportation v. Fourteenth Street Venture,
LP; Revco Discount Drug Centers, Inc. (CVS Pharmacy), et al.
Superior Court of Fulton County, Georgia
Case No. 2006-CV-119485
Evidence given at deposition and at trial
*March and September 2011*
Retained by:    **CVS Pharmacy, Inc.**
Counsel:        A. J. "Buddy" Welch, Jr., Esq.
                   William A. White, Esq.
                   Smith, Welch, Webb & White, LLC

---------------------------------------------------------------------------------

Reynolds Ready Mix, L.L.C. v. Conrad Yelvington Distributors, Inc.
Circuit Court in and for Escambia County, Florida (Civil Division)
Case No. 2007-CA-003015
Evidence given by deposition and at trial
*August 2011 and September 2011*
Retained by:    **Conrad Yelvington Distributors, Inc.**
Counsel:        George McArdle, Esq.
                   McArdle & Perez, P.A.

---------------------------------------------------------------------------------

Lord Corporation v. S&B Technical Products, Inc., Terramix S.A., and Mark A. Weih
U.S. District Court for the Eastern District of North Carolina, Western Division
Case No. 5:09-CV-00205-D
Evidence given by deposition
*April 2011 and October 2010*
Retained by:    **Lord Corporation**
Counsel:        Betsy Lanzen, Esq.
                   Kilpatrick Stockton LLP

**Ian Ratner**
**CPA CA ASA CBV ABV CFE**
**Testimony Experience & Fiduciary Assignments**



Convergent Wealth Advisors, LLC v. William deButts, III, et al.
American Arbitration Association Case No. 51 116 00505 10
Evidence given by report and at arbitration hearing
*January 2011*
Retained by:    **Convergent Wealth Advisors, LLC**
Counsel:       Matthew Eisenstein, Esq.
                 Matthew Keiser, Esq.
                 Arnold & Porter, LLP

----------------------------------------------------------------------------------------------------

PJ Cannon, et al. v. H&R Block, Inc. et al.
The Superior Court of Fulton County – State of Georgia
Case No 2007CV137010
Evidence given by deposition
*April 2010*
Retained by:    **H&R Block, Inc.**
Counsel:       Lee H. Zell, Matthew B. Ames
                 Balch & Bingham LLP

----------------------------------------------------------------------------------------------------

Advanced Disposal Services, Inc. v Etowah Environmental Group LLC
American Arbitration Association
File No. 30-180-Y-00671-07 and 30-180-Y-00456-09
Evidence given at deposition and arbitration hearing
*March 2010*
Retained by:    **Advanced Disposal Services, Inc.**
Counsel:       Joshua Archer
                 Balch & Bingham LLP

----------------------------------------------------------------------------------------------------

IH Riverdale, LLC and Geoffrey Nolan v. McChesney Capital Partners, LLC, Riverdale Capital Investments, LLC et al.
The Superior Court of Fulton County – State of Georgia
Case No 2003CV73603
Evidence given by deposition
*October 2009 and February 2005*
Retained by:    **IH Riverdale, LLC and Geoffrey Nolan**
Counsel:       David Pardue
                 Adorno & Yoss LLP

----------------------------------------------------------------------------------------------------

Jacqueline T. Hodges, et al. v. MedAssets Net Revenue Systems, LLC
U.S. District Court for the Northern District of Georgia, Atlanta
Division Case No. 1:01-CV-2985 WSD
Evidence given at deposition
*February 2008*
Retained by:    **MedAssets Net Revenue Systems, LLC**
Counsel:       Craig Bertschi
                 Kilpatrick Stockton, LLP

----------------------------------------------------------------------------------------------------

U.S. Bankruptcy Court for the Middle District of Georgia, Macon Division
Case Nos. 08-11096, 08-11097, 08-11098
Evidence given at deposition and in Court
*August and November 2008*
Retained by:    **Stratus Group, Inc. et al.**
Counsel:       Paul Ferdinands
                 King & Spalding LLP

**Ian Ratner**
**CPA CA ASA CBV ABV CFE**
**Testimony Experience & Fiduciary Assignments**



Southern Waste & Recycling, Inc. and Phillip E. Kitchens v. Discount Waste Solutions, Inc.
The US District Court for the Middle District of Florida, Jacksonville Division
Case No. 3:07-CV-00598-TJC-MCR
Evidence given at deposition and arbitration hearing
*November 2008*
Retained by:       **Discount Waste Solutions, Inc.**
Counsel:            Matthew B. Ames
                   Balch & Bingham LLP
-----------------------------------------------------------------------------------------

James D. Hinson Electrical Contracting Co., Inc., et al. v. BellSouth Telecommunications, Inc.
The US District Court for the Middle District of Florida, Jacksonville Division
Case No. 3:07-CV-00598-TJC-MCR
Evidence given at deposition
*October 2008*
Retained by:       **AT&T, Inc. (successor to BellSouth Corporation)**
Counsel:            Albert L. Frevola, Jr.
                   Adorno & Yoss, LLP
-----------------------------------------------------------------------------------------

J. Kinson Cook of Georgia, Inc. v. The DeKalb County School District
The Superior Court of DeKalb County, State of Georgia
Case No. 04CV1123-1
Evidence given at deposition
*August 2008*
Retained by:       **DeKalb County School District**
Counsel:            Andrew Shore
                   Phillips & Morgan LLP
-----------------------------------------------------------------------------------------

University of Kansas and Kansas Athletics, Inc. v. Larry Sinks, Victory Sportswear, LLC and Larry Sinks Enterprises, Inc.
The US District Court for the District of Kansas
Case No. 06-2341 KHV-GLR
Evidence given at Trial
*July 2008*
Retained by:       **University of Kansas and Kansas Athletics, Inc**
Counsel:            Charles Henn
                   Kilpatrick Stockton LLP
-----------------------------------------------------------------------------------------

C. Alan Bentley, Chapter 11 Trustee v. Ross Mangano, et al.
In Re: Mego Financial Corp., et al.
US Bankruptcy Court, District of Nevada
Case No. BK-N-03-52300-GWZ, Jointly Administered
Evidence given by report and deposition
*November 2007*
Retained by:       **C. Alan Bentley, Chapter 11 Trustee**
Counsel:            Steven M. Berman
                   Berman, PLC
-----------------------------------------------------------------------------------------

TCR GA Construction LP v Emory University
The State of Georgia, Dekalb County Superior Court
Civil Action File Nos. 03CV6826-7 and 04-7488-7
Evidence given by deposition
*November 2007*
Retained by:       **Emory University**
Counsel:            William B. Hughes, Jr.
                   Alston & Bird, LLP

**Ian Ratner**
**CPA CA ASA CBV ABV CFE**
**Testimony Experience & Fiduciary Assignments**



Skidaway Health and Living Services, Inc. v. Manhattan Construction Company
American Arbitration Association-File No. 30 110 Y 00105 06
Evidence given by report and at arbitration hearing
*September 2007*
Retained by:    **Manhattan Construction Company**
Counsel:        John I. Spangler, III
                Alston & Bird, LLP

-----------------------------------------------------------------------------------------------------

Concord, Inc. v. Medical Arts Properties, LP
The State of Georgia, Hall County Superior Court
Case No. 2006 CV 1904C
Evidence given by deposition
*May 2007*
Retained by:    **Concord, Inc.**
Counsel:        Joseph F. Hession, Esq.
                Carlton Fields, PA

-----------------------------------------------------------------------------------------------------

Healthpoint, Ltd. and DPT Laboratories, Ltd. v. River's Edge Pharmaceuticals, LLC
The US District Court for the District of Texas, San Antonio Division
Case No. SA 03 CA 0984 RF
Evidence given by deposition
*April 2007*
Retained by:    **River's Edge Pharmaceuticals, LLC**
Counsel:        Robert Brazier, Esq. Gambrell & Stolz, LLP

-----------------------------------------------------------------------------------------------------

Lupton-Smith, et al. v. Atlanta Bread Company International, Inc.
The State of Georgia, Cobb County Superior Court
Case No. 06-1-1404-05
Evidence given by deposition
*February 2007*
Retained by:    **Sean Lupton-Smith, et al.**
Counsel:        Randy Edwards, Esq.
                Kilpatrick Stockton, LLP

-----------------------------------------------------------------------------------------------------

Samuel Kellet and Stiles Kellet et al. v. PricewaterhouseCoopers LLP et al.
The State of Georgia, Cobb County Superior Court
Case No. 02-1-8314-35
Evidence given by Affidavit, deposition, and trial
*February 2006, May 2006, and January 2007*
Retained by:    **Samuel and Stiles Kellet**
Counsel:        Michael Bowers, Esq. and Chris Anulewicz, Esq.
                Balch & Bingham, LLP

-----------------------------------------------------------------------------------------------------

James C. Cook et al. v. Worldwide Insurance Network, Inc.
AAA - Case No. 30-104-Y-01362-05
Evidence given by deposition and at Arbitration Hearing
*November and December 2006*
Retained by:    **Worldwide Insurance Network, Inc.**
Counsel:        William Clineburg Jr.,  Esq.
                King & Spalding

-----------------------------------------------------------------------------------------------------

Caterpillar, Inc. v. J. Garner Scott et al.
The US District Court for the District of South Carolina Columbia
Division Case No. 3:04-21789-17
Evidence given by deposition
*September 2006*
Retained by:    **J. Garner Scott et al**
Counsel:        Richard Farley, Esq.
                KMZ Rosenman

**Ian Ratner**
**CPA CA ASA CBV ABV CFE**
**Testimony Experience & Fiduciary Assignments**



WH Smith Airport Services, et al. v. City of Atlanta
The Superior Court of Fulton County
Civil Action File No. 2004CV95357
Evidence given by deposition and at Trial
*September 2006 and October 2006*
Retained by:      **City of Atlanta** Counsel:
                         Robert Caput
                         City of Atlanta – Law Department

-------------------------------------------------------------------------------------------

Beers Construction Company, v. Pikeville United Methodist Hospital of Kentucky, Inc.
The US District Court for the Eastern District of Kentucky Pikeville
Division Case No. 00-454-KKC
Evidence given by deposition
*August 2006*
Retained by:      **Beers Construction Company**
Counsel:           Jeffrey Belkin, Esq. and John Spangler III, Esq.
                         Alston & Bird LLP

-------------------------------------------------------------------------------------------

NUCO Investments, Inc. v. Hartford Fire Insurance Company
The US District Court for the Northern District of Georgia – Atlanta
Division Case No. 1:02-CV-1622
Evidence given by deposition
*June 2006*
Retained by:      **NUCO Investments**
Counsel:           Edmund M. Kneisel Esq.
                         Kilpatrick Stockton

-------------------------------------------------------------------------------------------

Landmark Environmental Industries, Inc. v. City of Atlanta
Georgia Court of Appeals
Case No. A04A1836 and 37
Evidence given by deposition
*May 2006*
Retained by:      **City of Atlanta**
Counsel:           David Meezan, Esq and Mac Gibson, Esq.
                         Alston & Bird LLP

-------------------------------------------------------------------------------------------

Modern Cable Technology, Inc. v. Department of Administrative Services, et al.
The State of Georgia, Fulton County Superior Court
Case No. 2003-CV-74855
Evidence given by deposition
*November 2005*
Retained by:      **Modern Cable Technology, Inc**
Counsel:           Gary Patrick, Esq.
                         Patrick, Beard, Schulman & Jacoway PC

-------------------------------------------------------------------------------------------

Department of Transportation v. Stockbridge CVS, et al.
Evidence given by deposition and trial
*November 2005, January 2008* Retained
by:                   **CVS Corporation**
Counsel:           John Hutchins, Esq.
                         Troutman Sanders

**Ian Ratner**
**CPA CA ASA CBV ABV CFE**
**Testimony Experience & Fiduciary Assignments**



Accounting Machine Systems, Inc. v. Branch Banking & Trust Company
The State of North Carolina, Wake County Superior Court
Case No. 03 CVS 11803
Evidence given by deposition
*October 2005*
Retained by:     **Branch Banking & Trust Company**
Counsel:         Jay Silver, Esq.
                 Kilpatrick Stockton LLP
-------------------------------------------------------------------------------------------------
Del Monte Fresh Produce N.A.  v. Georgia National Produce, LLC et al. The
US District Court for the Northern District of Georgia – Atlanta Division Case
No 1:04-CV-0769
Evidence given by deposition
*February 2005*
Retained by:     **Georgia National Produce, LLC et al.**
Counsel:         Thomas Gallo
                 Robins Kaplan
-------------------------------------------------------------------------------------------------
DryKor Inc. v. FlatPlate Inc.
The Superior Court of Fayette County – State of Georgia
Case No 2003V-0239-C
Evidence given by deposition and at trial
*November 2004 and December 2004*
Retained by:     **DryKor Inc.**
Counsel:         David Zacks, Audra Dial
                 Kilpatrick Stockton
-------------------------------------------------------------------------------------------------
Delta Airlines Inc. v. The Smart Flyer et al,
The US District Court for the Northern District of Georgia – Atlanta Division
Case No 63-CV-2652RWS
Evidence given by report and deposition
*November 2004*
Retained by:     **Delta Airlines Inc.**
Counsel:         Frank M. Lowrey IV
                 Bondurant, Mixson & Elmore, LLP
-------------------------------------------------------------------------------------------------
Atlanta Retail, Inc. f/k/a Wolf Camera v. The Eastman Kodak Company
US Bankruptcy Court For the Northern District of Georgia Atlanta
Division Case Nos. 01-83470, 01-83472, 01-83474, 01-83475
Evidence given by report, deposition
*June 2004 and August 2004*
Retained by:     **The Eastman Kodak Company**
Counsel:         Neil Olack, Duanne Morris
                 Dan Sklar, Nixon Peabody
-------------------------------------------------------------------------------------------------
Iakov Grenader et al v. Gregory Gitman, Grigori Galperine, et al.
The Superior Court of Fulton County – State of Georgia Evidence
given by report, deposition and at trial
*June 2004*
Retained by:     **Dr. I Grenader**
Counsel:         David Balser, James Washburn
                 McKenna Long & Aldridge

**Ian Ratner**
**CPA CA ASA CBV ABV CFE**
**Testimony Experience & Fiduciary Assignments**



Federal Trade Commission ("FTC") v. Cyberspace.Com et. al.
United States District Court Western District of Washington at Seattle
Evidence given by declaration and at trial
*December 2003 and January 2004*
Retained by:      **Cyberspace.Com** Counsel:
                  Joel Dichter, Jane Jacobs
                  Klein, Zelman, Rothermel and Dichter

-------------------------------------------------------------------------------

Re: Connecticut Mobilecom, Inc. US Bankruptcy Court Southern District of NY
Adversary Proceeding No. 02-02519
Evidence given by report, deposition and trial
*November 2003 and December 2003*
Retained by:      **Verizon Wireless** Counsel:
                  Grant Stein, Mark McCarty
                  Alston& Bird

-------------------------------------------------------------------------------

Southeastern Medical Group Inc., v. CSC Healthcare Inc.(Nichols TXEN Corp.)
Evidence given by report, deposition and arbitration hearing
*November 2003 and December 2003*
Retained by:      **CSC Healthcare Inc.**
Counsel:          Chris Christie
                  Bradley Arant Rose & White

-------------------------------------------------------------------------------

Hope v. AMN Acquisition Corp and Ameron International Corp. Evidence given by report and at arbitration hearing
*June 2003*
Retained by:      **Ameron International Corp.**
Counsel:          Craig Bertschi
                  Kilpatrick Stockton

-------------------------------------------------------------------------------

Equifax Information Services LLC v. Zoot Enterprises, Inc.
Evidence given by deposition and at arbitration hearing
*March & April 2003*
Retained by:      **Equifax Information Services, LLC**
Counsel:          Matthew H. Patton
                  Kilpatrick Stockton

-------------------------------------------------------------------------------

Richard Corey MD v. Roswell Radiology et al.
Evidence given by deposition
*January 2003*
Retained by:      **Dr. Richard Corey**
Counsel:          Craig Bertschi
                  Kilpatrick Stockton

-------------------------------------------------------------------------------

Bridgewater Group, Inc. et al. v. Gates
Evidence given by deposition and at trial
*July 2002, December 2002*
Retained by:      **Mr. M. Gates**
Counsel:          Andrew Beal
                  Mayer & Beal

-------------------------------------------------------------------------------

United States Ex Rel. Brigette Jacobs, v. PSI, Andrew and Michelle Bryan, Dominium Management Georgia Company
Evidence given by deposition and at Daubert hearing
*October 2002, February 2003*
Retained by:      **Dominium Management Co.**
Counsel:          Thomas Gallo
                  Robins Kaplan

**Ian Ratner**
**CPA CA ASA CBV ABV CFE**
**Testimony Experience & Fiduciary Assignments**



Lowe's Home Centers, Inc. v. General Electric Company
Evidence given by deposition, at Daubert hearing and at trial
*July 2000, February 2001, May 2001, February 2002*
Retained by:          **Lowe's Home Centers, Inc.**
Counsel:               Steve Berlin, Susan Cooper, Rick Horder
                              Kilpatrick Stockton
-------------------------------------------------------------------------
Southeastern Oncology Associates, v. CSC Healthcare Inc.(Nichols TXEN Corp.)
Evidence given at arbitration hearing
*November 2001*
Retained by:          **CSC Healthcare Inc.**
Counsel:               Joel Brown, Chris Christie
                              Bradley Arant Rose & White
-------------------------------------------------------------------------
Dr. Marshall Nash v. Georgia Neurology Associates
Evidence given at arbitration hearing
*May 2000*
Retained by:          **Dr. Marshall Nash**
Counsel:               Peter Weisz & Associates
-------------------------------------------------------------------------
Prime Rate Premium Finance Corp., Inc. et al. v. Unisun Insurance Company
Evidence given by deposition
*April 2000*
Retained by:          **Unisun Insurance Co.**
Counsel:               Tom Salane
                              Turner, Padget, Graham & Laney
-------------------------------------------------------------------------
Klein v. Klein
Evidence given by testimony at trial
*March 2000*
Retained by:          **Ms. Klein**
Counsel:               Michelle Rapoport
                              Rubin, Winter, Rapoport & Hall
-------------------------------------------------------------------------
Cat Trax Inc. vs. West Marine Inc.
Evidence given by expert report and deposition
*February 2000*
Retained by:          **West Marine Inc.**
Counsel:               John Watkins
                              Long Aldridge & Norman
-------------------------------------------------------------------------
Huttig Sash & Door Co. v. Millwork Sales Inc.
Evidence given by expert report and deposition
*February 2000*
Retained by:          **Millwork Sales Inc.**
Counsel:               Thom Kilpatrick
                              Alston & Bird
-------------------------------------------------------------------------
B&N Companies, Inc. v. Blockbuster Video, Inc.
Evidence given by affidavit and deposition
*November 1999*
Retained by:          **Blockbuster Video**
Counsel:               Rebecca Lamberth
                              Alston & Bird

**Ian Ratner**
**CPA CA ASA CBV ABV CFE**
**Testimony Experience & Fiduciary Assignments**



GR
**GLASSRATNER**
a B. Riley Financial company

Dr. Pridemore v. Orthodontic Centers of America
Evidence given by expert report and deposition
*January 1999*
Retained by:        **Dr. Pridemore**
Counsel:            Neal Berinhout
                    Kilpatrick Stockton

-------------------------------------------------------------------------------

CenCel, Inc., MCT Cellular, Inc. and SCC Cellular Telephone Corp. v. Contel Cellular
Evidence given by report, deposition and at trial
*September 1998, October 1998, and December 1998*
Retained by:        **Contel Cellular**
Counsel:            Tupper Kinder
                    Nelson Kinder Mosseeau & Gordon (New Hampshire)

-------------------------------------------------------------------------------

Nordiska Tele8 v. Integretel Inc.
Evidence given at mediation hearing
*December 1998*
Retained by:        **Tele8**
Counsel:            K. Diemer
                    Campeau & Thomas (California)

-------------------------------------------------------------------------------

Highland Pines Nursing Manor, Inc., SMS, et al. v. TheraTx, Inc. et al.
Evidence given by deposition
*December 1998*
Retained by:        **TheraTx, Inc.**
Counsel:            Rebecca Simmons
                    Akin, Gump, Strauss, Hauer & Feld, LLP (Texas)

-------------------------------------------------------------------------------

Multiskins International v. AWC Liquidation Corp.
Evidence given by affidavit, deposition and trial
*April, June and July 1998*
Retained by:        **Multiskins International**
Counsel:            Anne Bookout/
                    Smith, Katzenstein & Furlow,LLP (Delaware)

-------------------------------------------------------------------------------

American Family Brands Inc. v. GEI et al. Evidence
given by expert report and deposition *January and
March 1998*
Retained by:        **American Family Brands**
Counsel:            Thomas Biemer
                    Dilworth, Paxson LLP (Pennsylvania)

-------------------------------------------------------------------------------

Curtice v. Bay Area Cellular Telephone Co. and GTE Mobilnet
Evidence given by expert declaration
*February 1998*
Retained by:        **GTE Mobilnet**
Counsel:            Peter Kontio, Elise Kirban
                    Alston & Bird (Georgia)

-------------------------------------------------------------------------------

Shell Oil v. Transdistribution, ABC Building Company, et al.
Evidence given by expert report and deposition
*July 1997 and October 1997*
Retained by:        **ABC Building Company**
Counsel:            David Patterson
                    Keener, Doucher, Curley, Patterson (Ohio) Bob Hill / McLain & Merrit (Georgia)

**Ian Ratner**
**CPA CA ASA CBV ABV CFE**
**Testimony Experience & Fiduciary Assignments**



Tom Cooper v. Kodak et al.
Evidence given by affidavit and deposition
*February 1997*
Retained by:        **Tom Cooper**
Counsel:            John Marshall, Marshall Law Group (Georgia)

------------------------------------------------------------------------------------------------------

Stoval Nissan, Inc. v. Nissan Motor Credit Corp.
Evidence given by deposition
*January 1997*
Retained by:        **Stoval Nissan, Inc.**
Counsel:            Robert C. Koski
                    The Koski Firm (Georgia)

------------------------------------------------------------------------------------------------------

BI-LO Inc. v. Ingles Supermarkets
Evidence given by affidavit (two), deposition and trial
*June 1996, September 1996 and March 1997*
Retained by:        **BI-LO Inc.**
Counsel:            Harvey Sanders
                    Leatherwood Walker Todd & Mann (South Carolina)

------------------------------------------------------------------------------------------------------

Southern Loan Co. v. Unisun Insurance Evidence given by deposition and trial July 1996 and August 1997
Retained by:        **Unisun Insurance**
Counsel:            Thomas Salane
                    Turner, Padget, Graham, and Laney (South Carolina)

------------------------------------------------------------------------------------------------------

Georgia. v. Michael H. Chapel
Superior Court of Gwinnett County
Evidence given at trial
*Fall 1995*
Retained by:        **M. H. Chapel Defense Fund**
Counsel:            Johnny Moore, Esq. (Georgia)
                    Turner, Padget, Graham, and Laney (South Carolina)

**Ian Ratner**
**CPA CA ASA CBV ABV CFE**
**Testimony Experience & Fiduciary Assignments**



---

## Expert Testimony – Tobacco Litigation

Rozar v. R.J. Reynolds Tobacco Company, et al.
Engle Progeny Cases – Tobacco Litigation
Circuit Court of the Eleventh Judicial Circuit, Dade County, Florida (Civil Division)
Case No. 2017-CA-004311
Evidence given by deposition
*February 2018*
Retained by:    **Myra Rozar**
Counsel:       Robert Shields, Esq.
              Doffermyre, Shields, Canfield, Knowles & Devine LLC
              Nelson Kinder Mosseeau & Gordon (New Hampshire)

---

Faricy Pardue v. R.J. Reynolds Tobacco Company, et al.
Engle Progeny Cases – Tobacco Litigation
Circuit Court of the Eighth Judicial Circuit, Alachua County, Florida (Civil Division) Case
No. 01-2014-CA-2010
Evidence given by deposition *April*
*2016 and November 2016*
Evidence given at trial
*December 2016*
Retained by:    **Estate of John H. Faricy**
Counsel:       Robert Shields, Esq.
              Leslie Bryan, Esq.
              Doffermyre, Shields, Canfield, Knowles & Devine LLC

---

Gamble v. R.J. Reynolds Tobacco Company, Philip Morris, Inc., Lorillard Tobacco Company,
Liggett Group LLC and Vector Group LLC
Engle Progeny Cases – Tobacco Litigation
Circuit Court of the Fourth Judicial Circuit, Duval County, Florida (Civil Division) Case
No. 08-00404-CA 32
Evidence given by deposition
*December 2015*
Retained by:    **Estate of Donald E. Gamble**
Counsel:       Robert Shields, Esq.
              Leslie Bryan, Esq.
              Doffermyre, Shields, Canfield, Knowles & Devine LLC

---

Jordan v. R.J. Reynolds Tobacco Company, Philip Morris, Inc., Lorillard Tobacco Company,
Liggett Group LLC and Vector Group LLC
Engle Progeny Cases – Tobacco Litigation
Circuit Court of the Fourth Judicial Circuit, Duval County, Florida (Civil
Division) Case No. 2008-CA-15000
Evidence given by deposition (June 2015) and video trial testimony (video)
*August 2015*
Retained by:    **Elaine Jordan**
Counsel:       Robert Shields, Esq.
              Leslie Bryan, Esq.
              Doffermyre, Shields, Canfield, Knowles & Devine LLC

**Ian Ratner**
**CPA CA ASA CBV ABV CFE**
**Testimony Experience & Fiduciary Assignments**



Brown v. R.J. Reynolds Tobacco Company, Philip Morris, Inc., Lorillard Tobacco Company, Liggett Group LLC and Vector Group LLC
Engle Progeny Cases – Tobacco Litigation
Circuit Court of the Fourth Judicial Circuit, Duval County, Florida (Civil Division) Case No. 5:09-CV-00205-D
Evidence given by deposition
*January 2015 and December 2010*

Retained by:     **Estate of Rayfield Brown**
Counsel:         Robert Shields, Esq.
                 Leslie Bryan, Esq.
                 Doffermyre, Shields, Canfield, Knowles & Devine LLC

-------------------------------------------------------------------------

Taylor v. R.J. Reynolds Tobacco Company, Philip Morris, Inc., Lorillard Tobacco Company, Liggett Group LLC and Vector Group LLC
Engle Progeny Cases – Tobacco Litigation
Circuit Court of the Fourth Judicial Circuit, Duval County, Florida (Civil Division)
Case No. 2007-CA-11654
Evidence at trial
*November 2014*

Retained by:     **Helen Taylor**
Counsel:         Robert Shields, Esq.
                 Leslie Bryan, Esq.
                 Doffermyre, Shields, Canfield, Knowles & Devine LLC

-------------------------------------------------------------------------

Ellis v. R.J. Reynolds Tobacco Company, Philip Morris, Inc., Lorillard Tobacco Company, Liggett Group LLC and Vector Group LLC
Engle Progeny Cases – Tobacco Litigation
Circuit Court of the Fourth Judicial Circuit, Duval County, Florida (Civil Division)
Case No. 2008-CA-15000
Evidence by deposition
*May 2014*

Retained by:     **Ken Ellis, as Personal Representative of the Estate of Betty Owens**
Counsel:         Robert Shields, Esq.
                 Leslie Bryan, Esq.
                 Doffermyre, Shields, Canfield, Knowles & Devine LLC

-------------------------------------------------------------------------

Clayton v. R.J. Reynolds Tobacco Company, Philip Morris, Inc., Lorillard Tobacco Company, Liggett Group LLC and Vector Group LLC
Engle Progeny Cases – Tobacco Litigation
Circuit Court of the Fourth Judicial Circuit, Duval County, Florida (Civil Division)
Case No. 2008-CA-15000
Evidence by deposition
*January 2014*

Retained by:     **Gloria Clayton, as Personal Representative of the Estate of David Clayton**
Counsel:         Robert Shields, Esq. - Doffermyre, Shields, Canfield, Knowles & Devine LLC Laura M. Shamp, Esq. – Laura M. Shamp, LLC

-------------------------------------------------------------------------

Odum v. R.J. Reynolds Tobacco Company, Philip Morris, Inc., Lorillard Tobacco Company, Liggett Group LLC and Vector Group LLC
Engle Progeny Cases – Tobacco Litigation
Circuit Court of the Fourth Judicial Circuit, Duval County, Florida (Civil Division) Case No. 2007-CA-11175
Evidence by deposition
*February 2013*

Retained by:     **Sharon Odum, as Personal Representative of the Estate of Ethelene Hazouri**
Counsel:         Robert Shields, Esq. - Doffermyre, Shields, Canfield, Knowles & Devine LLC
                 Laura M. Shamp, Esq. – Laura M. Shamp, LLC

**Ian Ratner**
**CPA CA ASA CBV ABV CFE**
**Testimony Experience & Fiduciary Assignments**



Sikes v. R.J. Reynolds Tobacco Company, Philip Morris, Inc., Lorillard Tobacco Company, Liggett Group LLC and Vector Group LLC
Engle Progeny Cases – Tobacco Litigation
Circuit Court of the Fourth Judicial Circuit, Duval County, Florida (Civil Division) Case No. 2008-CA-15000
Evidence at trial and by deposition
*September 2012 (trial); May 2012 (deposition)*
Retained by:      **Estate of Jimmie Wayne Sikes**
Counsel:          Robert Shields, Esq.
                  Leslie Bryan, Esq.
                  Doffermyre, Shields, Canfield, Knowles & Devine LLC

-----------------------------------------------------------------------------------------------------------------

Sury v. R.J. Reynolds Tobacco Company, Philip Morris, Inc., Lorillard Tobacco Company, Liggett Group LLC and Vector Group LLC
Engle Progeny Cases – Tobacco Litigation
Circuit Court of the Fourth Judicial Circuit, Duval County, Florida (Civil Division) Case No. 2007-CA-11175
Evidence given by deposition
*September 2011*
Retained by:      **Estate of Robert Sury**
Counsel:          Robert Shields, Esq.
                  Leslie Bryan, Esq.
                  Doffermyre, Shields, Canfield, Knowles & Devine LLC

**Ian Ratner**
**CPA CA ASA CBV ABV CFE**
**Fiduciary Assignments**



## Fiduciary Assignments

In re: Le Centre on Fourth, LLC
U.S. Bankruptcy Court, Southern District of Florida, Fort Lauderdale Division
Case No. 17-23632-RBR
**Ratner – Appointed Chief Restructuring Officer**
*November 2017*
-------------------------------------------------------------------------------------------------
General Financial, Inc./ Lakeview Holdings, Inc. and related entities
**Ratner – Appointed Chief Restructuring Officer**
*February 2017*
-------------------------------------------------------------------------------------------------
Custom Teleconnect, Inc. v. Billing Concepts, Inc., et al
American Arbitration Association File No. 70-103-Y-00571-11
**Ratner – Appointed Accounting Neutral**
*August 2012*
-------------------------------------------------------------------------------------------------
Sousan Badii, Deceased, by and through Ramin Badii as Executor of the Estate of Sousan Badii v.
Metropolitan Hospice, Inc.
Court of Chancery, State of Delaware
C.A. No. 6192-VCP
**Ratner – Appointed Receiver**
*March 2012*
-------------------------------------------------------------------------------------------------
Guy & Amy Mitchell v. Vernon S. Veira, Vernon S. Veira & Associates, and W. Management Co. LLC
Eastern Caribbean Supreme Court, High Court of Justice, Saint Christopher Circuit
Claim No. SKBHCV 2009/97
**Ratner – Appointed Receiver**
*December 2009*
-------------------------------------------------------------------------------------------------
Stratus Group, Inc.
Stratus Holdings Group of Florida,
LLC Freeway Auto Credit, LLC
Stratus Group Equipment, LLC
U.S. Bankruptcy Court, Middle District of Georgia (Albany)
Case Nos. 08-11096, 08-11097, 08-11098, 08-11488
**Ratner – Appointed Liquidating Trustee**
*December 2008*
-------------------------------------------------------------------------------------------------
LEC, LLC – a Telecom Service
Provider Missouri Corporation
**Ratner – Appointed Managing Member to Effect Liquidation and Dissolution**
*November 2008*
-------------------------------------------------------------------------------------------------
JMV Fixed Income Arbitrage Performance Partners, Ltd., Regenmacher Holdings Limited, and
Siam Capital Management Ltd.
Eastern Caribbean Supreme Court, Anguilla
Circuit Claim No. AXA HCV 2008/0042
**Ratner – Appointed Interim Receiver**
*July 2008*
-------------------------------------------------------------------------------------------------
M & A Homes, LLC
U.S. Bankruptcy Court, Northern District of Georgia (Atlanta)
Case No. 07-66511(PWB)
**Ratner – Appointed Chapter 7 Bankruptcy Trustee**
*August 2007*

**Ian Ratner**
**CPA CA ASA CBV ABV CFE**
**Fiduciary Assignments**



Multiplan, Inc. v. Coalition America, Inc.
American Arbitration Association File No. 30 Y 181 0222 04
**Ratner – Appointed Special Auditor to Arbitrator**
*May 2005*
-------------------------------------------------------------------------------------
Scott W. Ainsworth, M.D., v. Metro Atlanta Gastroenterology, LLC et al.
American Arbitration Association File No. 30 Y 180 00188 04
**Ratner – Appointed to Arbitration Panel - American Arbitration Association**
*April 2005*
-------------------------------------------------------------------------------------
CSX Transportation, Inc. v. B&L Financial, Inc., et al.
U.S. District Court for the Northern District of Georgia (Atlanta)
Case No. 1:02-CV-2190-MHS
**Ratner – Appointed Special Master**
*January 2004*
-------------------------------------------------------------------------------------
Borden Chemicals & Plastics, OLP
U.S. Bankruptcy Court, District of
Delaware Case No. 01-1268(PJW)
**Ratner – Appointed Liquidating Agent**
*March 2003*
-------------------------------------------------------------------------------------
Florida Department of Agriculture and Consumer Services and Children's Wish Foundation
International, Inc Settlement Agreement
**Ratner – Appointed Special Master Monitor**
*Spring – 2003*
-------------------------------------------------------------------------------------
USA v. Martin Miller 94-419-01
United States District Court, District of Columbia
Evidence given by expert report and at trial
*September 1999*
Retained by: **United States Attorney**
**Ratner – Appointed Independent Expert by Magistrate Court**
Counsel: Virginia Cheatham (Washington DC)

# Stephen Adkins, et al. v. Facebook, Inc.
## Documents Relied Upon

### Summary of Documents Relied Upon

| # | Document Description | Date |
|---|---|---|
| **Court Documents Including Exhibits and Letters to Plaintiffs:** | | |
| 1 | Plaintiffs' Initial Disclosures | 1/23/2019 |
| 2 | Letter to Plaintiffs re Meet and Confer re Initial Disclosure | 2/15/2019 |
| 3 | Class Action Complaint | 9/28/2018 |
| 4 | Consolidated Class Action Complaint | 2/7/2019 |
| 5 | Amended Consolidated Class Action Complaint | 8/16/2019 |
| 6 | Declaration of Christopher Bream in Support of Defendants Motion ot Dismiss | 3/14/2019 |
| 7 | Letter from M. Blunschi producing native and metadata for document Responsive to Revised RFPS 80-84 | 7/18/2019 |
| | | |
| **Depositions Including Exhibits:** | | |
| 8 | Deposition of Denise Brown-Wells | 5/7/2019 |
| 9 | Deposiiton of Jill Herr | 5/8/2019 |
| 10 | Deposition of Stephen Adkins | 5/9/2019 |
| 11 | Deposition of William Bass, Jr. | 5/10/2019 |
| | | |
| **Testimony Transcripts:** | | |
| 12 | Testimony of Colin Stretch, General Counsel, Facebook and Responses to QFR's | 10/31/2017 |
| 13 | Testimony of Mark Zuckerberg, CEO, Facebook | 4/10/2018 |
| | | |
| **Facebook Financial Information:** | | |
| 14 | Facebook Annual Report | 2012 |
| 15 | Facebook Annual Report | 2013 |
| 16 | Facebook Annual Report | 2014 |
| 17 | Facebook Annual Report | 2015 |
| 18 | Facebook Annual Report | 2016 |
| 19 | Facebook Annual Report | 2017 |
| 20 | Facebook Annual Report | 2018 |
| 21 | Facebook Q2 2018 Results - Earnings Presentation (investor.fb.com) | Q2 2018 |
| 22 | Facebook's 10Q Report | 6/30/2018 |
| 23 | Capital IQ (based on Facebook's filed 10-K) for the Year Ended December 31, 2012. | 12/31/2012 |
| 24 | Capital IQ (based on Facebook's filed 10-K) for the Year Ended December 31, 2014. | 12/31/2014 |
| 25 | Capital IQ (based on Facebook's filed 10-K) for the Year Ended December 31, 2017. | 12/31/2017 |
| 26 | Capital IQ (based on Facebook's filed 10-K) for the Year Ended December 31, 2018. | 12/31/2018 |
| 27 | Capital IQ Output for Facebook, Inc. Key Stats from Financials | 2011 - 2018 |
| 28 | Capital IQ Market Capitalization Output, Facebook, Inc. | 2018 |
| 29 | Capital IQ Output for Merger's and Acquisitions (filtered for results with announced purchase prices) | |
| | | |
| **Facebook Document Production** | | |
| 30 | FB-SCHMIDT - 00000198 | |
| 31 | FB-SCHMIDT - 000055931 (native file - Excel) | |
| 32 | FB-SCHMIDT - 000055931  - 5948 | |
| | | |
| **Other Expert Reports and Documents:** | | |

Case 3:18-cv-05982-WHA Document 204-6 Filed 09/23/21 Page 51 of 82
Case 3:16-cv-02105-WHA Document 09-22-6 Filed 05/28/21 Page 50 of 81
PageID# 23746

Appendix 2

**Stephen Adkins, et al. v. Facebook, Inc.**

Documents Relied Upon

| | Summary of Documents Relied Upon | |
|---|---|---|
| **#** | **Document Description** | **Date** |
| 33 | REDACTED - Report of James Van Dyke In Re:  Anthem, Inc. Data Breach Litigation | 12/2/2016 |
| 34 | REDACTED - Reply Report of James Van Dyke In Re: Anthem, Inc. Data Breach Litigation | 1/16/2017 |
| 35 | Declaration of James Van Dyke dated August 29, 2019 | 8/29/2019 |

| | **Research and Reference Materials:** | |
|---|---|---|
| 36 | 2017 Norton Cyber Security Insights Report.  www.symantec.com/content/dam/symantec/docs/about/2017-ncsir-global-results-en.pdf | 2017 |
| 37 | Angwin, Julia, Mattu, Surya and Jr., Parris, Terry, Facebook Doesn't Tell Users Everything it Really Knows About Them, December 27, 2016, ProPublica. Accessed 12/6/18. www.propublica.org/article/facebook-doesnt-tell-users-everything-it-really-knows-about-them | 12/27/2016 |
| 38 | Balakrishnan, Anita, Facebook Pledged to Double its 10,000-person Safety and Security Staff by end of 2018, October 31, 2017, www.cnbc.com, Accessed 12/4/2018 | 10/31/2017 |
| 39 | Bureau of Labor Statistics News Release, "Employer Costs for Employee Compensation - June 2018", Page 4, dated September 18, 2018. www.bls.gov/news.release/archives/ecec_09182018.pdf | 9/18/2018 |
| 40 | Buying Personal Information in the Deep Web.pdf, InfoSec, March 2018, Accessed 3/21/19 and 7/3/18. https://resources.infosecinstitute.com/buying-personal-information-in-the-deep-web/ | Mar-18 |
| 41 | Carbone, Christopher, Facebook might have 29,000 data points on you, but Mark Zuckerberg doesn't really know, Fox News, April 11, 2018. https://www.foxnews.com/tech/facebook-might-have-29000-data-points-on-you-but-mark-zuckerberg-doesnt-really-know | 4/11/2018 |
| 42 | Dark Web News, Stolen Data Is Being Sold For Only $1 On The Dark Web.pdf, Accessed 3/21/19.  www.cnbc.com/2015/09/23/hackers-are-selling-your-data-on-the-dark-web-for-1.html | 9/23/2015 |
| 43 | Do you Need Identity Theft Protection Services?, Sean Pyles, Nerdwallet, February 4, 2019.  https://www.nerdwallet.com/blog/finance/comparing-identity-theft-protection-services/ | 2/4/2019 |
| 44 | Evercore ISI Report, December 5, 2017.  www.Evercore.com | 12/5/2017 |
| 45 | Glikman, Pauline and Glady, Nicolas, What's the Value of Your Data?, TechCrunch, October 13, 2015.  https://techcrunch.com/2015/10/13/whats-the-value-of-your-data/ | 10/13/2015 |
| 46 | http://go.flashpoint-intel.com/docs/analysis-pricing-of-goods-and-services-on-the-ddw, Accessed 3/21/19 | Nov-17 |
| 47 | http://staging.idnotify.com/id-notify-how-much-is-your-uber-account-worth-on-the-dark-web/ | Aug-16 |
| 48 | https://cdn.armor.com/app/uploads/2018/03/27222933/2018-Q1-Reports-BlackMarket-DIGITAL-min.pdf | Mar-18 |
| 49 | https://edition.cnn.com/2012/08/23/tech/web/big-data-acxiom/ | 8/23/2012 |
| 50 | https://fortune.com/2017/07/28/whatsapp-one-billion-daily-users/ | 7/28/2017 |
| 51 | https://go.recordedfuture.com/hubfs/cyber-operations-cost-appendix.pdf | 11/2/2017 |
| 52 | https://money.cnn.com/2014/02/19/technology/social/facebook-whatsapp/index.html | 2/19/2014 |
| 53 | https://nypost.com/2018/10/01/hackers-are-selling-facebook-logins-on-the-dark-web-for-2/, Accessed 7/29/19 | 10/1/2018 |
| 54 | https://resources.infosecinstitute.com/card-fraud-in-the-deep-web/#gref | Jun-15 |
| 55 | Identity Theft and the Value of Your Personal Data, April 30, 2015.  https://www.trendmicro.com/vinfo/us/security/news/online-privacy/identity-theft-and-the-value-of-your-personal-data. | 4/30/2015 |
| 56 | Identity Theft Protection Services, Federal Trade Commission:  Consumer Information.  www.consumer.ftc.gov/articles/0235-identity-theft-protection-services | Sep-18 |
| 57 | InfoArmor:  Yahoo Data Breach Investigation, September 28, 2016.  www.cybrary.it/channelcontent/infoarmor-yahoo-data-breach-investigation-i-september-28-2016/ | 9/28/2016 |
| 58 | May 2017 National Industry Specific Occupational Employment and Wages Estimate:  NAICS 812900 – Other Personal Services, Bureau of Labor Statistics.  https://www.bls.gov/oes/2017/may/naics4_812900.htm. | May-17 |
| 59 | Migliano, Simon, Dark Web Market Price Index (US Edition), February 27, 2018. www.top10vpn.com/privacy-central/privacy/dark-web-market-price-index-feb-2018-us/ | 2/27/2018 |

# Stephen Adkins, et al. v. Facebook, Inc.

## Documents Relied Upon

### Summary of Documents Relied Upon

| # | Document Description | Date |
|---|---|---|
| 60 | Privacy and Security in a Connected Life:  A Study of US, European and Japanese Consumers, Ponemon Institute, LLC, March 2015. www.trendmicro.de/cloud-content/us/pdfs/security-intelligence/reports/rt_privacy_and_security_in_a_connected_life.pdf | Mar-15 |
| 61 | The Issues, Identity Fraud And The Dark Web - [FKD].pdf, Accessed 3/21/19.  www.genfkd.org/identity-fraud-and-the-dark-web | 10/15/2018 |
| 62 | The Next Web, Hackers don't care who you are — but th..pdf, Accessed 3/21/19.  https://thenextweb.com/contributors/2017/12/27/hackers-dont-care-who-you-are-but-they-will-sell-your-identity-on-the-dark-web/ | 12/27/2017 |
| 63 | The price of a stolen identity on the dark web — Quartz.pdf, Accessed 3/21/19.  https://qz.com/460482/heres-what-your-stolen-identity-goes-for-on-the-internets-black-market/ | 7/23/2015 |
| 64 | Top10VPN-Dark-Web-Market-Price-Index-June-2019-UK-Update.pdf, Accessed 7/3/19. www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-june-uk-update/ | Jun-19 |
| 65 | Underground Hacker Marketplace, Annual Report, April 2016, SecureWorks.  www.secureworks.com/resources/rp-2016-underground-hacker-marketplace-report | Apr-16 |
| 66 | United States Code, Title 35 - PATENTS. § 284 – Damages | n/a |
| 67 | www.aarp.org/money/scams-fraud/info-2018/what-is-the-dark-web.html | 9/4/2018 |
| 68 | www.armor.com/newsroom/cybercriminals-profit-as-stolen-credit-cards-bank-accounts-and-personal-identities-globally-jump-in-price-10-to-83-between-2015-2018/, accessed 3/21/19 | 9/6/2018 |
| 69 | www.economist.com/leaders/2017/05/06/the-worlds-most-valuable-resource-is-no-longer-oil-but-data. | 5/6/2017 |
| 70 | www.enisa.europa.eu/events/cti-eu-event/cti-eu-event-presentations/digging-into-the-dark-web/ | Oct-17 |
| 71 | www.experian.com/blogs/ask-experian/heres-how-much-your-personal-information-is-selling-for-on-the-dark-web/ | 3/11/2019 |
| 72 | www.flashpoint-intel.com/blog/pricing-analysis-deep-dark-web/ | Nov-17 |
| 73 | www.forbes.com/sites/bruceupbin/2012/04/09/facebook-buys-instagram-for-1-billion-wheres-the-revenue/#221b365b4b8a | 4/9/2012 |
| 74 | www.independent.co.uk/life-style/gadgets-and-tech/news/facebook-hack-data-dark-web-login-details-cost-dream-market-a8564671.html, accessed 7/24/19. | 10/2/2018 |
| 75 | www.lifelock.org/value-personal-info-much-identity-worth/.  Accessed 7/24/19 | 4/11/2018 |
| 76 | www.mcafee.com/enterprise/en-us/assets/reports/rp-hidden-data-economy.pdf | Dec-15 |
| 77 | www.moneyguru.com/insights/how-much-is-your-data-really-worth-to-criminals | Jun-18 |
| 78 | www.newsweek.com/facebook-own-instagram-does-companies-apps-data-860732 | 3/26/2018 |
| 79 | www.recordedfuture.com/cyber-operations-cost/ | 11/2/2017 |
| 80 | www.secureworks.com/resources/rp-2018-state-of-cybercrime | 2018 |
| 81 | www.secureworks.com/resources/wp-underground-hacking-markets-report | Apr-16 |
| 82 | www.texasdatasolutions.com/shining-a-light-on-the-dark-web-how-much-is-your-personal-information-selling-for/ | Feb-18 |
| 83 | www.theverge.com/ad/18283053/how-much-does-social-security-sell-for-on-dark-web | 2019 |
| 84 | www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | 2019 |
| 85 | www.top10vpn.com/news/privacy/dark-web-market-price-index-feb-2018-us/, Accessed 7/3/18. | Feb-18 |
| 86 | www.truthfinder.com/dark-web/ | 2019 |
| 87 | www.wsj.com/articles/facebook-agrees-to-pay-5-billion-in-ftc-settlement-11563971400.  Accessed 7/24/19 | 7/24/2019 |
| 88 | www.wsj.com/articles/what-happens-to-your-data-after-a-hack-1544367600 | 12/9/2018 |
| 89 | https://www.lifelock.com/learn-data-breaches-steps-to-take-right-after-a-data-breach.html | 2019 |
| 90 | https://www.daveramsey.com/blog/data-breach-impacts | 2019 |

### Websites:

| # | |
|---|---|
| 91 | www.capitaliq.com |
| 92 | www.fourweekmba.com |
| 93 | www.facebook.com/terms.php |

**Stephen Adkins, et al. v. Facebook, Inc.**
Documents Relied Upon

| Summary of Documents Relied Upon | | |
|---|---|---|
| # | Document Description | Date |
| 94 | www.ziprecruiter.com | |
| 95 | www.glassdoor.com | |
| 96 | www.lifelock.com | |
| 97 | www.bankrate.com | |
| 98 | www.treasury.gov/resource-center/data-chart-center/interest-rates/Pages/TextView.aspx?data=yieldYear&year=2018 | |

# Stephen Adkins, et al. v. Facebook, Inc.

## Time Spent Dealing with the Data Breach

| Occupation Code | Occupation Title | Median Hourly Wage | Mean Hourly Wage | |
|---|---|---|---|---|
| 13-2000 | Financial Specialist | $22.69 | $27.67 | [1] |
| 43-3031 | Bookkeeping, Accounting, and Auditing Clerks | 17.08 | 18.22 | [1] |
| 43-6010 | Secretaries and Administrative Assistants | 16.73 | 18.73 | [1] |
| 43-6014 | Secretaries and Administrative Assistants (except Legal, Medical) | 15.72 | 16.04 | [1] |
| | Average | $18.06 | $20.17 | |
| | Hours required to deal with Data Breach for Mr. Adkins | 1.80 | 1.80 | [2] |
| | Total | **$32.50** | **$36.30** | |

Notes:

[1]  May 2017 National Industry Specific Occupational Employment and Wages Estimate:  NAICS 812900 – Other Personal Services, Bureau of Labor Statistics.

[2]  Schedule 21.

# Stephen Adkins, et al. v. Facebook, Inc.

**Time Spent Dealing with Actual Identity Theft**

|  |  | Low Estimate | High Estimate |  |
|---|---|---|---|---|
| Hourly Wage | [a] | $18.06 | $20.17 | [1] |
| Average Time Required per Incident (Hours) | [b] | 24 | 24 | [2] |
| **Value of Time per Incident** | [c] | **$433** | **$484** | [c] = [a] * [b] |

Notes:

[1] Schedule 1.

[2] 2017 Norton Cyber Security Insights Report.

# Stephen Adkins, et al. v. Facebook, Inc.

**Present Value of Increased Risk as Measured by Future Credit Monitoring**

|  |  | ID Watchdog | LifeLock |  |
|---|---|---|---|---|
| Annual Credit Monitoring Fee | [a] | $219 | $330 | [1] |
| Compounding Periods per Year | [b] | 1 | 1 |  |
| Discount Rate per Period | [c] | 2.94% | 2.94% | [2] |
| Number of Periods (Years) | [d] | 5 | 5 | [3] |
| Present Value of Cash Flow | [e] | **$1,005** | **$1,513** | [4] |
| | | | | |
| Class Members | | **29,000,000** | | |

Notes:

[1]  Do you Need Identity Theft Protection Services?, Sean Pyles, Nerdwallet, February 4, 2019.

[2]  https://www.treasury.gov/resource-center/data-chart-center/interest-rates/Pages/TextView.aspx?data=yieldYear&year=2018.

[3]  Declaration of James Van Dyke dated August 29, 2019.

[4]  [e] = [a]*((1-(1+[c])^(-[d]))/[c]).

# Stephen Adkins, et al. v. Facebook, Inc.

### PII Based Damages by Class Member Category

| Class Category | Class Members[1] | Median Access Rate for PII | Mean Access Rate for PII | | Low Damages Estimate | High Damages Estimate |
|---|---|---|---|---|---|---|
| | [a] | [b] | [c] | | [d] = a * b | [e] = a * c |
| Group 2 | 14,000,000 | $4.00 | $6.23 | [2] | $56,000,000 | $87,234,012 |
| Group 1 | 15,000,000 | $1.00 | $2.35 | [3] | $15,000,000 | $35,254,667 |
| **Total Damages** | | | | | **$71,000,000** | **$122,488,678** |

Notes:

[1]   Declaration of Christopher Bream in Support of Defendant Facebook, Inc.'s Motion to Dismiss the Consolidated Class Action Complaint, May 2, 2019.

[2]   Schedule 16.

[3]   Schedule 17.

Schedule 5

## Stephen Adkins, et al. v. Facebook, Inc.
### Key Facebook Financial Statistics from Period 2011 Through 2018
*Dollars in Millions*

| Key Financials[1] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| For the Fiscal Period Ending | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
| **Total Revenue** | **$3,711** | **$5,089** | **$7,872** | **$12,466** | **$17,928** | **$27,638** | **$40,653** | **$55,838** |
| *Growth Over Prior Year* | *88.0%* | *37.1%* | *54.7%* | *58.4%* | *43.8%* | *54.2%* | *47.1%* | *37.4%* |
| **Gross Profit** | **3,070** | **3,921** | **6,114** | **10,313** | **15,061** | **23,849** | **35,199** | **46,483** |
| *Margin %* | *82.7%* | *77.0%* | *77.7%* | *82.7%* | *84.0%* | *86.3%* | *86.6%* | *83.2%* |
| **EBITDA** | **2,079** | **1,187** | **3,932** | **6,237** | **8,170** | **14,769** | **23,228** | **29,228** |
| *Margin %* | *56.0%* | *23.3%* | *49.9%* | *50.0%* | *45.6%* | *53.4%* | *57.1%* | *52.3%* |
| **Operating Income** | **1,756** | **538** | **2,921** | **4,994** | **6,225** | **12,427** | **20,203** | **24,913** |
| *Margin %* | *47.3%* | *10.6%* | *37.1%* | *40.1%* | *34.7%* | *45.0%* | *49.7%* | *44.6%* |
| **Earnings from Cont. Ops.** | **1,000** | **53** | **1,500** | **2,940** | **3,688** | **10,217** | **15,934** | **22,112** |
| *Margin %* | *26.9%* | *1.0%* | *19.1%* | *23.6%* | *20.6%* | *37.0%* | *39.2%* | *39.6%* |
| **Net Income** | **1,000** | **53** | **1,500** | **2,940** | **3,688** | **10,217** | **15,934** | **22,112** |
| *Margin %* | *26.9%* | *1.0%* | *19.1%* | *23.6%* | *20.6%* | *37.0%* | *39.2%* | *39.6%* |
| **Diluted EPS Excl. Extra Items [2]** | **0.46** | **0.01** | **0.6** | **1.1** | **1.29** | **3.49** | **5.39** | **7.57** |
| *Growth Over Prior Year* | *63.0%* | *(97.8%)* | *5,859.5%* | *85.2%* | *17.1%* | *170.2%* | *54.3%* | *40.4%* |
| Currency | USD | USD | USD | USD | USD | USD | USD | USD |
| Exchange Rate | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Conversion Method | H | H | H | H | H | H | H | H |

Notes:

[1] Capital IQ Output for Facebook, Inc. Key Stats from Financials 2011-2018. All results are taken from the most recently filed statement for each period. When there has been more than one, earlier filings can be viewed on the individual statement pages.

[2] All forward period figures are consensus mean estimates provided by the brokers and may not be on a comparable basis as financials.

[3] Growth Rates are calculated in originally reported currency only and will not reflect any currency conversion selected above.

Case 3:18-cv-05982-WHA   Document 204-6   Filed 09/13/21   Page 59 of 82
Case 3:16-cv-05982-WHA   Document 294-22-6 Filed 05/28/21 Page 6 of 81
PageID# 23754

**Stephen Adkins, et al. v. Facebook, Inc.**

**Market Capitalization of Facebook Before and After September 28, 2018 Data Breach Announcement**



| Date | Description | Stock Price [1] | Outstanding Shares (In Millions) [1] | Market Capitalization (In Millions) |
|------|-------------|----------------|--------------------------------------|-------------------------------------|
| 9/27/2018 | Day prior to Data Breach Announcement | $168.84 | 2,887.2 | $487,474.8 |
| 9/28/2018 | Day of Data Breach Announcement | $164.46 | 2,887.2 | $474,828.9 |

Notes:
[1]  Capital IQ Market Capitalization Output, Facebook, Inc. 2018.

## Stephen Adkins, et al. v. Facebook, Inc.

**Facebook Active User Data for the Period 2012 Through 2018**

*User Data In Millions*

| Date | Monthly Worldwide | Monthly US & Canada | Daily Worldwide | Daily US & Canada | | Daily US & Canada as % of Total | Monthly US & Canada as % of Total |
|------|------|------|------|------|------|------|------|
| 3/31/2012 | 901 | 183 | 526 | 129 | [1] | | |
| 6/30/2012 | 955 | 186 | 552 | 130 | [1] | | |
| 9/30/2012 | 1,007 | 189 | 584 | 132 | [1] | | |
| 12/31/2012 | 1,056 | 193 | 618 | 135 | [1] | | |
| **2012 Average** | **980** | **188** | **570** | **132** | | 23% | 19% |
| 3/31/2013 | 1,110 | 195 | 665 | 139 | [2] | | |
| 6/30/2013 | 1,155 | 198 | 699 | 142 | [2] | | |
| 9/30/2013 | 1,189 | 199 | 728 | 144 | [2] | | |
| 12/31/2013 | 1,228 | 201 | 757 | 147 | [2] | | |
| **2013 Average** | **1,171** | **198** | **712** | **143** | | 20% | 17% |
| 3/31/2014 | 1,276 | 202 | 802 | 150 | [2] | | |
| 6/30/2014 | 1,317 | 204 | 829 | 152 | [2] | | |
| 9/30/2014 | 1,350 | 206 | 864 | 155 | [2] | | |
| 12/31/2014 | 1,393 | 208 | 890 | 157 | [2] | | |
| **2014 Average** | **1,334** | **205** | **846** | **154** | | 18% | 15% |
| 3/31/2015 | 1,441 | 210 | 936 | 161 | [3] | | |
| 6/30/2015 | 1,490 | 213 | 968 | 164 | [3] | | |
| 9/30/2015 | 1,545 | 217 | 1,007 | 167 | [3] | | |
| 12/31/2015 | 1,591 | 219 | 1,038 | 169 | [3] | | |
| **2015 Average** | **1,517** | **215** | **987** | **165** | | 17% | 14% |
| 3/31/2016 | 1,654 | 222 | 1,090 | 173 | [3] | | |
| 6/30/2016 | 1,712 | 226 | 1,128 | 175 | [3] | | |
| 9/30/2016 | 1,788 | 229 | 1,179 | 178 | [3] | | |
| 12/31/2016 | 1,860 | 231 | 1,227 | 180 | [3] | | |
| **2016 Average** | **1,754** | **227** | **1,156** | **177** | | 15% | 13% |
| 3/31/2017 | 1,936 | 234 | 1,284 | 182 | [3] | | |
| 6/30/2017 | 2,006 | 236 | 1,325 | 183 | [3] | | |
| 9/30/2017 | 2,072 | 239 | 1,368 | 185 | [3] | | |
| 12/31/2017 | 2,129 | 239 | 1,401 | 184 | [3] | | |
| **2017 Average** | **2,036** | **237** | **1,345** | **184** | | 14% | 12% |
| 3/31/2018 | 2,196 | 241 | 1,449 | 185 | [4] | | |
| 6/30/2018 | 2,234 | 241 | 1,471 | 185 | [4] | | |
| 9/30/2018 | 2,271 | 242 | 1,495 | 185 | [4] | | |
| 12/31/2018 | 2,320 | 242 | 1,523 | 186 | [4] | | |
| **2018 Average** | **2,255** | **242** | **1,485** | **185** | | 12% | 11% |

Notes:

[1] Facebook, Inc. 2012 Annual Report.
[2] Facebook, Inc. 2014 Annual Report.
[3] Facebook, Inc. 2017 Annual Report.
[4] Facebook, Inc. 2018 Annual Report.

## Stephen Adkins, et al. v. Facebook, Inc.

### Calculation of Facebook Revenue per User for the Period 2012 Through 2018

*Dollars in Millions*
*User Counts in Millions*

| | | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | Total | % |
|---|---|---|---|---|---|---|---|---|---|---|
| [a] US & Canada | | $2,532 | $3,695 | $5,865 | $8,949 | $14,068 | $19,949 | $27,018 | $82,076 | 49% |
| [b] Europe | | $1,455 | $2,193 | $3,396 | $4,486 | $6,562 | $9,878 | $13,802 | $41,772 | 25% |
| [c] Asia- Pacific | | $605 | $1,063 | $1,831 | $2,722 | $4,390 | $6,763 | $9,588 | $26,962 | 16% |
| [d] Rest of World | | $497 | $921 | $1,374 | $1,770 | $2,618 | $4,063 | $5,430 | $16,673 | 10% |
| [e] **Total Revenue** [1] | = [a] + [b] + [c] + [d] | **$5,089** | **$7,872** | **$12,466** | **$17,927** | **$27,638** | **$40,653** | **$55,838** | **$167,483** | **100%** |
| | | | | | | | | | | |
| [f] Total Global Net Income | = [e] * [g] | $53 | $1,500 | $2,940 | $3,688 | $10,217 | $15,933.98 | $22,111.96 | | |
| [g] Net Income Margin [2] | | 1% | 19% | 24% | 21% | 37% | 39% | 40% | | |
| | | | | | | | | | | |
| [h] Total Global User Counts [1] | | 980 | 1,171 | 1,334 | 1,517 | 1,754 | 2,036 | 2,255 | | |
| [i] Net Income per User (Total) | = [e] / [h] | $5.19 | $6.72 | $9.34 | $11.82 | $15.76 | $19.97 | $24.76 | | |
| | | | | | | | | | | |
| [j] Estimated US Net Income | = [a] / [g] | $26 | $704 | $1,383 | $1,841 | $5,201 | $7,819 | $10,699 | | |
| [k] US User Counts [1] | | 188 | 198 | 205 | 215 | 227 | 237 | 242 | | |
| [l] **Estimated Revenue per User (US)** | = [e] / [k] | **$27** | **$40** | **$61** | **$83** | **$122** | **$172** | **$231** | | |
| | | | | | | | | | | |
| [m] Non-US Income | = [f] - [j] | $27 | $796 | $1,557 | $1,847 | $5,016 | $8,115 | $11,413 | | |
| [n] Non-US User Counts | = [h] - [k] | $792 | $973 | $1,129 | $1,302 | $1,527 | $1,799 | $2,013 | | |
| [o] **Revenue per User (Non US)** | = [e] / [n] | **$6** | **$8** | **$11** | **$14** | **$18** | **$23** | **$28** | | |
| | | | | | | | | | | |
| [p] US Earnings % | = [j] / [f] | 50% | 47% | 47% | 50% | 51% | 49% | 48% | | |
| [q] Non-US Earnings % | = [m] / [f] | 50% | 53% | 53% | 50% | 49% | 51% | 52% | | |
| | | | | | | | | | | |
| [r] US Revenue CAGR (2012-2018) | = ([a] 2018 / [a] 2012) ^ (1/6) - 1 | **48.4%** | | | | | | | | |
| [s] Total Revenue CAGR (2012-2018) | = ([e] 2018 / [e] 2012) ^ (1/6) - 1 | **49.1%** | | | | | | | | |
| | | | | | | | | | | |
| [t] US User CAGR (2012-2018) | = ([k] 2018 / [k] 2012) ^ (1/6) - 1 | **4.3%** | | | | | | | | |
| [u] Non-US User CAGR (2012-2018) | = ([n] 2018 / [n] 2012) ^ (1/6) - 1 | **16.8%** | | | | | | | | |
| [v] Global User CAGR (2012-2018) | | **14.9%** | | | | | | | | |

Notes:
[1] See Facebook 2012, 2014, 2017, 2018 Annual Reports.
[2] Capital IQ Output for Facebook, Inc. Key Stats from Financials 2011-2018.

**Stephen Adkins, et al. v. Facebook, Inc.**

**Comparison of Facebook Earnings per User:  US v. Non US Users 2012 -  2018**

*in Millions (except Earnings per User)*

|  | | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | Total | % |
|---|---|---|---|---|---|---|---|---|---|---|
|  | US & Canada | $2,532 | $3,695 | $5,865 | $8,949 | $14,068 | $19,949 | $27,018 | $82,076 | 49% |
|  | Europe | $1,455 | $2,193 | $3,396 | $4,486 | $6,562 | $9,878 | $13,802 | $41,772 | 25% |
|  | Asia- Pacific | $605 | $1,063 | $1,831 | $2,722 | $4,390 | $6,763 | $9,588 | $26,962 | 16% |
|  | Rest of World | $497 | $921 | $1,374 | $1,770 | $2,618 | $4,063 | $5,430 | $16,673 | 10% |
|  | **Total Revenue** | **$5,089** | **$7,872** | **$12,466** | **$17,927** | **$27,638** | **$40,653** | **$55,838** | **$167,483** | **100%** |
|  | Net Income Margin | 1% | 19% | 24% | 21% | 37% | 39% | 40% | | |
|  | Total Net Income | $53 | $1,500 | $2,940 | $3,688 | $10,217 | $15,934 | $22,112 | | |
|  | Total Users | 980 | 1,171 | 1,334 | 1,517 | 1,754 | 2,036 | 2,255 | | |
|  | Earnings per User (Total) | $0 | $1 | $2 | $2 | $6 | $8 | $10 | | |
| [a] | Estimated US Net Income | $26 | $704 | $1,383 | $1,841 | $5,201 | $7,819 | $10,699 | | |
| [b] | US User Counts | 188 | 198 | 205 | 215 | 227 | 237 | 242 | | |
| [c] | Estimated Net Income per User (US) = [a] / [b] | $0 | $4 | $7 | $9 | $23 | $33 | **$44** | | |
| [d] | Non-US Income | $27 | $796 | $1,557 | $1,847 | $5,016 | $8,115 | $11,413 | | |
| [e] | Non-US User Counts | 792 | 973 | 1,129 | 1,302 | 1,527 | 1,799 | 2,013 | | |
| [f] | **Net Income per User (Non US)**   = [d] / [e] | $0 | $1 | $1 | $1 | $3 | $5 | **$6** | | |

Notes:
[1]   See Facebook 2012, 2014, 2017, 2018 Annual Reports.
[2]   Capital IQ Output for Facebook, Inc. Key Stats from Financials 2011-2018.

**Stephen Adkins, et al. v. Facebook, Inc.**

**Calculation of Facebook Market Capitalization per User for the Period 2011 Through 2018**

*Dollars in Millions (except per User)*
*User Counts in Millions*

| | | | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|
| [a] | Facebook Market Cap [4] | | | $138,820 | $217,508 | $295,978 | $331,594 | $512,759 | $376,725 |
| [b] | **US User Count** | | 188 | 198 | 205 | 215 | 227 | 237 | 242 |
| [c] | Non-US User Count [3] | | 792 | 973 | 1,039 | 1,302 | 1,527 | 1,799 | 2,013 |
| [d] | Total User Count [3] | = [b] + [c] | 980 | 1,171 | 1,244 | 1,517 | 1,754 | 2,036 | 2,255 |
| [e] | Value per User (Total) | = [a] / [d] | | $118.5 | $174.8 | $195.1 | $189.0 | $251.8 | $167.1 |
| [f] | US Earnings % [3] | | 50% | 47% | 47% | 50% | 51% | 49% | 48% |
| [g] | Non-US Earnings % [3] | | 50% | 53% | 53% | 50% | 49% | 51% | 52% |
| [h] | Market Cap Value attributed to US Users | = [a] * [f] | | $65,160 | $102,333 | $147,750 | $168,778 | $251,618 | $182,284 |
| [i] | Market Cap Value attributed to Non-US Users | = [a] * [g] | | $73,660 | $115,175 | $148,228 | $162,815 | $261,141 | $194,441 |
| [j] | **Market Cap Value per US User** | = [h] / [b] | | **$329** | **$499** | **$687** | **$744** | **$1062** | **$753** |
| [k] | Market Cap Value per Non-US User | = [i] / [c] | | **$76** | **$111** | **$114** | **$107** | **$145** | **$97** |

Notes:
[1]   See Facebook 2012, 2014, 2017, 2018 Annual Reports.
[2]   Capital IQ Output for Facebook, Inc. Key Stats from Financials 2011-2018.
[3]   See Schedule 8.
[4]   Capital IQ Market Capitalization Index for Facebook, Inc.

| | [A] | [B] | [C] = [A] * [B] |
|---|---|---|---|
| **Dates** | **Facebook, Inc. - Share Pricing [A]** | **Facebook, Inc. Outstanding Shares [B]** | **Market Capitalization of Facebook, Inc. [C]** |
| Dec-31-2013 | $54.65 | 2,540 | $138,820 |
| Dec-31-2014 | $78.02 | 2,788 | $217,508 |
| Dec-31-2015 | $104.66 | 2,828 | $295,978 |
| Dec-30-2016 | $115.05 | 2,882 | $331,594 |
| Dec-29-2017 | $176.46 | 2,906 | $512,759 |
| Dec-31-2018 | 131.09 | 2,874 | $376,725 |

# Stephen Adkins, et al. v. Facebook, Inc.

## Facebook, Inc. Asset Book Value Compared to Market Capitalization

*Dollars In Millions*

|  |  | Sep-30-2018 | [1] |
| --- | --- | ---: | --- |
| Cash And Equivalents |  | $9,637 |  |
| Short Term Investments |  | 31,569 |  |
|  |  |  |  |
| Accounts Receivable |  | $6,058 |  |
|  |  |  |  |
| Prepaid Exp. |  | $1,876 |  |
| Restricted Cash |  | 7 |  |
| Other Current Assets |  | - |  |
|  |  |  |  |
| Gross Property, Plant & Equipment |  | $27,196 |  |
| Accumulated Depreciation |  | (6,084) |  |
|  |  |  |  |
| Goodwill |  | $18,304 |  |
| Other Intangibles |  | 1,451 |  |
| Other Long-Term Assets |  | 2,438 |  |
| Total Balance Sheet Assets | [a] | $92,452 |  |

|  |  | Comparison of Market Cap and Assets |  |
| --- | --- | ---: | --- |
| Market Capitalization as of September 2018 | [b] | $487,475 | [2] |
| **Excess of Market Cap Over Assets** | [c] = b - a | **$395,023** |  |
| **Percentage of Off-Book Assets** | [d] = c / b | **81%** |  |

Notes:

[1] Facebook Inc.'s June 30, 2018 10Q Report.

[2] Schedule 6.

**Stephen Adkins, et al. v. Facebook, Inc.**

**Facebook Income Statement For The Period December 31, 2011 Through December 31, 2018**
*Dollars in Millions*

| | | | | | | | | | | | | | | | | | | Summary of Income Statements For the Years Ended December 31, | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Row | Description | 2011 [1] | % | 2012 [1] | % | 2013 [2] | % | 2014 [2] | % | 2015 [3] | % | 2016 [3] | % | 2017 [3] | % | 2018 [4] | % |
| 1 | Revenue | $3,711.0 | 100.0% | $5,089.0 | 100.0% | $7,872.0 | 100.0% | $12,466.0 | 100.0% | $17,928.0 | 100.0% | $27,638.0 | 100.0% | $40,653.0 | 100.0% | $55,838.0 | 100.0% |
| 2 | Other Revenue | - | | - | | - | | - | | - | | - | | - | | - | |
| 3 | **Total Revenue** | **3,711.0** | **100.0%** | **5,089.0** | **100.0%** | **7,872.0** | **100.0%** | **12,466.0** | **100.0%** | **17,928.0** | **100.0%** | **27,638.0** | **100.0%** | **40,653.0** | **100.0%** | **55,838.0** | **100.0%** |
| 4 | Cost Of Goods Sold | 641.0 | 17.3% | 1,168.0 | 23.0% | 1,758.0 | 22.3% | 2,153.0 | 17.3% | 2,867.0 | 16.0% | 3,789.0 | 13.7% | 5,454.0 | 13.4% | 9,355.0 | 16.8% |
| 5 | **Gross Profit** | **3,070.0** | **82.7%** | **3,921.0** | **77.0%** | **6,114.0** | **77.7%** | **10,313.0** | **82.7%** | **15,061.0** | **84.0%** | **23,849.0** | **86.3%** | **35,199.0** | **86.6%** | **46,483.0** | **83.2%** |
| 6 | Selling General & Admin Exp. | 926.0 | 25.0% | 1,984.0 | 39.0% | 1,778.0 | 22.6% | 2,653.0 | 21.3% | 4,020.0 | 22.4% | 5,503.0 | 19.9% | 7,242.0 | 17.8% | 11,297.0 | 20.2% |
| 7 | R & D Exp. | 388.0 | 10.5% | 1,399.0 | 27.5% | 1,415.0 | 18.0% | 2,666.0 | 21.4% | 4,816.0 | 26.9% | 5,919.0 | 21.4% | 7,754.0 | 19.1% | 10,273.0 | 18.4% |
| 8 | **Other Operating Exp., Total** | **1,314.0** | **35.4%** | **3,383.0** | **66.5%** | **3,193.0** | **40.6%** | **5,319.0** | **42.7%** | **8,836.0** | **49.3%** | **11,422.0** | **41.3%** | **14,996.0** | **36.9%** | **21,570.0** | **38.6%** |
| 9 | **Operating Income** | **1,756.0** | **47.3%** | **538.0** | **10.6%** | **2,921.0** | **37.1%** | **4,994.0** | **40.1%** | **6,225.0** | **34.7%** | **12,427.0** | **45.0%** | **20,203.0** | **49.7%** | **24,913.0** | **44.6%** |
| 10 | Interest Expense | (42.0) | -1.1% | (51.0) | -1.0% | (56.0) | -0.7% | (23.0) | -0.2% | (23.0) | -0.1% | (10.0) | 0.0% | (6.0) | 0.0% | (9.0) | 0.0% |
| 11 | Interest and Invest. Income | 4.0 | 0.1% | 14.0 | 0.3% | 19.0 | 0.2% | 27.0 | 0.2% | 52.0 | 0.3% | 176.0 | 0.6% | 398.0 | 1.0% | 661.0 | 1.2% |
| 12 | **Net Interest Exp.** | **(38.0)** | **-1.0%** | **(37.0)** | **-0.7%** | **(37.0)** | **-0.5%** | **4.0** | **0.0%** | **29.0** | **0.2%** | **166.0** | **0.6%** | **392.0** | **1.0%** | **652.0** | **1.2%** |
| 13 | Currency Exchange Gains (Loss) | (29.0) | -0.8% | (9.0) | -0.2% | (14.0) | -0.2% | (87.0) | -0.7% | (66.0) | -0.4% | (76.0) | -0.3% | (6.0) | 0.0% | (213.0) | -0.4% |
| 14 | Other Non-Operating Inc. (Exp.) | 6.0 | 0.2% | 2.0 | 0.0% | 1.0 | 0.0% | (1.0) | 0.0% | - | | 1.0 | 0.0% | 5.0 | 0.0% | - | |
| 15 | **EBT Excl. Unusual Items** | **1,695.0** | **45.7%** | **494.0** | **9.7%** | **2,871.0** | **36.5%** | **4,910.0** | **39.4%** | **6,194.0** | **34.5%** | **12,518.0** | **45.3%** | **20,594.0** | **50.7%** | **25,361.0** | **45.4%** |
| 16 | Asset Write-down | - | | - | | (117.0) | -1.5% | | | | | | | | | | |
| 17 | **EBT Incl. Unusual Items** | **1,695.0** | **45.7%** | **494.0** | **9.7%** | **2,754.0** | **35.0%** | **4,910.0** | **39.4%** | **6,194.0** | **34.5%** | **12,518.0** | **45.3%** | **20,594.0** | **50.7%** | **25,361.0** | **45.4%** |
| 18 | Income Tax Expense | 695.0 | 18.7% | 441.0 | 8.7% | 1,254.0 | 15.9% | 1,970.0 | 15.8% | 2,506.0 | 14.0% | 2,301.0 | 8.3% | 4,660.0 | 11.5% | 3,249.0 | 5.8% |
| 19 | **Earnings from Cont. Ops.** | **1,000.0** | **26.9%** | **53.0** | **1.0%** | **1,500.0** | **19.1%** | **2,940.0** | **23.6%** | **3,688.0** | **20.6%** | **10,217.0** | **37.0%** | **15,934.0** | **39.2%** | **22,112.0** | **39.6%** |
| 20 | Earnings of Discontinued Ops. | - | | - | | - | | - | | - | | - | | - | | - | |
| 21 | Extraord. Item & Account. Change | - | | - | | - | | - | | - | | - | | - | | - | |
| 22 | **Net Income to Company** | **1,000.0** | **26.9%** | **53.0** | **1.0%** | **1,500.0** | **19.1%** | **2,940.0** | **23.6%** | **3,688.0** | **20.6%** | **10,217.0** | **37.0%** | **15,934.0** | **39.2%** | **22,112.0** | **39.6%** |
| 23 | Minority Int. in Earnings | - | | - | | - | | - | | - | | - | | - | | - | |
| 24 | **Net Income** | **$1,000.0** | **26.9%** | **$53.0** | **1.0%** | **$1,500.0** | **19.1%** | **$2,940.0** | **23.6%** | **$3,688.0** | **20.6%** | **$10,217.0** | **37.0%** | **$15,934.0** | **39.2%** | **$22,112.0** | **39.6%** |
| 25 | Diluted EPS | $0.46 | 0.0% | $0.01 | 0.0% | $0.6 | 0.0% | $1.1 | 0.0% | $1.29 | 0.0% | $3.49 | 0.0% | $5.39 | 0.0% | $7.57 | 0.0% |
| 26 | **Supplemental Items** | | | | | | | | | | | | | | | | |
| 27 | EBITDA | $2,079.0 | 56.0% | $1,187.0 | 23.3% | $3,932.0 | 49.9% | $6,237.0 | 50.0% | $8,170.0 | 45.6% | $14,769.0 | 53.4% | $23,228.0 | 57.1% | $29,228.0 | 52.3% |

Notes:
[1] Imported from Capital IQ (based on Company's filed 10-K) for the Year Ended December 31, 2012.
[2] Imported from Capital IQ (based on Company's filed 10-K) for the Year Ended December 31, 2014.
[3] Imported from Capital IQ (based on Company's filed 10-K) for the Year Ended December 31, 2017.
[4] Imported from Capital IQ (based on Company's filed 10-K) for the Year Ended December 31, 2018.

# Stephen Adkins, et al. v. Facebook, Inc.
## Calculation of Increased Facebook Data Security Spend

| Assumptions: | |
|---|---|
| Burden Rate [1] | 1.3 |
| Additional Data Security Personnel [2] | 10,000 |

| | | Year | ZipRecruiter | GlassDoor | Facebook Values[5] |
|---|---|---|---|---|---|
| Estimated Data Security Salary [3] | [a] | | $90,041 | $122,500 | |
| Estimated Burden Rate [4] | [b] | | 1.30 | 1.30 | |
| Average Cost to Facebook per Data Security Employee | [c] = [a] * [b] | | $117,053 | $159,250 | $213,919 |
| Increase in Data Security Personnel Needed in 2017 [2] | [d] | | 10,000 | 10,000 | 10,000 |
| **Increased Data Security Spend Needed in 2017** | [e] = [c] * [d] | 2017 | **$1,170,533,000** | **$1,592,500,000** | **$2,139,190,919** |

Notes:

[1] See Bureau of Labor Statistics News Release, "Employer Costs for Employee Compensation - June 2018", Page 4, dated September 18, 2018.

[2] Hearing Before the United States Senate Committee on the Judiciary Subcommittee on Crime and Terrorism: Testimony of Colin Stretch, General Counsel, Facebook, October 31, 2017.

[3] See www.ziprecruiter.com/Salaries/Entry-Level-Cyber-Security-Analyst-Salary, accessed 11/28/18. The majority of salaries range from $54,400 (25th percentile) to $120,000 (75th percentile) across the United States. In the Los Angeles market, the average annual salary for this position is $95,222 (6%) more than the national average. See www.glassdoor.com/Salary/Facebook-Salaries, accessed 11/28/18.

[4] See Bureau of Labor Statistics News Release, "Employer Costs for Employee Compensation - June 2018", Page 4, dated September 18, 2018.

[5] Schedule 19.

**Stephen Adkins, et al. v. Facebook, Inc.**

**Facebook, Inc.'s Acquisitions with Announced Purchase Prices**

| | Transaction ID | Announced Date [1] | Closed Date | Target | Sellers | User Counts (In Millions) [2] | Purchase Price (In Millions) | Price Per User |
|---|---|---|---|---|---|---|---|---|
| 1 | IQTR129618484 | 8/15/2010 | 8/15/2010 | Chai Labs, Inc. | Merus Capital Seller Funds: Merus Capital Fund I, L.P. | N/A | $10.0 | |
| 2 | IQTR128799392 | 3/20/2011 | 3/30/2011 | Snaptu Ltd. | Carmel Ventures (nka:Viola Ventures); Crowded Ocean Inc.; Sequoia Capital Israel | N/A | 70.0 | |
| 3 | IQTR245954377 | 4/9/2012 | 6/15/2012 | AOL Inc., Patents and License to Retained Patent Portfolio | Oath Inc. | N/A | 1,056.0 | |
| 4 | IQTR183970954 | 4/9/2012 | 8/31/2012 | Instagram, Inc. | Andreessen Horowitz LLC; Baseline Ventures; Benchmark; Greylock Capital Management, LLC; Greylock Partners; Lowercase Capital; Sequoia Capital; Thrive Capital Seller Funds: Andreessen Horowitz L.P. | 30 | 1,010.5 | 33.7 |
| 5 | IQTR209227462 | 6/18/2012 | 6/18/2012 | Face.com | Rhodium Ltd.; Yandex LLC | N/A | 60.0 | |
| 6 | IQTR248298503 | 10/13/2013 | 10/31/2013 | Onavo Mobile Ltd. | Horizons Ventures Limited; Magma Venture Partners; Motorola Mobility Ventures; Sequoia Capital Israel | N/A | 150.0 | |
| 7 | IQTR253870171 | 1/7/2014 | 1/7/2014 | Little Eye Software Labs Pvt Ltd. | GSF India; TA Ventures; Ventureast Fund Advisors India Limited | N/A | 14.5 | |
| 8 | IQTR254089377 | 1/13/2014 | 1/13/2014 | Branch Media, Inc. | Betaworks Ventures Management, Llc; BoxGroup; Lerer Hippeau Ventures; SV Angel | N/A | 15.0 | |
| 9 | IQTR257175251 | 2/19/2014 | 10/6/2014 | WhatsApp Inc. | Sequoia Capital | 450 | 20,117.0 | 44.7 |
| 10 | IQTR260951425 | 3/25/2014 | 7/21/2014 | Facebook Technologies, LLC | Andreessen Horowitz LLC; Formation8 Partners; Founders Fund; Matrix Partners; Spark Capital Partners, LLC Seller Funds: Formation8 Partners Fund I, L.P. | N/A | 2,160.7 | |
| 11 | IQTR261260751 | 3/27/2014 | 3/27/2014 | Ascenta (UK) Limited | | N/A | 20.0 | |
| 12 | IQTR267313633 | 7/2/2014 | 7/31/2014 | LiveRail, Inc. | Pond Venture Partners Ltd. | N/A | 500.0 | |
| 13 | IQTR283907807 | 2/6/2015 | 2/6/2015 | Menlo Science & Technology Park | Prologis, Inc. (NYSE:PLD) | N/A | $400.0 | |

Notes:

[1]     Capital IQ Output for Merger's and Acquisitions filtered for results with announced purchase prices.

[2]     Purchased companies either do not haves users or the number of users were not publicly disclosed. See https://fortune.com/2017/07/28/whatsapp-one-billion-daily-users/ and https://www.newsweek.com/facebook-own-instagram-does-companies-apps-data-860732

# Stephen Adkins, et al. v. Facebook, Inc.

**User-Based Value Estimates of PII Categories**

| PII Categories | Price [1] | Group 2 Class [2] | Group 1 Class [2] |
|---|---|---|---|
| Passwords (Login Details) | $75.80 | | |
| Health Condition | 59.80 | | |
| Social Security Number | 55.70 | | |
| Payment Details (Credit Card) | 36.00 | | |
| Credit History | 29.20 | | |
| Names of Friends and Family Members | 23.50 | $23.50 | |
| Purchase Histories | 20.60 | | |
| Physical Location (GPS) | 16.10 | 16.10 | |
| School or Employer | 13.30 | 13.30 | |
| Home Address | 12.90 | 12.90 | |
| Photos & Videos | 12.20 | | |
| Hobbies, Tastes & Preferences | 12.20 | | |
| Marital Status | 8.30 | 8.30 | |
| Email Addresses | 8.00 | 8.00 | $8.00 |
| Browser Settings & Histories | 7.10 | 7.10 | |
| Special Dates including DOB | 5.90 | 5.90 | |
| Phone Numbers | 5.90 | 5.90 | 5.90 |
| Name | 3.90 | 3.90 | |
| Gender | 2.90 | 2.90 | |
| **Totals** | **$409.30** | **$107.80** | **$13.90** |

Notes:

[1] Privacy and Security in a Connected Life:  A Study of US, European and Japanese Consumers, Ponemon Institute, LLC, March 2015.  https://www.trendmicro.de/cloud-content/us/pdfs/security-intelligence/reports/rt_privacy_and_security_in_a_connected_life.pdf.

[2] Declaration of Christopher Bream in Support of Defendant Facebook, Inc.'s Motion to Dismiss the Consolidated Class Action Complaint, May 2, 2019.

**Stephen Adkins, et al. v. Facebook, Inc.**

Summary of Social Media Login Credentials ("PII") Market Values on the Dark Web

| | Type of Account | Market Item Description/Article's Item Description | Detail | Category | Date | Price/Value on Dark Web per User Account | Publication | Source / Additional Information | Market | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Facebook | 1 Hacked facebook account | Login Credentials | Social Media | March-15 | $4.99 | InfoSec | https://resources.infosecinstitute.com/buying-personal-information-in-the-deep-web/#gref, Accessed 7/3/18. | Black Bank | |
| 2 | Facebook | "FACEBOOK.COM HACKED ACCOUNT | Login Credentials | Social Media | February-18 | $5.00 | Top 10 VPN | Dark Web Market Price Index Feb 2018.pdf, Accessed 7/3/18. | Dream | |
| 3 | Instagram | "INSTAGRAM HACKED ACCOUNT" | Login Credentials | Social Media | February-18 | $1.28 | Top 10 VPN | Dark Web Market Price Index Feb 2018.pdf, Accessed 7/3/18. | Dream | |
| 4 | Linkedin | "LINKEDIN .COM LOGINS AUTO DISPATCH SYST | Login Credentials | Social Media | February-18 | $2.07 | Top 10 VPN | Dark Web Market Price Index Feb 2018.pdf, Accessed 7/3/18. | Dream | |
| 5 | Twitter | "Twitter Aged accounts" | Login Credentials | Social Media | February-18 | $1.66 | Top 10 VPN | Dark Web Market Price Index Feb 2018.pdf, Accessed 7/3/18. | Dream | |
| 6 | Facebook | Access to social media account | Login Credentials | Social Media | June-18 | $3.66 | Money Guru | https://www.moneyguru.com/insights/how-much-is-your-data-really-worth-to-criminals | N/A | UK study |
| 7 | Instagram | Access to social media account | Login Credentials | Social Media | June-18 | $5.85 | Money Guru | https://www.moneyguru.com/insights/how-much-is-your-data-really-worth-to-criminals | N/A | UK study |
| 8 | Pinterest | Access to social media account | Login Credentials | Social Media | June-18 | $7.93 | Money Guru | https://www.moneyguru.com/insights/how-much-is-your-data-really-worth-to-criminals | N/A | UK study |
| 9 | Reddit | Access to social media account | Login Credentials | Social Media | June-18 | $1.95 | Money Guru | https://www.moneyguru.com/insights/how-much-is-your-data-really-worth-to-criminals | N/A | UK study |
| 10 | Twitter | Access to social media account | Login Credentials | Social Media | June-18 | $3.05 | Money Guru | https://www.moneyguru.com/insights/how-much-is-your-data-really-worth-to-criminals | N/A | UK study |
| 11 | Facebook | "Hackers are selling Facebook logins for just $2.60 on the dark web, according to new research." | Login Credentials | Social Media | October-18 | $2.60 | Money Guru | https://nypost.com/2018/10/01/hackers-are-selling-facebook-logins-on-the-dark-web-for-2/, Accessed 7/29/19 | N/A | UK study |
| 12 | Facebook | Hacked Facebook Account | Login Credentials | Social Media | October-18 | $12.48 | The Independent | https://www.independent.co.uk/life-style/gadgets-and-tech/news/facebook-hack-data-dark-web-login-details-cost-dream-market-a8564671.html, accessed 7/24/19. | Dream | |
| 13 | Facebook | Hack Facebook Account | Login Credentials | Social Media | October-18 | $3.12 | The Independent | https://www.independent.co.uk/life-style/gadgets-and-tech/news/facebook-hack-data-dark-web-login-details-cost-dream-market-a8564671.html, accessed 7/24/19. | Dream | |
| 14 | Facebook | 1x Facebook Account email:pw Phished | Login Credentials | Social Media | February-19 | $29.61 | Top 10 VPN | https://www.top10vpn.com/assets/2019/02/Dark-Web-Market-Price-Index-2019.pdf, accessed 7/5/19. | Dream | |
| 15 | Facebook | Hacked Facebook Account | Login Credentials | Social Media | February-19 | $12.48 | Top 10 VPN | https://www.top10vpn.com/assets/2019/02/Dark-Web-Market-Price-Index-2019.pdf, accessed 7/5/19 | Dream | |
| 16 | Facebook | HQ FACEBOOK ACCOUNTS + INFO | Login Credentials | Social Media | February-19 | $10.00 | Top 10 VPN | https://www.top10vpn.com/assets/2019/02/Dark-Web-Market-Price-Index-2019.pdf, accessed 7/5/19. | Wallstreet | |
| 17 | Facebook | FACEBOOK ACCOUNTS INSTANT DELIVERY | Login Credentials | Social Media | February-19 | $9.99 | Top 10 VPN | https://www.top10vpn.com/assets/2019/02/Dark-Web-Market-Price-Index-2019.pdf, accessed 7/5/19. | Empire | |
| 18 | Facebook | Hacked Facebook account | Login Credentials | Social Media | February-19 | $4.16 | Top 10 VPN | https://www.top10vpn.com/assets/2019/02/Dark-Web-Market-Price-Index-2019.pdf, accessed 7/5/19. | Dream | |
| 19 | Facebook | Hacked Facebook account | Login Credentials | Social Media | February-19 | $4.00 | Top 10 VPN | https://www.top10vpn.com/assets/2019/02/Dark-Web-Market-Price-Index-2019.pdf, accessed 7/5/19. | Wallstreet | |
| 20 | Facebook | Random cracked FACEBOOK Account [LIFETIME WARRANTY] | Login Credentials | Social Media | February-19 | $2.50 | Top 10 VPN | https://www.top10vpn.com/assets/2019/02/Dark-Web-Market-Price-Index-2019.pdf, accessed 7/5/19. | Wallstreet | |
| 21 | Facebook | FACEBOOK US ACCOUNTS BRUTE | Login Credentials | Social Media | February-19 | $0.19 | Top 10 VPN | https://www.top10vpn.com/assets/2019/02/Dark-Web-Market-Price-Index-2019.pdf, accessed 7/5/19. | Wallstreet | |
| 22 | Reddit | Reddit Accounts Random | Login Credentials | Social Media | February-19 | $11.39 | Top 10 VPN | https://www.top10vpn.com/assets/2019/02/Dark-Web-Market-Price-Index-2019.pdf, accessed 7/5/19. | Berlusconi | |
| 23 | Reddit | REDDIT ACCOUNT 1$/Each INSTANT DELIVERY | Login Credentials | Social Media | February-19 | $1.04 | Top 10 VPN | https://www.top10vpn.com/assets/2019/02/Dark-Web-Market-Price-Index-2019.pdf, accessed 7/5/19. | Dream | |
| 24 | Twitter | Random Cracked TWITTER ACCOUNT (LIFETIME) | Login Credentials | Social Media | February-19 | $2.50 | Top 10 VPN | https://www.top10vpn.com/assets/2019/02/Dark-Web-Market-Price-Index-2019.pdf, accessed 7/5/19. | Wallstreet | |

**Stephen Adkins, et al. v. Facebook, Inc.**

**Summary of Social Media Login Credentials ("PII") Market Values on the Dark Web**

| | Type of Account | Market Item Description/Article's Item Description | Detail | Category | Date | Price/Value on Dark Web per User Account | Publication | Source / Additional Information | Market | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 25 | Twitter | Twitter ACCOUNTS LIFETIME | Login Credentials | Social Media | February-19 | $1.54 | Top 10 VPN | https://www.top10vpn.com/assets/2019/02/Dark-Web-Market-Price-Index-2019.pdf, accessed 7/5/19. | Dream | |
| 26 | Facebook | HACKED FACEBOOK ACCOUNT ++++ | Login Credentials | Social Media | June-19 | $16.80 | Top 10 VPN | Top10VPN-Dark-Web-Market-Price-Index-June-2019-UK-Update.pdf, Accessed 7/3/19. | Berlusconi | UK study |
| 27 | Facebook | Hacked Facebook Account | Login Credentials | Social Media | June-19 | $12.36 | Top 10 VPN | Top10VPN-Dark-Web-Market-Price-Index-June-2019-UK-Update.pdf, Accessed 7/3/19. | Nightmare | UK study |
| 28 | Facebook | Hacked Facebook Account | Login Credentials | Social Media | June-19 | $4.00 | Top 10 VPN | Top10VPN-Dark-Web-Market-Price-Index-June-2019-UK-Update.pdf, Accessed 7/3/19. | Tochka | UK study |
| 29 | Twitter | Twitter accounts: Usually $2-$3 | Login Credentials | Social Media | N/A | $2.50 | LogDog | http://staging.idnotify.com/id-notify-how-much-is-your-uber-account-worth-on-the-dark-web/. | N/A | |

| | Social Media Market Summary Statistics | Statistics (Exc. Outlier) |
|---|---|---|
| Min | $0.19 | $0.19 |
| Max | $29.61 | $29.61 |
| Mean | $6.23 | $6.01 |
| Median | $4.00 | $3.83 |

Notes:
[1] We have excluded large, unverified database sales of MySpace and LinkedIn data offered by a "tessa88" because this seller was blacklisted for delivering fake and low quality data according to InfoArmor (see "InfoArmor:  Yahoo Data Breach
   Investigation, September 28, 2016).  Likewise, we excluded certain bulk sales without any guarantees that the data can be accessed For example, one vendor in the TRU team spotted offered 1,000 Instagram accounts for a price of $15, 2,500
   for $25, 5,000 for $40 and 10,000 for $60 (Black Market Report:  A Look Inside the Dark Web, Armor, March 2018).
[2] Although this article listed Facebook login's ranging from $50-$500, $4.99 was the only example provided. See Buying Personal Information in the Deep Web.pdf, InfoSec, March 2018, Accessed 3/21/19.

**Stephen Adkins, et al. v. Facebook, Inc.**
Summary of "Partial Fullz" and SSN Market Values on the Dark Web

| | Type of Account | Date | Market Item Description/Article's Item Description | Category | Price/Account | Publication | Source / Additional Information | Market | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Fullz | November-17 | SSN, DOB, Full Name of US Citizens. Price Range from $1 to $8. | Partial Fullz | $4.50 | FlashPoint | Flashpoint_Analysis_Pricing_of_Goods_and_Services_on_DDW.pdf, Accessed 3/21/19 | N/A | |
| 2 | Fullz | November-17 | SSN and DOB | Partial Fullz | $3.00 | Recorded Future | https://www.recordedfuture.com/cyber-operations-cost/ https://go.recordedfuture.com/hubfs/cyber-operations-cost-appendix.pdf | N/A | |
| 3 | Fullz | February-18 | USA Social security number search (SSN+DOB) | Partial Fullz | $20.80 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-feb-2018-us/ | Dream | |
| 4 | Fullz | February-18 | Real Fresh US Profiles+email+SSN+DOB | Partial Fullz | $1.00 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-feb-2018-us/ | Wallstreet | |
| 5 | Fullz | February-19 | SSN + DoB | Partial Fullz | $11.40 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Berlusconi | |
| 6 | Fullz | February-19 | Quality US Fullz (SSN-DOB-DL & MORE)$10 | Partial Fullz | $10.00 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Empire | |
| 7 | Fullz | February-19 | FULL INFO US (DOB SSN, Documents number) | Partial Fullz | $9.99 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Empire | |
| 8 | Fullz | February-19 | Cheapest SSN & DOB $0.2 each!! | Partial Fullz | $5.20 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Dream | [1] |
| 9 | Fullz | February-19 | FULLZ - SSN - DOB | Partial Fullz | $5.20 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Dream | |
| 10 | Fullz | February-19 | SSN/DOB OF USA | Partial Fullz | $5.19 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Dream | |
| 11 | Fullz | February-19 | USA FULLZ with SSN, D.O.B. and DRIVERS LICENSE W/ Scans | Partial Fullz | $5.00 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Wallstreet | |
| 12 | Fullz | February-19 | USA FULL NAME DOB SSN ADDRESS | Partial Fullz | $5.00 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Tochka | |
| 13 | Fullz | February-19 | USA - Personal info / SSN | Partial Fullz | $4.56 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Berlusconi | |
| 14 | Fullz | February-19 | Full info, only valid info SSN, DOB, New Mexico sta… | Partial Fullz | $3.12 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Dream | |
| 15 | Fullz | February-19 | USA fullz Social Security Number and Date of Birth | Partial Fullz | $2.99 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Wallstreet | |
| 16 | Fullz | February-19 | Personal Information SSN - DOB, etc. | Partial Fullz | $2.93 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Berlusconi | |
| 17 | Fullz | February-19 | USA FULL (NAME DOB SSN ADDRESS) | Partial Fullz | $2.00 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Tochka | |
| 18 | Fullz | February-19 | Fresh USA Full SSN-DOB Instant Shipping | Partial Fullz | $2.00 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Wallstreet | |
| 19 | Fullz | February-19 | Fresh USA Full SSN-DOB Instant Shipping | Partial Fullz | $2.00 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Wallstreet | |
| 20 | Fullz | February-19 | HQ Random Fullz US SSN/DOB with Marital Profile | Partial Fullz | $2.00 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Wallstreet | |

**Stephen Adkins, et al. v. Facebook, Inc.**

Summary of "Partial Fullz" and SSN  Market Values on the Dark Web

| | Type of Account | Date | Market Item Description/Article's Item Description | Category | Price/Account | Publication | Source / Additional Information | Market | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 21 | Fullz | February-19 | FRESH USA FULLZ (SSN+DOB) $1 | Partial Fullz | $0.99 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Empire | |
| 22 | Fullz | February-19 | US FULLZ INFO SSN+DOB MISSOURI (MO) $0.49 | Partial Fullz | $0.49 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Wallstreet | |
| 23 | Fullz | February-19 | US SSN + DOB Minnesota (MN) $0.49 | Partial Fullz | $0.49 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Wallstreet | |
| 24 | Fullz | February-19 | US SSN + DOB Oklahoma (OK) $0.19 SALE | Partial Fullz | $0.19 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Wallstreet | |
| 25 | Fullz | February-19 | US SSN + DOB Idaho (ID) $0.19 | Partial Fullz | $0.19 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Wallstreet | |

| | Type of Account | Date | Market Item Description/Article's Item Description | Category | Price/Account | Publication | Source / Additional Information | Market | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 26 | SSN | February-18 | SSN | SSN | $1.00 | Texas Data Solutions | https://www.texasdatasolutions.com/shining-a-light-on-the-dark-web-how-much-is-your-personal-information-selling-for/ | N/A | |
| 27 | SSN | February-18 | USA KIDS SSN | SSN | $2.00 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-feb-2018-us/ | Wallstreet | |
| 28 | SSN | September-18 | SSN of a specific person | SSN | $2.99 | AARP | https://www.aarp.org/money/scams-fraud/info-2018/what-is-the-dark-web.html | N/A | |
| 29 | SSN | October-18 | SSN | SSN | $2.99 | The Issues | Identity Fraud And The Dark Web - [FKD].pdf, Accessed 3/21/19 | N/A | |
| 30 | SSN | December-18 | SSN of a random person | SSN | $0.05 | Recorded Future | https://www.wsj.com/articles/what-happens-to-your-data-after-a-hack-1544367600 | N/A | |
| 31 | SSN | December-18 | SSN of a specific person | SSN | $3.00 | Recorded Future | https://www.wsj.com/articles/what-happens-to-your-data-after-a-hack-1544367600 | N/A | |
| 32 | SSN | March-19 | SSN | SSN | $1.00 | Experian | https://www.experian.com/blogs/ask-experian/heres-how-much-your-personal-information-is-selling-for-on-the-dark-web/ | N/A | |
| 33 | SSN | 2019 | SSN "Your SSN can sell for as little as $1" | SSN | $1.00 | VOX & Creditwise | https://www.theverge.com/ad/18283053/how-much-does-social-security-sell-for-on-dark-web | N/A | |
| 34 | SSN | 2019 | SSN  Range from $1 to $8. | SSN | $4.50 | Truthfinder | https://www.truthfinder.com/dark-web/ | N/A | |

| | Partial Fullz Summary Statistics | SSN Only Summary Statistics | | Value of Partial Fullz without SSN |
|---|---|---|---|---|
| Min | $0.19 | $0.05 | | $0.14 |
| Max | $20.80 | $4.50 | | $16.30 |
| Mean | $4.41 | $2.06 | | $2.35 |
| Median | $3.00 | $2.00 | | $1.00 |

Notes:
[1]    The value of this PII is unclear as Top10vpn concluded $5.20, but the text says $0.20.

**Stephen Adkins, et al. v. Facebook, Inc.**

Summary of "Fullz" Information  Market Values on the Dark Web

| | Type of Account | Date | Market Item Description/Article's Item Description | Category | Price/Value on Dark Web per User Account | Publication | Source / Additional Information | Market | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Fullz | 2013 | US Fullz Full Name, Address, Phone Numbers, email address and password, DOB, SSN or EIN and one or more of the following: bank account and routing number, account type, online banking credentials in varying degrees of completeness or credit card information including full Track 2 data and any associated PIN | Fullz with Financial Information | $25.00 | Dell SecureWorks | https://www.secureworks.com/resources/wp-underground-hacking-markets-report | N/A | |
| 2 | Fullz | 2014 | US Fullz Full Name, Address, Phone Numbers, email address and password, DOB, SSN or EIN and one or more of the following: bank account and routing number, account type, online banking credentials in varying degrees of completeness or credit card information including full Track 2 data and any associated PIN | Fullz with Financial Information | $30.00 | Dell SecureWorks | https://www.secureworks.com/resources/wp-underground-hacking-markets-report | N/A | |
| 3 | Fullz | March-15 | US Fullz (excerpt example from dark web) | Fullz | $25.00 | InfoSec Institute | https://resources.infosecinstitute.com/buying-personal-information-in-the-deep-web/#gref | N/A | |
| 4 | Fullz | March-15 | "Fullz is used to indicate another type of financial credential traded in the underground markets…."…full information on a victim, with includes name, address, SSN, credit card data, DoB, MMN, DL and more" "US and UK citizen data could be acquired in lots with a cost that ranges from $5-$10 USD | Fullz with Financial Information | $7.50 | InfoSecInstitute | Buying Personal Information in the Deep Web.pdf, Accessed 3/21/19. | N/A | |
| 5 | Fullz | March-15 | "Fullz is used to indicate another type of financial credential traded in the underground markets…."…full information on a victim, with includes name, address, SSN, credit card data, DoB, MMN, DL and more" "US and UK citizen data could be acquired in lots with a cost up to $40 USD for a very specific profile." | Fullz with Financial Information | $40.00 | InfoSecInstitute | Buying Personal Information in the Deep Web.pdf, Accessed 3/21/19. | N/A | |
| 6 | Fullz | June-15 | USA Fullz Including First Name, Last Name, Current Home/billing address, Previous Home/billing address, City, State, Zip, Country, Mobile and/or home phone, Work phone, SSN, DOB, Mother's Maiden Name, Credit Card number. | Fullz with Financial Information | $31.43 | Armor | Cybercriminals Profit as Stolen Credit …pdf, Accessed 3/21/19. | N/A | |
| 7 | Fullz | June-15 | "Fullz is a term that refers the fill financial information of the victim including name, address, credit card information, social security number, date of birth, and more." "European Fullz are more expensive than US ones, their price varies from $15 up to $45" | Fullz with Financial Information | $30.00 | InfoSec Institute | https://resources.infosecinstitute.com/card-fraud-in-the-deep-web/#gref | AlphaBay Market | |
| 8 | Fullz | June-15 | European Fullz Range from "25 - 45 Euros" (35 Euro / .82) | Fullz with Financial Information | $42.68 | InfoSec Institute | https://resources.infosecinstitute.com/card-fraud-in-the-deep-web/#gref | Italian Dark net Community | EU |
| 9 | Fullz | June-15 | US Fullz = "offered at a starting price of 25 Euro" | Fullz with Financial Information | $30.49 | InfoSec Institute | https://resources.infosecinstitute.com/card-fraud-in-the-deep-web/#gref | Italian Dark net Community | |
| 10 | Fullz | July-15 | Fullz "The listings ranged in price from less than $1 to about $450, converted from bitcoin. The median price for someone's identity was $21.35". | Fullz | $21.35 | Quartz | The price of a stolen identity on the dark web — Quartz.pdf, Accessed 3/21/19 | N/A | |
| 11 | Fullz | December-15 | US Full Name, billing address, payment card number, expiration date, PIN number, SSN, DOB, Mother's Maiden Name, CVV2 (3-didget number on back of credit/payment card) | Fullz with Financial Information | $30.00 | McAfee Labs | https://www.mcafee.com/enterprise/en-us/assets/reports/rp-hidden-data-economy.pdf | N/A | |
| 12 | Fullz | December-15 | United Kingdom.  Full Name, billing address, payment card number, expiration date, PIN number, SSN, DOB, Mother's Maiden Name, CVV2 (3-didget number on back of credit/payment card). | Fullz with Financial Information | $35.00 | McAfee Labs | https://www.mcafee.com/enterprise/en-us/assets/reports/rp-hidden-data-economy.pdf | N/A | UK |
| 13 | Fullz | December-15 | Canada.  Full Name, billing address, payment card number, expiration date, PIN number, SSN, DOB, Mother's Maiden Name, CVV2 (3-didget number on back of credit/payment card). | Fullz with Financial Information | $40.00 | McAfee Labs | https://www.mcafee.com/enterprise/en-us/assets/reports/rp-hidden-data-economy.pdf | N/A | Canadian |

**Stephen Adkins, et al. v. Facebook, Inc.**

Summary of "Fullz" Information  Market Values on the Dark Web

| | Type of Account | Date | Market Item Description/Article's Item Description | Category | Price/Value on Dark Web per User Account | Publication | Source / Additional Information | Market | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 14 | Fullz | December-15 | Australia. Full Name, billing address, payment card number, expiration date, PIN number, SSN, DOB, Mother's Maiden Name, CVV2 (3-didget number on back of credit/payment card). | Fullz with Financial Information | $40.00 | McAfee Labs | https://www.mcafee.com/enterprise/en-us/assets/reports/rp-hidden-data-economy.pdf | N/A | Australian |
| 15 | Fullz | December-15 | European Union. Full Name, billing address, payment card number, expiration date, PIN number, SSN, DOB, Mother's Maiden Name, CVV2 (3-didget number on back of credit/payment card). | Fullz with Financial Information | $45.00 | McAfee Labs | https://www.mcafee.com/enterprise/en-us/assets/reports/rp-hidden-data-economy.pdf | N/A | EU |
| 16 | Fullz | April-16 | US Fullz Full Name, Address, Phone Numbers, email address and password, DOB, SSN or EIN and one or more of the following: bank account and routing number, account type, online banking credentials in varying degrees of completeness or credit card information including full Track 2 data and any associated PIN. Range from $15 to $65 | Fullz with Financial Information | $40.00 | Dell SecureWorks | https://www.secureworks.com/resources/wp-underground-hacking-markets-report | N/A | |
| 17 | Fullz | April-16 | UK Fullz - "Premium UK Fullz CVV & cards (screen shot from article) | Fullz with Financial Information | $33.44 | Dark Web News | Stolen Data Is Being Sold For Only $1 On The Dark Web.pdf, Accessed 3/21/19 | N/A | UK |
| 18 | Fullz | October-17 | US Fullz | Fullz | $25.00 | Paganini | https://www.enisa.europa.eu/events/cti-eu-event/cti-eu-event-presentations/digging-into-the-dark-web/ | N/A | |
| 19 | Fullz | October-17 | Canada Fullz.  Range from $35 to $50. | Fullz | $42.50 | Paganini | https://www.enisa.europa.eu/events/cti-eu-event/cti-eu-event-presentations/digging-into-the-dark-web/ | N/A | Canadian |
| 20 | Fullz | October-17 | UK Fullz | Fullz | $53.00 | Paganini | https://www.enisa.europa.eu/events/cti-eu-event/cti-eu-event-presentations/digging-into-the-dark-web/ | N/A | UK |
| 21 | Fullz | October-17 | Israel Fullz | Fullz | $33.00 | Paganini | https://www.enisa.europa.eu/events/cti-eu-event/cti-eu-event-presentations/digging-into-the-dark-web/ | N/A | Israeli |
| 22 | Fullz | October-17 | Russian Fullz | Fullz | $25.00 | Paganini | https://www.enisa.europa.eu/events/cti-eu-event/cti-eu-event-presentations/digging-into-the-dark-web/ | N/A | Russian |
| 23 | Fullz | October-17 | Turkish Fullz | Fullz | $18.00 | Paganini | https://www.enisa.europa.eu/events/cti-eu-event/cti-eu-event-presentations/digging-into-the-dark-web/ | N/A | Turkish |
| 24 | Fullz | November-17 | Fullz with credit score of 700+ | Fullz with Financial Information | $60.00 | Flashpoint | https://www.flashpoint-intel.com/blog/pricing-analysis-deep-dark-web/ http://go.flashpoint-intel.com/docs/analysis-pricing-of-goods-and-services-on-the-ddw | N/A | |
| 25 | Fullz | November-17 | Fullz with credit score of 800+ | Fullz with Financial Information | $80.00 | Flashpoint | https://www.flashpoint-intel.com/blog/pricing-analysis-deep-dark-web/ http://go.flashpoint-intel.com/docs/analysis-pricing-of-goods-and-services-on-the-ddw | N/A | |
| 26 | Fullz | November-17 | SSN, name, DOB, payment card number, CVV code and PIN. Premium Price Range from $20 to $75. | Fullz with Financial Information | $47.50 | Flashpoint | https://www.flashpoint-intel.com/blog/pricing-analysis-deep-dark-web/ http://go.flashpoint-intel.com/docs/analysis-pricing-of-goods-and-services-on-the-ddw | N/A | |
| 27 | Fullz | November-17 | USA CVV Fullz and ATM Pin, 100% valid (Dark Web Screenshot) | Fullz with Financial Information | $75.00 | Flashpoint | https://www.flashpoint-intel.com/blog/pricing-analysis-deep-dark-web/ http://go.flashpoint-intel.com/docs/analysis-pricing-of-goods-and-services-on-the-ddw | N/A | |
| 28 | Fullz | November-17 | SSN, DOB, Full Name of US Citizens.  Price Range from $1 to $8. | Partial Fullz | $4.50 | FlashPoint | Flashpoint_Analysis_Pricing_of_Goods_and_Services_on_DDW.pdf, Accessed 3/21/19 | N/A | |

**Stephen Adkins, et al. v. Facebook, Inc.**

Summary of "Fullz" Information  Market Values on the Dark Web

| | Type of Account | Date | Market Item Description/Article's Item Description | Category | Price/Value on Dark Web per User Account | Publication | Source / Additional Information | Market | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 29 | Fullz | November-17 | SSN and DOB | Partial Fullz | $3.00 | Recorded Future | https://www.recordedfuture.com/cyber-operations-cost/ https://go.recordedfuture.com/hubfs/cyber-operations-cost-appendix.pdf | N/A | |
| 30 | Fullz | November-17 | Credit Report with Credit Score of 750+ (Would include Fullz info. in Credit Report) | Fullz with Financial Information | $150.00 | Recorded Future | https://www.recordedfuture.com/cyber-operations-cost/ https://go.recordedfuture.com/hubfs/cyber-operations-cost-appendix.pdf | N/A | |
| 31 | Fullz | December-17 | Name, DOB, Address, SSN, Financials, etc | Fullz with Financial Information | $15.00 | TheNextWeb | Hackers don't care who you are — but th..pdf, Accessed 3/21/19 | N/A | |
| 32 | Fullz | ly 2017 - July 20 | Full biographic information, identified on dark web as Fullz.  Fullz defined as "full sets of identifying information" "dossiers that provide enough financial, location and biographical details on a victim to facilitate identity theft of other impersonation-based fraud" Range from $10 to $25. | Fullz with Financial Information | $17.50 | Dell SecureWorks | https://www.secureworks.com/resources/rp-2018-state-of-cybercrime | | |
| 33 | SSN | February-18 | SSN | SSN | $1.00 | Texas Data Solutions | https://www.texasdatasolutions.com/shining-a-light-on-the-dark-web-how-much-is-your-personal-information-selling-for/ | N/A | |
| 34 | Fullz | February-18 | Female selfie + ID both sides + utility bill | Fullz with Financial Information | $64.08 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-feb-2018-us/ | Dream | |
| 35 | Fullz | February-18 | SELFIE USA DRIVER'S LICENSE SCAN SSN UTILITY BILL | Fullz with Financial Information | $64.08 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-feb-2018-us/ | Dream | |
| 36 | Fullz | February-18 | SELFIE USA DRIVER'S LICENSE SCAN SSN UTILITY BILL | Fullz with Financial Information | $64.08 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-feb-2018-us/ | Dream | |
| 37 | Fullz | February-18 | USA Social security number search (SSN+DOB) | Partial Fullz | $20.80 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-feb-2018-us/ | Dream | |
| 38 | Fullz | February-18 | Only Male US SSN, DL, DOB, EMAIL, FICO | Fullz with Financial Information | $20.00 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-feb-2018-us/ | Wallstreet | |
| 39 | SSN | February-18 | USA KIDS SSN | SSN | $2.00 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-feb-2018-us/ | Wallstreet | |
| 40 | Fullz | February-18 | Fresh US Full Name + Credit Report + Email | Fullz with Financial Information | $1.00 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-feb-2018-us/ | Wallstreet | |
| 41 | Fullz | February-18 | Real Fresh US Profiles+email+SSN+DOB | Partial Fullz | $1.00 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-feb-2018-us/ | Wallstreet | |
| 42 | Fullz | February-18 | Fullz - "online payment services, for Fullz info is an information bundle that includes a name, SSN, DOB, Account number and other data."  Range value $10 - $30. | Fullz with Financial Information | $20.00 | Texas Data Solutions | Shining A Light On The Dark Web_ How Mu..pdf, Accessed 3/21/19 | N/A | |
| 43 | Fullz | March-18 | Full Identity Profile including: SSN, DOB, Address, Phone Numbers, Education Level and Employment Info. | Fullz | $40.00 | Armor | https://cdn.armor.com/app/uploads/2018/03/2722 2933/2018-Q1-Reports-BlackMarket-DIGITAL-min.pdf | N/A | |
| 44 | Fullz | April-18 | Fullz | Fullz | $8.00 | Lifelock | https://www.lifelock.org/value-personal-info-much-identity-worth/ | N/A | |
| 45 | Fullz | June-18 | USA Fullz Including First Name, Last Name, Current Home/billing address, Previous Home/billing address, City, State, Zip, Country, Mobile and/or home phone, Work phone, SSN, DOB, Mother's Maiden Name, Credit Card number. | Fullz with Financial Information | $24.33 | Armor | Cybercriminals Profit as Stolen Credit …pdf, Accessed 3/21/19. | N/A | |

**Stephen Adkins, et al. v. Facebook, Inc.**
Summary of "Fullz" Information  Market Values on the Dark Web

| | Type of Account | Date | Market Item Description/Article's Item Description | Category | Price/Value on Dark Web per User Account | Publication | Source / Additional Information | Market | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 46 | SSN | September-18 | SSN of a specific person | SSN | $2.99 | AARP | https://www.aarp.org/money/scams-fraud/info-2018/what-is-the-dark-web.html | N/A | |
| 47 | Fullz | September-18 | SSN, DOB, Mother's Maiden Name, Address, Phone numbers, Driver's License, Etc.  Price range from $20 - $130. | Fullz | $75.00 | AARP | https://www.aarp.org/money/scams-fraud/info-2018/what-is-the-dark-web.html | N/A | |
| 48 | SSN | October-18 | SSN | SSN | $2.99 | The Issues | Identity Fraud And The Dark Web - [FKD].pdf, Accessed 3/21/19 | N/A | |
| 49 | Fullz | October-18 | Fullz (SSN, Credit card numbers, logins, passwords, DOB, addresses, phone numbers, MMN and DL numbers)  Range from $20 to $100. | Fullz with Financial Information | $60.00 | The Issues | Identity Fraud And The Dark Web - [FKD].pdf, Accessed 3/21/19 | N/A | |
| 50 | Fullz | December-18 | Fullz "complete credit report" | Fullz with Financial Information | $100.00 | Recorded Future | https://www.wsj.com/articles/what-happens-to-your-data-after-a-hack-1544367600 | N/A | |
| 51 | SSN | December-18 | SSN of a random person | SSN | $0.05 | Recorded Future | https://www.wsj.com/articles/what-happens-to-your-data-after-a-hack-1544367600 | N/A | |
| 52 | SSN | December-18 | SSN of a specific person | SSN | $3.00 | Recorded Future | https://www.wsj.com/articles/what-happens-to-your-data-after-a-hack-1544367600 | N/A | |
| 53 | Fullz | December-18 | Fullz "credit card and personal information" | Fullz with Financial Information | $24.00 | Armor Defense | WSJ Article Note.pdf, Accessed 3/21/19. | N/A | |
| 54 | Fullz | February-19 | Custom Fullz with Credit Report | Fullz with Financial Information | $119.60 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Dream | |
| 55 | Fullz | February-19 | USA Fullz with credit score 750+, 25-30 year old. | Fullz with Financial Information | $104.00 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Dream | |
| 56 | Fullz | February-19 | Only male US SSN, DL, DOB, email, FICO | Fullz with Financial Information | $60.00 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Wallstreet | |
| 57 | Fullz | February-19 | Fullz Female, 750+ credit & BG/SSN, MMN, DL + exp. | Fullz with Financial Information | $45.71 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Dream | |
| 58 | Fullz | February-19 | Fullz Missouri (M). Score 700-800+, DL + exp, MMN | Fullz with Financial Information | $45.00 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Wallstreet | |
| 59 | Fullz | February-19 | US Latin Names - SSN, DL, POA, email, FICO | Fullz with Financial Information | $40.00 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Wallstreet | |
| 60 | Fullz | February-19 | High Credit USA Fullz GUARANTEED +800 | Fullz with Financial Information | $36.50 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Empire | |
| 61 | Fullz | February-19 | FULLZ CREDIT PROFILE, Background REPORT, TA | Fullz with Financial Information | $36.40 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Dream | |
| 62 | Fullz | February-19 | FULLZ W/Credit Score, Driver's License Scan &… | Fullz with Financial Information | $31.20 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Dream | |
| 63 | Fullz | February-19 | FULLZ W/ DRIVER LICENSE SCAN | Fullz | $26.00 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Dream | |
| 64 | Fullz | February-19 | HQ US Fullz - Credit Report with 700+SSN DOB | Fullz with Financial Information | $20.99 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Empire | |

**Stephen Adkins, et al. v. Facebook, Inc.**
Summary of "Fullz" Information  Market Values on the Dark Web

| | Type of Account | Date | Market Item Description/Article's Item Description | Category | Price/Value on Dark Web per User Account | Publication | Source / Additional Information | Market | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 65 | Fullz | February-19 | CHEAPEST HIGH QUALITY USA FULLZ - SSN, DOB, CREDI… | Fullz with Financial Information | $20.80 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Dream | |
| 66 | Fullz | February-19 | USA Space Business Fullz EIN Credit report | Fullz with Financial Information | $20.80 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Dream | |
| 67 | Fullz | February-19 | Ultra HQ Random USA Fullz | Fullz | $16.00 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Empire | |
| 68 | Fullz | February-19 | Complete USA Fullz -700 | Fullz with Financial Information | $15.00 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Empire | |
| 69 | Fullz | February-19 | SUPER FULLZ WITH EMAIL ACCESS USA ONLY | Fullz | $13.93 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Berlusconi | |
| 70 | Fullz | February-19 | MO & CA Loan Fullz | Fullz with Financial Information | $13.68 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Wallstreet | |
| 71 | Fullz | February-19 | VHQ UK Fullz | Fullz | $11.96 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Dream | UK |
| 72 | Fullz | February-19 | SSN + DoB | Partial Fullz | $11.40 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Berlusconi | |
| 73 | Fullz | February-19 | US Fullz w DL number | Fullz | $10.40 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Dream | |
| 74 | Fullz | February-19 | Quality US Fullz (SSN-DOB-DL & MORE)$10 | Partial Fullz | $10.00 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Empire | |
| 75 | Fullz | February-19 | FULL INFO US (DOB SSN, Documents number) | Partial Fullz | $9.99 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Empire | |
| 76 | Fullz | February-19 | Premium Profiles USA FULLZ | Fullz | $7.00 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Empire | |
| 77 | Fullz | February-19 | Cheapest SSN & DOB $0.2 each!! | Partial Fullz | $5.20 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Dream | [1] |
| 78 | Fullz | February-19 | FULLZ - SSN - DOB | Partial Fullz | $5.20 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Dream | |
| 79 | Fullz | February-19 | SSN/DOB OF USA | Partial Fullz | $5.19 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Dream | |
| 80 | Fullz | February-19 | UK DEAD FULLZ | Fullz | $5.00 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Empire | UK |
| 81 | Fullz | February-19 | USA FULLZ with SSN, D.O.B. and DRIVERS LICENSE W/ Scans | Partial Fullz | $5.00 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Wallstreet | |
| 82 | Fullz | February-19 | USA ARMY FULLZ | Fullz | $5.00 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Empire | |
| 83 | Fullz | February-19 | USA FULL NAME DOB SSN ADDRESS | Partial Fullz | $5.00 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Tochka | |
| 84 | Fullz | February-19 | USA - Personal info / SSN | Partial Fullz | $4.56 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Berlusconi | |
| 85 | Fullz | February-19 | Full info, only valid info SSN, DOB, New Mexico sta… | Partial Fullz | $3.12 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Dream | |
| 86 | Fullz | February-19 | USA fullz Social Security Number and Date of Birth | Partial Fullz | $2.99 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Wallstreet | |
| 87 | Fullz | February-19 | Personal Information SSN - DOB, etc. | Partial Fullz | $2.93 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Berlusconi | |
| 88 | Fullz | February-19 | Real Persons Documents (ID, DL, Passport) see full list | Fullz | $2.17 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Berlusconi | |

**Stephen Adkins, et al. v. Facebook, Inc.**
Summary of "Fullz" Information  Market Values on the Dark Web

| | Type of Account | Date | Market Item Description/Article's Item Description | Category | Price/Value on Dark Web per User Account | Publication | Source / Additional Information | Market | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 89 | Fullz | February-19 | USA FULL (NAME DOB SSN ADDRESS) | Partial Fullz | $2.00 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Tochka | |
| 90 | Fullz | February-19 | Fresh USA Full SSN-DOB Instant Shipping | Partial Fullz | $2.00 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Wallstreet | |
| 91 | Fullz | February-19 | Fresh USA Full SSN-DOB Instant Shipping | Partial Fullz | $2.00 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Wallstreet | |
| 92 | Fullz | February-19 | HQ Random Fullz US SSN/DOB with Marital Profile | Partial Fullz | $2.00 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Wallstreet | |
| 93 | Fullz | February-19 | FRESH USA FULLZ - $1.5 each | Fullz | $1.50 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Empire | |
| 94 | Fullz | February-19 | USA FULLZ SSN+DOB+DL+BG+CR | Fullz with Financial Information | $1.04 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Dream | |
| 95 | Fullz | February-19 | California State Random Fullz $0.75 (Auto-Dispatch only) 1950 - 1990 | Fullz | $1.00 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Empire | |
| 96 | Fullz | February-19 | New York City Fullz (Auto dispatch only) Random Dobb , Gender , County | Fullz | $1.00 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Empire | |
| 97 | Fullz | February-19 | FRESH USA FULLZ (SSN+DOB) $1 | Partial Fullz | $0.99 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Empire | |
| 98 | Fullz | February-19 | Random State fullz (Cheapest on Empire Autodispatch) 1940 - 1990 | Fullz | $0.75 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Empire | |
| 99 | Fullz | February-19 | US FULLZ INFO SSN+DOB MISSOURI (MO) $0.49 | Partial Fullz | $0.49 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Wallstreet | |
| 100 | Fullz | February-19 | US SSN + DOB Minnesota (MN) $0.49 | Partial Fullz | $0.49 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Wallstreet | |
| 101 | Fullz | February-19 | US SSN + DOB Oklahoma (OK) $0.19 SALE | Partial Fullz | $0.19 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Wallstreet | |
| 102 | Fullz | February-19 | US SSN + DOB Idaho (ID) $0.19 | Partial Fullz | $0.19 | Top10VPN | https://www.top10vpn.com/news/privacy/dark-web-market-price-index-2019-us-edition/ | Wallstreet | |
| 103 | Fullz | March-19 | SSN, name, DOB, account numbers | Fullz with Financial Information | $30.00 | Experian | https://www.experian.com/blogs/ask-experian/heres-how-much-your-personal-information-is-selling-for-on-the-dark-web/ | N/A | |
| 104 | SSN | March-19 | SSN | SSN | $1.00 | Experian | https://www.experian.com/blogs/ask-experian/heres-how-much-your-personal-information-is-selling-for-on-the-dark-web/ | N/A | |
| 105 | SSN | 2019 | SSN "Your SSN can sell for as little as $1" | SSN | $1.00 | VOX & Creditwise | https://www.theverge.com/ad/18283053/how-much-does-social-security-sell-for-on-dark-web | N/A | |
| 106 | SSN | 2019 | SSN  Range from $1 to $8. | SSN | $4.50 | Truthfinder | https://www.truthfinder.com/dark-web/ | N/A | |
| 107 | Fullz | 2019 | US Fullz - Bulk Sales Only. Insurance Company Database.  Good or Excellent Credit.  Name, Address, Phone #, DL#, SSN, DOB, Bank Name, Routing #, Checking Acct #, Draft date for auto monthly payment, Medical Records.  5 = $40 | Fullz with Financial Information | $8.00 | Truthfinder | https://www.truthfinder.com/dark-web/ | N/A | Bulk |
| 108 | Fullz | 2019 | US Fullz - Bulk Sales Only. Insurance Company Database.  Good or Excellent Credit.  Name, Address, Phone #, DL#, SSN, DOB, Bank Name, Routing #, Checking Acct #, Draft date for auto monthly payment, Medical Records.  10 = $70 | Fullz with Financial Information | $7.00 | Truthfinder | https://www.truthfinder.com/dark-web/ | N/A | Bulk |
| 109 | Fullz | 2019 | US Fullz - Bulk Sales Only. Insurance Company Database.  Good or Excellent Credit.  Name, Address, Phone #, DL#, SSN, DOB, Bank Name, Routing #, Checking Acct #, Draft date for auto monthly payment, Medical Records.  15 - $110 | Fullz with Financial Information | $7.30 | Truthfinder | https://www.truthfinder.com/dark-web/ | N/A | Bulk |

**Stephen Adkins, et al. v. Facebook, Inc.**
Summary of "Fullz" Information  Market Values on the Dark Web

| | Type of Account | Date | Market Item Description/Article's Item Description | Category | Price/Value on Dark Web per User Account | Publication | Source / Additional Information | Market | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 110 | Fullz | 2019 | US Fullz - Bulk Sales Only. Insurance Company Database.  Good or Excellent Credit.  Name, Address, Phone #, DL#, SSN, DOB, Bank Name, Routing #, Checking Acct #, Draft date for auto monthly payment, Medical Records.  20 = $140 | Fullz with Financial Information | $7.00 | Truthfinder | https://www.truthfinder.com/dark-web/ | N/A | Bulk |
| 111 | Fullz | 2019 | US Fullz - Bulk Sales Only. Insurance Company Database.  Good or Excellent Credit.  Name, Address, Phone #, DL#, SSN, DOB, Bank Name, Routing #, Checking Acct #, Draft date for auto monthly payment, Medical Records.  30 = $210 | Fullz with Financial Information | $7.00 | Truthfinder | https://www.truthfinder.com/dark-web/ | N/A | Bulk |
| 112 | Fullz | 2019 | US Fullz - Bulk Sales Only. Insurance Company Database.  Good or Excellent Credit.  Name, Address, Phone #, DL#, SSN, DOB, Bank Name, Routing #, Checking Acct #, Draft date for auto monthly payment, Medical Records.  40 = $280 | Fullz with Financial Information | $7.00 | Truthfinder | https://www.truthfinder.com/dark-web/ | N/A | Bulk |
| 113 | Fullz | 2019 | US Fullz - Bulk Sales Only. Insurance Company Database.  Good or Excellent Credit.  Name, Address, Phone #, DL#, SSN, DOB, Bank Name, Routing #, Checking Acct #, Draft date for auto monthly payment, Medical Records.  50 = $320 | Fullz with Financial Information | $6.40 | Truthfinder | https://www.truthfinder.com/dark-web/ | N/A | Bulk |

| | Fullz and Partial Fullz Market Summary Statistics | | |
|---|---|---|---|
| | **Fullz** | **Fullz with Financial** | **Partial Fullz** |
| **Min** | $0.75 | $1.00 | $0.19 |
| **Max** | $75.00 | $150.00 | $20.80 |
| **Mean** | $19.48 | $37.77 | $4.41 |
| **Median** | $14.97 | $31.20 | $3.00 |

Notes:
[1]    The value of this PII is unclear as Top10vpn concluded $5.20, but the text says $0.20.

# Stephen Adkins, et al. v. Facebook, Inc.

## Calculation of Facebook Data Security Labor Rate

| | 2017 | | | 2018 | | |
|---|---|---|---|---|---|---|
| **Facebook Cost Center** | **Payroll Expenses** | **Headcount** | **Average Salary** | **Payroll Expenses** | **Headcount** | **Average Salary** |
| Infra(Privacy and Data Use) | $0 | | $0 | $5,477,668 | 38 | $144,149 |
| Infra ENG(Privacy and Data Use) | 0 | | 0 | 16,673,107 | 84 | 198,489 |
| Infra(Security) | 10,242,633 | 38 | 269,543 | 10,625,409 | 41 | 259,156 |
| Infra ENG(Security) | 31,753,413 | 142 | 223,616 | 31,619,595 | 136 | 232,497 |
| Privacy Policy | 0 | | 0 | 8,461,103 | 43 | 196,770 |
| Infra Network Security | 1,812,723 | 7 | 258,960 | 2,503,126 | 10 | 250,313 |
| PHYSICAL SECURITY | 1,981,556 | 9 | 220,173 | 4,003,974 | 19 | 210,735 |
| **Total** | **$45,790,325** | **196** | **$233,624** | **$79,363,983** | **371** | **$213,919** |

Notes:

[1]    FB-SCHMIDT-000055931.

## Stephen Adkins, et al. v. Facebook, Inc.

**Calculation of Annual Facebook Data Security Spend**

| Cost Center | 2017 Actual | 2018 Budget | 2018 Actual | 2019 Budget |
|---|---|---|---|---|
| Infra(Privacy and Data Use) | $0 | $7,029,067 | $7,108,576 | $39,512,680 |
| Infra ENG(Privacy and Data Use) | 0 | 15,399,159 | 21,458,040 | 68,738,984 |
| Infra(Security) | 21,146,486 | 29,793,519 | 27,485,493 | 34,220,273 |
| Infra ENG(Security) | 65,118,393 | 99,661,066 | 78,667,703 | 82,326,002 |
| Privacy Policy | 0 | 5,990,573 | 15,032,752 | 46,000,474 |
| Infra Network Security | 1,812,723 | 2,921,499 | 2,503,126 | 9,490,419 |
| PHYSICAL SECURITY | 27,163,838 | 48,685,000 | 53,692,663 | 59,287,702 |
| **Total** | **$115,241,440** | **$209,479,884** | **$205,948,353** | **$339,576,534** |

Notes:

[1]  FB-SCHMIDT-000055931.

**Stephen Adkins, et al. v. Facebook, Inc.**

**Formula for Calculating Time Spent Dealing with the Data Breach Announcement**

| Steps Data Breach Victims Should Take: [1] |
|---|
| 1 Research the Data Breach |
| 2 Change Passwords |
| 3 Check Credit Reports |
| 4 Actively Monitor Accounts |
| 5 Obtain Identity Theft Protection |
| 6 File Taxes Early |

| | 1 | 2 | 3 | 4 | 5 | 6 | |
|---|---|---|---|---|---|---|---|
| **Class Member** | **Researching Facebook Data Breach** | **Resetting Passwords** | **Check Credit Reports** | **Monitor Accounts** | **Obtain Identity Theft Protection** | **File Taxes Early** | **Total** |
| Adkins | 60 | 3 | 0 | 45 | 0 | 0 | 108 |
| Total time (minutes) | 60 | 3 | 0 | 45 | 0 | 0 | 108 |
| **Hours** | | | | | | | **1.80** |

Notes:

[1]   See, for example,  https://www.lifelock.com/learn-data-breaches-steps-to-take-right-after-a-data-breach.html and https://www.daveramsey.com/blog/data-breach-impacts.

[2]   Adkins deposition, pp. 204, 243,244, and 422-424.  Note, as part of the monitoring process, Mr. Adkins determined it necessary to cancel one of his credit cards.