# EXHIBIT K



Deposition of:
# Confidential OAO Emily Behar

*July 17, 2020*

In the Matter of:

# In Re: Capital One Consumer Data Security Breach L

Veritext Legal Solutions
800.808.4958 | calendar-atl@veritext.com | 770.343.9696

Case 1:19-md-02915-AJT-JFA    Document 1432-11    Filed 05/28/21    Page 3 of 5
Confidential - Emily Behar    July 17, 2020
PageID# 23784
In Re: Capital One Consumer Data Security Breach L

Page 134

1   identifying information?
2       A.   No.
3       Q.   Do you understand what I mean when I use
4   the phrase "personal identifying information"?
5       A.   My Social Security number, my name, my --
6   my information.  Yeah.  Isn't that what it means?
7       Q.   Yes, ma'am.  That's what I'm referring to.
8            I'm referring to your Social Security
9   number, your name, date of birth, address, that type
10  of information that -- specifically that you
11  provided to Capital One and that was -- that may
12  have been accessed as part of the data breach.
13           That's what I'm referring to.  Does that
14  sound okay?
15      A.   Have I -- but you're asking me if I ever
16  sold it, and I never sold it.
17      Q.   Right.  And you've never tried to sell any
18  of that; right?
19      A.   No.  Correct.
20      Q.   Would you ever attempt to sell that type
21  of information if somebody gave you the opportunity?
22      A.   No.
23      Q.   Do you think you could even sell that type
24  of information?
25      A.   I'm sure --

Aug 28 20, 10:27a    marty                                    5616370347         p.1

                                                        *[illegible header line]*    Jul 17 2020

Page 190

```
1    ERRATA for ASSIGNMENT #491051
2    I, the undersigned, do hereby certify that I have
     read the transcript of my testimony, and that
3
4       ✓ There are no changes noted.
5       ___ The following changes are noted:
6
     Pursuant to Rule 30(7)(e) of the Federal Rules of
7    Civil Procedure and/or OCGA 9-11-30(e), any changes
     in form or substance which you desire to make to
8    your testimony shall be entered upon the deposition
     with a statement of the reasons given for making
9    them. To assist you in making any such corrections,
     please use the form below. If additional pages are
10   necessary, please furnish same and attach.
11   Page _____ Line _____ Change to: _____

12   Reason for change: _____
13   Page _____ Line _____ Change to: _____

14   Reason for change: _____
15   Page _____ Line _____ Change to: _____

16   Reason for change: _____
17   Page _____ Line _____ Change to: _____

18   Reason for change: _____
21   Page _____ Line _____ Change to: _____
22   Reason for change: _____
23   Page _____ Line _____ Change to: _____

24   Reason for change: _____
25
```

Veritext Legal Solutions
800.808.4958                                       770.343.9696

Confidential OAO Emily Behar  July 17, 2020
In Re: Capital One Consumer Data Security Breach L

Page 191

1   Page _____ Line _____ Change to: _____
2   Reason for change: _____
3   Page _____ Line _____ Change to: _____
4   Reason for change: _____
6   
7   Page _____ Line _____ Change to: _____
8   Reason for change: _____
9   Page _____ Line _____ Change to: _____
10  Reason for change: _____
    Page _____ Line _____ Change to: _____
11
    Reason for change: _____
12
    Page _____ Line _____ Change to: _____
13
    Reason for change: _____
14
    Page _____ Line _____ Change to: _____
15
    Reason for change: _____
16  Page _____ Line _____ Change to: _____
17  Reason for change: _____
18
19      Emily Behar
20      DEPONENT'S SIGNATURE
        Sworn to and subscribed before me this 28 day
21
        of August, 2020.
22
23
    Notary Public
24
    My commission expires _____
25