# EXHIBIT C

**IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION**

Attorneys Eyes Only                Brian Bentzen on 11/17/2020

```
 1                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF VIRGINIA
 2                        ALEXANDRIA DIVISION

 3

 4
      IN RE: CAPITAL ONE CONSUMER        )
 5    DATA SECURITY BREACH LITIGATION,   ) MDL No. 1:19md2915
                                         )        (AJT/JFA)
 6                                       )

 7

 8                          -   -   -

 9

10               VIDEOTAPED WEBCAM DEPOSITION OF
                         BRIAN BENTZEN
11                    CONDUCTED REMOTELY
                      NOVEMBER 17, 2020
12                    10:00 A.M. (EST)

13

14              ** ATTORNEYS EYES ONLY **

15

16

17        REPORTED BY:
                 STEVE HUSEBY, RPR
18                  CCR-B-1372

19

20

21

22

23

24

25
```

IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION

```
 1      APPEARANCES OF COUNSEL:

 2
        On Behalf of the Plaintiff:
 3
                (Appearance via webcam)
 4              JILLIAN R. DENT, Esq.
                BARRETT J. VAHLE, Esq.
 5              Stueve Siegel Hanson, LLP
                460 Nichols Rd
 6              Kansas City, MO 64112
                Tel: (816) 714-7142
 7              Dent@stuevesiegel.com
                Vahle@stuevesiegel.com
 8

 9      On Behalf of the Capital One Defendants:

10              (Appearance via webcam)
                PETER STARR, Esq.
11              King & Spalding, LLP
                1180 Peachtree Street, N.E.
12              Atlanta, GA 30309
                Tel: (404) 572-4600
13              Pstarr@kslaw.com

14
        On Behalf of the Amazon Defendants:
15
                (Appearance via webcam)
16              TYLER G. NEWBY, Esq.
                JANIE YOO MILLER, Esq.
17              Fenwick & West LLP
                555 California Street
18              San Francisco, CA 94104
                Tel: (415) 875-2300
19              Tnewby@fenwick.com
                Jmiller@fenwick.com
20

21

22
        Videographer: Roosevelt Harrison
23
                            -   -   -
24

25
```

IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION
Attorneys Eyes Only               Brian Bentzen on 11/17/2020               Page 26



```
13              MR. VAHLE:  Ms. Dent, could I have tab

14   11, please.

15              (Plaintiff's Exhibit 768

16              marked for identification).

17              MR. NEWBY:  I don't -- I'm not seeing

18   any of the exhibits showing up in the share file.

19              MR. VAHLE:  If you attempt to refresh

20   it, it may help.  But --

21              MR. NEWBY:  I did.

22              MR. VAHLE:  If Ms. Dent is having any

23   trouble, Jillian, please feel free to speak up on the

24   record.

25              MS. DENT:  Tyler, they should be in the
```

IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION
Attorneys Eyes Only          Brian Bentzen on 11/17/2020                    Page 27

```
 1   folder, in the public folder labeled AWS 30(b)(6)

 2   Bentzen, 11-17-2020.  Do you see that?

 3                  MS. MILLER:  Jillian, this is Janie.

 4   Currently there's only tab 1.

 5                  MR. NEWBY:  I found it now.

 6                  MR. STARR:  That's right, I can only

 7   see tab 1 as well.

 8                  MS. MILLER:  I just copied over the

 9   second tab that Barrett just asked for which should be

10   Exhibit 768.

11                  MR. STARR:  I see that.

12                  MS. MILLER:  Do you see it?

13                  MR. STARR:  I see Exhibit 768 now.

14   BY MR. VAHLE:

15      Q.   Mr. Bentzen, I'll ask you to review briefly

16   or however slowly you wish this document, and then my
```

IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION
Attorneys Eyes Only          Brian Bentzen on 11/17/2020                    Page 28



```
 9                     MR. VAHLE:  Mr. Newby, can I have a

10    stipulation as to authenticity and the business

11    records exception to the hearsay rule as to Exhibit

12    768?

13                     MR. NEWBY:  So stipulated.

14    BY MR. VAHLE:
```

**IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION**

Attorneys Eyes Only            Brian Bentzen on 11/17/2020                    Page 39

1      for that confusion caused by the document.

2          But interrogatory number two there asked AWS and

3      Amazon to describe any financial benefit or profit you

4      receive from helping Capital One -- helping build

5      Capital One's cloud environment.  Do you see that?

6          A.    I do.

7          Q.    If you can turn now down to the page with

8      the page number 6 on it?

9          A.    Can I read this one second?

10         Q.    Of course you can.  Take your time.

11         A.    Okay, thank you.  (Witness reviews

12     document).  Okay.

13         Q.    So if you could turn down to page six,

14     Mr. Bentzen, right there, and this is the answer that

15     Amazon gave on October 30th.  And I just want to ask a

16     couple of followups on it.  You see the first sentence

**IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION**

Attorneys Eyes Only                    Brian Bentzen on 11/17/2020                    Page 40



**IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION**



**IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION**



**IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION**

| Attorneys Eyes Only | Brian Bentzen on 11/17/2020 | Page 53 |
|---|---|---|



14                MR. NEWBY:  Object to the form of the

15   question.  You may answer if you know.

**IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION**

Attorneys Eyes Only                    Brian Bentzen on 11/17/2020                    Page 54



18                    MR. NEWBY:  Object to the form.

**IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION**

Attorneys Eyes Only                    Brian Bentzen on 11/17/2020                    Page 55



**IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION**

Attorneys Eyes Only                    Brian Bentzen on 11/17/2020                    Page 56



**IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION**

Attorneys Eyes Only                  Brian Bentzen on 11/17/2020                        Page 57



```
23                   MR. VAHLE:  And I'll just ask Mr. Newby

24     if AWS has not already produced the data file to

25     please do so.
```

**IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION**

Attorneys Eyes Only          Brian Bentzen on 11/17/2020                    Page 58

```
1              MR. NEWBY:  The -- we can talk about

2    this offline, but I'll need a little more

3    clarification about what you mean.

4              MR. VAHLE:  Sure.

5    BY MR. VAHLE:
```



**IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION**

Attorneys Eyes Only                    Brian Bentzen on 11/17/2020                    Page 59



**IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION**

Attorneys Eyes Only                    Brian Bentzen on 11/17/2020                    Page 60



**IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION**



**IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION**

Attorneys Eyes Only                    Brian Bentzen on 11/17/2020                    Page 62



**IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION**

Attorneys Eyes Only                    Brian Bentzen on 11/17/2020                    Page 63



**IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION**

Attorneys Eyes Only                    Brian Bentzen on 11/17/2020                    Page 64



**IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION**



**IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION**

Attorneys Eyes Only                Brian Bentzen on 11/17/2020                                Page 66



```
10                MR. NEWBY:  Objection to form.
11                MR. STARR:  Objection to form.
```

**IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION**

Attorneys Eyes Only                  Brian Bentzen on 11/17/2020                  Page 67



IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION

Attorneys Eyes Only                    Brian Bentzen on 11/17/2020                    Page 100



1           I was contacted by the offices of

2    Huseby, Inc. to provide court

3    reporting services for this deposition.

4    I will not be taking this deposition under

5    any contract that is prohibited by O.C.G.A.

6    15-14-7 (a) or (b).

7           I have no written contract to

8    provide reporting services with any party

9    to the case, any counsel in the case, or

10   any reporter or reporting agency from whom

11   a referral might have been made to cover

12   this deposition.  I will charge my usual

13   and customary rates to all parties in the

14   case.

15       This, the 29th day of November, 2020.

16

17   _____

     STEVE S. HUSEBY, CCR-B-1372
18   My Commission Expires
     December 3rd, 2022.
19

20

21

22

23

24

25