IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE: CAPITAL ONE CONSUMER        )
DATA SECURITY BREACH LITIGATION    )        MDL No. 1:19md2915 (AJT/JFA)
                                   )

This Document Relates to CONSUMER Cases

## ORDER

It is hereby

ORDERED that the hearing currently scheduled in this matter for Friday, June 25, 2021

be, and the same hereby is, **CONTINUED** to **Wednesday, June 30, 2021 at 10:00 a.m.** via

Zoom videoconferencing.

The Clerk is directed to forward a copy of this Order to all counsel of record.

_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
June 1, 2021