# UNITED STATES DISTRICT COURT
# REMOTE STATUS CONFERENCE MINUTES

Date: **6/8/2021**　　　　　　　　Judge:　　Anthony J. Trenga / John F. Anderson
Time: **2:00 – 2:11**　　　　　　　Reporter:　　Rhonda Montgomery
　　　　　　　　　　　　　　　　　Deputy Clerk:　Dani Zirk / Whitney Garnett

Case Number: **1:19-md-2915**

### IN RE: CAPITAL ONE CUSTOMER DATA SECURITY BREACH LITIGATION

APPEARANCES:
　　Counsel present via Zoom.

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| **Norman Siegel** | **David Balser (Capital One)** |
| **Karen Riebel** | **Robert Angle (Capital One)** |
| **John Yanchunis** | **Tyler Newby (Amazon)** |
| | **Robert Vieth (Amazon)** |

PROCEEDINGS:

This matter came on for a Status Hearing. Counsel updates the Court on the status of the matter. In-Person Motion Hearings set for 7/12/2021 and 7/13/2021 at 10:00 a.m.