IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| IN RE: CAPITAL ONE CONSUMER | ) | |
| DATA SECURITY BREACH LITIGATION | ) | MDL No. 1:19md2915 (AJT/JFA) |
| | ) | |

This Document Relates to CONSUMER Cases

## ORDER

It is hereby

ORDERED that a hearing on the following Motions:

1. Capital One's Motion Suggesting Lack of Jurisdiction [Doc. No. 1385];

2. Capital One and Amazon's Motions to Exclude the Report and Testimony of Kevin Mitnick, Terry M. Long, Brian Kelley, and Gary D. Olson [Doc. Nos. 1389, 1394, 1397, 1427, 1431];

3. Plaintiff's Rule 72(a) Objections to Order Granting Capital One's Motion for Leave to Amend Answer [Doc. No. 1366]; and

4. Motion for Class Certification [Doc. No. 1259]

be, and the same hereby is, **SCHEDULED** for **Monday and Tuesday, July 12-13, 2021 at 10:00 a.m.** and the hearing will be conducted in person.

The Clerk is directed to forward a copy of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
June 8, 2021