UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION | ) ) ) ) ) MDL No. 1:19-md-02915 (AJT-JFA) |

**This Document Relates to the Consumer Cases**

**<u>DEFENDANTS AMAZON.COM, INC. AND AMAZON WEB SERVICES, INC.'S
MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants Amazon.com, Inc. and Amazon Web Services, Inc. ("Amazon") respectfully move for summary judgment. For the reasons set forth in the accompanying memorandum of law and supporting exhibits, Amazon seeks summary judgment on the claims asserted against it by the Representative Plaintiffs in the Second Amended Representative Consumer Class Action Complaint (Dkt. 971), specifically Counts 1, 2, 3, 4, 8, 9, 10, 11, 12, 13, 14, and 15.

Dated:   July 2, 2021                             Respectfully submitted,

*/s/ Robert R. Vieth*
Robert R. Vieth, Esq. (VSB No. 24304)
**HIRSCHLER FLEISCHER, PC**
8270 Greensboro Drive, Suite 700
Tysons Corner, VA  22102
T:  (703) 584-8366
F:  (703) 584-8901
Email:  rvieth@hirschlerlaw.com

*Local counsel for Defendants Amazon.com, Inc. and Amazon Web Services, Inc.*

Tyler G. Newby (admitted *pro hac vice*)
Laurence F. Pulgram (admitted *pro hac vice*)
Jedediah Wakefield (admitted *pro hac vice*)
Vincent Barredo (admitted *pro hac vice*)
Andrew M. Lewis (admitted *pro hac vice*)
Janie Y. Miller (admitted *pro hac vice*)
Meghan E. Fenzel (admitted *pro hac vice*)
Sarah V. Lightstone (admitted *pro hac vice*)
Rina Plotkin (admitted *pro hac vice*)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:     (415) 281-1350
Email:  tnewby@fenwick.com
            lpulgram@fenwick.com
            jwakefield@fenwick.com
            vbarredo@fenwick.com
            alewis@fenwick.com
            jmiller@fenwick.com
            mfenzel@fenwick.com
            slightstone@fenwick.com
            rplotkin@fenwick.com

*Counsel for Defendants Amazon.com, Inc. and Amazon Web Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Robert R. Vieth*
Robert R. Vieth, Esq. (VSB No. 24304)
**HIRSCHLER FLEISCHER, PC**
8270 Greensboro Drive, Suite 700
Tysons, Virginia 22102
T:  (703) 584-8366
F:  (703) 584-8901
Email:  rvieth@hirschlerlaw.com