# EXHIBIT 33
# [ENTIRELY UNDER SEAL]