# EXHIBIT 51
# [ENTIRELY UNDER SEAL]