## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s):     **Jillian R. Dent, Siegel, Hanson LLP**

**460 Nichols Road, Suite 200**

**Kansas City, MO 64112**

Electronic Device(s):     **Laptop Computer**

_____

Purpose and Location Of Use:     **Ability to access and display demonstrative exhibits during two day hearing on multiple motions by all parties.**

Case No.:     **Civil Action No. 1:19-md-2915**

Date(s) Authorized:     **July 12, 2021 and July 13, 2021**

IT Clearance Waived:     ___X___(Yes)          _____(No)

APPROVED BY:

Date:___07/07/2021_____          _____ gistrate/Bankruptcy Judge

Anthony J. Trenga
United States District Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:     _____          _____
                  IT Staff Member                                   Date(s)

**IT clearance must be completed, unless waived, before court appearance.**