# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): **Kate M. Baxter-Kauf, Lockridge Grindal Nauen P.L.L.P.**

**100 Washington Avenue South, Suite 2200**

**Minneapolis, MN 55401**

Electronic Device(s): **Laptop computer**

Purpose and Location Of Use: **Ability to access and display demonstrative exhibits during two day hearing on multiple motions by all parties.**

Case No.: **Civil Action No. 1:19-md-2915**

Date(s) Authorized: **July 12, 2021 and July 13, 2021**

IT Clearance Waived: __X__(Yes)    _____(No)

APPROVED BY:

Date: 07/07/2021

/s/ Anthony J. Trenga
United States District Judge
_____ agistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: _____    _____
              IT Staff Member                        Date(s)

**IT clearance must be completed, unless waived, before court appearance.**