IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION ) ) ) ) **This Document Relates ONLY to the following case:** ) ) ) ) MARCUS MINSKY, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) v. ) ) CAPITAL ONE FINANCIAL CORPORATION, *et al.*, ) ) ) Defendants. ) ) | MDL No. 1:19-md-2915 (AJT/JFA)  Case No. 1:19-cv-1472 (AJT/JFA) |

## ORDER

Pending before the Court is Defendants' Motion for Leave to File Supplemental Authorities [Doc. No. 1599] (the "Motion" or "Mot."). Upon consideration of the Motion, it is hereby

ORDERED that the Defendants' Motion for Leave to File Supplemental Authorities [Doc. No. 1599] be, and the same hereby is, **GRANTED**; and it is further

ORDERED that Plaintiffs are directed to file their response within fourteen (14) days from the date of this Order.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
July 15, 2021