# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: CAPITAL ONE CONSUMER )<br>DATA SECURITY BREACH LITIGATION )<br>_____ ) | MDL No. 1:19md2915 (AJT/JFA) |

This Document Relates to Consumer Cases

## CAPITAL ONE'S RESPONSE TO COURT'S ORDER OF JULY 19, 2021 [DKT. NO. 1753]

Defendants, Capital One Financial Corporation, Capital One Bank (USA), N.A., and Capital One, N.A. (collectively, "Capital One"), by counsel, respectfully respond to the Court's Order of July 19, 2021 [Dkt. No. 1753], requiring Capital One to explain "why any additional redactions are needed to the already redacted pleadings at docket numbers 1632 and 1659." Amazon has submitted briefing addressing the Court's concerns about the two filings and the basis for its request. (*See* Dkt. Nos. 1756 & 1761). Capital One has no additional requests with respect to those filings and consents to the sealing sought by Plaintiffs and Amazon in the revised submissions. Should the Court require any additional information, Capital One will submit a supplemental response if ordered.

Respectfully submitted this 21st day of July, 2021.

/s/ S. Mohsin Reza
S. Mohsin Reza

David L. Balser (*pro hac vice*)
S. Stewart Haskins II (*pro hac vice*)
John C. Toro (*pro hac vice*)
Kevin J. O'Brien (VSB No. 78886)
Robert D. Griest (*pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Tel.: (404) 572-4600
Fax: (404) 572-5140

dbalser@kslaw.com
shaskins@kslaw.com
jtoro@kslaw.com
kobrien@kslaw.com
rgriest@kslaw.com

Robert A. Angle (VSB No. 37691)
Tim St. George (VSB No. 77349)
Jon S. Hubbard (VSB No. 71089)
Harrison Scott Kelly (VSB No. 80546)
**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
1001 Haxall Point
Richmond, VA 23219
Tel.: (804) 697-1200
Fax: (804) 697-1339
robert.angle@troutman.com
jon.hubbard@troutman.com
timothy.st.george@troutman.com
scott.kelly@troutman.com

Mary C. Zinsner (VSB No. 31397)
S. Mohsin Reza (VSB No. 75347)
**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
401 9th Street, NW, Suite 1000
Washington, DC 20004
Tel.: (202) 274-1932
Fax: (202) 274-2994
mary.zinsner@troutman.com
mohsin.reza@troutman.com

*Counsel for Capital One*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2021, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/ s /

S. Mohsin Reza
*Counsel for Capital One*

117922275v1