UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION | )<br>) MDL No. 1:19md2915 (AJT/JFA)<br>) |

This Document Relates to CONSUMER Cases

### CAPITAL ONE'S MOTION *IN LIMINE* TO EXCLUDE FROM EVIDENCE IN CONNECTION WITH SUMMARY JUDGMENT DOCUMENTS ISSUED BY THE OFFICE OF THE COMPTROLLER OF THE CURRENCY

Defendants Capital One Financial Corporation, Capital One Bank (USA), National Association, and Capital One, National Association, respectfully move to exclude from evidence in connection with Summary Judgment documents issued by the Office of the Comptroller of the Currency in accordance with the Federal Rules of Evidence and Federal Rule of Civil Procedure 56. The grounds for this motion are set forth in the accompanying memorandum of law and supporting exhibits.

Dated: August 2, 2021

Respectfully submitted,

*/s/*_____
David L. Balser (*pro hac vice*)
S. Stewart Haskins II (*pro hac vice*)
Susan M. Clare (*pro hac vice*)
John C. Toro (*pro hac vice*)
Kevin J. O'Brien (VSB No. 78886)
Robert D. Griest (*pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Tel.: (404) 572-4600
Fax: (404) 572-5140
dbalser@kslaw.com
shaskins@kslaw.com
sclare@kslaw.com
jtoro@kslaw.com

kobrien@kslaw.com
rgriest@kslaw.com

Robert A. Angle (VSB No. 37691)
Tim St. George (VSB No. 77349)
Jon S. Hubbard (VSB No. 71089)
Harrison Scott Kelly (VSB No. 80546)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
1001 Haxall Point
Richmond, VA 23219
Tel.: (804) 697-1200
Fax: (804) 697-1339
robert.angle@troutman.com
timothy.st.george@troutman.com
jon.hubbard@troutman.com
scott.kelly@troutman.com

Mary C. Zinsner (VSB No. 31397)
S. Mohsin Reza (VSB No. 75347)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
401 9th Street, NW, Suite 1000
Washington, DC 20004
Tel.: (202) 274-1932
Fax: (202) 274-2994
mary.zinsner@troutman.com
mohsin.reza@troutman.com

*Counsel for Capital One Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2021, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/*
David L. Balser
*Counsel for Capital One*
