# EXHIBIT A

**IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION**

Confidential                              Don Barber on 09/22/2020

```
 1              UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF VIRGINIA
 2                  ALEXANDRIA DIVISION

 3                              )
                                )
 4                              )
                                )
 5    IN RE:  CAPITAL ONE        )
      CONSUMER DATA SECURITY     )   MDL No. 1:19md2915
 6    BREACH LITIGATION          )   (AJT/JFA)
                                )
 7                              )   CONFIDENTIAL; SUBJECT
                                )   TO PROTECTIVE ORDER
 8                              )
                                )
 9                              )
                                )
10                              )

11
                       - - -
12

13        Videotaped Videoconference Deposition of

14                   DON BARBER

15              (Taken by Plaintiffs)

16               Atlanta, Georgia

17              September 22, 2020

18     CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

19   Reported by:   Lynne C. Fulwood

20              Certified Court Reporter

21

22

23

24

25
```

IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION

Confidential                    Don Barber on 09/22/2020                    Page 2

```
 1   STATE OF GEORGIA

 2   COUNTY OF COBB

 3   VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF DON

 4   BARBER

 5

 6              Pursuant to Article 8.B of the RULES AND

 7   REGULATIONS OF THE BOARD OF COURT REPORTING OF THE

 8   JUDICIAL COUNCIL OF GEORGIA, I make the following

 9   disclosure:

10              I am a Georgia Certified Court Reporter.

11   I am here as a representative of Huseby Global

12   Litigation.

13              Huseby Global Litigation was contacted by

14   the offices of MORGAN AND MORGAN, to provide court

15   reporting services for this deposition.  Huseby

16   Global Litigation will not be taking this deposition

17   by O.C.G.A. 15-14-37 (a) and (b).

18

19

20

21

22

23

24

25
```

IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION

Confidential                        Don Barber on 09/22/2020                        Page 3

```
 1      ON BEHALF OF THE PLAINTIFFS:

 2                      PATRICK BARTHLE - videoconference
                        RA AMEN - audio
 3                      Attorneys at Law
                        Morgan and Morgan Complex
 4                       Litigation Group
                        Attorneys at Law
 5                      201 North Franklin Street
                        7th Floor
 6                      Tampa, Florida 33602
                        813-223-5505
 7                      Pbarthle@forthepeople.com
                        Ramen@forthepeople.com
 8
        ON BEHALF OF THE DEFENDANTS CAPITAL ONE FINANCIAL
 9      CORPORATE, CAPITAL ONE, N.A., AND CAPITAL ONE
        BANK (USA), N.A.
10
                        KEVIN O'BRIEN - videoconference
11                      Attorney at Law
                        King & Spalding, LLP
12                      1180 Peachtree Street, N.E.
                        Suite 1600
13                      Atlanta, Georgia 30309
                        404-572-4600
14                       Kobrien@kslaw.com

15
        ON BEHALF OF THE AMAZON DEFENDANTS:
16
                        TYLER NEWBY - videoconference
17                      Attorney at Law
                        Fenwick West, LLP
18                      555 California Street, Fl. 12
                        San Francisco, California 94104
19                      415-875-2300
                        Tnewby@fenwick.com
20
        ALSO PRESENT:
21
              Ms. Zinsner, Troutman Pepper - audio
22

23

24

25
```

IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION

Confidential                          Don Barber on 09/22/2020                          Page 53



**IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION**

Confidential                              Don Barber on 09/22/2020                              Page 54



IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION

Confidential                    Don Barber on 09/22/2020                    Page 131

████████████████████████████████████████████

████████████████████████████████████████

████████████████████

██████████████████████████████████████████████

██████████

████████████████████

```
 7              MR. BARTHLE:  Tyler, can we stipulate

 8         this is a business record of Amazon?

 9              MR. NEWBY:  Well, since 143 is e-mail

10         exchanges that are both internal to Amazon

11         and there's an e-mail from it appears to be

12         an employee of Capital One, I'll stipulate

13         that the e-mails created and drafted by

14         Amazon are -- contained in Exhibit 143 are

15         Amazon business records.  I don't think I

16         can make that stipulation as to the

17         document -- the portion of it that's

18         generated by Capital One.

19    BY MR. BARTHLE:
```

████████████████████████████████████████████

██████████████████████████████████████████████

█████████████████████████

███████████████████

██████████████████████████████████████

████████████████████████████████████████████

**IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION**

Confidential                    Don Barber on 09/22/2020                    Page 132

████████████████████████████████████████

██████████████████████████████████

███████████████████████████

```
4            You see that?

5      A     Yes.

6      Q     And here C-1 is Capital One, right?

7      A     Yes.
```

████████████████████████████████

██████████████████████████████████████

████████████████████████

████████████████████████████████

████████████████████████████████████

███████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████

█████████████████████████████████████

██████████████████████████████

██████████████████████████████████████

████████████████████████████████████

██████████████████████████████████████

██████

████████████████████████████████

█████████████████████

```
24           MR. NEWBY:  Objection to form, calls

25      for speculation.
```

**IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION**

 4    BY MR. BARTHLE:

11        Q    Why did you think that was important for

12    you to do?

13        A    Part of my duties as solution architect

14    is to help -- help the customer with -- with solving

15    their business problems.  And this was a challenge

16    Capital One had outlined to us.

20              MR. NEWBY:  Objection to form.

**IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION**

```
 1              C E R T I F I C A T E

 2  STATE OF GEORGIA:

 3  COUNTY OF COBB:

 4

 5       I hereby certify that the foregoing

 6  transcript was taken down as stated in the

 7  caption and the questions and answers thereto

 8  were reduced to typewriting under my direction,

 9  that the foregoing pages 1 through 244 represent

10  a true, complete and correct transcript of the

11  evidence given upon said hearing, and I further

12  certify that I'm not of kin or counsel to the

13  parties in the case; am not in the regular employ

14  of counsel of any of said parties; nor am I in

15  anywise interested in the result of said case.

16       This 3rd day of September 2020.

17

18                    Lynne C. Fulwood

19

20                    LYNNE C. FULWOOD,
                      Certified Court Reporter
21                    State of Georgia
                      License No. B-1075

22

23

24

25
```

## DON BARBER DEPOSITION TRANSCRIPT ERRATA

COURT: U.S. District Court for the Eastern District of Virginia

CASE NAME:  In Re:  Capital One Consumer Data Security Breach Litigation

MDL No. 1:19md2915 (AJT/JFA)

DATE OF DEPOSITION:  September 22, 2020

INSTRUCTIONS:  Please note changes by listing the page and line number in the places indicated on this sheet and listing the changes in the right-hand column.  Attach additional sheets as necessary.

| PLACE | READS | SHOULD READ | REASON |
|---|---|---|---|
| ███████ | ███████ | ██████ | ████████ |
| ███████ | ███████ | ██████ | ████████ |
| ██████ | ███████ | ██████ | ████████ |
| ██████ | █████ | ██████ | ████████ |
| ██████ | ███ | ████ | ████████ |
| ██████ | ████ | █████ | ████████ |
| ██████ | ████ | █████ | ████████ |
| ██████ | ██████ | ██████ | ████████ |
| █████ | ███ | ███ | ████████ |
| ██████ | ██████ | ██████ | ████████ |
| █████ | █████ | █████ | ████████ |
| ██████ | █████ | █████ | ████████ |
| ██████ | ██████ | █████ | ████████ |

| | | | |
|---|---|---|---|
| ███████ | █████████████ | ██████████████ | ████████ |
| ███████ | █ | █ | ████████ |
| ██████ | ███████ | ██████ | ████████ |
| ██████ | ████████ | ████████ | ████████ |
| ███████ | █████████ | ██████████ | ████████ |
| ███████ | █████████ | ██████████ | ████████ |
| ███████ | █████████ | ██████████ | ████████ |
| █████████ | █████████ | █████████ | ████████ |
| █████████ | █████████ | █████████ | ████████ |
| ███████ | █████████ | █████████ | ████████ |
| ███████ | █████████ | █████████ | ████████ |
| ███████ | █ | █ | ████████ |
| ███████ | ██████ | ██████ | ████████ |
| ███████ | █████ | █████ | ████████ |
| █████████ | ████████ | █████████ | ████████ |
| ███████ | █████ | █ | ████████ |
| █████████ | ████████ | ████████ | ████████ |
| █████████ | ████████ | ████████ | ████████ |

| | | | |
|---|---|---|---|
| ████ | ██ | ███ | ████████ |
| ██████ ██ | ██████ | █████ | ████████ |
| ██████ ██ | ██████ | █████ | ████████ |
| ██████ ██ | ██████ | █████ | ████████ |
| █████ | ████████ | ████████ | ████████ |
| █████ | ██████ | █████ | ████████ |
| ███████ | ██████ | █████ | ████████ |
| █████ | ██████ | █████ | ████████ |
| ██████ | ██████ | █████ | ████████ |
| ████████ | ██████ | █████ | ████████ |
| ██████ | █████ | ████ | ████████ |
| ██████ | ██████ | █████ | ████████ |
| █████ | ██████ | █████ | ████████ |
| █████ | ██ | ████ | ████████ |
| █████ | ███ | ██ | ████████ |
| █████ | █████ | ████ | ████████ |
| ██████ ██ | ██████ | █████ | ████████ |
| ███████ | ██████ | █████ | ████████ |



Signature: _s/ Don Barber_ _____    Dated: November 4, 2020 _____