# EXHIBIT B

```
 1              UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF VIRGINIA
 2                   ALEXANDRIA DIVISION

 3                                    )
                                      )
 4                                    )
                                      )
 5   IN RE:  CAPITAL ONE              )
     CONSUMER DATA SECURITY           )   MDL No. 1:19md2915
 6   BREACH LITIGATION                )   (AJT/JFA)
                                      )
 7                                    )   CONFIDENTIAL; SUBJECT
                                      )   TO PROTECTIVE ORDER
 8                                    )
                                      )
 9                                    )
                                      )
10                                    )

11
                           - - -
12

13       Videotaped Videoconference Deposition of

14                    MICHAEL HAKEN

15               (Taken by Plaintiffs)

16               Kansas City, Missouri

17                  October 2, 2020

18    CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

19   Reported by:   Lynne C. Fulwood

20               Certified Court Reporter

21

22

23

24

25
```

```
 1   STATE OF GEORGIA

 2   COUNTY OF COBB

 3   VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF MICHAEL

 4   HAKEN

 5

 6            Pursuant to Article 8.B of the RULES AND

 7   REGULATIONS OF THE BOARD OF COURT REPORTING OF THE

 8   JUDICIAL COUNCIL OF GEORGIA, I make the following

 9   disclosure:

10            I am a Georgia Certified Court Reporter.

11   I am here as a representative of Huseby Global

12   Litigation.

13            Huseby Global Litigation was contacted by

14   the offices of Stueve Siegel Hanson, LLP, to provide

15   court reporting services for this deposition.  Huseby

16   Global Litigation will not be taking this deposition

17   by O.C.G.A. 15-14-37 (a) and (b).

18

19

20

21

22

23

24

25
```

```
 1    ON BEHALF OF THE PLAINTIFFS:

 2              BARRETT VAHLE
                JILLIAN R. DENT
 3              Attorneys at Law
                Stueve Siegel Hanson, LLP
 4              460 Nichols Road
                Suite 200
 5              Kansas City, Missouri 64112
                816-714-7100
 6              Vahle@stuevesiegel.com
                Dent@stuevesiegel.com
 7
      ON BEHALF OF THE DEFENDANTS CAPITAL ONE FINANCIAL
 8    CORPORATE, CAPITAL ONE, N.A., AND CAPITAL ONE
      BANK (USA), N.A.
 9
                ROBERT GRIEST
10              Attorney at Law
                King & Spalding, LLP
11              1180 Peachtree Street, N.E.
                Suite 1600
12              Atlanta, Georgia 30309
                404-572-4600
13              Rgriest@kslaw.com


14    ON BEHALF OF THE AMAZON DEFENDANTS:

15              TYLER NEWBY
                SARAH LIGHTSTONE
16              Attorneys at Law
                Fenwick West, LLP
17              555 California Street, Fl. 12
                San Francisco, California 94104
18              415-875-2300
                Tnewby@fenwick.com
19              Slightstone@fenwick.com

20

21

22

23

24

25
```



**IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION**

Confidential | Michael Haken on 10/02/2020 | Page 25





**IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION**

| Confidential | Michael Haken on 10/02/2020 | Page 46 |



| Confidential | Michael Haken on 10/02/2020 | Page 47 |
|---|---|---|

```
10          MR. NEWBY:  Objection, calls for
11     speculation, incomplete hypothetical.  You
12     may answer.
```



23 MR. NEWBY:  Objection, form, calls for
24 speculation, incomplete hypothetical.







[Lines 1-9 redacted]

10          MR. NEWBY:  I have no further
11     questions.
12                    REEXAMINATION
13   BY MR. VAHLE:
14       Q    Mr. Haken, in your testimony just now,
15   did you change any of your previous testimony that
16   you gave under oath today?
17       A    I did not.
18       Q    And did you change any of your testimony
19   that you gave under oath as a corporate
20   representative of Capital One?
21       A    I did not.
22          MR. VAHLE:  Nothing further.
23          MR. NEWBY:  I have no further recross
24     or redirect I should say.
25          THE VIDEOGRAPHER:  This concludes the

```
 1                  C E R T I F I C A T E

 2    STATE OF GEORGIA:

 3    COUNTY OF COBB:

 4

 5        I hereby certify that the foregoing

 6    transcript was taken down as stated in the

 7    caption and the questions and answers thereto

 8    were reduced to typewriting under my direction,

 9    that the foregoing pages 1 through 175 represent

10    a true, complete and correct transcript of the

11    evidence given upon said hearing, and I further

12    certify that I'm not of kin or counsel to the

13    parties in the case; am not in the regular employ

14    of counsel of any of said parties; nor am I in

15    anywise interested in the result of said case.

16        This 19th day of October 2020.

17

18                           [signature: Lynne C. Fulwood]

19

20                           LYNNE C. FULWOOD,
                             Certified Court Reporter
21                           State of Georgia
                             License No. B-1075
22

23

24

25
```