# EXHIBIT C

CONFIDENTIAL
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

IN RE: CAPITAL ONE           § MDL NO.
CONSUMER DATA SECURITY       § 1:19md2915 (AJT/JFA)
BREACH LITIGATION,           §
                             §
                             §

~~~~~~~~~~~~~~~~~~~~~~~~~~~

VIDEOTAPED DEPOSITION OF
STEPHEN SCHMIDT
CONDUCTED REMOTELY

9:33 a.m. EST
Friday, the 18th day of September 2020

Blanche J. Dugas, CRR, RPR, CCR No. B-2290

```
 1            APPEARANCES OF COUNSEL VIA VIDEOCONFERENCE

 2    On Behalf of the Plaintiffs:
           JOHN A. YANCHUNIS, Esquire
 3         PATRICK BARTHLE, Esquire
           RA AMEN, Esquire
 4         Morgan & Morgan
           201 North Franklin Street
 5         Tampa, Florida   33602-5157
           (813) 275-5272
 6         (813) 275-9295 (facsimile)
           jyanchunis@forthepeople.com
 7         pbarthle@forthepeople.com
           ramen@forthepeople.com
 8
      On Behalf of the Amazon Defendants:
 9         TYLER G. NEWBY, Esquire
           ANDREW M. LEWIS, Esquire
10         Fenwick & West, LLP
           555 California Street
11         San Francisco, California   94104
           (415) 875-2495
12         tnewby@fenwick.com
           alewis@fenwick.com
13
      On Behalf of the Capital One Defendants:
14         KEVIN J. O'BRIEN, Esquire
           King & Spalding, LLP
15         1180 Peachtree Street, NE
           Atlanta, Georgia   30309-3521
16         (404) 572-4600
           (404) 572-5140 (facsimile)
17         kobrien@kslaw.com

18         MARY C. ZINSNER, Esquire
           Troutman Sanders, LLP
19         Suite 1000
           401 9th Street, NW
20         Washington, DC   20004
           (202) 274-1932
21         (703) 448- 6514 (facsimile)
           mary.zinsner@troutman.com
22

23

24

25
```

```
 1                APPEARANCES OF COUNSEL CONTINUED

 2    On Behalf of the Capital One Defendants:
          BETSY SOCHAR, Esquire
 3        Troutman Pepper, LLP
          15th Floor
 4        1001 Haxall Point
          Richmond, Virginia  23219
 5        (804) 697-1496
          (804) 697-1339 (facsimile)
 6        betsy.sochar@troutman.com

 7    Also Present:
      Roosevelt Harrison, videographer
 8    Huseby Technician

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1      Q.   Well, about the cloud environment, the
 2   integrity of the cloud, security of the cloud.
 3      A.   Security of the cloud is AWS's
 4   responsibility and we certainly have the majority of
 5   the knowledge there.  Security in the cloud is
 6   something that a customer is responsible for, and
 7   therefore, the customer has the decisions to make on
 8   how they are secured themselves.  We are not the
 9   expert in the customer's applications or
10   configurations.
```

[redacted]

```
16           MR. NEWBY:  Object to form.
```

[redacted]

```
23      Q.   You're familiar with GuardDuty, are you not?
24      A.   Yes.
25      Q.   What is that?
```

1     A.    GuardDuty is an intrusion detection service.

[redacted]

6     Q.    And again, what is its purpose?
7     A.    Its purpose is to identify behavior in
8  customer environments which may be indicative of a
9  security problem.
10    Q.    Meaning someone who is not authorized to
11 gain access is attempting to gain access?
12    A.    Or there is something else of a security
13 nature occurring.
14    Q.    Like what?  Can you give me some examples?
15    A.    Machines that may be behaving anonymously,
16 they may be reaching out to a bitcoin miner, for
17 example, which is not indicative of a security threat
18 from an outside individual, but may be an
19 inappropriate use by an insider.

[redacted]

IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION
Confidential        Stephen Schmidt on 09/18/2020        Page 233

[REDACTED]

```
11      Q.   Let me show you a document which I'm going
12   to mark for identification purposes as Exhibit 137 to
13   your deposition.  It bears a Bates range 20130 to
14   20132.  It purports to be an e-mail from Thane Gilmour
15   dated November the 11th, 2019 to a number of
16   individuals who all appear to be employed at Amazon.
17           Have you ever seen this document before?
18           (Plaintiffs' Exhibit 137 was marked
19       for identification.)
```

[REDACTED]

1          DISCLOSURE

2
           Pursuant to Article 10.B of the Rules
3    and Regulations of the Board of Court
     Reporting of the Judicial Council of
4    Georgia which states:  "Each court reporter
     shall tender a disclosure form at the time
5    of the taking of the deposition stating the
     arrangements made for the reporting
6    services of the certified court reporter,
     by the certified court reporter, the court
7    reporter's employer or the referral source
     for the deposition, with any party to the
8    litigation, counsel to the parties, or
     other entity.  Such form shall be attached
9    to the deposition transcript," I make the
     following disclosure:
10
           I am a Georgia Certified Court
11   Reporter.  I am here as a representative of
     Huseby Global Litigation.  Huseby Global
12   Litigation was contacted to provide court
     reporting services for the deposition.
13   Huseby Global Litigation will not be taking
     this deposition under any contract that is
14   prohibited by O.C.G.A. 9-11-28(c).

15         Huseby Global Litigation has no
     contract/agreement to provide reporting
16   services with any party to the case, any
     counsel in the case, or any reporter or
17   reporting agency from whom a referral might
     have been made to cover this deposition.
18
           Huseby Global Litigation will charge
19   its usual and customary rates to all
     parties in the case, and a financial
20   discount will not be given to any party to
     this litigation.
21                        *signature*

22
                          Blanche J. Dugas
23                        CCR No. B-2290

24

25

1   STATE OF GEORGIA:

2   COUNTY OF FULTON:

3

4           I hereby certify that the foregoing

5       transcript was reported, as stated in the

6       caption, and the questions and answers

7       thereto were reduced to typewriting under

8       my direction; that the foregoing pages

9       represent a true, complete, and correct

10      transcript of the evidence given upon said

11      hearing, and I further certify that I am

12      not of kin or counsel to the parties in the

13      case; am not in the employ of counsel for

14      any of said parties; nor am I in any way

15      interested in the result of said case.

16

17

18                  *[signature]*

19

20           BLANCHE J. DUGAS, CCR-B-2290

21

22

23

24

25