# EXHIBIT D

IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION
Confidential                        Becky Weiss on 10/29/2020

```
                    Confidential Pursuant to Protective Order
 1             IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
 2                     ALEXANDRIA DIVISION

 3    IN RE:   CAPITAL ONE          § MDL NO.
      CONSUMER DATA SECURITY        § 1:19md2915  (AJT/JFA)
 4    BREACH LITIGATION             §
                                    §
 5    ~~~~~~~~~~~~~~~~~~~~~~~~~

 6                   VIDEOTAPED DEPOSITION OF
                          BECKY WEISS
 7                     CONDUCTED REMOTELY

 8
                          9:33 a.m. EST
 9        Thursday, the 29th day of October 2020

10

11

12
         Blanche J. Dugas, CRR, RPR, CCR No. B-2290
13

14

15

16

17

18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| Confidential | IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION<br>Becky Weiss on 10/29/2020 | Page 2 |

```
 1            APPEARANCES OF COUNSEL VIA VIDEOCONFERENCE

 2    On Behalf of the Plaintiffs:
          PATRICK A. BARTHLE, II, Esquire
 3        RA AMEN, Esquire
          Morgan & Morgan
 4        201 North Franklin Street
          Tampa, Florida   33602-5157
 5        (813) 275-5272
          (813) 275-9295 (facsimile)
 6        pbarthle@forthepeople.com
          ramen@forthepeople.com
 7
      On Behalf of the Capital One Defendants:
 8        ROBERT GRIEST, Esquire
          King & Spalding, LLP
 9        1180 Peachtree Street, NE
          Atlanta, Georgia   30309-3521
10        (404) 572-4600
          (404) 572-5140 (facsimile)
11        rgriest@kslaw.com

12    On Behalf of the Amazon Defendants:
          TYLER NEWBY, Esquire
13        Fenwick & West, LLP
          555 California Street
14        San Francisco, California   94104
          (415) 875-2495
15        tnewby@fenwick.com

16        MEGHAN FENZEL, Esquire
          Fenwick & West, LLP
17        801 California Street
          Mountain View, California   94041
18        650-335-7865
          mfenzel@fenwick.com
19
      Also Present:
20    James Downie, videographer
      Jennifer Cabezas, paralegal
21

22

23

24

25
```

Case 1:19-md-02915-AJT-JFA   Document 1903-5   Filed 08/23/21   Page 4 of 10 PageID# 42260

| | IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION | |
|---|---|---|
| Confidential | Becky Weiss on 10/29/2020 | Page 158 |

1   AWS_CAP00057385.  This is another Chime conversation.
2   There's a lot of folks referenced here.  Your name
3   appears on Page 4, so I think you're involved in this
4   conversation.  I'm not sure if looking at the names
5   that are referenced throughout it you can identify
6   what this -- what the collective here is, like, how
7   all these folks are connected or not.
8           (Plaintiffs' Exhibit 399 was marked
9       for identification.)
10          THE WITNESS:  I am still looking for
11      my name.  Do you have an approximate
12      timestamp?
13      Q.   (By Mr. Barthle)  So if you go to Page 4,
14  just put that into the box there, it's on
15  January 20th, 2020, 16:56:58.  There's no message,
16  it's redacted, but your name is -- your handle is --
17      A.   Okay.  So January 20th is going to be higher
18  up.
19      Q.   Yes, ma'am.  Right there.
20      A.   Okay.  That is my name.
21      Q.   Okay.  So first question:  There's a lot of
22  names in this chat.  Do you have any idea of what this
23  sort of group chat might be?
24      A.   Not specifically, no.
25      Q.   All right .  I want to direct your attention

```
 1   to Page 66, and it's toward the bottom of this page,
 2   it's at 1554.  My first question for you is who is
     [REDACTED]
 4        A.   I don't know.
 5        Q.   And then the one below him,
     [REDACTED]
 7        A.   He's a solutions architect.
 8        Q.   Do you -- what's his name?
 9        A.   We all call him Squigg.  I think his name is
10   Steven Quigg.
11        Q.   All right.  My questions here relate to the
     [REDACTED]
     [REDACTED]
14   you could just read those.
15        A.   Okay.  You want this and the one above it?
16        Q.   Yes, ma'am.
17        A.   Okay.  I've read it.
     [REDACTED]
     [REDACTED]
     [REDACTED]
     [REDACTED]
     [REDACTED]
     [REDACTED]
24        Q.   Do you recall seeing any of these messages
25   on this day, on July 30th, 2019?
```

```
 1     A.  No.












































18         Do you see that part?

19     A.  I do.




22         MR. NEWBY:  Objection to form.

23         THE WITNESS:  Can you ask that again?


```

1          MR. NEWBY: Same objection.



```
 1            MR. NEWBY:  Objection to form.
```

[redacted]

```
 8      A.   It's tautologically true that S3 is part of
 9   AWS, and therefore S3 -- S3 is in the cloud.
```

[redacted]

```
14           Do you see that?
15      A.   Yes.
```

[redacted]

```
18      A.   I'm not sure.
19           MR. BARTHLE:  Tyler, I'd ask for a
20      business records -- authenticity and
21      business records stipulation as to this
22      exhibit.
23           MR. NEWBY:  I'll stipulate as to
24      authenticity of the exhibit, but not to
25      business records of the entire exhibit.
```

```
 1                    DISCLOSURE

 2
          Pursuant to Article 10.B of the Rules
 3   and Regulations of the Board of Court
     Reporting of the Judicial Council of
 4   Georgia which states:  "Each court reporter
     shall tender a disclosure form at the time
 5   of the taking of the deposition stating the
     arrangements made for the reporting
 6   services of the certified court reporter,
     by the certified court reporter, the court
 7   reporter's employer or the referral source
     for the deposition, with any party to the
 8   litigation, counsel to the parties, or
     other entity.  Such form shall be attached
 9   to the deposition transcript," I make the
     following disclosure:
10
          I am a Georgia Certified Court
11   Reporter.  I am here as a representative of
     Huseby Global Litigation.  Huseby Global
12   Litigation was contacted to provide court
     reporting services for the deposition.
13   Huseby Global Litigation will not be taking
     this deposition under any contract that is
14   prohibited by O.C.G.A. 9-11-28(c).

15        Huseby Global Litigation has no
     contract/agreement to provide reporting
16   services with any party to the case, any
     counsel in the case, or any reporter or
17   reporting agency from whom a referral might
     have been made to cover this deposition.
18
          Huseby Global Litigation will charge
19   its usual and customary rates to all
     parties in the case, and a financial
20   discount will not be given to any party to
     this litigation.
21

22
                         Blanche J. Dugas
23                       CCR No. B-2290

24

25
```

1  STATE OF GEORGIA:
2  COUNTY OF FULTON:
3
4          I hereby certify that the foregoing
5      transcript was reported, as stated in the
6      caption, and the questions and answers
7      thereto were reduced to typewriting under
8      my direction; that the foregoing pages
9      represent a true, complete, and correct
10     transcript of the evidence given upon said
11     hearing, and I further certify that I am
12     not of kin or counsel to the parties in the
13     case; am not in the employ of counsel for
14     any of said parties; nor am I in any way
15     interested in the result of said case.
16
17
18         *[signature: Blanche J. Dugas]*
19
20         BLANCHE J. DUGAS, CCR-B-2290
21
22
23
24
25