# EXHIBIT F

```
 1              UNITED STATES DISTRICT COURT

 2           FOR THE EASTERN DISTRICT OF VIRGINIA

 3                  ALEXANDRIA DIVISION

 4                _____

 5

 6   IN RE:  CAPITAL ONE CONSUMER    )
     DATA SECURITY BREACH            )MDL No. 1:19md2915
 7   LITIGATION                      )        (AJT/JFA)
     _____)

 8

 9

10

11

12                REPORTER'S TRANSCRIPT

13

14           VIDEOTAPED 30(b)(6) DEPOSITION OF

15                  MICHAEL HAKEN

16             (Confidential Testimony)

17              Tuesday, June 9, 2020

18          Conducted Remotely via HusebyConnect

19                  9:32 a.m. EST

20

21

22

23   Reported by:  Rachel N. Barkume, CSR, RPR, CRR
                    Certificate No. 13657
24

25
```

```
 1                    A P P E A R A N C E S

 2

 3      FOR THE PLAINTIFFS:

 4
               MORGAN & MORGAN COMPLEX LITIGATION GROUP
 5             By: JOHN A. YANCHUNIS, ESQ.
                   PATRICK A. BARTHLE, II, ESQ.
 6             Attorneys at Law
               201 North Franklin Street, 7th Floor
 7             Tampa, Florida 33602
               (813) 223-5505
 8             jyanchunis@forthepeople.com
               pbarthle@forthepeople.com
 9

10

11
        FOR THE CAPITAL ONE DEFENDANTS:
12
               KING & SPALDING LLP
13             By:  KEVIN J. O'BRIEN, ESQ.
               Attorney at Law
14             1180 Peachtree Street N.E.
               Atlanta, Georgia 30309
15             (404) 572-4600
               kobrien@kslaw.com
16
               TROUTMAN SANDERS LLP
17             By:  MARY C. ZINSNER, ESQ.
               Attorney at Law
18             401 9th Street NW, Suite 1000
               Washington, DC 20004
19             (703) 734-4334
               mary.zinsner@troutman.com
20
               TROUTMAN SANDERS LLP
21             By:  BETSY SOCHAR, ESQ.
               Attorney at Law
22             1001 Haxall Point
               Richmond, Virginia 23219
23             (804) 697-1496
               betsy.sochar@troutman.com
24

25
```

**RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION**

30(b)(6), Confidential                    Michael Haken on 06/09/2020                    Page 3

```
 1

 2                      A P P E A R A N C E S

 3                          (Continued)

 4
        FOR THE AMAZON DEFENDANTS:
 5
                FENWICK & WEST LLP
 6              By:  TYLER G. NEWBY, ESQ.
                     JANIE MILLER, ESQ.
 7              Attorney at Law
                555 California Street, Floor 12
 8              San Francisco, California 94104
                (415) 875-2300
 9              tnewby@fenwick.com
                jmiller@fenwick.com
10

11

12

13      ALSO PRESENT:

14              JENNIFER CABEZAS, Paralegal, Morgan & Morgan

15              BRIAN BUCKLEY, Associate General Counsel,
                Amazon
16
                BRANDON BRANTLEY, Videographer
17

18

19

20

21

22

23

24

25
```

**RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION**

| 30(b)(6), Confidential | Michael Haken on 06/09/2020 | Page 53 |
| --- | --- | --- |

2    transitioned to cloud computing at AWS?

3        A.  We did not.

4        Q.  Has AWS ever had any monitoring or testing role

16            MR. NEWBY:  And John, Mr. Haken is not the

17    designated witness on that topic.  Mr. Schuster will be

18    prepared to testify on that.

19            MR. YANCHUNIS:  Thank you, Tyler.  I wasn't

20    going to ask another question on it.

21    BY MR. YANCHUNIS:

22        Q.  Did AWS have any role in helping Capital One

23    set up and maintain -- well, let me just take it step by

24    step.

25            Did AWS have any role in helping Capital One

Case 1:19-md-02915-AJT-JFA     Document 1903-7     Filed 08/23/21     Page 6 of 7 PageID# 42287

**RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION**
30(b)(6), Confidential          Michael Haken on 06/09/2020          Page 179

```
 1              CERTIFICATE OF STENOGRAPHIC REPORTER

 2

 3

 4              I, RACHEL N. BARKUME, a Certified Shorthand

 5     Reporter, hereby certify that the witness in the

 6     foregoing deposition,

 7                       MICHAEL HAKEN,

 8     was by me duly sworn to tell the truth, the whole truth,

 9     and nothing but the truth, in the within-entitled cause;

10     that said deposition was taken at the time and place

11     therein named; that the testimony of said witness was

12     stenographically reported by me, a disinterested person,

13     and was thereafter transcribed into typewriting.

14              Pursuant to Federal Rule 30(e), transcript

15     review was requested.

16              I further certify that I am not of counsel or

17     attorney for either or any of the parties to said

18     deposition, nor in any way interested in the outcome of

19     the cause named in said caption.

20

21              DATED:  June 18, 2020.

22

23

24          Rachel N. Barkume, CSR No. 13657, RPR, CRR

25
```

## MICHAEL HAKEN DEPOSITION TRANSCRIPT ERRATA

COURT: U.S. District Court for the Eastern District of Virginia

CASE NAME:  In Re:  Capital One Consumer Data Security Breach Litigation

MDL No. 1:19md2915 (AJT/JFA)

DATE OF DEPOSITION:  June 9, 2020

INSTRUCTIONS:  Please note changes by listing the page and line number in the places indicated on this sheet and listing the changes in the right-hand column.  Attach additional sheets as necessary.

| PLACE | READS | SHOULD READ | REASON |
|-------|-------|-------------|--------|
| ██████ | █████ | ████ | ████████ |
| ██████ | ██████ | ██████ | ████████ |
| █████ | █████ | █████ | █████████ |
| ██████ | ██████ | █████ | ████████ |
| ██████ | ███████████ | ████████████ | ████████ |
| █████ | ████ | █████ | ████████ |
| ██████ | █████ | ███ | █████████ |
| ██████ | █████████ | ████████ | ████████ |
| ██████ | ████ | ████ | ████████ |
| ██████ | ████ | █████ | █████████ |
| ██████ | ████ | █████ | █████████ |

Signature:  _s/ Michael Haken_____    Dated:  _July 21, 2020_____