# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): Karen Hanson Riebel, Lockridge Grindal Nauen P.L.L.P.

100 Washington Avenue South, Suite 2200

Minneapolis, MN 55401

Electronic Device(s): Cell phone

Purpose and Location Of Use: Phone for communication with school-aged children.

Case No.: Civil Action No. 1:19-md-2915

Date(s) Authorized: September 10, 2021

IT Clearance Waived: ___X___(Yes) ________(No)

APPROVED BY:

Date:______________________

____________________________________________

United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: ____________________________________ ____________

IT Staff Member Date(s)

**IT clearance must be completed, unless waived, before court appearance.**