## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

| | |
|---|---|
| Authorized Person(s): | Kate M. Baxter-Kauf, Lockridge Grindal Nauen P.L.L.P. |
| | 100 Washington Avenue South, Suite 2200 |
| | Minneapolis, MN 55401 |
| Electronic Device(s): | Laptop computer and cell phone |
| Purpose and Location Of Use: | Ability to access documents and case information during hearing on multiple motions by all parties. Phone for communication with school-aged children. |
| Case No.: | Civil Action No. 1:19-md-2915 |
| Date(s) Authorized: | September 10, 2021 |
| IT Clearance Waived: | __X__ (Yes)     _____ (No) |

APPROVED BY:

Date: Sep 8, 2021

/s/ JFA
John F. Anderson
United States Magistrate Judge
United States District/Magistrate/Bankruptcy Judge

A copy of this signed authorization must be presented upon entering the courthouse.

IT Clearance: _____    _____
                    IT Staff Member                Date(s)

**IT clearance must be completed, unless waived, before court appearance.**