Date: 09/10/2021　　　　　　　　　　　Judge: JOHN F. ANDERSON
　　　　　　　　　　　　　　　　　　　Reporter: FTR

Start: 10:02AM – 12:11pm
Finish: 12:24pm – 1:53pm
2:29pm – 3:03pm

Civil Action Number: 1:19-md-2915-AJT-JFA

In Re: Capital One Customer Data Security Breach Litigation

Appearances of Counsel (X)

Motions to/for:

**[1786] CAPITAL ONE'S NON-CONFIDENTIAL MOTION TO FILE CERTAIN EXHIBITS AND INFORMATION UNDER SEAL**
**[1829] CAPITAL ONE'S NON-CONFIDENTIAL MOTION TO FILE UNDER SEAL**
**[1833] CAPITAL ONE'S NON-CONFIDENTIAL MOTION TO FILE UNDER SEAL**
**[1887] AMAZON'S MOTION TO FILE UNDER SEAL**
**[1915] CAPITAL ONE'S NON-CONFIDENTIAL MOTION TO FILE UNDER SEAL**

**[1790] PLAINTIFFS' MOTION TO FILE UNDER SEAL**
**[1802] PLAINTIFFS' MOTION TO FILE UNDER SEAL**
**[1809] PLAINTIFFS' MOTION TO FILE UNDER SEAL**
**[1881] PLAINTIFFS' MOTION TO FILE UNDER SEAL**
**[1843] PLAINTIFFS' REVISED MOTION TO FILE UNDER SEAL**
**[1888] PLAINTIFFS' MOTION TO FILE UNDER SEAL**

Argued &

(X) Order to Follow