# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s):  Janie Yoo Miller, Esq.

Fenwick & West LLP

555 California Street
San Francisco, CA 94104

Electronic Device(s):  ~~Mobile Phone~~

Computer/Laptop

Purpose and Location Of Use:  Ability to access documents and communicate with client to answer any Court questions at hearing.

Case No.:  1:19-md-02915-AJT-JFA

Date(s) Authorized:  September, 30, 2021

IT Clearance Waived:  __✓__ (Yes)   _____ (No)

APPROVED BY:

Date: 09/24/2021   _____   _____
                   Anthony J. Trenga             agistrate/Bankruptcy Judge
                   United States District Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:   _____   _____
                IT Staff Member                     Date(s)

**IT clearance must be completed, unless waived, before court appearance.**