# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

| | |
|---|---|
| Authorized Person(s): | **Kate M. Baxter-Kauf, Lockridge Grindal Nauen P.L.L.P.** |
| | **100 Washington Avenue South, Suite 2200** |
| | **Minneapolis, MN 55401** |
| Electronic Device(s): | **Laptop computer and ~~cell phone~~** |
| Purpose and Location Of Use: | **Ability to access documents if necessary to answer questions from the Court and will have demonstrative exhibits for use at hearing on laptop. Phone for communication with school-age child.** |
| Case No.: | **Civil Action No. 1:19-md-2915** |
| Date(s) Authorized: | **September 30, 2021** |
| IT Clearance Waived: | __X__(Yes)   _____(No) |

APPROVED BY:

Date:__09/24/2021_____   _____

*Anthony J. Trenga*
*United States District Judge*
                                                           agistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:   _____   _____
                        IT Staff Member                              Date(s)

**IT clearance must be completed, unless waived, before court appearance.**