# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

IN RE: CAPITAL ONE CONSUMER              )
DATA SECURITY BREACH LITIGATION          )      MDL No. 1:19md2915 (AJT/JFA)
                                         )

This Document Relates to CONSUMER Cases

## CAPITAL ONE AND AMAZON'S JOINT MOTION TO STAY ORDER REGARDING THE UNSEALING OF EXHIBITS AND BRIEFS

Defendants, Capital One Financial Corporation, Capital One Bank (USA), N.A., and Capital One, N.A. (collectively, "Capital One") and Amazon.com, Inc. and Amazon Web Services, Inc. (collectively, "Amazon" and with Capital One, "Defendants"), by counsel and pursuant to Local Rule 7, respectfully move to stay any action required by forthcoming orders from Magistrate Judge John F. Anderson (the "Joint Motion to Stay"), including but not limited to further orders stemming from the Court's September 10, 2021 Order [Dkt. No. 1955] denying in part and granting in part certain Motions to Seal filed by the parties [Dkt. Nos 1786, 1790, 1802, 1809, 1829, 1833, 1843, 1881, 1887, 1888, and 1915][1] (the "Motions to Seal"), so that the District Judge can review Defendants' anticipated objections to those Order(s) pursuant to 28 U.S.C. § 636(b)(3) and Fed.

---

[1] The Motions to Seal are: Capital One's Motion to Seal regarding Capital One's Supplemental Brief regarding Plaintiffs' Standing to assert Breach of Contract and Unjust Enrichment Claims [Dkt. No. 1786]; Plaintiffs' Motion to Seal regarding PowerPoint Presentations on July 12 and 13, 2021 [Dkt. No. 1790]; Plaintiffs' Motion to Seal regarding Plaintiffs' Opposition to Capital One's Motion for Summary Judgment [Dkt. No. 1802]; Plaintiffs' Motion to Seal regarding Opposition to Amazon's Motion for Summary Judgment [Dkt. Nos. 1809 & 1843]; Capital One's Motion to Seal regarding Capital One's Opposition to Plaintiffs' Motion for Partial Summary Judgment for Breach of Contract [Dkt. No. 1829]; Capital One's Motion to Seal regarding Capital One's Memorandum in Support of Motion *in Limine* to exclude Office of the Comptroller of the Currency ("OCC") Documents [Dkt. No. 1833]; Plaintiffs' Motion to Seal regarding Plaintiffs' Opposition to Capital One's Motion *in Limine* regarding OCC Documents [Dkt. No. 1881]; Amazon's Motion to Seal regarding Amazon's Reply in Support of its Motion for Summary Judgment) [Dkt. No. 1887]; Amazon's Motion to Seal regarding Amazon's Reply in Support of Motion for Summary Judgment [Dkt. No. 1888]; and Capital One's Motion to Seal regarding Capital One's Reply in Support of its Motion for Summary Judgment [Dkt. No. 1915].

R. Civ. P. 72.  Consistent with this request, Defendants also ask the Court to temporarily prohibit all parties and the Clerk from posting on the public docket unsealed or unredacted versions of any sealed documents until the District Judge rules on Defendants' anticipated objections.

The reasons in support of this Joint Motion to Stay are set forth in the accompanying memorandum.  A proposed order is attached hereto as **Exhibit 1**.

WHEREFORE, Defendants respectfully request that the Court: (1) grant this Joint Motion to Stay; and (2) grant any such further relief that the Court deems proper.


Respectfully submitted this 27th day of September 2021.

/s/ S. Mohsin Reza
David L. Balser (*pro hac vice*)
S. Stewart Haskins II (*pro hac vice*)
John C. Toro (*pro hac vice*)
Kevin J. O'Brien (VSB No. 78886)
Robert D. Griest (*pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Tel.: (404) 572-4600
Fax: (404) 572-5140
dbalser@kslaw.com
shaskins@kslaw.com
jtoro@kslaw.com
kobrien@kslaw.com
rgriest@kslaw.com

Robert A. Angle (VSB No. 37691)
Tim St. George (VSB No. 77349)
Jon S. Hubbard (VSB No. 71089)
Harrison Scott Kelly (VSB No. 80546)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
1001 Haxall Point
Richmond, VA 23219
Tel.: (804) 697-1200
Fax: (804) 697-1339
robert.angle@troutman.com
jon.hubbard@troutman.com
timothy.st.george@troutman.com
scott.kelly@troutman.com

Mary C. Zinsner (VSB No. 31397)
S. Mohsin Reza (VSB No. 75347)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
401 9th Street, NW, Suite 1000
Washington, DC 20004
Tel.: (202) 274-1932
Fax: (202) 274-2994
mary.zinsner@troutman.com
mohsin.reza@troutman.com

*Counsel for Capital One*

/s/ Robert R. Vieth_____
Robert R. Vieth, Esq. (VSB No. 24304)
**HIRSCHLER FLEISCHER, PC**
8270 Greensboro Drive, Suite 700
Tysons Corner, VA 22102
T: (703) 584-8366
F: (703) 584-8901
Email: rvieth@hirschlerlaw.com

Tyler G. Newby (admitted *pro hac vice*)
Brian Buckley (admitted *pro hac vice*)
Laurence F. Pulgram (admitted *pro hac vice*)
Jedediah Wakefield (admitted *pro hac vice*)
Vincent Barredo (admitted *pro hac vice*)
Andrew M. Lewis (admitted *pro hac vice*)
Janie Y. Miller (admitted *pro hac vice*)
Meghan E. Fenzel (admitted *pro hac vice*)
Sarah V. Lightstone (admitted *pro hac vice*)
Rina Plotkin (admitted *pro hac vice*)
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:     (415) 875-2300
Facsimile:     (415) 281-1350
Email: tnewby@fenwick.com
       bbuckley@fenwick.com
       lpulgram@fenwick.com
       jwakefield@fenwick.com
       vbarredo@fenwick.com
       alewis@fenwick.com
       jmiller@fenwick.com
       mfenzel@fenwick.com
       slightstone@fenwick.com
       rplotkin@fenwick.com

*Counsel for Defendants Amazon.com, Inc. and Amazon Web Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2021, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

       /s/ S. Mohsin Reza
       S. Mohsin Reza
       *Counsel for Capital One*