# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| IN RE: CAPITAL ONE CONSUMER | ) | |
| DATA SECURITY BREACH LITIGATION | ) | MDL No. 1:19md2915 (AJT/JFA) |
| | ) | |

This Document Relates to CONSUMER Cases

**ORDER**

This matter is currently before the Court on Defendants, Capital One Financial Corporation, Capital One Bank (USA), N.A., and Capital One, N.A. (collectively, "Capital One") and Amazon.com, Inc. and Amazon Web Services, Inc. (collectively, "Amazon" and with Capital One, "Defendants") Joint Motion to Stay Order Regarding the Unsealing of Exhibits and Briefs (the "Joint Motion to Stay").

In the Joint Motion to Stay, Defendants move to stay any action required by forthcoming orders from the Court, including but not limited to further orders stemming from the Court's September 10, 2021 Order [Dkt. No. 1955] denying in part and granting in part certain Motions to Seal filed by the parties [Dkt. Nos 1786, 1790, 1802, 1809, 1829, 1833, 1843, 1881, 1887, 1888, and 1915][1] (the "Motions to Seal"), so that the District Judge can review Defendants' anticipated

---

[1] The Motions to Seal are: Capital One's Motion to Seal regarding Capital One's Supplemental Brief regarding Plaintiffs' Standing to assert Breach of Contract and Unjust Enrichment Claims [Dkt. No. 1786]; Plaintiffs' Motion to Seal regarding PowerPoint Presentations on July 12 and 13, 2021 [Dkt. No. 1790]; Plaintiffs' Motion to Seal regarding Plaintiffs' Opposition to Capital One's Motion for Summary Judgment [Dkt. No. 1802]; Plaintiffs' Motion to Seal regarding Opposition to Amazon's Motion for Summary Judgment [Dkt. Nos. 1809 & 1843]; Capital One's Motion to Seal regarding Capital One's Opposition to Plaintiffs' Motion for Partial Summary Judgment for Breach of Contract [Dkt. No. 1829]; Capital One's Motion to Seal regarding Capital One's Memorandum in Support of Motion *in Limine* to exclude Office of the Comptroller of the Currency ("OCC") Documents [Dkt. No. 1833]; Plaintiffs' Motion to Seal regarding Plaintiffs' Opposition to Capital One's Motion *in Limine* regarding OCC Documents [Dkt. No. 1881]; Amazon's Motion to Seal regarding Amazon's Reply in Support of its Motion for Summary Judgment) [Dkt. No.

objections to those Order(s) pursuant to 28 U.S.C. § 636(b)(3) and Fed. R. Civ. P. 72. Defendants also ask the Court to temporarily prohibit all parties and the Clerk from posting on the public docket unsealed or unredacted versions of any sealed documents until the District Judge rules on Defendants' anticipated objections.

For the reasons stated above, the Motion to Seal is **GRANTED**; and it is further

**ORDERED** that any and all forthcoming orders from the Court, including but not limited to further Orders stemming from the Court's September 10, 2021 Order [Dkt. No. 1955] denying in part and granting in part the Motions to Seal, are **STAYED** pending the District Judge's review of Defendants' anticipated objections to those Order(s) pursuant to 28 U.S.C. § 636(b)(3) and Fed. R. Civ. P. 72; and it is further

**ORDERED** that all parties and the Clerk are prohibited from posting on the public docket unsealed or unredacted versions of any sealed documents until the District Judge rules on Defendants' anticipated objections.

Entered this _____ day of _____, 2021.

_____
Hon. John F. Anderson
United States Magistrate Judge

---

1887]; Amazon's Motion to Seal regarding Amazon's Reply in Support of Motion for Summary Judgment [Dkt. No. 1888]; and Capital One's Motion to Seal regarding Capital One's Reply in Support of its Motion for Summary Judgment [Dkt. No. 1915].