IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE: CAPITAL ONE CONSUMER DATA
SECURITY BREACH LITIGATION

MDL No. 1:19md2915 (AJT/JFA)

## ORDER GRANTING THE PARTIES' JOINT MOTION TO CONTINUE STATUS HEARING

This matter is before the Court on the Parties' Joint Motion to Continue Status Hearing (the "Motion"). Upon consideration of the Motion, it is hereby

ORDERED that the Motion is granted and the October 12, 2021, status hearing is continued to November 9, 2021.

/s/
Anthony J. Trenga
United States District Judge

Anthony J. Trenga
United States District Judge

Dated: October 7, 2021
Alexandria, Virginia