# UNITED STATES DISTRICT COURT
# MOTION HEARING MINUTES

Date: **10/20/2021**  Judge: Anthony J. Trenga
Time: **2:29 – 3:12**  Reporter: Rhonda Montgomery
  Deputy Clerk: Dani Zirk

Case Number: **1:19-md-2915**

## IN RE: CAPITAL ONE CUSTOMER DATA SECURITY BREACH LITIGATION

APPEARANCES:
  Counsel present via Zoom.

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| **Kate Baxter-Kauf** | **Mary Zinsner (Capital One)** |
| **Karen Hanson Riebel** | **Susan Clare (Capital One)** |
| **Steven Webster** | **Robert Vieth (Capital One)** |

Motion to/for:
[2008] Motion to Strike or Withdraw Certain Exhibits Associated with Pending Motions by deft.

Argued and
(  ) Granted    (  ) Denied    (  ) Granted in part/Denied in part
(**X**) Taken Under Advisement    (  ) Continued to


(**X**) Order to Follow

Motions for Leave to File Supplemental Authority will be granted.