IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE: CAPITAL ONE CONSUMER        )
DATA SECURITY BREACH LITIGATION    )    MDL No. 1:19md2915 (AJT/JFA)
                                   )

## ORDER

On October 29, 2021, plaintiffs filed a motion to compel (Docket no. 2059), a memorandum in support, and a notice of hearing date for Friday, November 5, 2021 at 10:00 a.m. Having reviewed the motion and memorandum, it is hereby

ORDERED that defendants' response to the motion shall be filed by 5:00 p.m. on Wednesday, November 3, any reply shall be filed by 5:00 p.m. on Friday, November 5 and the court will decide the motion based on the pleadings. The hearing noticed for Friday, November 5, 2021 is cancelled.

Entered this 1st day of Novembe, 2021.

/s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia