IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION | ) ) ) MDL No. 1:19md2915 (AJT/JFA) |

## ORDER

The courthouse will be closed to the public on Friday, November 12, 2021 to allow for repairs and remediation resulting from a broken water pipe. The motion that was scheduled to be heard in this matter on Friday, November 12, 2021 will be heard on Friday, November 19, 2021.

Entered this 10th day of November, 2021.

/s/
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia