**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION | Case No. 1:19md2915 (AJT/JFA) |

**THIS DOCUMENT RELATES TO THE
CONSUMER CASES**

**OPPOSED MOTION OF
THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS
FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE**

The Reporters Committee for Freedom of the Press, by counsel, moves for leave to file a brief as amicus curiae in support of Plaintiffs' Rule 72(a) Objections Regarding Order Staying Unsealing of Exhibits and Briefs (Dkt. 2073), in the form attached to this motion as Exhibit 1. Plaintiffs consent to the relief requested by this motion. Defendants Capital One and Amazon state that they object to the relief requested by this motion. Intervenor Office of the Comptroller of the Currency states that it takes no position as to this motion. For the reasons stated in the accompanying memorandum, the Court should exercise its discretion to permit the filing of the amicus brief, limited to specific points that are of direct interest to the movant. A proposed order is attached as Exhibit 2.

[Signature on the following page]

1

Dated:  November 22, 2021               Respectfully submitted,


      */s/ Craig T. Merritt*
Craig T. Merritt (VSB No. 20281)
Merritt Law, PLLC
919 E. Main Street, Suite 1000
Richmond, VA 23219
Telephone:  804-916-1600
Email:  cmerritt@merrittfirm.com

*Counsel of Record for Amicus Curiae*


## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of November 2021, I will electronically file a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service.


      */s/ Craig T. Merritt*
Craig T. Merritt (VSB No. 20281)
Merritt Law, PLLC
919 E. Main Street, Suite 1000
Richmond, VA 23219
Telephone:  804-916-1600
Email:  cmerritt@merrittfirm.com