UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION | ) ) ) ) MDL No. 1:19md2915 (AJT/JFA) |

This Document Relates to CONSUMER Cases

**JOINT MOTION TO STAY PROCEEDINGS**

Named Representative Plaintiffs, individually and on behalf of all others similarly-situated, ("Plaintiffs"), Capital One Financial Corporation, Capital One Bank Capital One Financial Corporation, Capital One Bank (USA) N.A., Capital One, N.A. (collectively, "Capital One") and Amazon.com, Inc. and Amazon Web Services, Inc. (collectively, "AWS," with Plaintiffs and Capital One, the "Parties"), by and through their respective counsel, hereby jointly move the Court for a stay of proceedings, respectfully showing as follows:

1. While Capital One and AWS deny all liability, in the interest of avoiding the time, expense, and uncertainty of continued litigation, Plaintiffs and Capital One have executed a Term Sheet containing the essential terms of a class settlement that, if approved by this Court, will fully resolve all claims brought by Plaintiffs against Capital One and AWS in this multidistrict litigation.

2. Per the Term Sheet, within 45 days, a formally-executed written Settlement Agreement is to be submitted to this Court in conjunction with a motion for preliminary approval and a motion to direct class notice.

3. In light of the foregoing, the Parties submit that staying all non-settlement related proceedings in this multidistrict litigation, including all pending motions and objections and any rulings thereon, would be in the interest of judicial efficiency and conserve the resources of the

Court and the Parties. The Parties further submit that the proposed stay will not prejudice any party and, in fact, would avoid prejudice to the Parties.

WHEREFORE, the Parties respectfully move this Court to enter an Order staying all non-settlement related proceedings in this multidistrict litigation, including a stay of all pending motions and objections.

Dated: December 20, 2021

/s/
David L. Balser (*pro hac vice*)
S. Stewart Haskins II (*pro hac vice*)
Susan M. Clare (*pro hac vice*)
John C. Toro (*pro hac vice*)
Kevin J. O'Brien (VSB No. 78886)
Robert D. Griest (*pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Tel.: (404) 572-4600
Fax: (404) 572-5140
dbalser@kslaw.com
shaskins@kslaw.com
sclare@kslaw.com
jtoro@kslaw.com
kobrien@kslaw.com
rgriest@kslaw.com

Robert A. Angle (VSB No. 37691)
Tim St. George (VSB No. 77349)
Jon S. Hubbard (VSB No. 71089)
Harrison Scott Kelly (VSB No. 80546)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
1001 Haxall Point
Richmond, VA 23219
Tel.: (804) 697-1200
Fax: (804) 697-1339
robert.angle@troutman.com
timothy.st.george@troutman.com
jon.hubbard@troutman.com
scott.kelly@troutman.com

Respectfully Submitted,

/s/
Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
siegel@stuevesiegel.com

Karen Hanson Riebel
**LOCKRIDGE GRINDAL NAUEN, P.L.L.P**
100 Washington Avenue South, Suite 200
Minneapolis, MN 55401
Tel: (612) 339-6900
khriebel@locklaw.com

John A. Yanchunis
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel: (813) 223-5505
jyanchunis@ForThePeople.com

Steven T. Webster (VSB No. 31975)
**WEBSTER BOOK LLP**
300 N. Washington Street, Suite 404
Alexandria, Virginia 22314
Tel: (888) 987-9991
swebster@websterbook.com

*Counsel for Plaintiffs and the Putative Class*

Mary C. Zinsner (VSB No. 31397)
S. Mohsin Reza (VSB No. 75347)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
401 9th Street, NW, Suite 1000
Washington, DC 20004
Tel.: (202) 274-1932
Fax: (202) 274-2994
mary.zinsner@troutman.com
mohsin.reza@troutman.com

*Counsel for Capital One*

/s/
Robert R. Vieth, Esq. (VSB No. 24304)
Abigail Johansen, Esq. (VSB No. 93585)
**HIRSCHLER FLEISCHER, PC**
8270 Greensboro Drive, Suite 700
Tysons Corner, VA 22102
Tel.: (703) 584-8366
Fax: (703) 584-8901
rvieth@hirschlerlaw.com
ajohansen@hirschlerlaw.com

Tyler G. Newby (*pro hac vice*)
Brian Buckley (*pro hac vice*)
Laurence F. Pulgram (*pro hac vice*)
Janie Y. Miller (*pro hac vice*)
Meghan E. Fenzel (*pro hac vice*)
Sarah V. Lightstone (*pro hac vice*)
Rina Plotkin (*pro hac vice*)
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA 94104
Tel.: (415) 875-2300
Fax: (415) 281-1350
tnewby@fenwick.com
bbuckley@fenwick.com
lpulgram@fenwick.com
jmiller@fenwick.com
mfenzel@fenwick.com
slightstone@fenwick.com
rplotkin@fenwick.com

*Counsel for Amazon.com, Inc. and Amazon Web Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ _____
David C. Balser