IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: CAPITAL ONE CONSUMER DATA SECURITY BREACH LITIGATION ) ) ) | MDL No. 1:19md2915 (AJT/JFA) |

This Document Relates to CONSUMER Cases

[~~PROPOSED~~] ORDER

This matter is before the Court on the Parties' Joint Motion to Stay Proceedings [Dkt No. 2204]. The Parties jointly move the Court for an Order staying all non-settlement related proceedings, including a stay of all pending motions and objections, so that they may finalize a settlement agreement and motion to approve the settlement on a class-wide basis. The Motion is **GRANTED** and all non-settlement related proceedings in this multidistrict litigation, including all pending motions and objections, are hereby **STAYED**.

Entered this 21st day of December, 2021.

Alexandria, Virginia

/s/ JFA
John F. Anderson
United States Magistrate Judge