

Ms. Rosemary McDaniel
6790 S.E. 91st Trl.
Trenton, FL 32693



JACKSONVILLE FL   320

6 JUN 2022   PM 4

FOREVER

U.S. MARSHALS

Clerk of the Court
US District Court Eastern District of VA
Alexandria Division
401 Courthouse Square
Alexandria, VA 22314

22314-579899

RECEIVED
JUN - 0
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA