# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

IN RE: CAPITAL ONE CONSUMER   )
DATA SECURITY BREACH LITIGATION  )  MDL No. 1:19md2915 (AJT/JFA)
—————————————————————— )

**This Document Relates to the Consumer Cases**

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

   Plaintiffs respectfully move the Court for final approval of the Settlement reached in the captioned litigation. In support of this motion, Plaintiffs submit their Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement and exhibits thereto:

**Exhibit 1:** Declaration of Cameron R. Azari, Esq. on Implementation and Adequacy of Notice Plan;

**Exhibit 2:** Declaration of Stuart E. Madnick;

**Exhibit 3:** Declaration of David F. Reign in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement;

**Exhibit 4:** Class Counsel Karen Hanson Riebel's Supplemental Declaration in Support of Motion for Attorneys' Fees, Costs, Expenses and Service Awards; and

**Exhibit 5:** Proposed Final Order and Judgment.

Dated: August 29, 2022     Respectfully submitted,

           By: /s/ *Steven T. Webster*
           Steven T. Webster (VSB No. 31975)
           **WEBSTER BOOK LLP**
           300 N. Washington Street, Suite 404
           Alexandria, VA 22314
           Telephone: (888) 987-9991
           swebster@websterbook.com

           *Plaintiffs' Local Counsel*

Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 2200
Kansas City, MO 64112
Telephone: (816) 714-7100
siegel@stuevesiegel.com

Karen Hanson Riebel
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
khriebel@locklaw.com

John A. Yanchunis
**MORGAN & MORGAN COMPLEX
LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
jyanchunis@ForThePeople.com

*Plaintiffs' Lead Counsel*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 29, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Steven T. Webster*
Steven T. Webster (VSB No. 31975)
WEBSTER BOOK LLP