IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: CAPITAL ONE CONSUMER ) | |
| DATA SECURITY BREACH LITIGATION ) | MDL No. 1:19-md-2915 (AJT/JFA) |
| ) | |

This Document Relates to the CONSUMER Cases

## JUDGMENT

Pursuant to the Order of this Court entered on September 13, 2022 granting judgment and final approval of the class action settlement (the "Order") [Dkt. No. 2263] and in accordance with Federal Rules of Civil Procedure 54(b) and 58, JUDGMENT is hereby entered as to the claims and relief outlined in the Order.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
D. Van Metre
Deputy Clerk

Dated: 10/06/2022
Alexandria, Virginia