United States District Court Eastern District of Virginia         7/15/2023
401 Courthouse Sq
Alexandria, VA 22314



Subject: Capitol One Data Breach Settlement

To the Court,

  According to what I've read this Court made the ruling against Capitol One.
  In early 2022 I received a notice that my personal information may have been compromised from Capitol One. Shortly after that I received a letter from the IRS that someone had filed a fraudulent 1040 using my information. I gathered up the needed information and headed off to the local IRS office. It took two trips to the IRS but I finally got things straightened out.
In May of 2022 I filed a claim against Capitol One and received a confirmation email from the Settlement Administrator that they had received my claim. According to the Settlement Administrator all claims had a deadline for submission by August 2022 which I met.
  I waited 6 months with no settlement or any updates. I emailed the Settlement Administrator 6 times from November 2022 to April 2023 with NO response! I tried several times to call their 800 number and I might as well have called the Whitehouse to talk to Joe. In May 2023 I filed a complaint with the Illinois Attorney General's office which ended up being a waste of time. I ended up writing a letter and finally got a response [copy enclosed]. Seems a year isn't long enough to receive a settlement and I'm starting to wonder if this isn't some kind of scam against the elderly.
I've spent more time trying to find out what was going on than I spent filing a claim! Can the Court shed any light on what is going on?

Respectfully,

William Dunkin
4120 12th St
Rock Island, Il
61201

Email - bdunk@mchsi.com
309 732 0821

Capital One Settlement Administrator
P.O. Box 4518
Portland, OR 97208-4518



*400551821425601642*

WILLIAM DUNKIN III
4120 12TH ST
ROCK ISLAND, IL 61201-6013

June 29, 2023
Tracking Number: 42540991

Dear William Dunkin III,

Thank you for your correspondence.

We can confirm we have received your Claim.

Your claim is complete and requires no further action. Class Members who submitted a claim requesting the Identity Defense Services have been provided instructions on how to enroll.

If you made a valid claim for Out-of-Pocket Losses and/or Lost Time, once all claims are reviewed and updated, you will be notified by email and allowed to choose between various digital payment options.

If we do not have a valid e-mail address on record, you will be defaulted to a paper check. It is important you let us know if your contact information changes prior to the full resolution of your claim.

We do not have an estimated payment date to provide at this time.

Please be sure to keep us updated of any updates in your contact information.

Regards,

Capital One Settlement Administrator

Tim Dunkin
220 12th St
Rock Island, Il
61201

RECEIVED
MAILROOM
JUL 18 2023
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

CEDAR RAPIDS IA 522
15 JUL 2023 PM 1 L

U.S. District Court E. District of VA.
401 Courthouse Sq,
Alexandria, Va.
22314

U.S. MARSHALS

22314-579899