

*400551829999999995*

**Must be postmarked
or submitted online
NO LATER THAN
September 30, 2022**

CAPITAL ONE SETTLEMENT ADMINISTRATOR
P.O. BOX 4518
PORTLAND, OR 97208-4518
WWW.CAPITALONESETTLEMENT.COM

## Capital One Data Breach Claim Form

## SETTLEMENT BENEFITS – WHAT YOU MAY GET

If you are a U.S. resident whose information was accessed in the Capital One data breach announced on July 29, 2019, you may submit a claim.

**The easiest way to submit a claim is online at www.CapitalOneSettlement.com**, or you can complete and mail this claim form to the mailing address above.

**You may submit a claim for one or more of these benefits:**

**Identity Defense Services:** Use the claim form to request free Identity Defense Services.

**Cash Reimbursement.** Use the claim form to request money for one or more of the following:

1. **Reimbursement for Money You Spent.** If you spent unreimbursed money trying to avoid or recover from fraud or identity theft that you believe is fairly traceable to the Capital One data breach (Out-of-Pocket Losses), you can be reimbursed up to $25,000 (including any claim for lost time). You must submit documents supporting your claim.

2. **Reimbursement for Lost Time.** If you spent time trying to avoid or recover from fraud or identity theft that you believe is fairly traceable to the Capital One data breach, you can get the greater of $25 per hour or your documented hourly wage for up to 5 total hours, or up to 15 total hours if you provide supporting documents demonstrating a valid claim for out-of-pocket losses.

**Restoration Services** are an additional benefit that is separate from Identity Defense Services. No claim is required for Restoration Services, which can assist with fraud resolution. U.S. residents whose information was accessed in the Capital One data breach will be able to access Restoration Services for a period of at least 3 years once the settlement is final. More information is available at www.CapitalOneSettlement.com.

**Claims must be submitted online or mailed by September 30, 2022. Use the address at the top of this form for mailed claims.**

*Please note: the settlement administrator may contact you to request additional documents to process your claim. Your cash benefit may decrease depending on the number and amount of claims filed.*

For more information and complete instructions visit **www.CapitalOneSettlement.com.**

**Please note that Settlement benefits will be distributed only after the Settlement is approved by the Court and becomes final.**

If you make a claim for a cash payment in this claim form, after the settlement is approved, you will receive an email at the email address you provide, prompting you to select how you would like to be paid. You can receive your payment via a variety of digital options such as digital debit card or PayPal, or you can elect to receive a check.



*400551829999999995*

## Your Information

*We will use this information to contact you and process your claim. It will not be used for any other purpose. If any of the following information changes, you must promptly notify us by emailing info@CapitalOneSettlement.com.*

**First Name** | **Middle Initial** | **Last Name**
MR ALEXANDER | B | BAI MSMA SELVARAJ

**Name of Business:**

**Alternative Name(s) (If Any):**

**Unique ID (As shown on the notice you received):**

**Mailing Address (Required):**
20 PAVILION BD.,

**City** | **State** | **ZIP**
VOORHEES | NJ | 08043

**Phone Number:**
908 - 287 - 2888

**Email Address:**
ALEXANDER.IN.GUAY@GMAIL.COM

**Year of Birth (Required):**
1985 (0/4/2)

02-CA40055182
AF8702 v.09

2



*400551829999999995*

---

## Free Identity Defense Services

### *You may be eligible to receive free Identity Defense Services.*

You can receive free Identity Defense Services for at least three years.  These services include:

- Dark web monitoring for your Social Security number, date of birth, address, driver's license number, passport number, payment cards, email addresses, and other information;

- Identity monitoring with authentication alerts;

- Lost wallet protection;

- Security freeze capability in multiple categories: Credit – Experian, Equifax, TransUnion and Innovis; Specialty Finance – Sage Stream, Clarity DATAX and CoreLogic; Closed Checking and Savings accounts – Chex Systems; and Utilities – NCTUE

- $1 million dollars in no-deductible insurance provided by a third-party insurer to cover certain costs related to identity theft or fraud;

- U.S.-based customer support specially trained in identity theft and fraud discovery and remediation; and

- Insight & tips for members on the user dashboard.

If your Social Security number or linked bank account number was impacted in the Data Breach, you received a notice of that fact from Capital One in 2019, and your Identity Defense Services will also include:

- Three-bureau Credit Monitoring with instant alerts; and

- a Monthly Credit Score.

*Please select Option 1 if you want the Free Identity Defense Services for which you are eligible.*

☒ **Option 1, Identity Defense Services:** I want to receive free Identity Defense Services.

*If you select this option, you will be sent instructions and an activation code after the settlement is final to your email address or home address. You won't be "upsold" any services by enrolling or otherwise asked to submit any payment for these services now or in the future.*

---

## Cash Payment: Money You Lost or Spent (Out-of-Pocket Losses)

If you lost or spent money trying to prevent or recover from fraud or identity theft that you believe is fairly traceable to the Capital One data breach and have not been reimbursed for that money (Out-of-Pocket Losses), you can receive reimbursement for up to $25,000 total, including your claim for Lost Time, if any.

It is important for you to send documents that show what happened and how much you lost or spent, so that you can be reimbursed.

To look up more details about how cash payments work, visit **www.CapitalOneSettlement.com** or call toll-free 1-855-604-1811. You will find more information about the types of costs and losses that can be paid back to you, what documents you need to attach, and how the Settlement Administrator decides whether to approve your payment. *By filling out the boxes below, you are certifying that the money you spent doesn't relate to other data breaches.*

**You may make as many copies of the claim form pages as necessary to list all of your expenses. If you need more space to list your costs and losses, please submit additional pages of this claim form to provide that information.**

---

*400551829999999995*

| Loss Type | Approximate Date of Loss | Amount of Loss |
|---|---|---|
| Costs for freezing or unfreezing your credit report on or after 3/22/2019 | MM – DD – YY | $ ☐☐☐☐☐ . ☐☐ |

**Description of Loss or Money Spent and Supporting Documents**
(Identify what you are attaching, and why it's related to the Capital One breach)
*Examples: Receipts, notices, or account statements reflecting payment for a credit freeze*

*IN PENDENCY.*

| | | |
|---|---|---|
| Credit monitoring and identity theft protection purchased between 3/22/2019 and the date of your claim submission | MM – DD – YY | $ ☐☐☐☐☐ . ☐☐ |

**Description of Loss or Money Spent and Supporting Documents**
(Identify what you are attaching, and why it's related to the Capital One breach)
*Examples: Receipts or statements for credit monitoring services*

*IN PENDENCY.*

| | | |
|---|---|---|
| Costs, expenses, and losses due to identity theft, fraud, or misuse of your personal information on or after 3/22/2019 and that you believe are fairly traceable to the Capital One data breach | 0 3 – 2 7 – 1 9 *TO/AVI*   MM   DD   YY | $ 2 5 , 0 0 0 . 0 0 |

*$21. 97 PER DIEM FLAT RATE COSTINGS.*

**Description of Loss or Money Spent and Supporting Documents**
(Identify what you are attaching, and why it's related to the Capital One breach)
*Examples: Account statement with unauthorized charges highlighted; police reports; IRS documents; FTC Identity Theft Reports; letters refusing to refund fraudulent charges; credit monitoring services you purchased*

*3/27/19 TO/AVI – 3/09/22 TO/AVI.*

*BY SEPARATE ENCLOSURE.*

| | | |
|---|---|---|
| Professional fees paid to address identity theft on or after 3/22/2019 and that you believe are fairly traceable to the Capital One data breach | MM – DD – YY | $ // // // // // . // // |

**Description of Loss or Money Spent and Supporting Documents**
(Identify what you are attaching, and why it's related to the Capital One breach)
*Examples: Receipts, bills, and invoices from accountants, lawyers, or others*

*AS ABOVE REFERENCED.*

| | | |
|---|---|---|
| Other expenses such as notary, fax, postage, copying, mileage, and long-distance telephone charges related to the data breach | MM – DD – YY | $ // // N // . // // |

*AS ABOVE.*

**Description of Loss or Money Spent and Supporting Documents**
(Identify what you are attaching, and why it's related to the Capital One breach)
*Examples: Phone bills, receipts, detailed list of places you traveled (i.e. police station, IRS office), reason why you traveled there (i.e. police report or letter from IRS re: falsified tax return) and number of miles you traveled*

*AS ABOVE.*



*400551829999999995*

## Cash Payment: Lost Time

If you spent time trying to recover from fraud or identity theft that you believe is fairly traceable to the data breach, or if you spent time trying to avoid fraud or identity theft <u>because of the data breach</u> (placing or removing credit freezes on your credit files or purchasing credit monitoring services), complete the chart below. You can be compensated at the greater of $25 per hour or, if you took time off work, your documented hourly wage.

If your claim for Lost Time is related to a valid, documented claim for Out-of-Pocket Losses, you may claim up to **15 hours.** You **must** describe the actions you took in response to the data breach and the time each action took.

If your claim for Lost Time is NOT related to a valid, documented claim for Out-of-Pocket Losses, but WAS time you spent trying to recover from fraud or identity theft that you believe is fairly traceable to the data breach, or time you spent to avoid fraud or identity theft because of the data breach, you may claim up to **5 hours**. You **must** describe the actions you took in response to the data breach.

*By filling out the boxes below, you are certifying that the time you spent doesn't relate to other data breaches.*

## Reimbursement Rate for Lost Time

Your Reimbursement Rate for approved Lost Time will be $25/hour unless you took time off work, and you provide documentation showing that your wage rate is higher than $25/hour. Documents showing a wage rate higher than $25/hour could include a recent paystub or other printed payroll documentation.
*Please select either Option 1 or Option 2 below, but not both.*

☒ **Option 1, Standard $25/hour Reimbursement Rate:**
*If you select this option, you do not need to provide documentation of your wage rate.*

☐ **Option 2, Reimbursement Rate higher than $25/hour:** I certify that my hourly wage rate is

$ [  ][  ] • [  ][  ]

and that I took time off work to respond to the data breach. In support of this certification, I provide the following documentation:

_____

_____



*400551829999999995*

| Approx. Date(s) | Number of Hours and Minutes | Supporting Documentation? (Y/N) | Explanation of Lost Time (Identify what you did and why) |
|---|---|---|---|
| ☐☐ – ☐☐ – ☐☐☐☐· MM   DD   YYYY  through  ☐☐ – ☐☐ – ☐☐☐☐ MM   DD   YYYY | ☐☐ Hour(s)  ☐☐ Minute(s) | ☒ Yes  ☐ No | _SEPARATELY ATTESTED,_ |
| ☐☐ – ☐☐ – ☐☐☐☐ MM   DD   YYYY  through  ☐☐ – ☐☐ – ☐☐☐☐ MM   DD   YYYY | ☐☐ Hour(s)  ☐☐ Minute(s) | ☒ Yes  ☐ No |  |
| ☐☐ – ☐☐ – ☐☐☐☐ MM   DD   YYYY  through  ☐☐ – ☐☐ – ☐☐☐☐ MM   DD   YYYY | ☐☐ Hour(s)  ☐☐ Minute(s) | ☒ Yes  ☐ No |  |

## Signature

I affirm under the laws of the United States that the information I have supplied in this claim form and any copies of documents that I am sending to support my claim are true and correct to the best of my knowledge.

I understand that I may be asked to provide more information by the settlement administrator before my claim, is complete.

_Mr. Alexander M. Rai, Sui Iuris_

Signature

Date: 0 9 – 0 9 – 2 0 8 8
       MM      DD      YYYY

_H.R. ALEXANDER K. RAI, MSHA, Sui Iuris_

Print Name

06-CA40055182
AF8708 v.09

6



THE U.S. STATE DEPARTMENT, AMENDED ; WITH ADDITIONAL SERVICING FOLLOW UPS.

( REF ) . F.O.I.A. REQUEST <u>FP — 2022 — 00139</u> .

<u>LEGAL RELEASE DEMAND</u> OF U.S. CITIZEN'S WRONGFULLY ALIENATED

<u>PERSONAL IDENTIFICATIONS</u>, U.S. PASSPORT, AND PASSPORT CARD.

ATTN : MS. GLORIA CHERRY ARMFIELD.

# U.S. DEPARTMENT OF STATE.

OFFICE OF PASSPORT SERVICES, CARE OF, RECORDS MANAGEMENT.

U.S. DEPT. OF STATE, RECORDS REVIEW AND RELEASE DIVISION.,

CA/PPT/S/RM/RRR.,

44132 Mercure Circuit, P.O. Box 1227, Sterling, V.A., 20166.

The United States of America.

[ ( E ) : CHERRYGA2@STATE.GOV .

// ( Ref. ) **U.S. Passport, and Passport Card, via Dubai Consular Processing,** 6/22/2021. ( A.D./M.X ) **common State Department Finalizations Point.** //

D.O.I. WEDNESDAY, 1/11/2023, ( A.D./M.X. ) .

## Dear Ms. Armfield;

Please **expeditiously enact** upon this LEGAL DEMAND letter for an **immediate restoration** of these two pre-paid, yet **wrongfully alienated**, legal effects,

which the State Department owes a prompt, and expeditious ' Duty Free ' absolute resolution to this United States Citizen;

- ( 1 ) U.S. Passport, with no mis-representations and mis-attributions.

- ( 2 ) U.S. Passport Card, on the identical conditions of legal deliverance.

As these articles ubiquitously constitute a PRIMARY form of " GOVERNMENT ISSUED PHOTO IDENTIFICATION " in relation to subsidiary documentation standards, and retroactive exigencies apply to expired documents for reference and **general confirmatory purposes** only; it is strictly **obligatory** upon the State Department to reverse its own prolonged tort violations in relation to the unjust, and indeed, **illegal** alienation of these two particulars, and **alleviate** the over-prolonged **business** with an absolute finality of action and ameliorative consequence.

On the condition of dutiful processing of these ( 1 ) Dubai Consulate processed articles, and ( 2 ) upon the secure F.O.I.A. FP 2022 - 00139 mediated finalized internal return of all originals submitted within the Port Louis Consulate ( MAR. 27, 2019, A.D./M.X. ) *to* the Dubai Consular avenue, full inter-operative autonomy shall be **conditionally,** and legally restored to the foreign **Republic of Mauritius,** and the equivalent foreign services plenary gifted

there by the good graces of this well forbearing United States citizen, with no refunds nor further redress requested, nor further owed of any Port Louis Consular duties and obligations. A full internal restoration of accord to be consistently re-graced upon its internal deputations, who are to be declared harmless against all past and present injuries on the basis of lengthy, and protracted mis-deliberations as committed under their original duty of care and legal administration over such effects.

I am prepared to **immediately receive** these articles here in **Guam** for a full confirmatory purpose ( as PRIMARY document representation ) in service to common insular duties at **internal** administration, whose privileges and entitlements arise by the common attachment and territorial defense of the entirety integrity of the United States of America as a whole.

In the current state of relations, and by the vast and preponderant nature of the ordeal, we, here in the Marianas, are obliged to regard these articles as ILLEGALLY STOLEN by illicit **individual** actors embedded within the State Department itself ( on an **official** torts basis, and in a profound violation of the U.S. Hatch Act ) , whose misconduct and extensive categorical violations we <u>do not</u> endorse in the common will of conserving the true cohesions of

the United States of America, in either internal or external basis of unique relations.

I shall **receive** these restorations at my **most current** personal mailing address here within Guam, United States, as myself ;

**MR ALEXANDER K RAI MSMA SUI IURIS.**

**P.O. BOX 10210, TAMUNING, GUAM 96931,**

**THE UNITED STATES.**

( TEL ) : + ( 1 ) . 928 . 485 . 4509 . ( E ) : ALEXANDER.IN.GUAM@GMAIL.COM.

**I have plainly restored all relevant protocols, articles, and articulations, by the letter posts, and fully REMANDED this issue under your original duties in candid remediation for its FINAL and designated resolution.**

**Thanking you** for your ethical cooperations going forward.

Very Truly,



Mr. Alexander K. Rai, M.S.M.A., Sui Iuris,

THE INSULAR TERRITORY OF GUAM ISLANDS, THE UNITED STATES OF AMERICA { 55 } .



FROM : MR. ALEXANDER K. RAI, M.S.M.A., SUI IURIS.

P.O. BOX 10210, TAMUNING, GUAM 96931-0210.

THE UNITED STATES OF AMERICA.

[TEL] : +1 . 928 . 485 . 4509 . | [ E ] : ALEXANDER.IN.GUAM@GMAIL.COM.

ATTN :

# MS. GLORIA ARMFIELD CHERRY.

OFFICE OF PASSPORT SERVICES,  CARE OF, RECORDS MANAGEMENT.

U.S. DEPT. OF STATE, RECORDS <u>REVIEW</u> AND

<u>RELEASE</u> DIVISION.,

CA/PPT/S/RM/RRR.,

44132 Mercure Circuit, P.O. Box 1227,

Sterling, V.A., 20166.

The United States of America.





# GOVERNMENT OF GUAM

### DEPARTMENT OF PUBLIC HEALTH & SOCIAL SERVICES
(DIPATTAMENTON SALUT PUPBLEKO YAN SETBISION SUSIAT)
123 Chalan Kareta
Mangilao, Guam 96913-6304



Felix P. Camacho
GOVERNOR

Michael W. Cruz, MD
LIEUTENANT GOVERNOR

J. Peter Roberto, ACSW
Acting Director

## AFFIDAVIT OF FOREIGN BIRTH

→ MR. ALEXANDER K. RAI, M.S.M.A, SUI IURIS

I, <u>MR. ALEXANDER K. RAI, M.S.</u>, do hereby solemnly swear, depose, and state that
my true and correct name is: <u>MR. ALEXANDER K. RAI, M.S.M.A., SUI</u> *IURIS*. I was born
on <u>JULY</u>   <u>13</u>   <u>1985</u>   in <u>22.5726° N, 88.3639° E</u>                .
   (Month)  (Day)  (Year)            (City/Town/State/Country)

### (BIOLOGICAL PARENTS)

Father's Name: <u>PRIVATE, AND NOT PUBLIC</u>(Living/Deceased)  Birthplace: <u>PRIVATE.</u>

Mother's Name: <u>PRIVATE, AND NOT PUBLIC</u>(Living/Deceased)  Birthplace:<u>PRIVATE.</u>

### (IF ADOPTED)

Father's Name: _____(Living/Deceased)  Birthplace: _____

Mother's Name: _____(Living/Deceased)  Birthplace:_____

1. I further state that **I HAVE NEVER BEEN MARRIED.**   ☐ *NOT*
2. I further state that **I HAVE BEEN MARIED BEFORE.**   ☐ *APPLICABLE.*
3. This affidavit is made in support of my Application of Marriage with
   *NOT APPLICABLE*      . In compliance with the Rules and Regulations of the
   Department of Public Health and Social Services, Government of Guam.

_____
SIGNATURE OF AFFIANT

**SUBSCRIBED** and **SWORN** to before me on this ____ day of _____, 20____.

**JONATHAN S. OLIVARES**
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: JAN. 12, 2025
320 Herman Cortez Ave, Hagåtña, 96910, Guam

_____
**(NOTARY PUBLIC)** in and for Guam
My commission expires: _____

**NOTE:** To obtain this form a fee of $1.00 is applicable

Tel. No.: (671) 735-7263 ● 735-7185
Fax: (671) 734-5910





FROM : MR. ALEXANDER K. RAI, M.S.M.A, SUI IURIS,

194 PALE KIERAN HICKEY DR., ( #.3 )., SINAJANA, GUAM, 96910-3318.

THE UNITED STATES OF AMERICA | TEL : + 1 . 908 . 287 . 2888 .

$TO$

ATTN : U.S. CC

Corner o

Kh

P.C

J

*RETURN TO SENDER*

JBAI, THE U.A.E.

1, and Sheikh

i Rd.,

1777.

A.E.

UNDER THE DUTY O.

LEGAL OBLIGATIONS ) OF :

THE HONORABLE PAUL MALIK, CONSUL GENERAL.

THE UNITED STATES OF AMERICA.

Subject to Federal Trade Commission Identity Theft Governance, under CASE INVESTIGATION # . **125010837** .

U.S. STATE DEPARTMENT NOTICE
SOVEREIGN LEGAL DEMAND LETTER FOR IMMEDIATE

# DISORGEMENT

OF LEGAL IDENTITY EFECTS OF THE U.S. CITIZEN,

## 910 DAYS OVERDUE.

AN INJUNCTIVE ( PER, **F.T.C.A.** STANDARDS ) ,
DEMAND IN COMPELLING EQUITY ,
ELECTRONICALLY TRANSMITTED AS DATED :
**9/22/2021,** ( A.D. / M.X. ) .



THIS AD WAS PAID FOR WITH OFFICIAL FUNDS FROM THE OFFICE OF CONGRESSMAN MICHAEL F.Q SAN NICOLAS.



# "THANK YOU FOR THE FEDERAL FUNDS!"

THE
OFFICE OF CONGRESSMAN
MICHAEL F.Q.
SAN NICOLAS

Phone: 671-475-6453 (GUAM)
Email: michael.sannicolas@mail.house.gov





U.S. Embassy
PORT LOUIS

Customer: ALEXANDER K. RAI MSMA
SUI IURIS
Date: 3/27/2019 1:34:42 PM
Register: PTLCONSACRS
Transaction: 15014800
Tender: Local Currency

| Qty | Svc | Ctry | Visa | Price |
|---|---|---|---|---|
| 1 | 02A | | | $50.00 |
| | ADULT PASSPORT | | | MUR1,750.00 |
| 1 | 01 | | | $35.00 |
| | PASSPORT EXECUTION FEE | | | MUR1,220.00 |
| 1 | 02G | | | $60.00 |
| | PPT SECURITY SURCHARGE | | | MUR2,100.00 |
| 1 | 09A | | | $30.00 |
| | PASSPORT ADULT CARD | | | MUR1,050.00 |

Balance          MUR6,120.00
Amount Paid      MUR6,500.00
Change           MUR380.00

CUSTOMER COPY
ALL TRANSACTIONS ARE
FINAL - NO REFUNDS
Sensitive But Unclassified (SBU)
17961



U.S. Consulate General
DUBAI, UNITED ARAB EMIRATES
Customer: ALEXANDER RAI MSMA
SUIIURIS
Date: 6/22/2021 8:53:15 AM
Register: CASHIER
Transaction: 15059909
Tender: Plastic Card
Exchange Rate: 1.00USD = 3.700LC

| Qty | Svc | Ctry | Visa | Price |
|---|---|---|---|---|
| 1 | 01 | | | $35.00 |
| | PASSPORT EXECUTION FEE | | | |
| 1 | 02A | | | $50.00 |
| | ADULT PASSPORT | | | |
| 1 | 02G | | | $60.00 |
| | PPT SECURITY SURCHARGE | | | |

Balance          $145.00
Amount Charged   $145.00
Change           $0.00

CUSTOMER COPY
ALL TRANSACTIONS ARE
FINAL - NO REFUNDS
Sensitive But Unclassified (SBU)
75237





FROM : MR. ALEXANDER K. RAI, M.S.M.A., SUI IURIS.

P.O. BOX 10210, TAMUNING, GUAM 96931-0210.

THE UNITED STATES OF AMERICA.

(TEL.) : + 1 . 928 . 485 . 4509 . | ( E ) : ALEXANDER.IN.GUAM@GMAIL.COM.

ATTN :

# TO WHOEVER AS THIS MAY CONCERN.

OFFICE OF PASSPORT SERVICES,  CARE OF, RECORDS MANAGEMENT.

U.S. DEPT. OF STATE, RECORDS <u>REVIEW</u> AND

<u>RELEASE</u> DIVISION.,

CA/PPT/S/RM/RRR.,

44132 Mercure Circuit, P.O. Box 1227,

Sterling, V.A., 20166.

The United States of America.



THE UNITED STATES OF AMERICA, OFFICE OF THE CITIZEN OF THE UNITED STATES:

STATEMENT OF TERRITORIAL CLAIM ATTESTATIONS, FROM THE INSULAR TERRITORY OF GUAM,

PACIFIC UNITED STATES.

## LIEN OF PROPERTY AND COMPETENT LEGAL

## ADMINISTRATION IN AN ACTION OF

RESPONSIBLE SELF – GOVERNANCE, AND EQUITABLE PUBLIC RELIEF ( O.G. ( # ) 112023122 ) :

THIS CLAIM ACTION IS CONTINGENT UNTO, AND LEGALLY BINDING UPON;

UNITED STATES DEPARTMENT OF STATE, CONSULAR AND

INTERIOR RELATIONS ( O.M.R. # : 1405 – 0146 ( TRANSACTIONS ) . 15059909 D.O.I..

6/22/2021, ( A.D/M/X.) 8:53:13, A.M., U.S. CONSULTATE GENERAL, EMIRATE OF DUBAI: 15014800 .

3/27/2019, ( A.D/M/X.) 13:44:42 P.M., U.S. EMBASSY, PORT LOUIS, MAURITIUS ) .

RATIFYING THE PARTICULARS OF A DEBT FREE INSTRUMENT OF COMMON CIVIL GOVERNANCE, AT THE

OBLIGATED PARTY'S OFFICIAL SOLICITATION, BY WHICH THAT PARTY AS IT IS BOUND AT LAW AND EQUITY.

The foregoing instrument was acknowledged before me this ___Apl 24___ day of 2023 A.D/M.X.,

by MR. ALEXANDER K. RAI, M.S.M.A, SUI JURIS,  as advocate in fact for the Citizens of the United

States and Territories * , in a Universal and International designation, who is personally

known to me ( or ) who has produced a NOTARIZED PROOF OF LEGAL RESIDENCY FOR 21 CONTINUOUS

MONTHS WITHIN GUAM :

Signature of Notary Public _Jose-gonzalo-tones_

Personally known: ___

( or ) Produced Identification: _x_  Type of Identification Produced: NON-STANDARD

DIPLOMATIC PASSPORT, DISTRICT OF COLUMBIA, THE UNITED STATES OF AMERICA.

**JESSIE MARIE TOVES**
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: AUG. 17, 2023
P.O. Box 8354 Agat, Guam 96928

---

# Affidavit of Legal Submission.

The Territory of Guam, The United States of America. Signed and

Sworn to ( or Affirmed ) before myself * on ( date ) __4/24/2023__ (A.D/M/X.)

By MR. ALEXANDER K. RAI, M.S.M.A, SUI JURIS, ( Affiant ) , rendering the Statement by

Affidavit.         Signature of notarial officer : _Jose-gonzalo-tones_

Title of Office :



  

VERIFIED DATA ( 21 U.S.C. 371; 5 U.S.C. 552, 552 ( a ) ; SOURCE; 42 F.R. 15626, MAR. 22, 1977, ( C.E. ) , **RECORDED AT THE INDEBTED PARTY'S OFFICIAL SOLICITATION,** AND PERPETUALLY BINDING **DUTIES** OF LAWFUL & RECIPROCAL RESOLUTION ( **LIABILITY** TO THE PARTY, PER  28; U.S.C. 1746

- ( 1 ) FULL NAME : MR. ALEXANDER K. RAI, M.S.M.A., SUI IURIS  ( VIA, O.M.B. 1405 — 0133 ) .

- ( 2 ) DATE OF BIRTH : JULY 13TH., 1985, ( A.D./M.N. ) ; 1405, ( A.H. ) .

- ( 3 ) PLACE OF BIRTH ( NO INCORPORATION; STRICTLY GEOGRAPHICAL ) : 22.5726° N, 88.3639° E .

- ( 4 ) CURRENT MAILING ADDRESS : P.O. BOX 10210, TAMUNING, GUAM 96931, THE UNITED STATES OF AMERICA.

- ( 5A ) TELEPHONE : + 1 . 908 . 287 . 2888 . ( 5B ) E-MAIL : ALEXANDER.IN.GUAM@GMAIL.COM.

- ( 6 ) VALID GOVERNMENT ISSUED PHOTO IDENTIFICATION : 09A PASSPORT ADULT CARD; ( T.R.N. ) 15014800 ;

PTLCONSACRS ; 3/27/2019, ( A.D./M.N. ) ;  AND 02A ADULT PASSPORT; ( T.R.N. 15059909 ; 6/22/2021 ( A.D./M.N. ) .

---

U.S. Embassy
PORT LOUIS

Customer: ALEXANDER K. RAI MSMA
SUI IURIS
Date: 3/27/2019 1:34:42 PM
Register: PTLCONSACRS
Transaction: 15014800
Tender: Local Currency

| Qty | Svc | Ctry | Visa | Price |
|-----|-----|------|------|-------|
| 1 | 02A | | | $50.00 |
| ADULT PASSPORT | | | | MUR1,750.00 |
| 1 | 01 | | | $35.00 |
| PASSPORT EXECUTION FEE | | | | MUR1,220.00 |
| 1 | 02G | | | $60.00 |
| PPT SECURITY SURCHARGE | | | | MUR2,100.00 |
| 1 | 09A | | | $30.00 |
| PASSPORT ADULT CARD | | | | MUR1,050.00 |

Balance        MUR6,120.00
Amount Paid    MUR6,500.00
Change         MUR380.00

CUSTOMER COPY
ALL TRANSACTIONS ARE FINAL - NO REFUNDS
Sensitive But Unclassified (SBU)
17201

---

U.S. Consulate General
DUBAI, UNITED ARAB EMIRATES

Customer: ALEXANDER RAI MSMA
SUIIURIS
Date: 6/22/2021 8:53:15 AM
Register: CASHIER
Transaction: 15059909
Tender: Plastic Card
Exchange Rate 1.00USD = 3.700LC

| Qty | Svc | Ctry | Visa | Price |
|-----|-----|------|------|-------|
| 1 | 01 | | | $35.00 |
| PASSPORT EXECUTION FEE | | | | |
| 1 | 02A | | | $50.00 |
| ADULT PASSPORT | | | | |
| 1 | 02G | | | $60.00 |
| PPT SECURITY SURCHARGE | | | | |

Balance        $145.00
Amount Charged $145.00
Change         $0.00

CUSTOMER COPY
ALL TRANSACTIONS ARE FINAL - NO REFUNDS
Sensitive But Unclassified (SBU)
75257

HE U.S. DEPT. OF STATE.

.I.G. H20231221.



.S.C. 1746

IERICA.

14800 ;

).

AM

CHAMO

FROM : MR. ALEXANDER K. RAI, M.S.M.A., SUI IURIS

P.O. BOX 10210, TAMUNING, GUAM 96931-0210.

THE UNITED STATES OF AMERICA.

TEL  : - 1 . 908 . 287 . 2888 .   E   : ALEXANDER.IN.GUAM@GMAIL.COM

# THE U.S. DEPARTMENT OF STATE.,

## RECORDS REVIEW & RELEASE DIVISION.

## 44132 MERCURE CIRCUIT.,

# P.O. BOX 1227.,

Sterling, Virginia,



The United States. (V.A.) 20166.

**RECEIPT**   DATE April 24, 2023   NO. 309823

RECEIVED FROM ALEXANDER K. RAI mcima sui iuris

ADDRESS PO BOX 10210 TAMVNING GUAM 96931

$ 20.00

FOR NOTARY SERVICE (2 signatures)

JESSIE MARIE TOVES
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: AUG. 17, 2023
P.O. Box 8354 Agat, Guam 96928

| ACCOUNT | | HOW PAID | |
| --- | --- | --- | --- |
| AMT. OF ACCOUNT | | CASH | |
| AMT. PAID | 20 | CHECK | |
| BALANCE DUE | 0 | MONEY ORDER | |

BY _____

©2001 REDIFORM® 8L802

# THE U.S. DEPARTMENT OF STATE.,

## RECORDS REVIEW & RELEASE DIVISION.

## 44132 MERCURE CIRCUIT., P.O. BOX 1227.,

# Sterling, Virginia,

# The United States. (V.A.) 20166.

// ( Ref. ) **Inter-Regulatory Compliance & Claims Letter, Permanent
Notice of Action** Concerning the · FP   2022   00139 ·   DUTIES & OBLIGATIONS BOND. //



INSULAR TERRITORY OF GUAM, THE UNITED STATES .

D.O.I. 04/21/2023. ( A.D. MX. ).

## DEAR OBLIGATED PARTY OF RESPONSIBILITY, PUBLIC SOLICITOR, & BOUND PUBLIC TRUST FIDUCIARY AT HIRE ;

Per your **publicly binding solicitation** dated 3 03 2023 , I am endeavoring to

fulfill, finalize, and redeem, the qualifying " Letter of Objection " received on

that date from your institution, by fully discharging its contingencies, which,

as a publicly bound and obligated artificer, you assert, as being grounded on

the disposition of **material verifications** of the pertinent facts at due, and common consideration.

I, perforce, LEGALLY satisfy this claim of your due elicitation, by thoroughly enumerating all **particulars of verification** so requested in good faith, and in the **exact manner** required, while sustaining the possible underlying U.S. HATCH ACT violations, and related specie of misfeasances as created through a sustained consular delinquency, in whose duration, your institution have apparently taken *no heed of the laws* which bind it to **remit** customary articles of common, and pre-serviced reliance, and by whose secure, and long-enshrined grounds of due resolution an internal probe and investigation ( as *above enumerated* ) has, since, been dutifully originated against its articles through the ultimately *unlawful alienation* of **citizen property**, in the applicable forms of the fully paid and pre-serviced **United States Passport** and **Passport Card**, which, the institution which you represent by your oversight, has wrongfully and illegally *withheld* due, and timely release, in formal and shocking desertion of its own objective and owed duties, which both you, and it, hence *owe* a prompt disposition to this American under Law.

, and

ighly

1, and in

.s.

ough a

ve

rticles

g-

ion ( as

es

pplicable

d

oversight,

l and

n you, and

Needless to say, the **final qualifying form of Photo Identity related verification** ( " Government Issued Photo I.D. " ) is *none other than the very attributions* of these <u>**illegally withheld objects**</u>, for some  5  continuous years under *your* sole <u>**revocable**</u> civil stewardship obligation, against which neither duty nor costs are in the smallest quanta further owed your party against their disposition, and whose prompt and unequivocal release, thereby, we anew impress to *justly demand*, per **the terms** stated within your own express ministrations, conversely requiring, that *you* rightly and expeditiously **restore** to us these articles **at their acknowledged and indicated insular venue of receipts**, without further **fraud** and **equivocation**, *intentioned evils* by whose commissions and sustained proliferation, you continuously disgrace, and further render unjust and ever more increasingly impaired, the whole order of the ' Full Faith and Credit ' of instrumental American Civics, while injuring the established **identity** of a common people, within the schemes of provident posterities, at *your* own sole liability, apart from that of *all* the States and Territories.

We shall gladly present you with a facsimile emission of **the restored articles** with regards to their fitting applicability against *the original records release*, with regards to the lawful recall of the *a priori* effects ( circa 2016, A.D. M.N.) for which

we *also*, and *equally* acknowledge **no debts** to be outstanding, *excepting those* generated by your own wicked desertions, against which this LETTER OF INSTRUCTION, confers a FINAL acknowledgement of JUST REDRESS , and a timely warning advocating to a further and permanent *desistance* of such acts.

A THEFT of these articles by your *responsible party* is, at present, internally accounted within *this* autonomous insular domain, and jointly ratified with the THE FEDERAL TRADE COMMISSION, and no other jurisdiction **anywhere** can be unduly obligated to render to the bent of your demands, either internally or externally, till *your* primary duties, as *plainly established under law* on the exact and conformable basis of the recorded 3 27 2029. A.D. M.N. transaction, and again, re-subsequently, upon 6 22 2021. A.D. M.N. are themselves expiated, by whose reliance we advise you to firmly proceed to finalize and discharge.

Very Truly;

Mr. Alexander K. Rai, M.S.M.A., Sui Iuris,

THE INSULAR TERRITORY OF GUAM, THE UNITED STATES OF AMERICA  55 .

THE U.S. DEPARTMENT OF STATE.

United States Department of State

*Washington, D.C. 20520*

**FINAL NOTICE**
FP-2022-00139

3/3/2023

Dear Mr. Alexander K. Rai, M.S.M.A, Sui Iuris,

We are returning your correspondence and any documentation that you have submitted.  At this time, we are unable to provide you with the requested service based upon the information that you provided.  **If you would like for us to conduct a search for passport records, please resubmit your request along with the item(s) checked below:**

**X** Your typed or clearly printed and signed **NOTARIZED** request, or a statement made under penalty of perjury pursuant to 28 U.S.C. § 1746, providing your full name or any subsequent name changes, date and place of birth, current mailing address, current daytime telephone, current e-mail address if available and a clear copy of your valid government issued photo identification i.e. driver's license, non-driver's license, passport.

_____ Submit the FULL name, date and place of birth of the file subject and the dates that he/she may have applied for a United States passport.

_____ If the subject is under 100 years old, we require either a **NOTARIZED** consent from the subject authorizing the release of information from his/her passport record to you, along with a copy of the subject's photo identification **OR** convincing evidence of the death in the form of a newspaper obituary or death certificate.

_____ Please submit evidence of legal, court ordered guardianship of the subject.



_____ Certified copies of passport records require submission of a $50.00* fee <u>per subject</u>. For each additional copy the fee is $50.00 per subject.

_____ Apostilled copies of passport records require submission of an $8.00* fee <u>per subject</u>. For each additional copy, the fee is $8.00 per subject. **Indicate the country for the Apostille copy. The country must be a member of the Hague Apostille Convention.**

_____ U.S. passport records do not include evidence of travel such as entrance/exit stamps, visas residence permits, etc., since this information is entered into the U.S. passport book after it is issued. If you are seeking travel information, we suggest that you contact U.S. Customs and Border Protection at 1-877-227-5511.

__X__ Other: FINAL NOTICE: You were notified on 08/02/2022 and 12/19/2022, of the deficiencies in your request. To date we have not received the requested documents. As a result, your case is closed and can be reopened once the above highlighted documentation is received.

*All fees are required to be paid via United States bank check or money order and made payable to "Department of State". We do not accept cash. Addresses are required on checks.

You may return the items requested to:
U.S. Department of State, Records Review and Release Division, 44132 Mercure Cir, P.O. Box 1227, Sterling, VA 20166



U.S. Department of State

**STATEMENT OF NON-RECEIPT OF A U.S. PASSPORT**
Use black ink only. If you make an error, complete a new form. Do not correct.

RESET

OMB Approval No. 1405-0146
Expiration Date: 10-31-2023
Estimated Burden: 15 Minutes

Select the product(s) which you are reporting as not received.

U.S. Passport Book and Card ☐ Book Only ☐ Card Only

| .S.MA., SUI IURIS | First Name MR. ALEXANDER | Middle Name K. | |
|---|---|---|---|
| curity Number UE PENDING. | Date of Birth (mm-dd-yyyy) 07/13/1985, A.D./M.X. | Telephone Number +1.908.287.2888. | Travel Date (mm-dd-yyyy) PENDING. |

ddress (as listed on original application)

## MR. ALEXANDER K. RAI, M.S.M.A., SUI IURIS

## BOX 10210, TAMUNING, GUAM 96931, THE UNITED STATES OF AMERICA.

plain what you have done to find the passport book or card. (Attach a separate sheet of paper if more space is needed.)
al requirements to appropriately obtain and retain a U.S. Passport and U.S. Passport Card has been
ated through two Consulates: Port Louis, Mauritius in March 27, 2019, (A.D./M.X.), (on the basis of
davit Regarding a Change of Name, which was legally processed there in accordance with the
ated rules, and the illegal non-award Officially Recognized by the Supreme Court of Mauritius); and
uently, June 22, 2021, (A.D./M.X.), in the Dubai Consulate of the United Arab Emirates. The U.S.
ment of State has collected Two distinct Official Receipts. It is NOT Owed any additional Legal
, and an Official Theft of Identity is Legally Documented with the FTC, the GPD (Local) Police,
d States ), the U.S. D.O.J. and the U.S. Dept. of Interior. F.O.I.A. was processed to transition all
ius documents to Dubai on 6/22/'21, AD/MX to help Dubai resolve its then local consular obligations.
**REDACTED.** acknowledging out-dated name, needs to annuled, and re-issued.

upporting documents that you submitted with your original passport application returned to you? ☐ Yes ☒ No

se describe which document(s) was not received (Example: birth certificate, naturalization certificate, adoption decree, etc.)
O.I.A. request requested that the original receipt, customary submissions, application, and supportive
ed affidavit be all returned and "repatriated" with the Dubai Consulate, from the Port Louis
ate, (for the purposes of Non-Redundancy, and Duties Processing).

### YOU MUST SIGN AND DATE THE APPLICATION BELOW

signed, certify that I have not received the U.S. passport book and/or U.S. passport card for which I applied. I declare under penalty of perjury that the made on this form are true and correct. I request that a new U.S. passport book and/or U.S. passport card be issued to me, and certify that if I receive the U.S. ok and/or U.S. passport card I reported as not received, I will immediately contact the National Passport Information Center at 1-877-487-2778 -888-874-7793) or my local U.S. embassy or consulate if I applied outside of the United States and return the recovered passport to the U.S. Department of

Applicant's Signature (age 16 and older)

Mother/Father/Parent/Legal Guardian's Signature (if applicant is under age 16)

Date (mm-dd-yyyy)

### ISSUING OFFICE USE ONLY

ssport mailed to the correct mailing address? ☐ Yes ☐ No   Was delivery confirmed? ☐ Yes ☐ No

umber: _____   Vendor: ☐ USPS ☐ UPS ☐ Fed Ex ☐ DHL

| S. Passport Book Number | | Date Issued (mm-dd-yyyy) |
|---|---|---|
| ency | Date Mailed (mm-dd-yyyy) | Special Postage, if used |
| S. Passport Card Number | | Date Issued (mm-dd-yyyy) |
| ency | Date Mailed (mm-dd-yyyy) | Special Postage, if used |

20

Page 2 of 2

## HOW TO USE THIS FORM

This form is used when you do not receive your U.S. passport in the mail. You have 90 days from the date that your U.S. pa or card was issued to report that you have not received it in the mail. If you do not report within 90 days of the issue date, y required to reapply and submit the full passport fee(s). Unless you have immediate travel plans, it is recommended tha 14 days from the date your passport was issued before you submit this statement.

Before submitting this statement:

1. Check the status of your U.S. passport application by contacting the National Passport Information Center at 1-877-48 (TDD/TTY: 1-888-874-7793) or NPIC@state.gov. If the passport was mailed to you, ask for the date the passport was tracking number, and the name and address of the passport agency that issued your passport.

2. Contact the shipping company or postal service, online or by phone, and use the tracking number to track the envelop

3. Complete all sections of this statement except for the section titled "Issuing Office Only." You must submit a clear phot front and back of your valid government-issued photo identification, such as a driver's license.

4. Mail this statement and photocopy of your photo identification to the passport agency that issued the passport you did

Once your statement is received, the U.S. passport book or card that was reported as not received will be cancelle cannot be used for travel. If the U.S. passport book or card reported in this statement arrives at a later time, please call t Passport Information Center for instructions on where to send your passport.

*If you applied for your U.S. passport book or card while outside of the United States, please contact your local U.S. em consulate for instructions on where to send your passport.*

## PROTECT YOURSELF AGAINST IDENTITY THEFT - REPORT THE NON-RECEIPT OF YOUR PASSPORT BOOK

A United States citizen or non-citizen national may not normally have more than one valid or potentially valid U.S. passpo more than one valid or potentially valid U.S. passport card at a time. Therefore, when you do not receive your U.S. passpo card in the mail, you must submit form DS-86, Statement of Non-receipt of a U.S. Passport.

The information that you provide on this form will be entered into the Consular Lost and Stolen Passport System. This sys designed to prevent the misuse of the U.S. passport book or card that you did not receive in the mail. Passport(s) reporte received will be cancelled and cannot be used for travel. Anyone using the U.S. passport book or card reported on this for yourself, may be detained upon entry into the Unites States. If you find the U.S. passport book or card you reported a received, report it as found, and submit it for cancellation. You may not use that passport book or card for travel

## WARNING

False statements made knowingly and willfully in passport applications, including affidavits or other supporting document to support this application, are punishable by fine and/or imprisonment under the provisions of 18 U.S.C. 1001, 18 U.S.C and/or 18 U.S.C. 1621. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and imprisonment under the provisions of 18 U.S.C. 1543. The use of a passport in violation of the restrictions contained her passport regulations is punishable by fine and/or imprisonment under 18 U.S.C. 1544. All statements and documents ar verification. Failure to provide information requested on this form, including your Social Security number, may result in sl processing delays.

## PRIVACY ACT STATEMENT

**AUTHORITIES:** Collection of this information is authorized by 22 U.S.C. 211a et seq.; 8 U.S.C. 1104; 22 U.S.C. 2714a( 6039E, Executive Order 11295 (August 5, 1996); and 22 C.F.R. parts 50 and 51.

**PURPOSE:** We are requesting this information in order to determine whether to issue a replacement U.S. passport. The the Social Security number will be used for identity/entitlement to a U.S. passport for verification only and no other purpo authorized by law.

**ROUTINE USES:** This information may be disclosed to another domestic government agency, a private contractor, a for government agency, or to a private person or private employer in accordance with certain approved routine uses. These uses include, but are not limited to, law enforcement activities, employment verification, fraud prevention, border security counterterrorism, litigation activities, and activities that meet the Secretary of State's responsibility to protect U.S. citizen citizen nationals abroad. More information on the routine uses for the system can be found in System of Records Notice Overseas Citizen Services Records and Other Overseas Records and State-26, Passport Records.

**DISCLOSURE:** Providing information on this form is voluntary. Be advised, however, that failure to provide your Social S number on your passport application may result in the denial of your application (consistent with 22 U.S.C. 2714a(f)).

## PAPERWORK REDUCTION ACT STATEMENT

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the for searching existing data sources, gathering the necessary data, providing the information and/or documentation requ reviewing the final collection. You do not have to supply this information unless this collection displays a currently valid number. If you have comments on the accuracy of this burden estimate and/or recommendations for reducing it, pleas to: Passport Forms Officer, U.S. Department of State, Bureau of Consular Affairs, Passport Services, Office of Progra Management and Operational Support, 44132 Mercure Cir, PO Box 1199, Sterling, Virginia, 20166-1199.

DS-86 10-2020

IN THE SUPERIOR COURT OF GUAM

IN THE MATTER OF THE APPLICATION

OF

MR. ALEXANDER K RAI, MSMA, SUI IURIS, Petitioner.



Special Proceedings No. :
SP 156 - 022.

## THE DECLARATION OF POSTING.

I, DPHSS - BES. _____ declare and state as follows that:

1 . I am legally and professionally interested in the above captioned matter ( as an American Public Agency ( " the People " ) , of the United States and Territories ( 55 ) ) , as legal citizen of the same over the age of Eighteen ( 18 ) , and declare the address of my venue ( a public forum ) to be as follows ;

DEPARTMENT OF PUBLIC HEALTH & SOCIAL SERVICES., CEN—TAM., 761 MARINE CORPS DR., TAMUNING, GUAM, 96913; UNITED STATES.

I further acknowledge that in discharging a general civil obligation, I am

not, myself, the party being represented in this declaration, but merely

service the duties of the common mediator for the purposes of general

public informedness, and civic enlightenment, at both, the solicitation of

the Superior Court of Guam, and that of the Petitioner above

represented. I declare under penalty of perjury the laws of Guam ( 6

G.C.A. § 4308 ) that the foregoing is true and correct.



# SOCIAL SECURITY ADMINISTRATION

Social Security Administration
770 East Sunset Blvd STE 155
Barrigada, GU 96913

**OFFICIAL BUSINESS**

MR ALEXANDER K RAI MSMA SUI IURIS
PO BOX 10210
TAMUNING, GU 96931

9693180210 B036

Phone: 8:
Date: May



1 | ALEXANDER K RAI MSMA SUI IURIS
P.O. BOX 10210
2 | TAMUNING, GUAM 96931
Telephone No.: 908-287-2888
3 | *Self Represented Litigant*

4 | IN THE SUPERIOR COURT OF GUAM

5

6 | IN THE MATTER OF THE APPLICATION

7 | OF

8 | ALEXANDER K RAI MSMA SUI IURIS, aka ALEXANDER K RAI

9

10 | Petitioner.

Special Proceedings No.:___ **0 1 5 6 - 2 2**

PETITION FOR CHANGE OF NAME

13    The petition of ALEXANDER K RAI MSMA SUI IURIS aka ALEXANDER K RAI

14 respectfully shows:

15    1.    That the Petitioner is a resident of Guam and of legal age;

16    2.    That the Petitioner was born on July 13, 1985, at the NA, 22.5726° N, 88.3639° E

17 (please see exhibit 1);

18    3.    The Petitioner desires a change of name to that which he now has; that the new

19 name which he proposes to take and assume is MR ALEXANDER K RAI MSMA SUI IURIS;

20 that the following are Petitioner's reasons for such change of name:

21        a.    My name is mis-spelled on my social security card.

22    4.    Petitioner intends no fraud by the proposed change of name and has never been

23 convicted of a crime;

24    5.    Petitioner has not made any previous application for the change of name.

25    WHEREFORE, the Petitioner prays that the Court issue an order to change the name

26 from ALEXANDER K RAI MSMA SUI IURIS to MR ALEXANDER K RAI MSMA SUI

27 IURIS and such other relief as the Court deems just and proper.

28

Respectfully submitted this ___ day of _____, 20___.

_____
ALEXANDER K RAI MSMA SUI IURIS

## VERIFICATION

1  HAGATNA, GUAM      )      ss:

2

3       Petitioner, being duly sworn, deposes and states as follows:

4       That he has read the foregoing petition and knows the contents thereof, and the same is

5  true of his knowledge and belief, and as to those matters he believes them to be true.

6       *FRIDAY*
7       Dated this *28TH* day of *OCTOBER*, 20___ *(A.D./M.K.)*,

8

9                                                 *Alexander The Rai Sui Iuris* (signature)

10                                            ALEXANDER K RAI MSMA SUI IURIS

11

12       SUBSCRIBED AND SWORN to before me on this *28th* day of *OCTOBER* 20 *22* by

13  Petitioner.

14

15                                            _____
                                              NOTARY PUBLIC

16

17                                            **ESTHER F. ESPERON**
                                              NOTARY PUBLIC
                                              In and for Guam, U.S.A.
18                                            My Commission Expires: NOV. 23, 2023
                                              P.O. Box 9410 Dededo, GU 96929

19

20

21

22

23

24

25

26

27

28

PETITION FOR EFFECTING A " CHANGE OF NAME " FOR PURPOSES OF

ACCURATE LEGAL AND PERSONAL IDENTIFICATION IN GUAM AND THE UNITED STATES.

MR. ALEXANDER K. RAI, MSMA, SUI IURIS

P.O. BOX 10210, TAMUNING, GUAM, UNITED STATES OF AMERICA 96931

TELEPHONE ( - .: 1 928 485 4509 .

## Self Represented Litigant.

IN THE SUPERIOR COURT OF GUAM

MR. ALEXANDER K. RAI, MSMA, SUI IURIS, PETITIONER,

FORMERLY KNOWN AS ALEXANDER K RAI

TILL AUGUST 2015, A.D. M.N., BY VIRTUE OF OVERLAPPING IDENTIFICATIONS USE .

Special Proceedings No.: SP 0156-22.

This is a petition legally originated by the private action of MR. ALEXANDER K. RAI, MSMA, SUI IURIS, who submits it to be publicly, and legally made known through the sensible and transparent actions of the Court Procedure duly ratifying that;

1.  That the Petitioner is a bona fide Guam resident of ( 2.2 ) years and of legal age to represent ;

2.  That the Petitioner was born on JULY 13, 1985, A.D. M.N.* : 1405 A.H.* . at 22.5726  N , 88.3639  E .

3.  The Petitioner, who is now called, and has borne since the year 2013, A.D. M.N. : 1434, A.H. , his True and Sole Official Appellation, as the true name of MR. ALEXANDER K. RAI, MSMA, SUI IURIS; entertains its overdue **Legal Recognition** in **all** legally valid forms of public, governmental, and private documentations, and entertains this AMENDMENT as a Formal Action in Service to that Oversight, and at the PUB- LIC's Solicitation, intending that the " Overlap of Two Names " issue be Judicially righted.

    a.  The Name is currently unlawfully Mis-Represented on the Petitioner's Social Security Card.

    a.  The Petitioner firmly rebukes, denounces, and expropriates all attempts at public and private fraud, misfeasance, and deliberate legal mischief, or misrepresentations as created, or attempted, by some, through the straw man conceit of the existence of " overlapping names ", does not have a criminal record, and does not practice nor intend lawlessness. ( 5 ) WHEREFORE, the Petitioner prays * that the Court issue its formal legal recognitions to MR. ALEXANDER K. RAI, MSMA, SUI IURIS, as constituting the sole valid and lawful name by which the solemn petitioner is to be exclusively identified in competent legal relations relative to all parties and Solicitors. The Same, has been hence Respectfully submitted this 28TH. Day of JULY, 2023, A.D. M.N. : 1445, A.H. .

MR. ALEXANDER K. RAI, MSMA, SUI IURIS,

SELF-REPRESENTED PETITIONER, GUAM, UNITED STATES.

( HAGATNA, GUAM   ).
The United States of America.

The Petitioner, being duly sworn, deposes and states it as follows :

That he has read the foregoing petition and is learned of the contents thereof, and the

same is disposed to be true of his knowledge and just conviction, and co-equally those

matters which he believes them to be secure and consistent by the virtue of the Good

Faith presently so exercised, in a fashion, both ' Necessary ', as well as ' Proper ' .

As Dated this 28TH. day of JULY , 2023, A.D. M.N. ) : 1445. ( A.H. ) .

MR. ALEXANDER K. RAI, MSMA, SUI IURIS

SUBSCRIBED AND SWORN before me on this 28TH. day of JULY , 2023, A.D. M.N. ) : 1445. ( A.H. )

by the Petitioner.

NOTARY PUBLIC.

LEA B. MARA
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: FEB. 13, 2025
414 West Soledad Ave. Ste. 500 Hagatna, GU 96910



1    MR. ALEXANDER K. RAI, M.S.M.A., SUI IURIS

      P.O. BOX 10210 | TAMUNING | GUAM 96931    RECEIVED

2    THE UNITED STATES OF AMERICA.    12:02pm

      (TEL) : + 1 . 928 . 485 . 4509 | + 1 . 908 . 287 . 2888 .    OCT 0 3 2023

3    *Self Represented Litigant.*

                     CLERK'S OFFICE

4                       SUPERIOR COURT OF GUAM

FILED
SUPERIOR COURT
OF GUAM

2023 OCT -3 PM 12: 17

CLERK OF COURT

BY:_____

5            **IN THE SUPERIOR COURT OF GUAM.**

6

7    IN THE MATTER OF THE APPLICATION OF      SPECIAL PROCEEDINGS ( # ) . SP 0156 - 22 .

      MR. ALEXANDER K. RAI, M.S.M.A., SUI IURIS

      PETITIONER.

8                          **ORDER**

      AS FORMERLY KNOWN AS :

9    ALEXANDER K RAI MSMA SUI IURIS, // A.K.A. // ALEXANDER K RAI

10

11        The application of Petitioner praying for an Order from this Court to change his

      LEGAL NAME from ALEXANDER K RAI MSMA SUI IURIS, A.K.A. ALEXANDER K RAI to MR.

12    ALEXANDER K. RAI, M.S.M.A., SUI IURIS, came on regularly to be heard on this   3rd   day of

      OCTOBER 2023       , before the HONORABLE JUDGE JONATHAN R. QUAN,

13    Judge of the Superior Court of Guam, and proof having given to the satisfaction of

14    the Court, and no objection to petitioner assuming the NAME proposed.

15

16    IT IS THEREFORE ORDERD, ADJUDGED, AND DECREED that the name of the Petitioner,

      ALEXANDER K RAI MSMA SUI IURIS, A.K.A. ALEXANDER K RAI, be, of the same, be

17    HEREBY CHANGED to MR. ALEXANDER K. RAI, M.S.M.A., SUI IURIS.

18

19    SO ORDERED :   10 / 03 / 23    .

20

21                     Original Signed By:

                    Honorable Jonathan R. Quan

22            HONORABLE JUDGE, THE SUPERIOR COURT OF GUAM.

23                    Honorable Jonathan R. Quan

                   Magistrate Judge, Superior Court of Guam

RECEIVED

24

25                               OCT 03 2023

26    10-03-2023

27                              SUPREME COURT

      Amy Cullen K. Arceo                    OF GUAM

28       Deputy Clerk                       BY:





ATTN : HON. ANTHONY BLINKEN.
The U.S. State Department.
Office of the State Secretary,
ROOM # . 7226.
Harry S. Truman Building.,
2201 ' C ' ST., N.W.,
Washington, D.C. 20520.
The United States.

THE EMIRATE OF DUBAI, THE
U.S. CONSULAR AN

D.O.I., MAY 19, 2021, AD/MX ; 1442, A.H.



DO NOT SE
• Currencies
• Gold, Silver,
• Semi-precio
• Antiques of
• Narcotic dru
• Philatelic Ite

ADVOCATE IN FACT - NOTARIAL DESIGNATION, ( IN THE UNITED STATES AND TERRITORIES ) .

# The Government of Guam, Guam Police Department, & Judiciary.

UNIVERSAL LAW & JUSTICE : IN CONVENTION OF PUBLIC AND TERRITORIAL DEFENSE, UNITED STATES.

The foregoing instrument was acknowledged before me this ___30th___ day of _November_ 2021, A.D./M.X., by MR. ALEXANDER K. RAI, M.S.M.A, SUI IURIS,  as advocate in fact for the Citizens of the United States and Territories * , in a Universal and International designation,  who is personally known to me ( or ) who has produced ( OFFICIAL IDENTIFICATION IN A WORLD CAPACITY ) as identification, on behalf of * ( ALL DULY RETAINED CONSTITUTIONAL EQUITIES, VIA <u>THE ADMINISTRATION</u> OF THE 10TH AMENDMENT ) ;

Signature of Notary Public _____

> MICHAELA MA___ ___ANGILINAN
> NOTARY PUBLIC
> In and for Guam, U.S.A.
> My Commission Expires: JUNE 24, 2023
> 320 Hernan Cortez Avenue
> Title Guaranty Building, Suite 100 Hagatna GU 96932

Personally known:_____

( OR ) Produced Identification: ___✓___ Type of Identification Produced: WSA 354605, D.C.

---

> MICHAELA MARIE TORRES PANGILINAN
> NOTARY PUBLIC
> In and for Guam, U.S.A.
> My Commission Expires: JUNE 24, 2023
> 320 Hernan Cortez Avenue
> Title Guaranty Building, Suite 100 Hagatna GU 96932

# Affidavit of Legal Submission.

The Territory of Guam, The United States of America.

Signed and Sworn to ( or Affirmed ) before myself * on ( date ) _Nov. 30th '21 A.D./M.X._

By, MR. ALEXANDER K. RAI, M.S.M.A., SUI IURIS, ( Affiant ) , rendering the Statement by Affidavit.

Signature of notarial officer : _____

Title of Office :

My commission expires upon :

> MICHAELA MARIE TORRES PANGILINAN
> NOTARY PUBLIC
> In and for Guam, U.S.A.
> My Commission Expires: JUNE 24, 2023
> 320 Hernan Cortez Avenue
> Title Guaranty Building, Suite 100 Hagatna GU 96932



A.G. 21-0425







OFFICIAL DOCUMENTATION OF IDENTITY THEFT.
# THE GOVERNMENT
# OF GUAM.
THE UNITED STATES OF AMERICA.

# Statement of Report.
BY INSTITUTIONAL AFFIDAVIT : PERMANENT ARCHIVES.

GUAM GOVERNMENT UNIQUE REF. ( #. )
( C.F.S. ) # . 2021 - 25634 GUAM POLICE.
OFFICIALLY FILED AND UNIVERSALLY DESIGNATED.

( 1.1 ) NATURE & SCOPE OF DOCUMENTATION ( THEFT OF IDENTITY ). This report uniquely identifies, acknowledges, enumerates, and otherwise formally documents ( on the basis of a direct personal appearance [ CIVIL REPRESENTATION ] ), the lawful Testimony of UNLAWFUL IDENTITY THEFT of the bona fide United States Citizen MR. ALEXANDER K. RAI, M.S.M.A, SUI IURIS, formally accounted by a " Bank Affidavit ", with all corresponding Proofs ( per, ' Law of Evidence ' ), as seconded by F.O.I.A., U.S.C.I.S. ( Form G-639, O.M.B ( No. ) 1615-0102 ), F.T.C. ( Identity Theft Report # . 125010837 ), the Guam Attorney General's Office Legal Filing ( A.G. #. 21-0425 ), U.S. State Department Legal Affidavit ( O.M.B. APPROVAL #. 1405-0133 ), U.S. Department of Justice ( Report #.'s 19249-QBQ, & 786-KMJ ), the Supreme Court of Mauritius, Republic of Mauritius, Indian Ocean ( 98582 | SC/ 14324/21 ), Nationalized Affirmative Acknowledgement by Judicature, U.S. State Department, Office of Inspector General ( Acknowledgement # . 2021-F-034 ), Dubai Police, Government of Dubai, the United Arab Emirates ( Official Police Report #. 220064074528 ); Direct Diplomatic Cable issued by the Sovereign Citizen ( Office of the United States Citizen ) to His Excellency the Honorable Anthony J. Blinken, Secretary of State, ( via Emirates Post Vessel #. RR102758136AE ); Direct Legal & Judicial Consultation with Assistant Attorney General of the United States, U.S. Department of Justice, " Office of Legal Policy ", Hon. B.A. Williams (via Emirates Post Vessel #. RR102758122AE); — Et Cetera, & Et Cetera, SIC ) .


A.G. 21-0425






OFFICIAL DOCUMENTATION OF IDENTITY THEFT.

THE GOVERNMENT

OF GUAM.

THE UNITED STATES OF AMERICA.

**(2.1) ACCOUNT OF THE STOLEN ARTICLES: AFRICA, INDIAN OCEAN.** The Stolen Articles respectively acknowledge to document (1) U.S. Adult Passport, (1) U.S. Adult Passport Card, via the U.S. Embassy Port Louis Registry, at the U.S. State Department Register **PTCONSACRS**, as legally transacted on the date of **(3/27/2019, 1:34:42 P.M.)**, Indian Ocean Time, (Africa); Transaction **15014800, S.B.U.** Classified Encoded Certified Receipt No. **17861**. Republic of Mauritius, Sovereign Unified Territory.

**(2.2) ACCOUNT OF THE STOLEN ARTICLES: MIDDLE EAST, ARABIAN GULF.** The Stolen Articles respectively acknowledge to document (1) U.S. Adult Passport, (1) U.S. Adult Passport Card, via the U.S. Embassy Dubai Registry, at the U.S. State Department Register "**CASHIER**", as legally transacted on the date of **(6/22/2021, 8:53:15 A.M.)**, Arabian Gulf Common Time, (Middle East); Transaction **15059909, S.B.U.** Classified Encoded Certified Receipt No. **75237**. The United Arab Emirates, Sovereign Unified Territory.

**(3.1) PERPETRATOR IDENTITY.** The Sole Perpetrating Agent in Four (4) Counts of Theft is ubiquitously and Officially indicated as **the U.S. State Department**, United States of America, by recourse to internal agents thereof. The Crime (which is a non-indemnified Federal Tort, and a Crime and a willful Fraud against God) recognizes this specie of a so-called " Covert " Action as uniform and simultaneous against all individual U.S. citizens, and legal residents of the United States, in witness of God almighty, and the pervasive Enforcement & Further Providential Powers thereof derived * and delegated in Legal Subsidiarity and in a Direct Consultation with the very Character and Common Destiny of the Universal and Manifest Humanities, and all human nations, states, and sovereign persons * .






OFFICIAL DOCUMENTATION OF IDENTITY THEFT.
THE GOVERNMENT
OF GUAM.
THE UNITED STATES OF AMERICA.

( 3.2 ) UNITED STATES OF AMERICA AS SOVEREIGN PETITIONER AND REFUGEE UNTO GOD, PRIME CREATOR.

Since, by the prolonged, and unprecedented disservice and Ubiquitous Crime recognized, the United States of America is itself transformed into a Sovereign Petitioner by the virtue of this dispute, ( both on the basis of INDIVIDUAL LAW and PRIVATE LAW, (as likewise), by the basis Commonweal as well as the equitable ' Common Will ' of Collective Rights, through not only the Supreme Law of the United States, ( U.S. Constitutional Law ), but likewise, those of its legally autonomous, if not co-sovereign and co-equal States and Autonomous Territories ( 55 ) ) ;

( 3.3 ) LEGITIMATE UNIVERSAL RECALL OF ALL AUTHORITY, PLENARY AND OTHER POWERS.

For the sake of effectively redressing with Justice, full Sovereignty of the Nation, and every aspect, department, and agency of its Rule, is hereby legally restored through the person of MR. ALEXANDER K. RAI, M.S.M.A., SUI IURIS, ( Christico-Terrestrical, *&* Abrahamic Agency ) , back unto the True and Only Source of Universal Authority, God, the Prime Creator, and the Infinite and Eternal Power of Truth, the Sovereign Possessor of, and the 'Christ Consciousness' permeating all Things, void of whom there is no sustenance.

( 3.4 ) LEGAL ANNULMENT OF THE FORMER COVENANT(S).

Said enactment thereby permanently and unconditionally extinguishes and universally annuls the prior Sovereign Covenant of THE UNITED STATES OF AMERICA, all States and Territories, with the Sovereign Rights of God lawfully reversed, whereof, Original Delegation in Moral Self-Determination is directly restored and re-institute unto the free will and equal consequence of all unique individuals, in the ubiquity of the United States and Territories, who are hence made directly accountable to the Most High God of Truth and Life, " the ever Living God " .


A.G. 21-0425






OFFICIAL DOCUMENTATION OF IDENTITY THEFT.
THE GOVERNMENT
OF GUAM.
THE UNITED STATES OF AMERICA.

( 3.5 ) FULL FAITH AND CREDIT: INTERNATIONAL SCOPE.

The effect of this legal transformation takes an immediate and spontaneous effect across the scope of international relations, re-codifying all covenants, relations, and understanding in accordance, and in utmost neutrality of the absolute Truth, in parity with its broader commons.

( 4.1 ) PRESENTATION.

This Customary & Legal Ratification is hence satisfactorily conferred upon the United States of America, both States and Territories, and all mankind, in witness of the autonomous and morally accountable and self-responsible self-governing power of the Guam Government, jointly with the United States Department of Interior, and the Guam Territory taken as a whole in the composite of her self-jurisdictional welfare. The form of this legal representation is that of an OFFICIAL POLICE REPORT, simultaneously submitted and lodged into the Court of Heaven, by this loyal Christian Advocate, Broker Exchequer and Ad Hoc Litigator of True Christendom, and direct fiduciary of Jesus Christ and the evergreen Tree of the One True Universal and Multiversal Monotheistic Faith, in witness of all our Ministers, Protectors, Prophets, Counselors, and Guides, and So help me God!

( 4.2 ) ATTESTATION & IMPRIMATUR.

Signature:



MR. ALEXANDER K. RAI, M.S.M.A., SUI IURIS.

UNITED STATES OF AMERICA, OFFICE OF THE SOVEREIGN CITIZEN ( O.S.C. ) .

D.O.I., MONDAY, NOVEMBER 15, 2021, A.D. | M.X. | ( 1443 , A.H. ) ; TERRITORY AND PRINCIPALITY OF GUAM





مطار البحرين الدولي
Bahrain International Airport

E-TICKET RECEIPT / ITINERARY

CPN 01 OF 01
DATE:01SEP19

ENDORSEMENTS:NONEND/NONREF/VALID ON CX/KA ONLY PEN   ISSUED BY:33895934
ALTIES MAY APPLY                                     NYC

NAME:RAI MSMA SUI IURIS/MR ALEXANDER
BOOKING REF:S4GGDE

| FROM | TO | FLIGHT | CL | DATE | TIME | ST | BAG |
|---|---|---|---|---|---|---|---|
| BAHRAIN | BAH DUBAI | DXB CX   746 | N | 03SEP | 1340 | OK | 30K |

FARE:USD    64.00        FORM OF PAYMENT        CONDITIONS OF CARRIAGE
TAXES/FEES/CHARGES:   CHEQUE                    MAY BE INSPECTED ON
BH     18.62                                    APPLICATION TO
HM      0.40 YR    16.80      E-TICKET NUMBER:  THEAIRLINE مطار البحرين الدولي
TOTAL:USD   102.38           160 742 1203966              Bahrain International Airport

Boarding Gate will be closed 20 minutes before departure Time
سيتم إغلاق بوابة الصعود قبل 20 دقيقة من موعد المغادرة



U.S. Customs and
Border Protection



**World MasterCard Account Ending in 6174**
Jul. 16, 2019 - Aug. 15, 2019 | 31 days in Billing Cycle

## Payment Information

| Payment Due Date | For online and phone payments, the deadline is 8pm ET. |
|---|---|
| **Sep. 12, 2019** | |

| New Balance | Minimum Payment Due |
|---|---|
| **$2,661.15** | **$33.00** |

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $38.00.

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Minimum Payment | 15 Years | $7,768 |
| $109 | 3 Years | $3,919 |

Estimated savings if balance is paid off in about 3 years: $3,849

If you would like information about credit counseling services, call 1-888-326-8055.

## Account Summary

| Previous Balance | $1,480.86 |
|---|---|
| Payments | - $1,763.42 |
| Other Credits | - $75.00 |
| Transactions | + $2,537.31 |
| Cash Advances | + $454.72 |
| Fees Charged | + $20.00 |
| Interest Charged | + $6.68 |
| **New Balance** | **= $2,661.15** |

| Credit Limit | $4,500.00 |
|---|---|
| Available Credit (as of Aug. 15, 2019) | $1,838.85 |
| Cash Advance Credit Limit | $500.00 |
| Available Credit for Cash Advances | $38.00 |

| Rewards Balance as of 08/14/2019 $21.87 | Track and redeem your rewards with our mobile app or on www.capitalone.com |
|---|---|
| **Previous Balance** $2.53 | **Earned** $34.84 | **Redeemed** -$15.50 |

## Account Notifications

 Welcome to your account notifications. Check back here each month for important updates about your account.

---

Pay or manage your account on our mobile app or at www.capitalone.com.    Customer Service: 1-800-903-3637    See reverse for Important Information



Please send us this portion of your statement and only one check (or one money order) to ensure your payment is processed promptly. Allow at least seven business days for delivery.

Payment Due Date: **Sep. 12, 2019**                    Account Ending in 6174

| New Balance | Minimum Payment Due | Amount Enclosed |
|---|---|---|
| $2,661.15 | $33.00 | $ _____ |

ALEXANDER K RAI MSMA SUI IURIS
20 PAVILION RD
VOORHEES, NJ 08043-4159

||l.ıl

Capital One
P.O. Box 6492
Carol Stream, IL 60197-6492

400038

Get the app designed to save time.
Effortlessly manage your account on the go with the Capital One® mobile app.

Text ONE to 80101 to download the app.
Messaging & Data rates may apply.

1 5178059018656174 15 2661151480860033004

002

**How can I Avoid Paying Interest Charges?** If you pay your statement's New Balance in full by the due date, we will not charge you interest on any new transactions that post to the purchase segment. If you have been paying your account in full with no Interest Charges, but then you do not pay your next New Balance in full, we will charge interest on the portion of the balance that you did not pay. For Cash Advances and Special Transfers, we will start charging interest on the transaction date. Certain promotional offers may allow you to pay less than the total New Balance and avoid paying Interest Charges on new purchases. Please refer to the front of your statement for additional information.

**How is the Interest Charge applied?** Interest Charges accrue from the date of the transaction or the first day of the Billing Cycle. Interest Charges accrue on every unpaid amount until it is paid in full. This means you may owe Interest Charges even if you pay the entire New Balance for one Billing Cycle, but did not do so the previous Billing Cycle. Unpaid Interest Charges are added to the corresponding segment of your account.

**Do you assess a Minimum Interest Charge?** We may assess a minimum Interest Charge of $0.50 for each Billing Cycle if your account is subject to an Interest Charge.

**How do you Calculate the Interest Charge?** We use a method called Average Daily Balance (including new transactions).

1. First, for each segment we take the beginning balance each day and add in new transactions and the periodic Interest Charge on the previous day's balance. Then we subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment. However, if your previous statement balance was zero or a credit amount, new transactions which post to your purchase segment are not added to the daily balance.
2. Next, for each segment, we add the daily balances together and divide the sum by the number of days in the Billing Cycle. The result is the Average Daily Balance for each segment.
3. At the end of each Billing Cycle, we multiply your Average Daily Balance for each segment by the daily periodic rate (APR divided by 365) for that segment, and then we multiply the result by the number of days in the Billing Cycle. We add the Interest Charges for all segments together. The result is your total Interest Charge for the Billing Cycle.

The Average Daily Balance is referred to as the Balance Subject to Interest Rate in the Interest Charge Calculation section of this Statement.

NOTE: Due to rounding or a minimum Interest Charge, this calculation may vary slightly from the Interest Charge actually assessed.

**How can my Variable APR change?** Your APRs may increase or decrease based on one of the following indices (reported in The *Wall Street Journal* ). The letter code below corresponds with the letter next to your APRs in the Interest Charge Calculation section of this statement.

| Code next to your APR(s) | How do we calculate your APR(s)? Index + margin | When your APR(s) will change |
|---|---|---|
| P | Prime Rate + margin | The first day of the Billing Cycles that end in Jan., April, July, and Oct. |
| L | 3 month LIBOR + margin | |
| D | Prime Rate + margin | The first day of each Billing Cycle. |
| F | 1 month LIBOR + margin | |

**How can I Avoid Membership Fees?** If a Renewal Notice is printed on this statement, you may avoid paying an annual membership Fee by contacting Customer Service no later than 45 days after the last day in the Billing Cycle covered by this statement to request that we close your account. To avoid paying a monthly membership Fee, close your account and we will stop assessing your monthly membership Fee.

**How can I Close My Account?** You can contact Customer Service anytime to request that we close your account.

**How do you Process Payments?** When you make a payment, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account or other related account. When you provide a check or check information to make a payment, you authorize us to use information from the check to make a one-time ACH or other electronic transfer from your bank account. We may also process it as a check transaction. Funds may be withdrawn from your bank account as soon as the same day we process your payment.

**How do you Apply My Payment?** We generally apply payments up to your Minimum Payment first to the balance with the lowest APR (including 0% APR), and then to balances with higher APRs. We apply any part of yourpayment exceeding your Minimum Payment to the balance with the highest APR, and then to balances with lower APRs.

**Billing Rights Summary (Does not Apply to Small Business Accounts)**
**What To Do If You Think You Find A Mistake On Your Statement :** If you think there is an error on your statement, write to us at:
Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285.
In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you in writing within 30 days of our receipt of your letter. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit. Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Purchase:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, the following must be true:

1) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and
2) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

ETC-08
11/01/16

© 2016 Capital One. Capital One is a federally registered service mark

## Changing Mailing Address?

You can change your address by signing into your account online or calling Customer Service.

 Pay online at www.capitalone.com

 Pay using our mobile app

**How do I Make Payments?** You may make your payment in several ways:
1. Online Banking by logging into your account;
2. Capital One Mobile Banking app for approved electronic devices;
3. Calling the telephone number listed on the front of this statement and providing the required payment information;
4. Sending mail payments to the address on the front of this statement with the payment coupon or your account information.

**When will you Credit My Payment?**
- For mobile, online or over the phone, as of the business day we receive it, as long as it is made by 8 p.m. ET.
- For mail, as of the business day we receive it, as long as it is received by 5 p.m. local time at our processing center. You must send the bottom portion of this statement and your check to the payment address on the front of this statement. Please allow at least seven (7) business days for mail delivery. Mailed payments received by us at any other location or payments in any other form may not be credited as of the day we receive them.

Any written requests on this form **will not be honored**. To manage your account, please refer to your billing statement for customer service options.



## Transactions

Visit www.capitalone.com **to see detailed transactions.**

**ALEXANDER K RAI MSMA SUI IURIS #6174: Payments, Credits and Adjustments**

| Date | Description | Amount |
|------|-------------|--------|
| Jul 2 | BAHRAIN VISABARCELONAESP | - $75.00 |
| Jul 25 | CAPITAL ONE ONLINE PYMTAuthDate 25-Jul | - $282.56 |
| Aug 9 | ELECTRONIC PAYMENT | - $1,480.86 |

**ALEXANDER K RAI MSMA SUI IURIS #6174: Transactions**

| Date | Description | Amount |
|------|-------------|--------|
| Jul 12 | THE FOURSOME LTDCASCAVELLE 110.00 MUR 35.598705502 Exchange Rate | $3.09 |
| Jul 12 | THE FOURSOME LTDCASCAVELLE 90.00 MUR 35.573122530 Exchange Rate | $2.53 |
| Jul 13 | THE FOURSOME LTDCASCAVELLE 110.00 MUR 35.598705502 Exchange Rate | $3.09 |
| Jul 13 | THE FOURSOME LTDCASCAVELLE 90.00 MUR 35.573122530 Exchange Rate | $2.53 |
| Jul 13 | THE FOURSOME LTDCASCAVELLE 90.00 MUR 35.573122530 Exchange Rate | $2.53 |
| Jul 14 | JUMBO EXPRESS PASADENAFLIC EN FLAC 150.00 MUR 35.545023697 Exchange Rate | $4.22 |
| Jul 14 | THE FOURSOME LTDCASCAVELLE 90.00 MUR 35.573122530 Exchange Rate | $2.53 |
| Jul 14 | JUMBO EXPRESS PASADENAFLIC EN FLACMUS 106.45 MUR 35.602006689 Exchange Rate | $2.99 |
| Jul 15 | MC DONALDS - CASCAVELLCASCAVELLEMUS 59.00 MUR 35.542168675 Exchange Rate | $1.66 |
| Jul 15 | TONY PHONE LTDCASCAVELLE 600.00 MUR 35.545023697 Exchange Rate | $16.88 |
| Jul 15 | WINNERS CASCAVELLECASCAVELLE 49.90 MUR 35.642857143 Exchange Rate | $1.40 |
| Jul 15 | THE FOURSOME LTDCASCAVELLE 90.00 MUR 35.573122530 Exchange Rate | $2.53 |
| Jul 15 | THE FOURSOME LTDCASCAVELLE 290.00 MUR 35.539215686 Exchange Rate | $8.16 |

## Transactions Continued

| Date | Description | Amount |
|------|-------------|--------|
| Jul 15 | MEDACTIV CASCAVELLECASCAVELLE 55.00 MUR 35.483870968 Exchange Rate | $1.55 |
| Jul 16 | PAYPAL *EBAY INC4029357733CA | $0.73 |
| Jul 16 | PAYPAL *EBAY INC4029357733CA | $0.46 |
| Jul 16 | PAYPAL *CARAVAN58344029357733CA | $7.00 |
| Jul 16 | PAYPAL *SHASHIPATEL4029357733CA | $10.98 |
| Jul 16 | THE FOURSOME LTDCASCAVELLE 405.00 MUR 35.557506585 Exchange Rate | $11.39 |
| Jul 16 | KATBALOU HAIR & BEAUTYQUATRE BORNES 300.00 MUR 35.545023697 Exchange Rate | $8.44 |
| Jul 16 | CASELA SPORTS CENTREFLIC EN FLAC 80.00 MUR 35.555555556 Exchange Rate | $2.25 |
| Jul 17 | TENG ROOTS LTDFLIC EN FLAC 495.00 MUR 35.637149028 Exchange Rate | $13.89 |
| Jul 17 | THE FOURSOME LTDCASCAVELLE 90.00 MUR 35.714285714 Exchange Rate | $2.52 |
| Jul 17 | F EN FLAC PHARMACYFLIC EN FLAC 394.00 MUR 35.656108597 Exchange Rate | $11.05 |
| Jul 18 | JUMBO EXPRESS PASADENAFLIC EN FLACMUS 176.45 MUR 35.646464646 Exchange Rate | $4.95 |
| Jul 18 | OPC*Hudson Co CC866-487-4567NJ | $25.00 |
| Jul 18 | THE FOURSOME LTDCASCAVELLE 290.00 MUR 35.802469136 Exchange Rate | $8.10 |
| Jul 18 | CASELA SPORTS CENTREFLIC EN FLAC 160.00 MUR 35.794183445 Exchange Rate | $4.47 |
| Jul 19 | WOOLWORTHS - CASCAVELLCASCAVELLEMUS 1,575.00 MUR 35.787321063 Exchange Rate | $44.01 |
| Jul 19 | LOVELIFE - PASADENAFLIC EN FLACMUS 564.00 MUR 35.786802030 Exchange Rate | $15.76 |
| Jul 19 | SENDMYBAG (NI) LTDBANGORGBR | $307.22 |
| Jul 19 | WINNERS CASCAVELLECASCAVELLE 39.50 MUR 35.585585586 Exchange Rate | $1.11 |

Transactions continue on the back of this page



## Transactions Continued

| Date | Description | Amount |
|------|-------------|--------|
| Jul 19 | CRAFT DECOR LTDCASCAVELLE<br>100.00 MUR<br>35.714285714 Exchange Rate | $2.80 |
| Jul 19 | BANGKOK COMPANY LTDFLIC EN FLAC<br>219.00 MUR<br>35.667752443 Exchange Rate | $6.14 |
| Jul 19 | THE FOURSOME LTDCASCAVELLE<br>320.00 MUR<br>35.714285714 Exchange Rate | $8.96 |
| Jul 20 | WWW.ACETXT.COMHORSLEYNSW | $19.90 |
| Jul 20 | SKYPE.COM/GO/BILL6508991504CA | $14.23 |
| Jul 20 | WINNERS CASCAVELLECASCAVELLEMUS<br>39.50 MUR<br>35.909090909 Exchange Rate | $1.10 |
| Jul 20 | MC DONALDS -<br>CASCAVELLCASCAVELLEMUS<br>59.00 MUR<br>35.757575758 Exchange Rate | $1.65 |
| Jul 20 | THE FOURSOME LTDCASCAVELLE<br>90.00 MUR<br>35.714285714 Exchange Rate | $2.52 |
| Jul 20 | THE FOURSOME LTDCASCAVELLE<br>290.00 MUR<br>35.714285714 Exchange Rate | $8.12 |
| Jul 21 | PAYPAL *EBAY INC4029357733CA | $1.10 |
| Jul 21 | PAYPAL *CJMCECOVERS4029357733CA | $16.53 |
| Jul 21 | MC DONALDS -<br>CASCAVELLCASCAVELLEMUS<br>59.00 MUR<br>35.757575758 Exchange Rate | $1.65 |
| Jul 21 | WINNERS CASCAVELLECASCAVELLE<br>39.50 MUR<br>35.585585586 Exchange Rate | $1.11 |
| Jul 21 | TENG ROOTS LTDFLIC EN FLAC<br>300.00 MUR<br>35.714285714 Exchange Rate | $8.40 |
| Jul 21 | THE FOURSOME LTDCASCAVELLE<br>290.00 MUR<br>35.714285714 Exchange Rate | $8.12 |
| Jul 22 | PAYPAL *EBAY INC4029357733CA | $0.41 |
| Jul 22 | PAYPAL *EBAY INC4029357733CA | $0.56 |
| Jul 22 | PAYPAL *WMACHARRIE4029357733CA | $6.15 |
| Jul 22 | PAYPAL *ALBRUM4029357733CA | $8.45 |
| Jul 22 | JUMBO EXPRESS PASADENAFLIC EN<br>FLACMUS<br>90.35 MUR<br>35.711462451 Exchange Rate | $2.53 |
| Jul 22 | CAFE LUXFLOREAL<br>90.00 MUR<br>35.714285714 Exchange Rate | $2.52 |

## Transactions Continued

| Date | Description | Amount |
|------|-------------|--------|
| Jul 22 | THE FOURSOME LTDCASCAVELLE<br>290.00 MUR<br>35.758323058 Exchange Rate | $8.11 |
| Jul 23 | WWW.COURSEHERO.COM8886349397CA | $119.40 |
| Jul 23 | CAFE LUXFLOREAL<br>235.00 MUR<br>35.768645358 Exchange Rate | $6.57 |
| Jul 23 | MEEM LTDPORT LOUIS<br>529.00 MUR<br>35.767410412 Exchange Rate | $14.79 |
| Jul 24 | 0000032342PORT LOUIS | $286.91 |
| Jul 24 | PAYPAL *EBAY INC4029357733CA | $0.20 |
| Jul 24 | SKYPE.COM/GO/BILL6508991504CA | $12.99 |
| Jul 24 | PAYPAL *CARAVAN58344029357733CA | $3.00 |
| Jul 24 | CAFE LUXFLOREAL<br>145.00 MUR<br>35.980148883 Exchange Rate | $4.03 |
| Jul 24 | CAFE LUXFLOREAL<br>90.00 MUR<br>36.000000000 Exchange Rate | $2.50 |
| Jul 24 | CAFE LUXFLOREAL<br>90.00 MUR<br>36.000000000 Exchange Rate | $2.50 |
| Jul 24 | COFFEE LOUNGEPORT LOUIS<br>140.00 MUR<br>35.989717224 Exchange Rate | $3.89 |
| Jul 25 | PAYPAL *EBAY INC4029357733CA | $0.44 |
| Jul 25 | PAYPAL *GOLDPATHINC4029357733CA | $6.63 |
| Jul 25 | JUMBO EXPRESS PASADENAFLIC EN<br>FLACMUS<br>49.95 MUR<br>35.935251799 Exchange Rate | $1.39 |
| Jul 25 | PHARMACIE DU CENTREPORT-LOUISMUS<br>199.00 MUR<br>35.920577617 Exchange Rate | $5.54 |
| Jul 25 | COA<br>-WWW.CHEAPOAIR.COM8004254567NY | $74.95 |
| Jul 25 | CAFE LUXFLOREAL<br>235.00 MUR<br>35.877862595 Exchange Rate | $6.55 |
| Jul 25 | THE FOURSOME LTDCASCAVELLE<br>290.00 MUR<br>35.891089109 Exchange Rate | $8.08 |
| Jul 25 | KENYAAIR7070673325001370NAIROBIK<br>EN<br>TK#: 70673325001370<br>PSGR: RAI MSMA SUI IU<br>ORIG: MRU, DEST: NBO<br>S/O: 0 CARRIER: KQ SVC: N | $602.69 |

Transactions continue on the next page



| Date | Description | Amount |
|------|-------------|--------|
| | ORIG: NBO, DEST: HAH<br>S/O: 0 CARRIER: KQ SVC: N<br>ORIG: HAH, DEST: NBO<br>S/O: 0 CARRIER: KQ SVC: N<br>ORIG: NBO, DEST: MRU<br>S/O: 0 CARRIER: KQ SVC: N | |
| Jul 26 | PAYPAL *EBAY INC4029357733CA | $0.66 |
| Jul 26 | PAYPAL *A1A1A14384029357733CA | $9.99 |
| Jul 26 | CAFE LUXFLOREAL<br>90.00 MUR<br>35.856573705 Exchange Rate | $2.51 |
| Jul 26 | CAFE LUXFLOREAL<br>45.00 MUR<br>36.000000000 Exchange Rate | $1.25 |
| Jul 26 | TASTE OF ASIAPORT LOUIS<br>120.00 MUR<br>35.928143713 Exchange Rate | $3.34 |
| Jul 27 | CAFE LUXFLOREAL<br>90.00 MUR<br>35.856573705 Exchange Rate | $2.51 |
| Jul 27 | CAFE LUXFLOREAL<br>45.00 MUR<br>36.000000000 Exchange Rate | $1.25 |
| Jul 27 | TASTE OF ASIAPORT LOUIS<br>205.00 MUR<br>35.901926445 Exchange Rate | $5.71 |
| Jul 27 | THE POST  BOXPORT LOUIS<br>140.00 MUR<br>35.897435897 Exchange Rate | $3.90 |
| Jul 28 | J2 *MYFAX SERVICES6132160978IRL<br>13.00 EUR<br>0.897170462 Exchange Rate | $14.49 |
| Jul 28 | PAYPAL *EBAY INC4029357733CA | $0.21 |
| Jul 28 | PAYPAL *CHBARA4029357733CA | $3.34 |
| Jul 28 | TASTE OF ASIAPORT LOUIS<br>125.00 MUR<br>35.919540230 Exchange Rate | $3.48 |
| Jul 28 | ARABIAPORT LOUIS<br>115.00 MUR<br>35.825545171 Exchange Rate | $3.21 |
| Jul 28 | ARABIAPORT LOUIS<br>130.00 MUR<br>35.911602210 Exchange Rate | $3.62 |
| Jul 28 | COFFEE LOUNGEPORT LOUIS | $4.03 |
| Jul 29 | PAYPAL *EBAY INC4029357733CA | $0.33 |
| Jul 29 | PAYPAL *EBAY INC4029357733CA | $0.57 |
| Jul 29 | PAYPAL *GOLDPATHINC4029357733CA | $5.00 |
| Jul 29 | PAYPAL *MATTHIJSSEB4029357733CA | $8.65 |

| Date | Description | Amount |
|------|-------------|--------|
| Jul 29 | MC DONALDS - PORT<br>LOUIPORT-LOUISMUS<br>59.00 MUR<br>35.975609756 Exchange Rate | $1.64 |
| Jul 29 | CAFE LUXFLOREAL<br>235.00 MUR<br>35.823170732 Exchange Rate | $6.56 |
| Jul 29 | COFFEE LOUNGEPORT LOUIS<br>140.00 MUR<br>35.805626598 Exchange Rate | $3.91 |
| Jul 29 | S AND K WATERFRONT LTDPORT LOUIS<br>240.00 MUR<br>35.820895522 Exchange Rate | $6.70 |
| Jul 30 | CAFE LUXFLOREAL<br>140.00 MUR<br>35.805626598 Exchange Rate | $3.91 |
| Jul 30 | CAFE LUXFLOREAL<br>235.00 MUR<br>35.823170732 Exchange Rate | $6.56 |
| Jul 30 | CAFE LUXFLOREAL<br>45.00 MUR<br>35.714285714 Exchange Rate | $1.26 |
| Jul 30 | MEEM LTDPORT LOUIS<br>128.00 MUR<br>35.854341737 Exchange Rate | $3.57 |
| Jul 31 | CAFE LUXFLOREAL<br>145.00 MUR<br>35.802469136 Exchange Rate | $4.05 |
| Jul 31 | BEAN PLANT LIMINAIROBI | $5.95 |
| Jul 31 | PAYPAL *EBAY INC4029357733CA | $0.41 |
| Jul 31 | PAYPAL *EBAY INC4029357733CA | $1.37 |
| Jul 31 | PAYPAL *EBAY INC4029357733CA | $0.13 |
| Jul 31 | PAYPAL *CARAVAN58344029357733CA | $2.00 |
| Jul 31 | PAYPAL *ALBRUM4029357733CA | $6.20 |
| Jul 31 | PAYPAL *SHASHIPATEL4029357733CA | $20.67 |
| Jul 31 | SAFARI PARK HOTELNAIROBIKEN<br>200.00 KES<br>104.166666667 Exchange Rate | $1.92 |
| Jul 31 | PAYPAL *EBAY INC4029357733CA | $3.90 |
| Jul 31 | PAYPAL *GULLIVERSTA4029357733CA | $58.87 |
| Jul 31 | NAIROBI JAVA HONAIROBI<br>210.00 KES<br>102.941176471 Exchange Rate | $2.04 |
| Jul 31 | NAIROBI JAVA HONAIROBI | $4.06 |
| Jul 31 | NAIROBI JAVA HONAIROBI | $21.01 |
| Aug 2 | Directpay-Vigor HospDublinIRL<br>86.15 EUR<br>0.899832881 Exchange Rate | $95.74 |

**Transactions continue on the back of this page**

**Capital**One®

## Transactions Continued

| Date | Description | Amount |
|------|-------------|--------|
| Aug 2 | COURSRA4AKZILCOMH5DKW6502657649 CA | $49.00 |
| Aug 3 | Directpay-Vigor HospDublinIRL 8.50 EUR 0.899470899 Exchange Rate | $9.45 |
| Aug 4 | Directpay-Vigor HospDublinIRL 12.85 EUR 0.899859944 Exchange Rate | $14.28 |
| Aug 5 | Directpay-Vigor HospDublinIRL 22.50 EUR 0.892857143 Exchange Rate | $25.20 |
| Aug 5 | Directpay-Vigor HospDublinIRL 11.78 EUR 0.893100834 Exchange Rate | $13.19 |
| Aug 6 | Directpay-Vigor HospDublinIRL 27.86 EUR 0.889243537 Exchange Rate | $31.33 |
| Aug 6 | PAYPAL *EBAY INC4029357733CA | $0.68 |
| Aug 6 | PAYPAL *ANIRAM4029357733CA | $10.20 |
| Aug 7 | Directpay-Vigor HospDublinIRL 2.10 EUR 0.889830508 Exchange Rate | $2.36 |
| Aug 7 | PSU UNDERGRAD ADMISSIO814-8638709PA | $65.00 |
| Aug 8 | Directpay-Vigor HospDublinIRL 10.70 EUR 0.889443059 Exchange Rate | $12.03 |
| Aug 8 | Directpay-Vigor HospDublinIRL 7.50 EUR 0.889679715 Exchange Rate | $8.43 |
| Aug 9 | Directpay-Vigor HospDublinIRL 10.71 EUR 0.891014975 Exchange Rate | $12.02 |
| Aug 9 | PAYPAL *EBAY INC4029357733CA | $0.52 |
| Aug 9 | PAYPAL *CJMCECOVERS4029357733CA | $7.91 |
| Aug 11 | PAYPAL *EBAY INC4029357733CA | $7.72 |
| Aug 11 | PAYPAL *WISHLER20004029357733CA | $108.09 |
| Aug 12 | YOG EAST AFRICA LTDNAIROBIKEN | $5.00 |
| Aug 12 | YOG EAST AFRICA LTDNAIROBIKEN | $5.00 |
| Aug 13 | SBM* ATM NEW AINEW AIRPORT 6,000.00 MUR 35.754722603 Exchange Rate | $167.81 |
| Aug 13 | CAUDAN PHARMACY CO LTDPORT LOUISMUS 1,464.70 MUR 35.750549182 Exchange Rate | $40.97 |
| Aug 13 | CAUDAN PHARMACY CO LTDPORT LOUISMUS 195.00 MUR 35.779816514 Exchange Rate | $5.45 |

## Transactions Continued

| Date | Description | Amount |
|------|-------------|--------|
| Aug 13 | CAFE LUXFLOREAL 135.00 MUR 35.248041775 Exchange Rate | $3.83 |
| Aug 13 | ARABIAPORT LOUIS 355.00 MUR 35.253227408 Exchange Rate | $10.07 |
| Aug 13 | NEXT STATION LTDPORT LOUIS 70.00 MUR 35.175879397 Exchange Rate | $1.99 |
| Aug 13 | SKYFALL MGT SERVICESPORT LOUIS 5,300.00 MUR 35.239361702 Exchange Rate | $150.40 |
| Aug 13 | PAYPAL *EBAY INC4029357733CA | $1.34 |
| Aug 13 | PAYPAL *DUKE46STAMP4029357733CA | $20.13 |
| Aug 14 | DNH*MEDIA TEMPLE INC877-5784000CA | $16.00 |
| Aug 15 | DESI LUNCH BOXDUBAIARE 26.00 AED 3.672316384 Exchange Rate | $7.08 |
| Aug 15 | DUBAI DUTY FREE- T3 PUDUBAIUAE 15.75 AED 3.671328671 Exchange Rate | $4.29 |
| Aug 15 | COSTA COFFEEDUBAIUAE 13.75 AED 3.676470588 Exchange Rate | $3.74 |
| Aug 15 | COSTA COFFEEDUBAIUAE 7.00 AED 3.664921466 Exchange Rate | $1.91 |
| **ALEXANDER K RAI MSMA SUI IURIS #6174: Total** | | **$2,992.03** |
| **Total Transactions for This Period** | | **$2,992.03** |

## Fees

| Date | Description | Amount |
|------|-------------|--------|
| Jul 25 | CASH ADVANCE FEE | $10.00 |
| Aug 14 | CASH ADVANCE FEE | $10.00 |
| **Total Fees for This Period** | | **$20.00** |

## Interest Charged

| | |
|------|--------|
| Interest Charge on Purchases | $0.00 |
| Interest Charge on Cash Advances | $6.68 |
| Interest Charge on Other Balances | $0.00 |
| **Total Interest for This Period** | **$6.68** |

Transactions continue on the next page



## Transactions Continued

| Totals Year-to-Date | |
|---|---|
| **Total Fees charged** | **$180.00** |
| **Total Interest charged** | **$61.07** |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate(APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 27.15% P | $0.00 | $0.00 |
| Cash Advances | 27.15% P | $289.63 | $6.68 |

P,L,D,F = Variable Rate. See reverse of page 1 for details.

300085



Protect your **credit score.**
Detect fraud with automatic alerts if your credit report changes with CreditWise®—built right into the Capital One® mobile app.

Text **ONE** to **80101** to download the app. Messaging & Data rates may apply.



# Document Upload Success

 **Print this page**

 You've successfully uploaded your documents. We will begin our review process and will notify you of the outcome once we have completed our review.

# Case Information

**Case number**
220827070508347

**Reference number:**
be3cca43

## Document Files

| NO. | NAME | SIZE |
|-----|------|------|
| 1 | CAPITAL_ONE_EVALUATIONS_merged_compressed.pdf | (4.4MB) |

©2021 Capital One          Privacy | Security | Terms & Conditions          MEMBER **FDIC** 

OFFICIAL INITIATION OF FORMAL INVESTIGATION INTO STATE DEPARTMENT AND
CONSULAR ALLEGED CORRUPT PRACTICES WITH REGARDS TO THEIR ATTEMPTED
COOPTION OF LEGITIMATE CITIZEN REPRESENTATION (FOR A CONTINUOUS 1,647
DAYS), FOR THE SOLE LEGAL PURPOSE OF POTENTIAL DIVERSION/DIVERSIONARY
MISUSE, WRONGFUL RE—ALLOCATION, AND RE-DIRECTION OF RESERVED CITIZEN
BENEFITS. PLEASE RESOLVE THROUGH LEGITIMATE PROPERTY RESTORATION OF
STOLEN ARTICLES.



THE OFFICE OF THE INSPECTOR GENERAL.



# USAID.

## U.S. AGENCY FOR INTERNATIONAL

## DEVELOPMENT.

## P.O. BOX 657.,

## WASHINGTON, D.C. 20044—0657.

D.O.I:  FRIDAY, SEP. 29TH., 2023, (A.D./M.X.) ; 1445, (A.H.).


Dear *&* Privy Inspector General (USAID);

AS RESPONDENT TO (1), (2), & (3) WITH REGARDS TO THE PROBLEM BEING REPORTED,
DATINGS OF ITS DISCLOSURE(S), AND THE LENGTH OF ACTUAL PERSEVERANCE;

This is MR. ALEXANDER K. RAI, M.S.M.A., SUI IURIS, THE UNITED STATES OF AMERICA

(CITIZEN), directly acknowledging to fully and truthfully dispose, an account at

some (1,647) days[1] in continuous pendency, relative to a duplicated ordering of

two sets of U.S. Passport and U.S. Passport Cards[2], between MAR. 27, 2019 and JUN.

22, 2021, at **two** distinct consular deliberative venues, the first being the Port

---

[1] 41 C.F.R. 301—7, Per Diem Allowances.

[2] 22 C.F.R. 51, Implementation of the Program Fraud Civil Remedies Act.

Louis Consulate at Mauritius, while the second having been ratified and reposed with the Dubai Consulate within the United Arab Emirates.

This complaint is now justly commended to the oversight of the USAID framework for its cogent and final investigation [3], in that the underlying interests [4] of its evaluations directly concern USAID contexts in foreign relations, and as this applies and affects U.S. expatriates, ( Citizens of the United States, that intend to represent themselves as such overseas [5] ) .

All confirmed and required duties and procedures, including, but not limited to, a full remittance of the conventional fees of documentation, were duly and completely vindicated[6] in both sequences [7], with the first incident in particular duly obliging a O.M.B. 1405-0133 directed filing of a NAME CHANGE affidavit, acknowledging a fully verified ratification of the sole and exclusive

---

[3] 22 C.F.R. 224, Implementation of the Program Fraud Civil Remedies Act.

[4] 22 C.F.R. 201, Rules and Procedures Applicable to Commodity Transactions Financed by the USAID.

[5] 22 C.F.R. 136, Personal Property Disposition at Posts Abroad.

[6] 22 C.F.R. 213, Claims Collection.

[7] 41 C.F.R. PARTS 101 – 43, Utilization of Personal Property.

use of a consistent name, as perpetuated through a legal and customary[8] standard.

**AS RESPONDENT** TO { 4 } , **WITH REGARDS TO** THE RECENT OCCURRENCE OF THE PROBLEM SCENARIO SITUATIONALITY ;

Though the U.S. State Department has since prefaced numerous preambles, all of them officious, ( and **none** of them legally substantive or compelling in their own right against duties ) , even the most reasonable propitiations of a range of these officious bureaucratic acts have failed to obtain the just deliverance of the ordered documents [9], which, consistently, we have acknowledged as STOLEN [10] articles within the insular GUAM jurisdiction of America, on the basis of a filed police report attesting against this THEFT, with the intent, we ( fellow Americas [11] ) believe, to be directed towards cooption our name, laws, values, economy, and routinized representation, for diversionary and non-professed international uses, of which we ourselves shall not be now, nor will become in the future, legitimate international

---

[8] 22 C.F.R. 212, Public Information.

[9] 31 C.F.R. 904, Referrals to the Department of Justice.

[10] 22 C.F.R. 224, Implementation of the Program Fraud Civil Remedies Act.

[11] 5 C.F.R. 1320, Controlling Paperwork Burdens on the PublicA.

sponsors as taxpayers. Consistently, ' Qui Tam ' grounds in a mediated CLAIMS representation can confer to an underlying basis within this individualized and equally legitimate and binding PERSONAL claim, by which the personal rights of the American people, ( whether of nativity or naturalized ) , are possibly being subjected to the politicization and cooptions of the State Department clerics[12], whose thieveries trace back all the way to the year 2016, when the peculiar Department appropriated name endorsing bank affidavits, a quadruple payment of servicing fees, and a non-returned article of the possessor's true likeness, in what appears to be its deputation's illegitimate and corruptive intention of discrediting underlying and broadly permeated cultural and identity rights and autonomies of the common American citizenry, jointly with higher rights to which the State is not itself beholden, and can not claim appropriation, except by fraud, thievery, and remarkable deceit, abuses[13] against which the State Department can now only legally disgorge[14], by LEGALLY RETURNING ONE SET OF CONFORMING U.S. PASSPORT/PASSPORT

---

[12] 5 C.F.R. 735, Employee Responsibilities and Conduct.

[13] 48 C.F.R. PART 706.302 - 70, Impairment of Foreign Aid Programs.

[14] 31 C.F.R. 901, Standards for the Administrative Collection of Claims.

CARD,[15] particularly by reliance unto the latter filing, while the duplicate set as

originated within Mauritius, I, the naturalized citizen, am content to expiate as

a token of goodwill[16] in service to Mauritius-United States unconditional and

peaceable relations ( in line with the goodwill of the USAID framework, insofar

as that this shall favor the Mauritians, while not harm the Americans ) .

AS RESPONDENT TO ( 5 ) , THE IDENTIFICATION DOCUMENTS, PERSONS, AND ACTIVITIES,

FOR THE PURPOSES OF " PROBLEM VERIFICATION " ;

Numerous demands made through the F.O.I.A. enquiry to have all submissions

and originals particular to the Mauritius filing ( so as to eliminate any

underlying conflict of interests particular to that foreign country ) to be

faithfully returned and " restored " to solely the DUBAI consulate centralized

archives [17], have been rebuffed by the apparent nescience of a bureaucratic

wall, and we expect you to research this issue, and kindly confirm such a

mediated re-officiation, while equally demanding that the State Department

practice civic compliance by formally posting to me the DUBAI serviced

---

[15] 31 C.F.R. 902, Standard for the Compromise of Claims.

[16] 5 C.F.R. 308, Volunteer Services.

[17] 5 C.F.R. 410.503 – 503, Scope — Authority of the Head of an Agency — Records.

passport and passport card, acknowledging place of birth by solely GEOGRAPHICAL[18] coordinates, and <u>not</u> through any political entity or named entity attribution, since the nation to which providence has caused my conception, does not apprehend to itself the virtues of a dual citizenship, and thus can not, by its own laws, practice illegitimate self-attributionism by misusing my personal identity as a loophole by which it might intend otherwise to gain false entitlements. No such right shall be identified, recognized, satisfied, or <u>legally</u> extended by this INDIVIDUAL, who <u>owes no link nor allegiance</u> along political, religious, or economic lines to that self-determined <u>foreign</u> nation ( with whom <u>no covenant</u> is sustained ) , whilst, Mauritius, in not[19] retaining that clear conflict of interest, is suitably reconciled by a single-time enactment of a pacific renunciation of personal and economic <u>intentions</u>, enabling its Island Republic to collate itself meaningfully with consistent United States ventures and publics in a fashion best desired by both peoples, but <u>without</u> presuming to utilize any personal products or efficacious identity links that create a link of co-attribution,

---

[18] 22 C.F.R. 228.03, Identification of Principal Geographic Code Numbers.

[19] 22 C.F.R. 3, Gifts & Decorations from Foreign Governments.

leaving solely the DUBAI CONSULAR filings to be standard and common interface[20].

AS RESPONDENT TO (6). ADDITIONAL INFORMATION :

In urging your U.S. AID office to DIRECTLY liaise on this issue with SECRETARY OF STATE BLINKEN'S office [21], I will further purpose and proceed to co-acknowledge a wide range of allegations, which I reasonably believe shall have played an anecdotal ( and/or ) underlying role in the undue alienation and theft of the ordered State Department Identification products;

- (1) THE FALSE CLAIMS BASIS IN THE ALLEGATION : By effective reliance to the de facto ' Qui Tam ' application in the False Claims Act ( F.C.A.) , the unlawful and improper presumptive " takings " narrative of this citizen's legitimately renewed United States Passport ad Passport Card documents ( both civic and personal property ) , the false claims basis, ( correctly preserving through itself the common rights and responsible duties of ALL American Citizens ) is invoked against the wrongful legitimate deliverance withholding

---

[20] 5 C.F.R. 2634, Executive Branch Financial Disclosure, Qualified Trusts, ad Certificates of Divestiture.

[21] 5 C.F.R. 735, Employee Responsibilities and Conduct.

narrative as implicitly opined by that Federal agency [22], which have, in their own turn, ushered forth no defensible justification as which might permit such a false appropriation, excepting that they may claim to NOT serve legitimate American subjects, as either naturalized or assumed by a mode of natural conception. Granted the simultaneous, and subsequent uptick in the *waves* of illegal migration across the nation's Southern Borders to the tune of the public importation of some ( 2 ) million ILLEGAL migrants, the implicate intent to defraud and disinherit legal ( *bona fide* ) Americans, and falsify the *common* citizenship, while delegitimizing the just provisions of common law and boundaries, both national, as well as international, by recourse to falsification by misappropriation, would appear connected, linked, and contingent. It is, as such, a fact, that through the thieveries/ duties withholdings, the State Department has *legally defrauded* the American people [23] of their legitimate Self-Representations, and thereby, equally administered an unjust and wrongful *spoliation* of our duly constituted government. Treating our constitutional truths, and responsible rights as

---

[22] 22 5 C.F.R. 2634, Executive Branch Financial Disclosure, Qualified Trusts, ad Certificates of Divestiture.

[23] 5 C.F.R. 225, Protection of Human Subjects.

trifle truisms, while holding the law itself in contempt, they have spurned the very basis of America, while permeating unprecedented and widespread lawlessness by tangential and all pervading modalities, presenting a vast exhibition of contempt against underlying and providential forces.

- ( 2 ) THE THEFT/ EMBEZZLEMENTS BASIS IN THE ALLEGATION :

- ( 2 A ) THE 2016 THEFTS : MISAPPROPRIATION THROUGH OVER-PAYMENTS ) The State Department quadruply charged costs against its issuance of a single United States passport, containing INCORRECT information, and critical misattributions. While the stapled booklet issued by itself continues to be the property[24] of its payer, it can only be considered, as issued, as a foil for the State Department itself, and akin to purchasing the State department in a tokenist form ( in its own likeness and persona ) , rather than truly authenticating a legitimate personal identity. We have since initiated due process to obtain the primary Cashier Cheques of those excess payments, which, as it so happens, are released and endorsed by the true name of their proprietor, who is this self-represented plaintiff, mounting hence, by this complaint itself, a ' Qui Tam ' defense basis in common preservation of

---

[24] 41 C.F.R. PARTS 101 - 43, Utilization of Personal Property.

our public civics and attributions at delegation. <u>Three</u> of these Four payments may have been transmitted at a substantial mis-inducement, against which the State Department has *never* certified any commissioned refunds[25].

- (2 B) THE <u>2016 THEFTS</u> : <u>MISAPPROPRIATION OF ORIGINAL LIKENESS</u> | The <u>State Department</u> claimed a format issue on the initially submitted <u>correct</u> personal likeness imprints, but has since silently refused to return these originals when an express and legal solicitation of their lawful return was *unequivocally* represented to the department's estate. We have filed a formally commissioned enquiry petition as a point of relief to re-secure this original item of interest, as a point of principle, and directly with the <u>Records, Review, and Release</u> division in United States, Virginia. The point of verification, certified through GUAM, is within attached in line with such a constructive and Truthful enquiry.

- (2 C) THE <u>2016 THEFTS</u> : <u>MISAPPROPRIATION OF TWO BANK AFFIDAVITS</u>   The <u>State Department</u> **stole** (2) Notarized State of New Jersey Bank Affidavits, as submitted in acknowledgement and formal ratification of the correct use

---

[25] 22 C.F.R. 226.52, Financial Reporting.

of the True Name form ( to which it illegally **did not** issue the passport ) .
We have filed a formally commissioned enquiry petition as a point of relief
to re-secure this original item of interest, as a point of principle, and
directly with the <u>Records, Review, and Release</u> division in United States,
Virginia, ( <u>complete with</u> all corresponding fees ) .

- ( 2 D ) THE <u>2019 THEFTS</u> : <u>MISAPPROPRIATION OF A U.S. PASSPORT, AND A U.S. PASSPORT
<u>CARD</u> : The <u>State Department</u> **stole** ( 2 ) Identity Documents, after having
accepted and formally **received** all customary, corresponding, official
submission forms, and expiatory payments. It subsequently resorted to
ceremonialize an elaborate interactional filibuster, resorting to a form of
inter-bureaucratic pantheism entailing the re-directed unqualified veneration
of a very large number of offices, institutions, and agencies, each reflecting
back to its originator ( the State Department ) , the primary deficiency of a
FRAUD ( through the illegitimate misappropriations attempted by itself,
exactly <u>ONE</u> year prior to the so-called " Pandemic " ) . We duly attach those
receipts for your suitable inspections.

- ( 2 E ) THE <u>2019 – ( 2021 ) THEFTS</u> : <u>MISAPPROPRIATION OF A MAURITIUS AFFIDAVIT,
<u>RELATIVE TO THE O.M.B. 1405 – 0133 FORMALITY</u>   The <u>State Department</u> **has failed**

**to restore** ( 1 ) Mauritius Affidavit ( to the Consular Jurisdiction of the DUBAI Consulate, where an SECOND application was filed ), the sole original article of applicable legislation as vindicating the qualifiable obtainments of the unduly withheld primary identity articles. This is a Misfeasance Tort of Interference with the Dubai Consulate's attempt at **legitimate** re-facilitation, and also an act of qualified Legal Obstruction of the duties owed to the law, by reliance specifically to such an affidavit as originally procured, the absence of which appears to have prevented the publication/stymied the Dubai Consulate's legal facilitation of this citizen's identity articles ( against which, otherwise, no duties are accounted as to be owed ) .

- ( 2 F ) THE 2021 THEFTS : MISAPPROPRIATION OF THE COSTS OF A U.S. PASSPORT, AND A U.S. PASSPORT CARD   The State Department then **stole** the second set of **fees** serviced in procuration of the ( 2 ) Identity Documents, after having received clear legal ( and corresponding F.O.I.A. ) instructions, to formally repatriate all Mauritius Consular documentations via the internal disposition ( to the Dubai Consulate ) by a standard Diplomatic Pouch. Neither the State Department as a whole, nor its Dubai branch, have since processed the due remittance of the Passport and Passport Card articles to

this plaintiff's prolonged and nearly ( 2.5 ) years continuous habitation of

the Insular United States Territory of GUAM .

- ( 2 G ) THE 2023 THEFTS : MISAPPROPRIATION OF MONIES TRANSMITTED AS FEES, A FORM OF FRAUD, COMMITTED BY THE RECORDS, REVIEW, AND RELEASE DIVISION

In subsequent conformity to an acknowledgement letter received, a GUAM

affidavit was certified and rendered ( as requested ) , correctly delineating

the receivable points of designations, with regards to diverse curated

originals ( circa 2016 – 2021, (A.D./M.X.) ) , against which full payment was

transmitted by an itemized United States Postal Money Order. To date, the

State Department has NOT restored at demand ( at a TAXATION of six

continuous months in forbearance ) , a single article in their original

integrities, a delay and proxy misappropriation, for which it alone remains

legally responsible.

- ( 3 ) THE MISMANAGEMENT BASIS IN THE ALLEGATION : The aforestated conditions

sufficiently aggrandize to the minutest nuance, the widespread and habitual

mismanagement that appears to permeate endemic within this branch of

the Federal Government. It should be clarified here, that I have directly

represented this issue to the candid concern of the Secretary of State

Blinken ( from the Emirates, as via email, more originally ) , whose willful and habitual pretended nescience on such an issue, appoints vicariously towards his own personal and legally privileged office, in which all derivative predilections acquaint themselves to collectively converge in a conversely " official " fashion.

- ( 4 ) THE CREDIT CARD FRAUD IN THE ALLEGATION : All four payments made for the articles at mediation were duly commissioned credit card payments, and it ought be appreciated, that a **CapitalOne** cyber security breach incident ( itself, currently in parallel institutional settlements ) transpired almost as simultaneously as the original application of the 2019 point of sale of the afflicted articles ( via the Mauritius located U.S. Consulate ) . Since the State Department has refused to deliver to its duties ( by returning the relevant identity effects ), the LEGAL Theft of Identity, as filed in a GUAM jurisdiction official police report, assesses against this underlying fraud at squarely the Department's own assumed liability, and till such a duration and interval in time, as that it persists in the wrongful duties withholding, by failing the release the lawfully secured identity articles.

- ( **6** ) THE <u>BRIBERY / CONFLICT OF INTEREST</u> IN THE ALLEGATION : To avert vague speculations and preambles, we advise and advocate that the USAID O.I.G.'S office narrowly investigate on the basis of its own independent and specialized knowledge, potential conflicts of interest and bribery connotations relative to the local and international politics circulating around the current and historical managements of <u>the Mauritius consulate</u> in particular, and equally <u>the Dubai Consulate</u> by derivation, whose contextual relations ought to be materially assessed and examined, in line with known and unknown issues, by reliance upon audits, fundings, whistleblower disclosures ( across this timeline ) and related researches and explorations, as such issues appear to be collateral to the underlying motivations promulgating themselves towards such lengthy chain of grave mis-deliberations and abuses.

- ( **7** ) THE <u>EMPLOYEE MISCONDUCT</u> IN THE ALLEGATION : The <u>employee misconduct</u> element would seem to be particular and privileged to those specific individuals who claim to assume " discretion " and retain specialized " entitlements " ( deeded by <u>the original delegations</u> of the bona fide United States citizenry ) over the RECORDS, REVIEW, AND RELEASE management

in relation to American subjects, and expatriates official documents' production oversight. On a hierarchical basis of legitimization, legitimate authority alone retains objective respondent responsibilities, which, in this case, behooves HON. ANTONY J. BLIKEN to engage the investigation as an obligated respondent to the " ongoing conversation " ( between himself, and all American subjects ) .

- ( 8 ) THE CONTRACT / GRANT/ PROCUREMENT FRAUD IN THE ALLEGATION : Please note item ( 2 'A ' – ' G ') to this point at duly justiciable, and mutually beneficial category of concern.

- ( 9 ) THE TRAVEL/TIME AND ATTENDANCE FRAUD IN THE ALLEGATION : The egregious and sustained demands as so continuously exerted by the State Department's underlying offenses, have protracted themselves both intensively and extensively to extenuating Department of State non-compensated travel costs [26] ( required in order to meet the vast burden of managing " …. the government of another " ) , non-compensated time, and forbearance uses, both professional as well as personal [27] ( while

---

[26] 41 C.F.R. PARTS 102 – 118, Transportation Payment and Audit.

[27] 41 C.F.R. 301 - 8, Reimbursement of Actual Subsistence Expenses.

" employees " obtain " salaries "[28] against which they provide no real services to the American people whom they rob, while vicariously perpetuating an *appearance* of professions through an underlying multiplication of never ending disservices ) . Further, the consistent duplications in scope of underlying representation and self-borne costs by which salaried and non-salaried representations are non-mutually made to allocate to false dependencies, creating a continuous stream of robust inflation ( the current state of our national economy ) through the induced public sector extortions [29] by these endless actions of proxy thefts and externalization of the *entire* value chain, re-subjected, at virtually every point of iteration and representation, to a ceaseless stream of unrepresented taxations and related abuses. To render this misuse proportionate, such so-called " employees " should be mortgaged against their at-will uses of all federal offices and buildings [30] ( for whose preservation costs they should themselves bear 70% of the costs out of salary [31] ) ; made to pay a monthly

---

[28] 5 C.F.R. 213.3202, Entire Executive Civil Service.

[29] 31 C.F.R. 208, Management of Federal Agency Disbursements.

[30] 41 C.F.R. PARTS 101–20, Management of Buildings and Grounds.

[31] 41 C.F.R. PARTS 101–25.101, Criteria for Determining Method of Supply.

fee as a reverse tithe to their rulers, ( the American people or the States and Territories ) to the vanity titles they sport to the global persuasion ; and secure by acts of democratic panhandling and prayers of universal relief any further remnant in the sustenance. In other words, no American subject will seek to be taxed without representation[32], unless equally retaining the reversionary right, to tax the suffrage differential to whom as it shall justly account without impunity, and against the created wrongs.

- ( 10 ) THE FALSE STATEMENTS ASPECTS IN THE ALLEGATION : The State Department has categorically emitted a series of false statements, by which it has attempted a multitude of diversionary prevarications that claim deficiency in the filing of original papers. All such preambles can, however, upon due examination, be directly refuted and thoroughly examined by means of the evidentiary burdens, contextual itemizations, and existent laws, particularly the item of the O.M.B. 1405–0133, which the State Department has, at multiple occasions, attempted to illegally refute and deny as valid, by insinuating against its authenticity ( as a law ) and as a form of legality. It has repeatedly attempted to divert its own liabilities as acquired to itself by claiming to be

---

[32] 41 C.F.R. PARTS 101–43, Utilization of Personal Property.

the sole venue of valorizing the international representation of AMERICAN citizens and passport holders, while simultaneously attempting to re-divert this injunction to the States, both foreign and domestic, while skirting its own owed obligations, as are otherwise shown to be plainly stated in the open decorum. It has done this by artificially inflating and compounding ( with false legalisms, vain preambles, and conceits ) the actual burden of proof, by attempting to re-attenuate the primariness to a wide swathe of other agencies, peoples, groups, and institutions, while simultaneously retaining within itself, a historical publications monopoly, *revocable* by the will or act of Congress, and or the competent action of the American people/Original Providence ( by means of Anti-Trust laws, as applied to some particulars of current assumed government branch monopolies or monopolistic usages ) .

• ( 11 ) THE OTHER VIOLATIONS ( I.E.,' U.S. HATCH ACT ' ) : The State Department has, through these schemes, violated both the spirit and letter of the United States Hatch Act, and an official complaint of attestation along such lines has been duly transmitted to the U.S. Special Counsel's office, in both contingent and established terms of due redress.

- (12) COSTS APPROPRIATION : The plaintiff certifies at signage, that the State

Department has ingratiated itself against the protracted and prolific

misuses of citizen property by wrongful taking and unjust appropriation at

( 1,647 ) days continuous, of the likeness and economic person of this, ( and

that of all other American Citizens upon whom a corresponding

usurpation has been unjustly and " non-directly " visited within such a

duration ) , and bears, through its organic and constitutional dependence

upon the whims[33] of the Office of Management and Budget[34], the full

collective as well as institutional responsibility for the reimbursements[35],

material redress, and just restitutions[36] against all costs[37], and deficiencies as

created by itself in the oversight[38], as promulgated through its own

adamant misuse ( which, to retain the right of public monopoly, it shall

---

[33] 5 C.F.R. 432, Performance Based Reduction in Grade and Removal Actions.

[34] 5 C.F.R. 430, Performance Management.

[35] 5 C.F.R. 334, Temporary Assignments Under the Intergovernmental Personnel Act ( IPA ).

[36] 5 C.F.R. 340, Other Than Full-Time Career Employment (Part Time, Seasonal, On-Call, and Intermittent ) .

[37] 5 C.F.R. 534, Pay Under Other Systems.

[38] 5 C.F.R. 530, Pay Rates ad Systems ( General ) .

coerce itself now to effectively renounce [39] ), and that these acts, being as that they are so intentioned to spoliate, are deemed offenses against both God and the justices and genuine constitutions and laws of all the States, and their peoples, and So help me God [40] !

**Respectfully Submitted ;**

MR. ALEXANDER K. RAI, M.S.M.A., SUI IURIS

THE UNITED STATES AMERICA AS RELATOR, AGAINST ITS BENEFICIARIES AND USERS.

THE ORGANIZED, AUTONOMOUS, AND INCORPORATED INSULAR TERRITORY OF GUAM.



ALL KEY DOCUMENTS TO THE DISCOVERY SUBSCRIBED.

THIS COMPENDIUM HAS BEEN LEGITIMIZED AND RENDERED AT A DIRECT EXPENSE AND COMMON EQUITABLE SERVICE TO THE AMERICAN PUBLIC TAXPAYER, BY WHOM FULL COSTS AGAINST RESPONSIBLE USES ARE HEREIN LEGALLY IMPRESSED.

D.O.I; FRIDAY, SEP 29TH., 2023, ( A.D./M.X. } ; 1445, ( A.H. } .

---

[39] 5 C.F.R. 2634, Executive Branch Financial Disclosure, Qualified Trusts, and Certificates of Divestiture.

[40] 5 C.F.R. 338, Qualification Requirements ( General ) .



MR. ALEXANDER K. RAI, M.S.M.A., SUI IURIS

P.O. BOX 10210, TAMUNING, GUAM 96931, THE UNITED STATES OF AMERICA.

(TEL) : + 1 . 928. 485 . 4509 . | ( E ) : ALEXANDER.IN.GUAM@GMAIL.COM

## THE OFFICE OF THE INSPECTOR GENERAL.

# USAID.

## U.S. AGENCY FOR INTERNATIONAL

## DEVELOPMENT.

P.O. BOX 657.,

WASHINGTON, D.C. 20044 — 0657.

## THE UNITED STATES OF AMERICA .

IN THE SUPERIOR COURT OF GUAM

IN THE MATTER OF THE APPLICATION

OF

MR. ALEXANDER K RAI, MSMA, SUI IURIS, Petitioner.

DULCE NOMBRE DE MARIA
CATHEDRAL-BASILICA
207 ARCHBISHOP FC. FLORES STREET
HAGATNA, GU 96910
Rec'd 2/15/23

Special Proceedings No. :
SP 156 - 022.

# THE DECLARATION OF POSTING.

I, ~~msg~~ Jpms Bonaventé declare and state as follows that:

1 . I am legally and professionally interested in the above captioned matter ( as an American Public Agency ( " the People " ) , of the United States and Territories ( 55 ) ) , as legal citizen of the same over the age of Eighteen ( 18 ) , and declare the address of my venue ( a public forum ) to be as follows ;

THE CATHOLIC ARCHDIOCESE OF AGANA., DULCE NOMBER DE MARIA CATHEDRAL BASILICA,
ST CHANCERY OFFICE, 196 B SAN RAMON, AGANA, 96910, GUAM.

I further acknowledge that in discharging a general civil obligation, I am

not, myself, the party being represented in this declaration, but merely

service the duties of the common mediator for the purposes of general

public informedness, and civic enlightenment, at both, the solicitation of

the Superior Court of Guam, and that of the Petitioner above

represented. I declare under penalty of perjury the laws of Guam ( 6

G.C.A. § 4308 ) that the foregoing is true and correct.

HE U.S. CONGRESS; THE U.S. CONGRESS; THE U.S. CONGRESS; THE U.S. CONGRESS; THE U.S. CONGRESS; THE U.S. CONGRESS; THE U.S. CONGRESS; THE U.S. CONGR

Case 1:19-cv-02885-ELT-JFA Document 2285-1 Filed 11/07/22 Page 76 of 119 PageID#
50065

118 TH . CONGRESS ; 1ST. SESSION. H.R. 79 TO DIRECT THE PRESIDENT TO WITHDRAW THE UNITED STATES FROM THE CONSTITUTION OF THE WORLD HEALTH ORGANIZATION, AND FOR OTHER PURPOSES.

# The U.S. House of Representatives ( United States Congress ) .
In an Informed and Internal Colloquy, as Mediated at Direct Representation ; With, The Government of Guam, and all other Ethical Bodies in Common Domestic, & International Relations.

The foregoing instrument was acknowledged before me this ( ___May___ ; 19th ) day of 2023,A.D./M.X., by MR. ALEXANDER K. RAI, M.S.M.A, SUI IURIS, as advocate in fact for the Citizens of the United States and Territories * , in a Universal and International designation, who is personally known to me ( or ) who has produced ( OFFICIAL IDENTIFICATION ) ;

GUAM LEGISLATURE
PROTOCOL OFFICE
MAY 30 2023

Signature of Notary Public _Jessiemarie Toves_

Personally known: _____          ME: 12:13 [ ] AM [ ✗]
( OR ) Produced Identification: __✗__ Type of Identification CLOSED BY: 
Produced: INDEPENDENT LEGAL CREDENTIAL, DISTRICT OF COLUMBIA, THE UNITED STATES.

RECEIVED

---

# Affidavit of Legal Submission.

JUN 2 9 2023

The Territory of Guam, The United States of America.

SUPREME COURT
OF GUAM
BY: 4:47pm

Signed and Sworn to ( or Affirmed ) before myself * on ( date ) __TO/DAY 19TH. MAY 2023 (2hrs)__

_mr. Alexander m. rai sui iuris_

By, MR. ALEXANDER K. RAI, M.S.M.A, SUI IURIS, ( Affiant ) , rendering the Statement by Affidavit.

Signature of notarial officer : _Jessiemarie Toves_

Title of Office : NOTARY PUBLIC In and for Guam U.S.A.

My commission expires upon : 08/17/2023

JESSIE MARIE TOVES
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: AUG. 17, 2023
P.O. Box 8354 Agat, Guam 96928

I

118TH CONGRESS
1ST SESSION

# H. R. 79

To direct the President to withdraw the United States from the Constitution of the World Health Organization, and for other purposes.

_____

## IN THE HOUSE OF REPRESENTATIVES

JANUARY 9, 2023

Mr. BIGGS (for himself, Mr. PERRY, Mrs. MILLER of Illinois, Mr. MASSIE, and Mr. ROSENDALE) introduced the following bill; which was referred to the Committee on Foreign Affairs

_____

# A BILL

To direct the President to withdraw the United States from the Constitution of the World Health Organization, and for other purposes.

1   *Be it enacted by the Senate and House of Representa-*
2   *tives of the United States of America in Congress assembled,*
3   **SECTION 1. SHORT TITLE.**
4       This Act may be cited as the ''WHO Withdrawal
5   Act''.
6   **SEC. 2. WITHDRAWAL OF UNITED STATES FROM THE CON-**
7           **STITUTION OF THE WORLD HEALTH ORGANI-**
8           **· ZATION; PROHIBITION ON USE OF FUNDS.**
9       Effective on the date of the enactment of this Act—

2

1      (1) the President shall withdraw the United

2   States from the Constitution of the World Health

3   Organization (62 Stat. 2679; 14 U.N.T.S 186); and

4      (2) no funds available to any Federal depart-

5   ment or agency may used to provide for the partici-

6   pation of the United States in the World Health Or-

7   ganization or any successor organization.

**SEC. 3. REPEAL OF THE ACT OF JUNE 14, 1948.**

9      The Act of June 14, 1948 (Public Law 806–43; 62

10  Stat. 441; 22 U.S.C. 290 et seq.), providing for member-

11  ship and participation by the United States in the World

12  Health Organization and authorizing an appropriation

13  therefor, is repealed.

○



COURT ORDERED DATA CORRECTION

HEREINAFTER APPLY TO THE <u>0368</u> STATEMENTS.



ATTN : MS. AMY DAVIS, DIRECTOR OF FRAUDS, RISK MANAGEMENT & INVESTIGATIONS.

## <u>CAPITAL ONE FINANCIAL CORP</u>.

# 1680 CAPITAL ONE DR.,

# MCLEAN, VIRGINIA, V.A. 22102 — 3491.

# THE UNITED STATES.

( TEL ) : + 1 . 703 . 720 . 1000  | ( E ) : AMY.DAVIS@CAPITALONE.COM

THE INSULAR TERRITORY OF GUAM, THE UNITED STATES.

( D.O.I. ) OCT. 21, 2023, A.D./M.X. ). ; 1445, ( A.H. ) .

## Greetings Ms. Davis;

Despite numerous and ongoing DEMANDS that your institution expeditiously

<u>RELEASE</u> the fully retroactive financial statements ( JUNE 2019 — CURRENT ) in

support of an ongoing AUDITS INVESTIGATION, and at the cardholder's LEGAL

<u>second</u> address ( primary **business** address apart from a NEW JERSEY

domiciliation ) here in GUAM ; your office has <u>neither returned</u> to that lawful

and all obliging courtesy, <u>nor</u> initiated an investigation appropriate and

consistent to its underlying secure demarcations with regards to the

sustenance of legitimate ACCOUNTS SECURITY, since the **breach** committed against the account by the third party seemed to transpire at <u>exactly</u> the identical timeframe, as that this account holder came into a parallel state of consternation with Overseas United States Consular Irregularities in Mauritius, relative to the equally profound and ongoing Public Sector Tort Liabilities, whose <u>double severity</u> this United States Citizen has been since singularly bearing as a carryover amalgamated oversight burden, at his own acquired costs, and as a proxy service to the <u>Government</u> and <u>People</u> of GUAM, ( where a POLICE REPORT against the THEFT OF IDENTITY has since been well documented under the established F.T.C. operative and reportage norms ) , as well as the UNITED STATES.

Taking note of these multiple areas at simultaneous and overlapping vulnerability, I have since assumed to the due initiative of securing a <u>COURT ORDERED NAME CHANGE</u> ( S.P. 0156 – 22 ) through a legal action by the <u>Superior Court of Guam</u> ( with <u>Supreme Court of Guam</u> witnessing ) , as a PROTOCOL OF STANDALONE <u>IDENTITY VERIFICATION</u> for <u>REAL TIME DATA CONFIRMATION AND CORRECTION</u> purposes, while acknowledging that the former articulation of this identical incorporation as having had been originally mediated through

the 2019 ( A.D./M.X. ) MAURITIUS OVERSEAS CONSULATE filed ( O.M.B. 1405–0133 ) formal International and Consular Attestation protocol.

A copy of this articulation is <u>within enclosed</u> ( jointly with the formally GUAM witnessed/registered OFFICIAL, AND ATTESTED POLICE REPORT ) , and is to be <u>permanently affixed</u> through your office's interior initiative to <u>the registered files</u> of my two held cards ending in 6174 ( NEW JERSEY ) and 0368 ( GUAM ) .

By an effective reliance to the S.P. 0156-22 protocol of DATA VERIFIABILITY, you are hereby <u>ORDERED</u> to update all further and current remittance of <u>0368</u> card statements to solely originate to this designated GUAM business address, as hence duly ratified within our insular territorial jurisdiction ( jointly with designated most current **telephone** and **email** detailings ) ;

MR. ALEXANDER K. RAI, M.S.M.A., SUI IURIS

P.O. BOX 10210, TAMUNING, GUAM 96931, THE UNITED STATES.

( TEL ) : + 1 . 928 . 485 . 4509 | ( E ) : ALEXANDER.IN.GUAM@GMAIL.COM



**Thank You** for your anticipated Cooperation on this issue!

**Very Truly ;**

MR. ALEXANDER K. RAI, M.S.M.A., SUI IURIS, CAPITAL ONE ACCTS. 6174 ( N.J. ) , AND 0368 ( GUAM ) .



FROM : MR. ALEXANDER K. RAI, M.S.M.A., SUI IURIS

P.O. BOX 10210, TAMUNING, GUAM 96931-0210.

THE UNITED STATES OF AMERICA.

( TEL ) : + 1 . 928 . 485 . 4509 . | ( E ) : ALEXANDER.IN.GUAM@GMAIL.COM



ATTN : MS. AMY DAVIS, DIRECTOR OF FRAUDS, RISK MANAGEMENT & INVESTIGATIONS.

# CAPITAL ONE FINANCIAL CORP.

# 1680 CAPITAL ONE DR.,

# MCLEAN, VIRGINIA, V.A. 22102 – 3491.

# THE UNITED STATES.

( TEL ) : + 1 . 703 . 720 . 1000  | ( E ) : AMY.DAVIS@CAPITALONE.COM



**THE ISRAELI PEOPLE'S COMMITTEE**
ועדת החקירה האזרחית
هيئة التحقيق المدني

## The Israeli People`s Committee
## Report of Adverse Events Related to the Corona Vaccine, May 2021:
## Never has a vaccine injured so many

We hereby clarify that The Israeli People`s Committee is an independent organization relying on publicly available information from official publications, social networks and especially from many reports coming directly from individuals to our website. The information has been checked by members of the committee to avoid false, refuted, and erroneous data. However, the report should not be relied upon for medical or other purposes, and it certainly does not contain any medical recommendation. Anyone who considers it as such, does so of his own accord.

We have chosen to open this important report with a summary, immediately followed by the report itself.

While the Prime Minister of Israel and senior officials of the Israeli ministry of health brag that Israel serves as a global model for nationwide vaccination, and while they boast that Pfizer has chosen us to be the experimental country thanks to the advanced technological systems of our HMOs [Health Maintenance Organizations], the state has systematically shut down all monitoring and tracking systems, which are designed to identify and alert of adverse events that occur in proximity of receiving the corona vaccine. This irresponsible conduct by the Israeli ministry of health during a mass operation providing an experimental treatment to millions of people, regardless of whether such conduct is negligent or intentional, has led to an unprecedented flood of thousands of reports about serious adverse events after vaccination on social media, which seems to be the only forum that still allows people to share their experiences. Surprisingly, such widespread phenomenon has not received any media coverage or attention from public officials.

The silencing mechanisms of the Israeli health system regarding the adverse events related to the corona vaccine, and the denial of their severity and worrisome scope, combined with the fact that the mainstream media in Israel have ignored adverse events and avoided reporting them, have created a situation whereby the Israeli public is almost completely unaware of the existence, nature and prevalence of the post-vaccination adverse events. This vagueness that exists among the Israeli public with respect to the vaccine-related adverse events prevents citizens from receiving all the information they need to make a balanced and responsible decision about the vaccination. Moreover, it raises the

1

concern that the lack of contraindications for susceptible populations to the vaccine has unnecessarily harmed the citizens to the point of needless mortality.

The healthcare system`s failure to monitor the vaccine`s adverse events and issue alerts, coupled with the media`s disclaiming its roles as an important mechanism for inspecting and criticizing the authorities` conduct and as a pivotal platform for exposing the hard truth, have led to the abandonment of the health of the citizens of the country. In the vacuum that has ensued we, as an independent investigation committee comprising of concerned citizens, have been left with no choice other than using all means, albeit limited, at our disposal to research and expose the truth regarding the corona vaccine's adverse events. From our inquiry a disturbing image has emerged of the high rate of serious adverse events, observed in proximity to receiving the vaccine, even among young people. Many adverse events are life-threatening, and regretfully more than a few ended in death.

The incomprehensible gap between the existing reality and the information published by the Israeli ministry of health and by the Israeli media raises concern of a dangerous deception not only of Israeli citizens but of citizens of the entire world, who view Israel as the research laboratory of Pfizer's corona vaccine. Such a deception, whether negligent or premeditated, could create additional cycles of harm to humans around the globe.

In this report we wish to say to the Israeli government and governments throughout the world: a lack of transparency kills people. Deception and concealment lead people to disability and loss of life. Remove all confidentiality, create transparent and controlled reporting mechanisms; only then can lives be saved and further damage avoided from the very tool that is supposed to preserve health. Is this a case where the drug is more deadly than the disease? Or is it equally or less deadly? We can only come to a true conclusion if comprehensive data is revealed in real time and if the press, which is supposed to be free and a watchdog of democracy, will remain on guard and raise the alarm when necessary. And it is indeed very necessary.

And before we delve into the depth of things, here are our main findings:

- ✓ We received 330 reports of deaths occurring in proximity after the vaccination (90% up to 10 days after the vaccination). 64% are men. According to the ministry of health's statement: only 45 deaths occurred in proximity after the vaccination.

- ✓ According to data from the Central Bureau of Statistics (CBS), during January-March 2021, in the midst of the vaccination operation, there was a 18% increase in overall mortality in Israel compared to the tri-monthly average mortality in the previous year. In fact, the period of January-March 2021 is the deadliest one in the last decade, with the highest overall mortality rates, when compared to the corresponding months over the last 10 years.

- ✓ Among the age group of 20-29, the increase in overall mortality rate is even more dramatic. In this group, during the same vaccination period, January-March 2021, there has been a 30% increase in overall mortality compared to the tri-monthly average mortality in 2020.

2

✓ A statistical analysis of data from the CBS combined with information from the ministry of health leads to the conclusion that the mortality rate amongst the vaccinated is estimated at 1:3000 (1:18000 for ages 20-49, 1:5000 for ages 50-69, 1:1100 for ages 70+). According to this assessment, it is possible to estimate that the number of deaths in Israel, which have occurred in proximity after the vaccination, currently stands at about 1600-1700 people.

✓ There is a high correlation between the number of people vaccinated per day and the number of deaths per day, in the range of up to 10 days post vaccination, in all age groups. For ages 20-49 – a range of 8 days from the date of vaccination to death; for ages 50-69 – 5 days from the date of vaccination to death; for ages 70 and up – 3 days from the date of vaccination to death.

✓ The risk of death after the second vaccination is higher than the risk of death after the first vaccination.

✓ Up until the publication date of this report, a total of 2646 reports of adverse events have been recorded by The Israeli People`s Committee, and the reports continue to flow in. These reports indicate damage to almost every system in the human body. They also highlight the incomprehensible gap between official Israeli media reports and what is really happening, enabling a "two worlds" situation due to journalistic failure to sense, identify and report on what is actually happening in citizens` real-life.

✓ The accumulated post-vaccination adverse events in our database is the outcome of our work with very limited resources and despite many kinds of government's pressures aimed at concealing this critical information from the public eye. Therefore, we believe that our database of vaccine-related adverse events reflects a very small fraction of the real picture, which is about 1% of the actual number of cases according to our assessment.

✓ This assessment is added to the fact that around 250000 people did not show up to get the second dose of vaccine, despite all massive social and occupational pressure of the green passport. We believe that the majority of them decided so due to experiencing adverse effects following the first vaccine dose.

✓ There are close similarities in the reports of adverse events from countries with relatively high vaccination rates, with hundreds of death reports, as well as reports of damage to many human body systems.

✓ In our analysis, we have found a relatively high rate of cardiac-related injuries. 25% of all cardiac events occurred in young people below the age of 40, the most common diagnosis in these cases being myocarditis or pericarditis.

✓ Additionally, a high prevalence of massive vaginal bleeding, neurological, skeletal and skin damages have been observed.

✓ It should be noted that a significant number of adverse events reported are related, directly or indirectly, to coagulopathy (myocardial infarction, stroke, miscarriages, disruption of blood flow to the limbs, pulmonary embolism).

✓ The reporting of adverse events from hospitals and HMO clinics has been very low, and there is a tendency for a diagnostic bias that excludes the possibility of a link between the adverse events and the vaccination. There are probably many thousands of unreported cases. We get growing numbers of reports about this phenomenon from medical staff within hospitals. The general impression is that hospitals seem to be dealing with a chaos and confusion regarding the way to handle growing numbers of vaccine injured patients while at the same time to keep them out of records. Many doctors in emergency rooms nowadays begin their anamnestic inquiry by the question: "When were you vaccinated?" yet write nothing about it in discharge letters.

✓ The general policy regarding adverse effects seems to be "over-protective" of the idea of continuing the vaccinations at all costs. In this atmosphere, and in stark contrast to the accepted medical codes according to which mortality and morbidity caused after any medical treatment should be attributed to the treatment itself unless proven otherwise, most Israeli doctors avoid raising reasonable medical suspicions about the potential contribution of the vaccine to new adverse effects. Instead, doctors, hospitals and media all talk in one voice that says: "It has nothing to do with the vaccine, until you prove it completely". This is, of course, just a smoke screen aimed at preventing the truth, which ruins the essential foundations of differential diagnosis and brainstorming based medicine, and whose consequence is a breakdown of normal and scientific medicine.

✓ In light of the extent and severity of post-vaccination adverse events we are witnessing, we would like to express the committee's definite position that vaccinating children is both dangerous and lacking any medical basis. It may lead to adverse events, similar to those observed in adults (including young adults from age of 16), which could result in the death of completely healthy children. The committee believes that the intention to vaccinate children, while putting in danger their lives, their health, and their future development, has no medical justification since the coronavirus does not endanger children at all.

✓ According to US VAERS system 7 deaths in ages 0-17 were reported in relation to Covid 19 vaccination during 2021, 6 of them of Pfizer Biontec. We hope that the radical idea of vaccinating children against the coronavirus will soon be taken off the table; and if not, that it will be completely rejected by most of the parents around the world.

4

✓ Never has a vaccine injured so many! The American VAERS system reveals 3409 reports of mortality amongst vaccinated people in the United States in the first 4 months of 2021. This datum reflects a rise of thousands of percent from the annual average, which stood at 108 reports of post-vaccination mortality per year, whilst the difference in vaccination rate (in comparison to influenza vaccination) is less than 40%. In other words, more post-vaccination deaths have been recorded in the VAERS system during a single vaccination campaign than from all other vaccines combined over the preceding three decades.  See the chart below.



Events Reported By Year Reported

✓ In light of all the above and the detailed information ahead and for the sake of the good, reliable and advanced medicine, for all people and from the pure intention, we would like to hereby declare the statement that all branches of medicine should agree about:

"Once you apply new medication of all sorts to mass people and have insufficient knowledge about its true safety, all adverse effects that follow must be regarded as **related** to this medication until proven otherwise. This is the only way to obtain the true information, to ensure maximal safety surveillance and to make sure that non-medical motives will have no influence on the process of evaluating and learning the true nature of this medication and its influence on people."

5

PROLOGUE

Of all the injustices that have been inflicted upon the Israeli citizens during the corona vaccine campaign in Israel, which have been widespread in all areas of life, as we described in detail in our interim conclusions report, particularly prominent and deserving of our attention is the health injustice caused by the malfunctioning and neglectful conduct in regard to the monitoring and reporting of adverse events from the Pfizer vaccine. Unfortunately, it seems that in Israel there is an almost complete concealment of the adverse events associated with Pfizer's corona vaccine product, which appears to be tendentious and has led to a deception of Israel's citizens, exposing them to significant health risks and even unnecessary mortality. This practice of concealment is orchestrated by the ministry of health, with vast cooperation (voluntary or submissive) of the entire health system, and under the auspices of mainstream media.

In order to dispel the smoke screen which Israeli citizens find themselves facing, and in the hope of balancing the distorted situation presented to them by the establishment and the media, we have chosen to focus this report on the adverse events associated with Pfizer's corona vaccine product and to broaden the exposure of the testimonies at hand. As part of the report, we will draw a picture of the current situation, based on thousands of reports and testimonies, some of which are still being verified and processed, which have been passed on to us from the corona vaccine injured, doctors and medical staff. We will additionally provide a complementary statistical analysis of data from publicly available information sources in Israel and around the world, which supports and reinforces the indications that arise from our database of reported corona vaccine adverse events. As with the midterm conclusions report, the current report is not only intended for Israeli citizens but will be distributed in several languages around the world. This is because of our fear of a potential blatant bias in the results of the research currently underway in Israel on Pfizer's corona vaccine, which when published, could provide the entire world a shaky and misleading information base regarding vaccine safety.

The report consists of four chapters. The first chapter provides background information and describes our work methodology. The two subsequent chapters reveal mortality and morbidity data observed in Israel in close proximity to receiving the vaccine, where Chapter 2 focuses on analyzing mortality data, and Chapter 3 deals with a wide range of other adverse events associated with the vaccine. We collected the data presented in chapters 2 and 3 from the public and from other sources of information, through the limited means at our disposal, in view of the negligence of the health system and the failures of all the major mainstream media, which in a properly functioning country have a role and duty to collect data and report it to the public. In chapter 4 we will explain how such a bleak situation, as described in Chapters 2 and 3, has been hidden from the Israeli public. The chapter describes how Israel's health system systematically paralyzes and shuts down all monitoring and alter systems that can detect adverse events, occurring in close proximity to receiving the vaccine, and warn about them, and how all the mainstream media channels in Israel aid and support these dangerous acts of silence and concealment.

CHAPTER 1 - BACKGROUND AND WORK METHODOLOGY

IN SHORT: In the absence of an orderly, transparent and professional activity of collecting data from the citizens and publicly reporting it in real time, without filters or bias, the Israeli People's Committee enlisted to address to the complex task of contacting the public and collecting data on corona vaccine adverse events, all the while ensuring the validity and reliability of the data and cataloguing it in the most professional manner available to us. In so doing, the Israeli People's Committee has become the main body in Israel to undertake the investigation, documentation and reporting of adverse events related to the corona vaccine, where those supposedly responsible for this task have renounced their duty or have failed it completely.

The campaign to vaccinate the population of Israel against the corona virus using the corona vaccine product made by Pfizer began in December 2020. The campaign was accompanied by aggressive propaganda, during which it was claimed that the vaccine had received FDA approval, and had passed all the organization's stringent safety tests, although in practice the vaccine had only been given a temporary emergency use authorization and is defined by the FDA as an "Investigational New Drug" (IND)[1]. The operation progressed at a dizzying pace, and by March 10, 2021 more than 5 million people, out of a population of about 10 million in Israel, had been vaccinated with the first dose, according to the National Security Council. Contrary to the FDA guidelines, which defined contraindications to the vaccine's administration[2], in Israel, apart from life-threatening events arising from a previous allergy to a vaccine or its components, no contraindications were defined. Also, unlike other countries (see for example, US[3] and Italy[4]), the vaccine has been administered without the signing of an informed consent form and without informing those being vaccinated of possible adverse events after the vaccine. This happened even amongst pregnant women – a fact that Prof. Eran Dolev from the Vaccine Prioritization Committee[5] warned about, and for which he resigned from the committee[6]. Throughout the

---

[1] FDA. (2020). Pfizer-BioNTech COVID-19 Vaccine. Letter of Authorization.
https://www.fda.gov/media/144412/download

[2] INTERIM CLINICAL CONSIDERATIONS FOR USE OF COVID-19 VACCINES CURRENTLY AUTHORIZED IN THE US.
https://www.cdc.gov/vaccines/covid-19/info-by-product/clinical-considerations.html

[3] FACT SHEET FOR RECIPIENTS AND CAREGIVERS.
https://labeling.pfizer.com/ShowLabeling.aspx?id=14472

[4] VACCINAZIONE ANTI-COVID19 MODULO DI CONSENSO.
https://cdn.onb.it/2020/12/all-1-
Consenso.pdf?fbclid=IwAR0zof_futBbMOMCBIqItogPGXGVILVNekq_yfb4vKLwd6HDHwyXKqgqwY4

[5] Advisory team to the Corona Committee. The Ministry of Health, January 22, 2021
https://www.gov.il/BlobFolder/reports/vaccine-priorities-board/he/files_publications_corona_vaccine-priorities-board-
21012021.pdf?fbclid=IwAR0GSAnDK5ib1XceTPSDEN5ZYuKqv0W7wYMj9DedLab4rbvb0N6_ZfVH5yo

6 The Public Emergency Council for the Covid19 Crisis , March 18, 2021
https://www.facebook.com/machatzlakorona/posts/142663231094153?__cft__[0]=AZUWjwmpNns268AIKEHzkOzGJul9r9
5jlvKwqHPyjtXTwxV1xUpt4MLsxT7bOYpicl3KE6v32avZcVqKDHs5ULD1wRu3idpW8V_0n4DtwbY-
09yB0ZYcn75TvH_7LFCdQVXms8cwF52BHqUVrfzDzRrGm_th9SFZGAGqRbe7HnqXnQ&__tn__=%2CO%2CP-R

vaccination campaign, the ministry of health has scarcely reported vaccine-related adverse events, and such reports have barely been published in the media. By stark contrast, social media networks have been flooded with reports of adverse events that many citizens experienced shortly after vaccination.

Given the huge gap between the very small number of corona vaccine adverse events reported by the ministry of health or reported in mainstream media and the enormous amount of reports on social media of adverse events that people experienced shortly after the vaccine, as well as hundreds of inquiries on this issue addressed directly to the committee, the committee`s professional team has started collecting, recording and analyzing the data reported by the public. We collected the data regarding adverse events by reaching out to the public via social media networks (mainly Facebook) requesting that reports be sent to a designated committee email address, as well as by searching for reports of adverse events published on social media networks and in the media. The accumulated reports were verified, processed and filtered, with the aim of creating a reliable database, free of duplicates or of vague or ambiguous data. Our professional team checks the reliability of the reports sent to us and categorizes them by talking to the affected people or the medical staff treating them and by examining medical documents, hospital discharge letters and photographs of injuries. We also check the reliability of the reports we collect from social networks, where we contact the person who reported an incident and conduct an inquiry if possible, and anyway we only include such a report in our records if the person's name is identified with a genuine profile, a photo, a history of online activity and interactions with other people. Our professional team compares the identifying details that appear in the various reports in order to avoid duplicate documentation of events reported by a number of sources. We also conduct cross-sectional filtering processes of the severity of reported adverse events, during which we screen the reports for minor adverse events and exclude them from our database. Obviously, this way of gathering adverse events information does not allow an accurate quantitative analysis of their prevalence among the vaccinated but can give an indication of unusually common and recurring adverse events, which require careful examination of their association with the vaccine.

So far, we have collected 2646 reports of unusual health events that occurred shortly after the vaccine, of which 2346 have already been checked and processed, and are therefore included in our database, while about 300 more reports are still being checked and processed before being added to our database. Of the reports currently included in our database, 330 are reports of events that sadly ended in death. We emphasize that our database only partially depicts the real situation, due to severe under-reporting, either because the general public was not given instructions on how to submit reports, and in practice there is no proper transparent reporting system, or because the public mindset undermines the legitimacy of attributing abnormal health events to the corona vaccine, and also because of the time constraints of the professional staff of the committee who is required to handle tremendous amounts of reports with proper diligence. We estimate that the under-reporting is particularly significant among the older population, for whom social networks are inaccessible. Our professional team is still working on analyzing the flow of reports of abnormal health events observed shortly after vaccination, and we have a large number of reports that are in the process of being checked and

8

verified, and thus have not yet been included in our database. Diagram 1 displays an overview of the frequency distribution of reports sorted into the main categories.

Diagram 1 – distribution of reports brought to our attention and included in our database



The findings of our inquiry are presented in Chapters 2 and 3. In Chapter 2 we will focus on the deaths reported in close proximity to the vaccine, while in Chapter 3 we will address the wide range of other adverse events observed shortly after the vaccine, with emphasis on the most severe and common among them. In both chapters, we will also present statistical analyses of data from publicly available information sources in Israel and around the world, which support and complete the data collected in our database.

CHAPTER 2 – ON THE VACCINE-RELATED EXCESS MORTALITY

IN SHORT: There has never been a vaccine that has injured so many people! In our database we have so far collected 330 reports of deaths that occurred shortly after the corona vaccine and were largely caused by heart problems. These significantly under-reported cases could offer a possible explanation for the sharp and abnormal increase in overall mortality in Israel in January-March 2021, at a time when most of the corona vaccinations in Israel were administered, and which has proven to be the most lethal in the last decade in terms of overall mortality rates. Our statistical analysis indicates a statistically significant relationship between the excess mortality in these months and the corona vaccines.

As mentioned, 330 reports of deaths that occurred shortly after the corona vaccine, within a period of up to about three weeks post vaccination, were so far accumulated in our database. Most deaths occurred within a shorter period of up to 10 days from the date of vaccination. As an illustration, and in order to get a sense of the nature of the reported cases, we will present below some examples from the many reports that were sent to us.

Here is the first example: "My 33 year-old brother-in-law died 6 days after the first vaccination. He did not wake up in the morning. He complained of back, side and leg pain the day before. An autopsy was performed, but they were told that the results will be obtained in six months time".

And here is another example: "My son-in-law, Itzik, 40 year-old, completely healthy, died 3 days after the second vaccination".

And another: "Three days after the vaccination, my sister-in-law, Sarah, 25 year-old, is in coma. She has never been in hospital since the day she was born".

And here's another example of many different types, this time it is a quote from a death certificate: "A 49 year-old foreign worker, a caregiver, usually healthy without medication, was sometimes treated with Fusid for foot edema. Two days before hospitalization, she received a second dose of the Covid-19 vaccine, which was followed by general weakness. Complaints were of dizziness and decreased sensation in the right hand, vomiting and subsequent loss of consciousness".

Some of the reports even claimed that representatives of the ministry of health had asked the family not to tell or publish the case. For example: "I lost two childhood friends (46) after the vaccination. One who initially received Bell`s Palsy and then cardiac arrest and the other only cardiac arrest. A representative of the ministry of health came to one of the grieving families and asked them not to tell or report the case".

All of these are just a few examples from the huge amount of reports we have received. We will now move on to the analysis and mapping of all the reports of death events that have been brought to our attention and included in our database. Table 2 shown below maps the reports we collected on death events shortly after vaccination according to the parameters of age, gender, and cause of death. As can be seen in the table, 55% of the 330 deaths following vaccination in our database occurred suddenly after the vaccine, 28% of the reports explicitly stated that the cause of death was cardiac arrest or heart attack in proximity after vaccination, while the rest of the cases occurred as a result of other causes, including strokes, corona disease after vaccination, multi-system failure, blood clots, blood infection, allergy and more. According to Table 2 (Panel A), out of the 330 reports of deaths after vaccination, 173 are with no age indication, but these are early reports from the start of the vaccination campaign, at that time the elderly population was mostly vaccinated, so it can be assumed that the victims were aged 60 and over. All 157 other reports include age data, including 68 deaths of people under 60, 47 deaths of people under 50, 23 deaths of people under 40, 13 deaths of people under the age of 30, and one death under the age of 20. Table 2 (Panel B) shows that more cases of mortality after vaccination were observed among the male population than among the female population. Of the 330 deaths after vaccination, 64% are men's deaths and only 36% are women's deaths (including one pregnant woman's death). It is possible that the increase in deaths in men, especially those aged 60 and over, is due to the prevalence of heart problems and the use of blood thinners among this population. Our hypothesis is based on the high rate of post-vaccination deaths associated with heart problems, as well as the fact

that Pfizer stated in its corona vaccine product leaflet that the benefit should be weighed against the harm in administering the vaccine to people who use blood thinners[7].

Table 2 – Post-vaccine death events recorded in our database, segmented by age, gender & death cause

Panel A

| Cause of death \ Age | 16-19 | 20-29 | 30-39 | 40-49 | 50-59 | 60-69 | 70-79 | 80-89 | 90+ | Earlier reports 60+ | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sudden death | 1 | 6 | 4 | 17 | 8 | 10 | 16 | 11 | 6 | 104 | 183 55% |
| Cardiac arrest / Heart attack | - | 2 | 4 | 6 | 8 | 10 | 9 | 4 | 4 | 44 | 91 28% |
| Stroke | - | 1 | - | - | 2 | 4 | 1 | 4 | - | 6 | 18 5% |
| Corona disease after vaccination | - | - | - | - | 2 | 1 | 2 | - | - | 10 | 15 5% |
| Multi-organ failure | - | - | - | - | 1 | - | 1 | - | - | 6 | 8 2% |
| Other | - | 3 | 2 | 1 | - | 1 | 3 | - | 3 | 3 | 15 5% |
| Total | 1 | 12 4% | 10 3% | 24 7% | 21 6% | 26 8% | 31 9% | 19 6% | 13 4% | 173 53% | 330 |

Panel B

| Cause of death \ Gender | Women | Man | Total |
|---|---|---|---|
| Sudden death | 65 | 118 | 183 55% |
| Cardiac arrest / Heart attack | 31 | 60 | 91 28% |
| Stroke | 9 | 9 | 18 5% |
| Corona disease after vaccination | 4 | 11 | 15 5% |
| Multi-organ failure | 2 | 6 | 8 2% |
| Other | 9 | 6 | 15 5% |
| Total | 120 36% | 210 64% | 330 |

The large number of reports of death occurring shortly after vaccination, which have been accumulated in our database, is consistent with reports coming from around the world. For example, a document

---

[7] https://www.gov.uk/government/publications/regulatory-approval-of-pfizer-biontech-vaccine-for-covid-19/information-for-healthcare-professionals-on-pfizerbiontech-covid-19-vaccine

dated 12 April 2021 from the British ministry of health reported 314 deaths after the vaccine[8]. In the U.S. VAERS system, 3409 post-vaccination deaths were reported in the first four months of 2021[9], reflecting a rise of thousands of percent from the annual average that stood at 108 reports of post-vaccination mortality per year, whilst the difference in the vaccination rate (in comparison to influenza vaccination) is les than 40%. We are wondering how specifically in Israel, the country that claims to serve as the world's experimental laboratory for Pfizer's corona vaccine product, and which has the highest immunization rate in the world, the ministry of health has abstained from attributing even one death case to the vaccine. For example, in a search of the Israeli ministry of health's website dated March 18, 2021 the following statement was found: "... so far only a few cases of significant allergy have been observed and not a single case of mortality, that is after about 20 million doses of vaccine were given"[10]. In a letter of response to a query submitted to the Israeli ministry of health by a group of lawyers, who asked for information about deaths that occurred shortly after the vaccination under the Freedom of Information Act, the ministry of health replied that as of March 15, 2021, 25 deaths occurred in the time frame of up to 16 days after receiving the first vaccine dose and 20 deaths occurred in the time period of up to 21 days after receiving the second vaccine dose. The ministry of health further added, in response to the same query, that in tests that were conducted, so far, no circumstantial link has been found between the deaths cases and the vaccination[11]. We wonder how it is possible that while the world reports hundreds of deaths each week occurring in close proximity after receiving the vaccine, and while our committee in its limited and meager means has already identified 330 deaths after the vaccination, the Israeli ministry of health, which is exposed to the full data, succeeded in identifying a total of 45 deaths cases which occurred shortly after the vaccine, and refrained from attributing even one case to the vaccine itself. We would expect the ministry of health, who is responsible for public health to adopt a more responsible and careful approach, considering the possibility that the mass experiment taking place here has also adverse effects. On a side note, we point out that even under the terms of the emergency permit for Pfizer's corona vaccine product, the ministry of health and Pfizer itself had to report and inquire any medical incident that occurred shortly after the vaccination.

When adding to all of the above the general mortality data in Israel, as published by the Central Bureau of Statistics, one cannot avoid raising the suspicion that the ministry of health's silencing and concealment mechanisms may have been designed to hide "under the radar" the truth data that could foil Pfizer's research. The CBS data updated for May 9, 2021 (deaths of Israeli residents, by month of

---

[8] COVID-19 mRNA Pfizer- BioNTech vaccine analysis print. (April 12, 2021).
https://assets.publishing.service.gov.uk/government/uploads/system/uploads/attachment_data/file/978316/050421_PF_DAP.pdf

[9] VAERS – MedAlerts.
https://www.medalerts.org/vaersdb/findfield.php?TABLE=ON&GROUP1=CAT&EVENTS=ON&VAX=COVID19

[10] Ministry of Health- Vaccine efficiency and safety
https://govextra.gov.il/ministry-of-health/covid19-vaccine/covid19-vaccine-fqa

[11] Ministry of Health (March 21, 2021). A request for information within the Freedom of Information Act - a requirement to disclose the harms of the vaccine. Reference: 343960421. Application number: 643202

death, 2000-2021)[12] reflects a sharp and unusual increase in the overall mortality data in Israel, since the start of vaccination campaign with the vaccine product of Pfizer. Specifically, in January-March 2020, 12575 deaths were recorded, while in the corresponding months in 2021 - in the midst of the corona vaccine campaign in Israel - 14398 deaths were recorded, implying an increase of 15% compared to the previous year. A comparison of the mortality data reported in January-March 2021 to the tri-monthly average of 12183 deaths in Israel in 2020 reflects an even steeper increase of 18%. Moreover, CBS data show that January-March 2021 were the deadliest in the last decade. Comparison of mortality in January-March 2021 compared with mortality data in those months in previous years, while of course adjusting to population growth over the years, shows that the mortality rate in January-March relative to population size was in the year 2021 the largest in all 2010-2020 years.

Table 3 below presents the overall mortality data in Israel in January-March 2021, divided into age groups, as compared to the tri- monthly average mortality in 2020[13] and as compared to the mortality data in January-March 2020. The table indicates excess mortality in all age groups over the age of 20. Of particular concern is the abnormal excess mortality in the young population aged 20-29 in January-March 2021. The table reflects a steep increase of 30% in the overall mortality in the young population aged 20-29 in January-March 2021 compared to the tri-monthly average of mortality in these ages in 2020, and a steep increase of 20% in comparison with the overall mortality in this age group in January-March 2020. In the absence of an inquiry of the connection between deaths and the vaccine, can it be ruled out that this is the vaccine that led to the deaths of so many additional people in the first quarter of 2021, when the vaccination campaign was in full progress?

Table 3 - Excess general mortality in Israel in January-March 2021

| Age group | Number of deaths January-March 2021 | Number of deaths January-March 2020 | Excess mortality in January-March 2021 compared to January-March 2020 | Average tri-monthly deaths for 2020 | Excess mortality in January-March 2021 compared to the average tri-monthly for 2020 |
|---|---|---|---|---|---|
| 0-19 | 193 | 210 | - | 195 | - |
| 20-29 | 140 | 117 | 20% | 108 | 30% |
| 30-39 | 173 | 143 | 21% | 155 | 12% |
| 40-49 | 347 | 318 | 9% | 305 | 14% |
| 50-59 | 743 | 651 | 14% | 665 | 12% |
| 60-69 | 1787 | 1570 | 14% | 1534 | 17% |
| 70-79 | 3215 | 2484 | 29% | 2541 | 27% |
| 80-89 | 4686 | 4232 | 11% | 4010 | 17% |
| 90+ | 3114 | 2850 | 9% | 2670 | 17% |
| **Total** | **14398** | **12575** | **15%** | **12183** | **18%** |

---

[12] Central Bureau of Statistics. Death of Israeli residents
https://www.cbs.gov.il/he/Pages/search/TableMaps.aspx?CbsSubject=%D7%AA%D7%9E%D7%95%D7%AA%D7%94%20%D7%95%D7%AA%D7%95%D7%97%D7%9C%D7%AA%20%D7%97%D7%99%D7%99%D7%9D

[13] The tri-monthly average mortality in 2020 is computed as three times the monthly average number of deaths.

13

These alarming indications are not sufficient for the Israeli ministry of health to stop the vaccination campaign immediately and carry out an in-depth inquiry process, as required, or at the very least bring things to an open public discussion. Moreover, the Israeli ministry of health seems to completely deny the facts and official data, as well exemplified by its statement as part of a report on respiratory virus monitoring in Israel from April 10,2021[14], according to which "as of the ninth week ending on March 6, 2021, the decline in the death rate from all causes **continues**" (our emphasis). How can the ministry of health claims, a few days after two months of a sharp rise in the overall mortality rates, which is exceptional not only compared to the previous year, but also compared to the last 10 years, that there is a "continuing" decrease in mortality rates?

In an attempt to understand the cause of the abnormal excess mortality observed in Israel during the vaccination campaign, we analyzed the statistical relationship between the daily overall mortality data, as published by the Central Bureau of Statistics[15], and the daily immunization data published by the ministry of health[16]. The analysis indicates that the excess mortality observed in early 2021 can be statistically attributed to corona vaccines, both in relation to the entire population in Israel and when dividing the population into age groups[17]. An illustration of these statistical findings is given below in Diagram 4, which shows in the blue graph the daily observations of the number of vaccinated (in the first or second dose of the vaccine) in comparison to the red graph of the daily observations of the number of deaths occurring a few days after the vaccination, as for three age groups: a young group of ages 20-49, an intermediate group of ages 50-69, and an older group of ages 70 and up. It can be seen from the diagram that the fluctuation in the red graph of deaths is largely consistent with the fluctuation in the blue graph of the vaccinated, in all age groups.

---

[14] Ministry of Health- Respiratory virus monitoring report in Israel, Report for week 14 that ended on April 1, 2021
https://www.gov.il/BlobFolder/reports/corona-flu-10042021/he/files_weekly-flu-corona_corona-flu-10042021.pdf?fbclid=IwAR0z6fc__IMHuGui07cLvPe7dDFrrXlnntiG82wIC789z2hw9C_ShL66-DA

[15]  The Central Bureau of Statistics. Mortality of Israeli Citizens
https://www.cbs.gov.il/he/Pages/search/TableMaps.aspx?CbsSubject=%D7%AA%D7%9E%D7%5%D7%AA%D7%94%20%D
7%95%D7%AA%D7%95%D7%97%D7%9C%D7%AA%20%D7%97%D7%99%D7%99%D7%9D

[16]  The Central Bureau of Statistics. Mortality of Israeli Citizens
https://www.cbs.gov.il/he/Pages/search/TableMaps.aspx?CbsSubject=%D7%AA%D7%9E%D7%95%D7%AA%D7%94%20%
D7%95%D7%AA%D7%95%D7%97%D7%9C%D7%AA%20%D7%97%D7%99%D7%99%D7%9D

[17] The statistical analysis is based on a linear regression model OLS with the daily number of vaccinated as an independent variable and the daily number of deaths (a few days post vaccination day) as the dependent variable. This, in an attempt to find a linear approximation to the relationship between the daily number of vaccinated and the number of daily deaths a few days post vaccination day, and for the purpose of estimating the length of the time window between the event of vaccination and the subsequent event of death. To the best of our knowledge, this type of statistical analysis, which manages to statistically establish a relationship between the vaccination and the excess mortality observed in Israel in the midst of the corona vaccination campaign, has not yet been implemented in other countries. We find it of great importance replicating the statistical analysis also in reference to data from other countries.

Diagram 4 - The relationship between the number of daily vaccinated in Israel and the number of daily deaths shortly after vaccination



We found a statistically significant correlation between the daily mortality data and the daily vaccine data during January-March 2021 when referring to either the two vaccine doses together or each of them alone, but the extent of vaccination with the second dose explains more significantly the excess mortality than the extent of vaccination with the first dose. It seems thus that the second vaccine dose is followed by a more significant wave of deaths than the first vaccine dose. We thus derived our main estimates based on the statistical relation that we found between the mortality data and the second vaccination dose data. For simplicity of presentation, we highlight the main insights from this statistical analysis, without elaborating on the underlying technical details, which are given in the appendix. In the young group of 20-49 years the most significant correlation was obtained with respect to the number of deaths on the eighth day after the vaccination date, in the intermediate group of 50-69 the

15

most significant correlation was obtained with regard to the number of deaths on the fifth day after vaccination, while in the elderly group of 70 and up the most significant correlation was obtained with the number of deaths on the third day after receiving the vaccine[18].These findings suggest a time gap between the vaccine and the death event that decreases as the age of the vaccinated increases. According to the statistical findings obtained, the mortality attributed to the corona vaccine is estimated at a rate of approximately 1: 3000 in the general population, 1: 18000 in the young age group of 20-49, 1: 5000 in the intermediate group of 50-69 , and 1: 1100 in the older age group of people aged 70 and over[19]. By implementing these estimates to the population vaccinated against corona in Israel, our assessment is that the number of deaths following vaccination in Israel currently stands at about 1600-1700 people. It is particularly sad and worrying to see that the estimated mortality rate from corona vaccines among the young population is incomparably higher than the mortality rate of this population group from the corona virus, against which the vaccine is designed to protect. These data are particularly disturbing in light of the intention of the heads of the health system in Israel to vaccinate the entire population of children in the country with Pfizer's corona vaccine product.

Interestingly, we also found a strong correlation of 66% between the daily vaccination data and the daily data of mortality due to post-vaccination corona during the corona vaccination campaign in Israel. An illustration of this statistical correlation is given below in Diagram 5. The blue graph in the diagram shows the daily observations of the number of vaccinated (in the first dose). The red graph in the diagram shows the daily observations of the number of deaths occurring due to corona in a lag time of 20 days from the vaccination date. When comparing the two graphs, it can be seen that the fluctuation in the red graph of deaths due to post-vaccination corona is largely consistent with the fluctuation in the blue graph of the vaccinated. We don't have a satisfactory explanation to this surprising statistical finding. Does it suggest that the vaccination against corona actually exposes vaccinated people to a higher risk of mortality from corona? Perhaps it alternatively implies to manipulation in the reported data regarding the number of deaths from corona? We leave these questions open.

---

[18] The linear regression model underlying our statistical analysis was run multiple times, with each run based on the entire series of observations of the daily number of vaccinated and a series of daily observations of the number of deaths in a time difference from the vaccination date, which varies between runs. The reported findings are based on the results of the regression with the time difference between vaccination day (second dose) and death day, for which the most significant statistical relationship was found. The correlation is 0.525 for the entire population, 0.336 in the age group 20-49, 0.541 in the age group 50-69, 0.671 in the age group 70 and up. The p-value is below 3% in all age groups and in the entire population.

[19] The reported findings are based on the estimate obtained for the slope of the regression line, which approximately reflects the death rate from the number of vaccinated (second dose). For the sake of presentation simplicity, point estimates of the regression line slope obtained in each age group were presented after rounding down (showing a more optimistic assessment). The 95% confidence interval for the ratio of dead to vaccinated within the entire population is 1:2118-4532, in the age group 20-49 it is 1:10788-47212, in the age group 50-69 it is 1:3470-7175, and in the age group 70+ it is 1:871-1443.

Diagram 5 - The relationship between the number of daily vaccinated in Israel and the number of daily deaths due to corona shortly after vaccination



CHAPTER 3 - ON THE WIDE RANGE OF VACCINE-RELATED ADVERSE EVENTS

IN SHORT: There has never been a vaccine that has injured so many people! In addition to the 330 reports of fatalities in proximity after the vaccine, another 2016 reports were collected in our database, describing a wide and multi-system range of adverse events that caused moderate to severe damage to vaccinated. Among the adverse events, a relatively high rate of harm has been observed in women, including massive vaginal bleeding, menstrual disorders, miscarriages and still births. There is also a high prevalence of neurological injuries and cardiovascular problems. A particularly notable and alarming adverse event, which is reflected from our database in high frequency, is myocarditis, which also affects young people, and can shed further light on post-vaccination deaths that were mostly caused by heart problems.

In this chapter we will relate to the wide range of serious adverse events observed following vaccination and reported to us, after deducting the reports of deaths discussed in the previous chapter. To illustrate the nature of the reported cases, we will present some examples from the many reports flowing to us.

Here is a first example of a report received from a 42 year-old man who was healthy before the vaccine: "Disaster struck my body. Two days after the second vaccination I felt my chest was going to explode, I had 22 suffocation attacks and was diagnosed with emphysema. To this day, I suffer from severe bouts of shortness of breath and stress, loss of appetite, weight loss, a outbreak of pneumonic disease and severe inflammation of the nervous system".

17

And another example of a report received from a healthy 47-year-old woman, mother of four children and a yoga teacher: "Two weeks after the first vaccine I experienced challenging 48-hour adverse events. A week after the vaccine - for about two weeks - I was almost completely disabled. It started with fever, 48-hour chills, and continued with strong muscle pains while moving, weakness, and quite stressful tingling all over the body (especially when exposed to heat, sun or hot water) that feel like an attack of fire ants. After a visit to the family doctor (who laughed at me when I arrived), another home-visit doctor (who sent me with an ambulance to the emergency room), and doctors in the E.R. who determined that I had nothing and sent me home after a few tests – a friend insisted and made an appointment with a professor in Ichilov hospital. From my blood tests he diagnosed a multi-system inflammation, probably as a result of the vaccine. It has been almost a month since and I am on steroids. During the day I function about 80 percent with the steroids, go to bed weak and sore, and when I get up every morning - I can barely move until the pill affects. The electric currents in the body attack every time the body heats up and create very unpleasant sensations in the body. My work has been damaged, I function less at home, and my mood is really poor".

And here is another example of a report by a 19 year-old young man: "Several days after the second vaccine I was hospitalized with chest pain. High troponin".

And now an example of a report by a 16 year-old boy: "After a second vaccination, general lymphadenopathy appeared. Lymphocytosis condition, probably as well. For two months now I undergo a full medical examination by a hematologist and an oncologist with no clear findings. Just before a bone marrow".

And one more example of a report by a mother of a 16 year-old boy, who told our professional team that her son was hospitalized, shortly after receiving the second vaccine dose, in a vascular department, and has been there for more than a month, after undergoing emergency surgery, with a diagnosis of acute left hand ischemia and a suspected clot In the subclavian artery on the left side.

Finally, an example of a report about a young woman: "25 years old from Rosh HaAyin, after first vaccination, pregnant in the ninth month, she had a brain hemorrhage, fell and fainted. Her husband found her on the floor. They delivered the fetus. She underwent several head surgeries. Her condition is very serious".

At the time of writing, our database of post-vaccination adverse events includes 2346 reports that have already been reviewed and processed. After deducting the 330 reports of events that ended in death and were reviewed in the previous chapter, all 2016 additional reports refer to a wide and multi-system range of adverse events that occurred in proximity after vaccination and caused moderate to severe, and even life-threatening, damage to injured (minor adverse events are not included in our database). Table 6 below shows the mapping of these reports into different categories of adverse events.

18

Table 6 – Post-vaccine adverse events recorded in our database, divided into categories

| Category | Sub-Category | Number of complaints | Percent of total |
|---|---|---|---|
| Death | Sudden death | 183 | |
| | Death from cardiac arrest / heart attack | 91 | |
| | Death from stroke | 18 | |
| | Death from covid-19 after vaccination | 15 | |
| | Death from multi-system failure | 8 | |
| | Death from another reason | 15 | |
| | | **330** | **14.1%** |
| Gynecology | Vaginal bleeding | 190 | |
| | Menstrual Disorders | 135 | |
| | Miscarriage | 51 | |
| | Preterm contractions and preterm birth | 13 | |
| | Pregnancy hospitalization | 10 | |
| | Stilbirth | 8 | |
| | Endometriosis flare up | 4 | |
| | Other (premature contractions, breastfeeding difficulties / Infertility / baby issues) | 11 | |
| | | **422** | **17.9%** |
| Neurology | Neurological impairment (vertigo, paresthesia, Facial nerve palsy, paralysis) | 85 | |
| | Stroke | 82 | |
| | Bell's Palsy | 63 | |
| | Neurological-motor impairment (limb paralysis) | 44 | |
| | Seizure | 24 | |
| | Neurological-cranial impairment | 12 | |
| | Other (cognitive impairment, neurological-sensory impairment, intracranial pressure, ageusia, ALS) | 16 | |
| | | **326** | **13.9%** |
| Pain | Limb pain | 59 | |
| | Extreme headache | 47 | |
| | Myalgia | 34 | |
| | Back pain | 29 | |
| | Abdominal cramps | 21 | |
| | Other (chest pain, bone pain, joint pain, fibromyalgia flare-up) | 15 | |
| | | **205** | **8.7%** |
| Heart | Heart attack, Myocarditis | 178 | |
| | UNS | 19 | |
| | | **197** | **8.4%** |
| Skin | Shingles | 75 | |
| | Rash & blisters | 9 | |
| | Dermatology – general | 14 | |
| | Other (edema, aphthous ulcer, psoriasis) | 9 | |
| | | **107** | **4.6%** |
| Lungs | Pneumonia, Pulmonary edema, Pleural fluid | 103 | |
| | Dyspnea | 1 | |
| | | **104** | **4.4%** |

| Category | Subcategory | Count | Percent |
|---|---|---|---|
| Ears | Inner ear Tinnitus | 49 | |
| | Hearing impairment | 7 | |
| | Other | 7 | |
| | | 63 | 2.7% |
| Allergy | Allergic reaction | 50 | |
| | Anaphylactic reaction | 7 | |
| | | 57 | 2.4% |
| Lymphadenopathy | | 52 | 2.2% |
| Inflammation | Inflammation - general | 33 | |
| | Arthritis | 6 | |
| | Multi organ syndrome | 3 | |
| | Other (gastritis, cholecystitis, pancreatitis) | 8 | |
| | | 50 | 2.1% |
| Eyes | Eye disorders | 24 | |
| | Visual impairment | 21 | |
| | Loss of vision | 2 | |
| | | 47 | 2.0% |
| Covid-19 | | 39 | 1.7% |
| Blood | Blood clots | 18 | |
| | Internal bleeding | 5 | |
| | Bleeding | 3 | |
| | Other (blood infection, blood clotting disorders, Intra-cranial/Rectal bleeding, hematuria) | 9 | |
| | | 35 | 1.5% |
| Endocrinology | Thyroid gland | 12 | |
| | Drastically high blood sugar | 7 | |
| | Juvenile diabetes | 1 | |
| | | 20 | 0.9% |
| Internal | Kidneys | 6 | |
| | Digestive system | 6 | |
| | Liver function | 4 | |
| | | 16 | 0.7% |
| Malignancy | Cancer – general | 7 | |
| | Lymph node malignancy | 5 | |
| | Exacerbation of oncological condition | 4 | |
| | | 16 | 0.7% |
| Autoimmune | Autoimmune Disease | 12 | |
| | Lupus | 2 | |
| | | 14 | 0.6% |
| Infectious | Bacterial infection | 4 | |
| | CMV | 3 | |
| | AIDS | 1 | |
| | | 8 | 0.3% |
| Other | Hospitalizations, Dysfunction, Syncope, Unconsciousness, Extreme fatigue, Mental disorders | | |
| | | 238 | 10.2% |
| Total analyzed | | 2346 | 100.0% |
| Received, not analyzed yet | | 300 | |
| Total reports | | 2646 | |

20

We have no doubt that the reports we have collected on adverse events associated with Pfizer vaccine, as reflected in Table 6, are only a partial update due to considerable under-reporting, but we can still learn from them about a very wide range of adverse events observed in proximity after corona vaccination, which affects almost all systems in the human body. A very alarming adverse event that appears in our database with a particularly high incidence is myocarditis (178 reports, of which 44 refer to young people under the age of 40, with a significant proportion of reports in young people that relate to myocardial and pericarditis). This phenomenon can also shed further light on mortality data, which were observed in proximity after vaccination and were extensively reviewed in the previous chapter, as most of them were derived from various cardiovascular events. Other adverse events that are prominent in their high prevalence have been observed in women and include massive bleeding (190 reports), menstrual disorders (135 reports), as well as miscarriages and stillbirths (59 reports). There is also a high prevalence of neurological injuries that occur in proximity after immunization. It is possible that the multiplicity of adverse events associated with Pfizer's corona vaccine explains, as well, why about 5% of the citizens who were vaccinated in the first dose did not complete the immunization process with the second dose.

The prevalence of vaccination-related adverse events in our database, as well as the nature they carry, are consistent with reports coming from around the world. For example, according to a report by the UK government from April 15[20], the UK administered 11 million of first dose Pfizer vaccines and 4.4 million of second dose Pfizer vaccines in the period from the beginning of vaccination campaign on March 9, 2021, to April 5, 2021. That is, a total of approximately 15.4 million doses. The report[21] further indicates that during this period, 55,716 reports of adverse events, that included 159219 adverse events, related to Pfizer's corona vaccine, were reported to the MHRA through the Yellow Card Scheme's reporting mechanism. 370 of these reports relate to deaths cases. As for side effects, the report includes 2048 cases of cardiac disorders (including 37 cases of Myocarditis /pericarditis), 5498 cases of blood disorders, 871 cases of immune system problems, and 100 cases of adverse events in pregnant women (including 54 spontaneous miscarriages). Also reported 29614 cases of nervous system disorders, 16512 cases of gastrointestinal problems, 3070 cases of infections, 2708 cases of psychiatric disorders (including 92 cases of hallucinations, 43 cases of panic attacks, 81 cases of abnormal dreams), 2279 cases of vascular problems, 1961 cases of ear problems (including 82 cases of deafness), and 992 cases of metabolic problems.

---

[20] Medicines & Healthcare products Regulatory Agency. (April 15, 2021). Coronavirus vaccine - weekly summary of Yellow Card reporting.
https://www.gov.uk/government/publications/coronavirus-covid-19-vaccine-adverse-reactions/coronavirus-vaccine-summary-of-yellow-card-reporting#annex-1-vaccine-analysis-print

[21] COVID-19 mRNA Pfizer- BioNTech vaccine analysis print. (April 12, 2021).
https://assets.publishing.service.gov.uk/government/uploads/system/uploads/attachment_data/file/978316/050421_PF_DAP.pdf

It is very worrying how specifically the ministry of health in Israel, the world's leading country in corona immunization rates, does not provide the public with available data regarding the extent of adverse events from the vaccine (we will expand the reasons for this in Chapter 4), and the information the public receives is based on a limited number of reports that can be counted on one hand's fingers. So far, five adverse events reports have been published by the ministry of health in Israel[22], the last of which was published on March 1, 2021, i.e. more than two months ago (!). The ministry of health's latest adverse events report from March 1[23] shows an absurd outlook, according to which, apparently, there has been a significant decrease, and in some cases huge, in a variety of serious pathological effects that appeared in the proximity of vaccination, suspected as vaccine-related adverse events, as compared to the corresponding period in the years 2017-2019. For example, the report shows that during the vaccination period there was a 1000 times reduction in myocardial infarction compared to the corresponding period in 2017-2019; 3650 times reduction in heart failure; 385 times reduction in stroke; 90 times reduction in pericarditis and 26.5 times in myocarditis. As members of the Public Emergency Council for the Corona Crisis noted in their position paper on children vaccines, published on April 12[24], the conclusion of this ministry of health's report is that Pfizer's corona vaccine protects not only from the corona virus but also from dozens of other serious medical conditions. It is quite clear that this result is not medically plausible, so this raises significant doubts about the reliability of the report.

CHAPTER 4 - ON THE SILENCING MECHANISMS ASSOCIATED WITH VACCINE ADVERSE EVENTS

IN SHORT: We describe a web of moves initiated by the Israeli ministry of health, in cooperation (voluntary or submissive) of the entire Israeli health system, and under the auspices of the main communication channels in Israel, leading to a massive disruption of the truth about corona vaccine adverse events in Israel. The incomprehensible gap between the reality in ground and the information published by the Israeli ministry of health and by the Israeli media raises the fear of dangerous deception not only of Israeli citizens but of citizens all around the world, who see Israel as the research laboratory of Pfizer's corona vaccine product.

---

[22] Ministry of Health. Discussions in the Committee for vaccine monitoring and Corona improvement
https://www.gov.il/he/departments/publications/reports/vaccine-efficacy-safety-follow-up-committee

[23] Ministry of Health, symptoms that appeared in the proximity of receiving a corona vaccine ,Division of Epidemiology, Public Health Services updated to 1.03.21
https://www.gov.il/BlobFolder/reports/vaccine-efficacy-safety-follow-up-committee/he/files_publications_corona_side-effects-after-vaccination-01032021.pdf

[24] Public Emergency Council for the Corona Crisis. (April 12, 2021). Position paper: Covid 19 children and adolescents under 16 years vaccintion.
https://www.pecc.org.il/docs/childvac.pdf?fbclid=IwAR2B4iSKbuNf6b6MIJELotvfZNsPg_q6FcIo-QaVtVT83GntAD2W1-KDEmw

The gloomy picture of the extent and severity of adverse events that many Israeli citizens experienced in proximity after receiving the corona vaccine, as revealed in the previous chapters of the report, is in absolute contrast to the optimistic picture the Israeli ministry of health portrays to the public and the one which is reflected in the Israeli media. In this chapter we will explain how can there be such a deep gap between the reality in the ground and the information provided to the Israeli public by the authorities and the media, and which is well rooted in the minds of the citizens of Israel. We will also describe the tools through which this gap in perception of reality has been created, present those responsible for its creation, and try to establish the motives that guide them.

We will start by saying that a necessary and extremely important condition for granting a permit for mass use of any new experimental product is the existence of systems for close and strict tracking, monitoring and alerting about the adverse events and risks. Let alone such systems are essential in the context of a mass vaccination campaign defined as experimental for the citizens of an entire country, especially when it pretends to serve as a global model for other countries. Indeed, as part of the granting of the permit for emergency use of its corona vaccine product, and as a condition of receiving it, Pfizer has pledged to the US Food and Drug Administration - the FDA - to conduct comprehensive and rigorous monitoring and control of the observed adverse events in patients, who have been treated with the vaccine product, and report to the FDA any case of serious adverse effect and any case of hospitalization or mortality reported to the company[25,26]. And so, the state of Israel pledged to the Pfizer's company, according to the media reports. Despite all this, and despite the fact that the Prime Minister of Israel and senior officers of the Israeli ministry of health are proud that Pfizer has chosen Israel to be the experimental country thanks to the advanced technological systems of the Israeli HMOs, in practice there is paralyze and shutdown of all monitoring and alarming systems that might detect adverse events that occur in proximity after getting the vaccine and alert about them.

There are transparent systems in the world designed to report adverse events associated with any new medical product or treatment, such as the VAERS (Vaccine Adverse Effect Reporting System)[27]. Systems such as these invite the general public to report any adverse events that the patients themselves or their relatives have experienced in proximity after using the medical product, and also allow them to observe the adverse events reported by others, in their own words. This, without any mediation by the health authority, so that all the reports are published, without the authority deciding what it considered to be related to the medical treatment and what is not. Although such reporting systems are far from perfect, and according to the scientific literature they reflect the adverse events in considerably deficit (according to estimates in the research literature, they reflect between 1% and 10% of the adverse

---

[25] FDA.( February 25, 2021)
https://www.fda.gov/media/144412/download

[26] https://www.fda.gov/vaccines-blood-biologics/vaccines/emergency-use-authorization-vaccines-explained

[27] Vaccine Adverse Event Reporting System (VAERS).
https://vaers.hhs.gov/esub/index.jsp

23

events in reality[28,29,30]), they are of enormous importance, since they constitute an essential database for research on the safety of new medical procedures and preparations. In contrast to the practice in well administrated and managed Western countries, the state of Israel does not have such a transparent system for reporting adverse events, and therefore there is no orderly follow-up of adverse events related to Pfizer's corona vaccine. This is despite the choice to make the state of Israel a kind of the laboratory of the world.

With the start of the corona vaccine campaign in Israel, an online form has been set up on the Israeli ministry of health's website, which allows the public to report adverse events after the vaccine[31]. Until lately, however, the report was completely anonymous, with no identifying details and no means of returning to the reporter to find out more details. In addition, it was not possible to describe in free text the complaints, and the list of symptoms to be marked was limited and referred to only mild symptoms. Recently, after the committee's legal team sent a letter on this matter to the Attorney General and then also filed a petition to the High Court of Justice, the form was slightly modified, the possibility of free text was expanded and the possibility of contact details was added. However, even now, absurdly, the form still does not allow to fill in the name of the reporter, and moreover - this change was made very late, after most of the adult population has already been vaccinated. Furthermore, not only did the poor structure of the form make the report worthless, but worse - the report is not publicized in transparency, it reaches the ministry of health only, and thus the decision regarding its exposure to the public is subject to the sole discretion of the authorities. The latest report on vaccination related adverse events found on the ministry of health website was published on March 1, 2021[32], and it does not mention even a single reference of a mortality case, although we know that doctors reported to the ministry of health the death of patients after vaccination. There is no escape from the conclusion that the ministry of health's reporting form is a deliberate deception directed at the Israeli citizens, to throw dust in their eyes and make them believe that there is a reporting system, when in practice it is only an apparent reporting system that does not allow effective follow-up and monitoring of vaccine related adverse events. From the protocol of the meeting on March 22, 2021, held by the Ministry of Health Priority Committee for Corona Vaccines, it appears that even the members of this committee are aware that the adverse events associated with the corona vaccine are not at all monitored, as stated by Dr. Tal Brosh, a member of the committee: "The data collected in the

---

[28] Kessler, D. (1993). Introducing MEDWatch. A new approach to reporting medication and device adverse effects and product problems. JAMA (269):21, p.2785.

[29] Lazarus et al. (2010). Electronic Support for Public Health–Vaccine Adverse Event Reporting System (ESP:VAERS).

[30] Shimabukuro et al. (2015). Safety monitoring in the Vaccine Adverse Event Reporting System (VAERS). 2015
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4632204/

[31] Ministry of Health. (2021). Reporting of adverse events that have occurred in proximity to a vaccine against orona.
https://govforms.gov.il/mw/forms/CovidVaccinationSideEffectsReport@health.gov.il

[32] Ministry of Health. Vaccine Operation Committees
https://govextra.gov.il/ministry-of-health/covid19-vaccine/covid-19-vaccine-efficacy-safety-follow-up-committee/?fbclid=IwAR3B5roQ2avnwE0tHzEoPaw7_UWY6U5N5KjkBmo2gYYbWXmUH3rP0woSJBg

country cannot be relied upon. No adverse event was reported and this is due to lack of data collection as in a study ..." (see section 1.9.15.8 in the protocol)[33].

Furthermore, there seems to be no tracking and monitoring of even the most vulnerable populations, such as pregnant women and elderly people. While in the US, the CDC and the FDA have initiated specific systems for tracking and monitoring pregnant women receiving the vaccine product[34], in stark contrast it turns out that in Israel there is no monitoring system that will allow following of vaccine-related adverse events in pregnant women, pregnancy status, fetus status, and the baby's condition after birth. And this, despite the fact that Israel is the only country in the world that proactively and comprehensively recommends that all pregnant women be vaccinated, and even forces them to do so by applying the green passport policy. In response to a query sent by the Freedom of Information Movement to the ministry of health, the latter admitted of having no data even about the number of vaccinated pregnant women[35], and hence it is quite clear that the ministry does not have any data on their condition. As for the elderly, the situation is even worse. As part of the national program to protect the elderly population in Israel from the corona virus, the "Protecting Fathers and Mothers" program, a reporting system was activated from April 2020, which used to publish detailed reports on an almost daily basis on cases of corona outbreaks, hospitalizations and mortality in nursing homes. Astonishingly, on December 29, 2020 of all days, the day the vaccination campaign began in the nursing homes, the publication of the detailed reports was abruptly stopped, and in fact since then there have been no more reports of outbreaks, hospitalizations and deaths in the nursing homes. Moreover, in recent weeks, after we sent a warning letter to the Attorney General about the cessation of reports and we published it in our interim conclusions report, the "Protection Fathers and Mothers" website, which was open to the public[36], has been completely removed. Instead, another new website was established with access limited only to the relevant role holders in those institutions, using a username, password and code.

From the testimonies of doctors brought before us, we get the impression that the doctors in Israel are standing helpless when it comes to treating the adverse events from the vaccine. This helplessness is

---

[33] Ministry of Health (22 March 2021). The team for treating epidemics. Priority Committee for corona Vaccine. https://www.gov.il/BlobFolder/reports/vaccine-priorities-board/he/files_publications_corona_vaccine-priorities-board-21032021.pdf

[34] Information about COVID-19 Vaccines for People who Are Pregnant or Breastfeeding. https://www.cdc.gov/coronavirus/2019-ncov/vaccines/recommendations/pregnancy.html?fbclid=IwAR1zV8IikSeCyMxhrE5vCagrmULeV_1LWZ_Wq8OAGyzAgrhuRUm_1yTnGW4

[35] The Movement for Freedom Information (2021). Request for information under the Freedom of Information Act - Vaccination of Corona virus in pregnant women. https://www.meida.org.il/wp-content/uploads/2021/02/Pregnant-women-with-corona-converted1.pdf?fbclid=IwAR17sPgM7XJfpQRDIoHKvhRuuHg8ufznE-Sj851mpDLDZ3hrcF5n6_VyL6k

[36] Protecting Fathers and Mothers- update situation. https://govextra.gov.il/minis.../care-covid19/daily-reports/

probably due to the complete lack of appropriate guidelines on the part of the heads of the health system in Israel, which is negligent at best or intentional at worst. In particular, we were informed of a document[37] published by the Israeli ministry of health to the district physicians on February 2, 2021, which numbered a long list of 29 serious diagnoses (Including, ADE - increased immunology disease, stroke, acute myocardial infarction, acute encephalitis, meningitis, pericarditis, transverse myelitis, coagulopathy, acute renal injury, acute liver injury, acute respiratory distress syndrome, inflammatory multisystem syndrome in children, and more severe diagnoses) for the purpose of reporting symptoms in proximity after the corona vaccine. Surprisingly, however, this important document was not distributed to physicians in the field. Testimonies from doctors indicate that the ministry of health does not instruct doctors to monitor adverse events from the vaccine and to examine the connection between adverse events that appear in the proximity of the vaccine and the vaccine. Moreover, it appears from the evidence that even when physicians are interested in reporting, many of them do not know how to do so. There are two ways doctors and medical staff can report adverse events to the ministry of health. One way is a report by a medical staff at the HMO performed through the patient's medical file. Testimonials from doctors indicate that many doctors do not know how to report in this way, and until recently the report enabled marking only local and mild adverse events. The second way is to report within the hospital, but this is a cumbersome and time-consuming way of reporting. For example, reporting myocarditis required filling out a multi-page form and sending it by email - an unreasonable task as part of intensive emergency room work. As a result of these flaws, the reporting rate by physicians is low, and they tend to report only in exceptional cases. And if this is not enough, it appears from the evidence that we received that even when doctors report of adverse events they encounter, using the report form, these reports are not published transparently to the public, or even to the doctors themselves. In addition, testimonies from doctors also indicate that the Israeli ministry of health forbids them to give approval or a recommendation not to vaccinate or postpone the vaccine, and that they are obligated to recommend the vaccine in any case, regardless of the medical situation or history of their patients.  For example, as we encountered from the testimony of one of the doctors, recommending the vaccine is required even in cases where the patient has previously had Bell syndrome, a syndrome reported as an adverse event of the vaccine.

We are also experiencing a growing phenomenon of active repression on Israeli physicians, who express critical views regarding the way in which the vaccination campaign is conducted. Moreover, the authorities in Israel also prevent the obtaining of scientific evidence that could jeopardize the imaginary and dictated consensus from above regarding the safety of the vaccine, and they fight with aggressive measures against anyone who still dares to bring such evidence and make scientifically proven claims about the need for more careful vaccination. Unfortunately, it seems that the main communication channels in Israel have joined the ministry of health's efforts to impose scientific tyranny regarding the safety of Pfizer's corona vaccine product. The research literature is replete with studies indicating that the mass media outlets often disclaim their responsibility to serve as a mechanism for overseeing and

---

[37] Reference 113342221

criticizing the conduct of the authorities and as a platform for presenting pluralism and instead choose to serve as a mouthpiece for the establishment and those in power. However, during the corona crisis, the major media channels in Israel reached new records of embezzlement in their role as important gatekeepers of democracy and the public. They have sweepingly espoused the government narrative, constantly echoing the messages of the ministry of health and the government, according to which the vaccine is the only way out of the crisis and back to normal life, and it is safe and effective and free of any adverse events. This, while glorifying the virtues of the vaccine product, and on the other side concealing and even hiding its shortcomings, suppressing any discourse regarding the risks involved, and considerably underreporting the adverse events observed in proximity after vaccination. There is a massive of silencing of voices that dare to raise claims about possible risks associated with an experimental vaccine product, which has not yet been approved but has only been allowed for temporary emergency use, and which is based on new technology that has not been tested on humans adequately, and certainly not on pregnant women, children and adolescents. Doctors who express such opinions have received warning letters from the Committee for the Prevention of Misleading the Public in the Israeli ministry of health (see, for example, the letters regarding Dr. Michal Haran[38,39], and Dr. Avshalom Carmel[40]). And if that's not enough, in many cases these brave doctors are either - at best - ignored by the media, or- at worst -  even exposed to defamation in the media, when their words are categorized as false information (or in popular parlance "fake news"). This is while doctors and scientists, who have chosen to join this dictated consensus, have gained the status of the beloved of the government and the media and have become celeb substitutes, with their messages, even the evidently unfounded ones, frequently are heard through the various media outlets. The authorities, with the active assistance of the media, have created on one hand a reward system for opinions that support Pfizer's vaccine product, and on the other hand have also built a kind of modern inquisition that silences any claims regarding possible risks. For example, a case of the young Israeli girl, who died of myocarditis following the vaccine, was framed in the media as malpractice by the hospital, although it is known that myocarditis, mainly autoimmune, can cause severe morbidity and mortality[41].

Unfortunately, almost without exception, physicians in the Israeli health care system, from the front-line workers to the top of the hierarchy, have succumbed to the pressures and dictates of the ministry of health. They even did this at the expense of violating basic norms of medical ethics and proper medical administration. Our committee has received many reports of physicians, who encouraged and even pressured patients into getting the vaccinate. It appears that they were given instructions as to how every patient should be treated, regardless of their medical history and with no reference to the patient information leaflet of the Pfizer's vaccine product. Many patients reported to us that physicians

---

[38]https://www.health.gov.il/Services/Committee/deceive/Documents/2017204.pdf

[39] https://www.health.gov.il/Services/Committee/deceive/Documents/211220721.pdf

[40] https://www.health.gov.il/Services/Committee/deceive/Documents/223666321.pdf

[41] Myocarditis and inflammatory cardiomyopathy: current evidence and future directions | Nature Reviews Cardiology

brushed aside the possibility that the various adverse events they were experiencing following vaccination are related to the vaccine. We have received reports of hundreds of vaccine-injured, who needed hospitalization since vaccinations began, many with severe adverse events, but hospitals refuse to recognize the link between the vaccinations and the subsequent adverse events, even though most patients experienced the side effects right after the first or second vaccine, and the majority experienced adverse events they had never encountered before. Among the many reports we received, there were cases of officials within the Israeli health care system approaching families, whose loved ones had died immediately after the vaccine, urging them not to report it.

We received many testimonies from doctors and medical staff. Here are selected quotes from a letter sent to the committee by a medical staff member in an internal ward of one of the largest hospitals in Israel, describing numerous hospitalizations in his ward, all of which point to consistent problematic management of post-vaccination adverse events, characterized by lack of caution and professionalism and largely stemming from the fact that the ministry of health has never issued clear guidelines in this regard. The cases described in this letter include a variety of pathologies, which occurred right after taking the Pfizer vaccine and led to hospitalization, including ITP, neutropenia, chest pain, vasculitis, fever, speech disorder, high blood pressure, acute renal failure and bradycardia. In every single case, the physicians refrained from linking the vaccine to the event that led to the hospitalization, didn't even mention the vaccine in the patient's medical file, and didn't report the case to any external party. The letter states, for example: "[The case] was not reported to any external party, and if the family brought up the subject, they were simply told that there was no connection between [the vaccine and the event] because bradycardia takes a long time to develop". About another case: "Even chest pain near the vaccine site with an increase in troponin in a patient lacking a cardiac background was not treated as a possible result of the vaccine. Of course it was not reported to the ministry of health and was not discussed with the patient". Another example: "I admitted the patient to the ward and questioned him why he had been hospitalized. He did not even mention the vaccine, and only after I asked him did he mention that the speech disorder appeared a few hours after he received the vaccination. The doctor on duty later came to ask him some questions, and the patient didn't even mention the vaccine to him. Even after I hinted to the doctor that it might be worthwhile to check out a connection to the vaccine, he ignored me. An intensive care consultation was ordered, and the doctor on-call examined the patient and told the doctor on duty that she had to consult with the senior physician about the various diagnoses. I hinted to her that it might be worthwhile checking a connection to the vaccine, but she brushed me aside with the answer, 'OK, OK, there could be a thousand reasons for this'...". One more example: "Although the diagnosis of vasculitis is unusual and so is treating it with chemotherapy, the doctors didn't imagine for a minute that there could be a connection between the diagnosis and the vaccine. This is despite the strange coincidence of two patients in beds next to each other in the hospital having the same diagnosis about 10 days after the vaccine without having similar background diseases (the patient with myocarditis was released but was returned to the ward after a few days). I asked a senior doctor how he could be sure it was unrelated to the vaccine, and he simply replied that 'It's a disease that develops over a long period of time, so there's no way it was caused by the vaccine' ...". He

claims that what makes the situation even worse is the fact that the doctors are relying on the principle of evidence-based medicine, so they refrain from reporting a phenomenon that is not recognized in the medical literature. As he wrote it, "Even if he (the doctor) is an independent thinker, at the end of the day a diagnosis in the patient's file must be backed by the professional literature. If the literature doesn't talk about it (or the literature is not written in a textbook that the internal medicine doctor deems acceptable) he simply will not write it down. If it hasn't been researched, it doesn't exist". This testimony of a medical-staff member shows the diagnostic tendency to outright reject any connection between the side effect and the vaccine, leading to a significant non-reporting of vaccine-related side effects from hospitals and clinics.

Statements that no one in Israel died from the vaccine, but only with the vaccine, are heard from senior health officials (for example, Prof. Galia Rahav, March 2021)[42], while the fact is that hundreds of people in Israel died right after receiving the vaccine, and excess mortality has also been reported in countries with high immunization rates, with mortality after vaccination standing at approximately 1: 25000. The health care system's behavior stands in stark contrast to the accepted medical codes, according to which deaths and serious illness caused after any medical treatment should be attributed to the treatment itself unless proven otherwise. Regardless of whether a patient suffering from an abnormal health event after receiving the Covid-19 vaccine, or the doctor treating him, believes that the event is related to the vaccine or not, it is essential that any such event (large or small) be reported in the system. We can only discover the causal relationship between the vaccine and a particular health event with the passage of time and with the accumulation of data regarding the frequency of such events during the vaccination period, and by comparing it with past data. Ignoring the link between the vaccine and exceptional health events that occurred shortly after receiving it completely obliterates our ability to collect and analyze the data and draw critical conclusions regarding the safety of the vaccine.

The lack of an orderly system encouraging the public to report the vaccine side effects is striking in view of the Israeli ministry of health's intensive campaign to get people vaccinated, which combined intimidation on the one hand with inflated promises on the other. A culture of fear was inculcated in the Israeli public not only from the virus itself, but also concerning their right to find out and report the vaccine's side effects. This situation has led to an unprecedented deluge of thousands of dire reports on social media, which seem to be the only platform where people are still allowed to tell what really happened to them. These reports on social media show a disturbing picture of a large number of serious side effects and deaths, which were observed in all age groups in the population shortly after receiving the corona vaccine. We wonder how could such a widespread phenomenon of social media reports about vaccine-related side effects receive no response from the ministry of health, which is supposed to monitor and analyze these effects, nor media coverage or response from any public figures. Needless to say, we assume, how much the tendency to deny, hide and ignore the plight of people, who are caught up in the statistics of side effects, further intensifies their distress, sense of chaos and anxiety.

---

[42] https://www.facebook.com/1154000821406625/videos/456037805598468/

It certainly does not aid in their recovery process during the crisis, but perhaps quite the opposite. In this context, here is a post by Dr. Michal Haran on her Facebook page dated April 9, 2021: "Almost every day at least one person turns to me who got ill after taking the vaccine and is suffering from conditions that none of the doctors he approached knows how to treat. What characterizes almost all of these people is a sense of despair and hopelessness. They come to me as a last resort in the hope that I can help them and find a cure for their illness".

The absence of any processes for monitoring, examining and reporting side effects, which observed shortly after receiving Pfizer's Covid-19 vaccine, prevents establishing the safety of the new vaccine, mapping the risks associated with it, and providing citizens with the information they need. It precludes taking the appropriate measures to identify people at higher risk of developing symptoms and recommending procedures to reduce their risk, and further raises the worry that the lack of contraindications for populations at higher risk for vaccinations has unnecessarily harmed the health of the country's citizens and caused excess mortality. We cannot abstain from asking ourselves whether carrying out a mass vaccination operation deemed as experimental in an entire country, in the complete absence of professional and acceptable infrastructure for monitoring and reporting side effects,  is an extreme systemic negligence of the Israeli ministry of health or worse – an intentional act of a cover-up whose aim is to help Pfizer evade its obligation to report to the FDA any unusual event within a month of dispensing the vaccine, whether or not it is attributed to the vaccine. Either way, the dire implications are that medical ethics have been apparently sacrificed on the altar of the vaccination campaign. This is not only an issue of irreparably destroying the public's trust in medicine. The egregious gap between the reality on the ground and the information published by the Israeli ministry of health and the Israeli media raises the concern of dangerously deceiving not only Israeli citizens but people around the world, who view Israel as the research laboratory of Pfizer's corona vaccine. Such deception, whether caused by negligence or deliberate intent, can cause serious, life-threatening, damage to all of humanity on earth.

EPILOGUE

Dr. Pinky Feinstein: Never has a vaccine injured so many!

When I decided a few months ago to found the People's Committee, I did so out of a strong feeling that humanity, especially in the Western world, is under a powerful attack threatening the foundations of its existence — socially, economically, politically and medically. The impression of attack stemmed from observing the combination of an extreme lockdown policy, followed by an aggressive, deceptive, and lethal vaccination campaign. A campaign that aims at accomplishing the rapid, uncontrolled vaccination of a very large population, devoid of any monitoring, protective, ethical and precautionary mechanisms designed to protect citizens from dangerous and hasty medical interventions.

When I look at the table of side effects we have publicized here, which reflects only a small fragment of the reality in Israel, I find it difficult not to be shocked in view of the number of body systems that experienced a "biological attack" after the Pfizer vaccination, an attack that ended in death in a

significant number of cases. When I look at the table of mortality reports from the vaccines in the United States — again only part of the real situation — showing a jump of thousands of percent in deaths following vaccines just in the first quarter of 2021 alone, I am shocked again. And it is clear to me that this will not be the last shock of mine concerning what is transpiring in Israel and around the world due to the new mRNA technology, which is currently in advanced stages of mass experimentation, under a propaganda blitz to penetrate the public as massively and widely as possible.

There has never been a vaccine, which has caused damage to so many (and it is not clear whether it is really a vaccine or a genetic experiment), and whose both immediate and long-term consequences are uncertain and alarming. There has never been a local or a global campaign that almost completely ignores the grave cost of rushing through a medical intervention on which there is no consensus, while mounting at the same time a vehement and aggressive attempt to silence opposing opinions or doubts regarding its correctness.

This is how mankind is trapped into a consciousness attack, which is sacrificing human rights at an unparalleled level for the purpose of carrying out mass experimentation while using multiple means of intimidation and pressure. The human body is similarly being forced to absorb, contain and deal with a new technology, which in many cases has disrupted defensive, regulatory and adaptive mechanisms, causing damage to vital systems and bringing on premature collapse, suffering and pain. Furthermore, it seems that the medical system is also under a massive assault. Most doctors do not have the information, tools or guidelines of how to treat people who experience side effects due to the vaccine, and they are additionally subject to constant pressure to cover up the vaccine's harm and even encourage patients to be vaccinated without solid evidence about the safeness of the vaccine.

It is generally thought that a psychotic state reflects an emotional system collapse and a severe loss of balance between various mental forces. When in a psychotic state, a person's assessment and perception of reality become flawed and the same is true for his decision-making processes. An onlooker clearly sees that a person in a psychotic attack has left the normal trajectory of life and entered a world of conceptualizations and feelings that distort his perception of reality and judgment. When I am looking, shocked, at the list of side effects showing multi-systemic harm and a dramatic increase in mortality due to the vaccines, similar to the report coming from the United States, wondering how come there hasn't been a sharp public debate to halt these attack processes, I can only conclude that parts of western society are enmeshed in a kind of "social psychosis". A social psychosis, in which moral judgment as well as health paradigm has been shattered to pieces, replaced by a mindset based primarily on fear. It is a fear that leads to silencing, denial, extreme behavior harmful to human beings, and excessive adherence to a one and only way of thinking, regardless of its price and possible consequences. It is worthwhile emphasizing that most psychotic individuals feel under an intense attack, which comes from within themselves, just as we believe is happening now.

Anyone who sees himself as part of the human fabric should be losing sleep over our report of adverse effects related to the corona vaccine. The parents among us should especially be on guard and do

31

everything legitimately possible to prevent this psychosis from migrating to our children's young bodies. There is no reason whatsoever to risk their health and force them to undergo a kind of "Russian roulette". No one knows today who will or will not be harmed by the vaccine. We are in the dark concerning the harm it may do to children's development and body systems, and whether God forbid it can make them permanently handicapped or even cause their death. And children are not at any risk from Covid-19!

Given the massive list of side effects, which contains only a small fraction of the reality, and nevertheless did not arouse any public figure to shout, protest or call to stop and think, and in view of the declared intention to implement this mass vaccination experiment on children without any medical justification, we can only conclude that this is a type of social psychosis driven by a government whose values of human compassion and loving kindness are non-existent. In such a situation, the citizens have no choice but to rely on their own values, determine their own priorities, and act to the best of their ability to deal with the new situation, while maintaining an uncompromising struggle for their own sanity and the restoration of social sanity to our country and the worldwide.

This is what we in the People's Committee have undertaken to do. For us, the battle has just begun. We are here to act and influence until the grip of the local and global social psychosis is released and replaced with healing and recovery processes. The people, who have unfortunately been harmed by the vaccine, are the physical evidence of the price of this social psychosis, and we hope they will be healed soon. We send our condolences and embrace to the families, who have lost loved ones in this process, and let them know that they are not alone.

32

THE AUTHORS (WITH THE HELP OF ALL OTHER MEMBERS OF THE ISRAELI PEOPLE'S COMMITTEE):

Dr. Pinki Feinstein, psychiatrist

Dr. Galit Zapler Naor, physician

Adv. Irit Yankovich, lawyer

Adv. Rotem Brown, lawyer

Dr. Yaffa Shir Raz, health and risk communication researcher

Prof. Eti Einhorn, economics researcher

Limor Priera, expert in public administration (MPA)

Ella Nave, biologist and epidemiologist (MPH)

DETAILS ABOUT THE ISRAELI PEOPLE'S COMMITTEE:

The Israeli People's Committee is an independent and apolitical group of Israeli citizens, who vary in their worldviews and areas of expertise. Among us there are physicians, lawyers, scientists and researchers from a wide range of academic disciplines. The glue that binds us together is our deep concern with respect to the safety of the Israeli people and the fate of our country in view of the chaotic vortex, which was orchestrated by the Israeli leadership during the last year in the shadow of the corona crisis, and which the Israeli public finds itself trapped in. In the vacuum that was created due to the disintegration of all the systems of our country, we arrive at the understanding that the cure for all the (health, moral, social, economic) ills, which were brought by the spin of the irresponsible government's management of the corona crisis, must come from the people. We therefore banded together recently and established The Israeli People's Committee in an attempt to of initiate a process of investigation, exposure, change, correction and recovery, and with the hope to encourage many other Israeli citizens to follow us and join our self-healing journey.

The link to our website: https://www.the-people-committee.com/

For contact, please email us at the.people.committee@gmail.com

APPENDIX – STATISTICAL ANALYSIS

METHODOLOGY:

Our statistical analysis, whose main insights were described in chapter 2, aims at understanding the cause of the abnormal excess mortality observed in Israel during the corona vaccination campaign. The analysis indicates a statistically significant relationship between the daily overall mortality data and the daily vaccination data. It also provides estimates for the length of the time window between the vaccination event and the subsequent death event, as well as estimates for the ratio of the number of post-vaccination death events to the number of vaccinated people, for the entire Israeli population and in segmentation of the population into different age groups.

The analysis is based on the following linear regression model: $M_{t+\Delta} = \alpha + \beta V_t + \varepsilon_t$, where the independent variable $V_t$ is the number of corona vaccinated on day $t$, the dependent variable $M_{t+\Delta}$ is the number of deaths on day $t+\Delta$, and $\varepsilon_t$ is the error variable. The sample period is January-March 2021, the midst of the corona vaccine campaign in Israel. The sample includes daily observations of the number of corona vaccinated in Israel, as published by the ministry of health, for all days within the first quarter of 2021. It also includes daily observations of the number of deaths in Israel, as published by the Central Bureau of Statistics, for the same period.

The regression model was run multiple times, with each run based on the entire series of observations of the daily number of corona vaccinated in Israel for all days $t$ within the Israeli vaccination campaign period, January-March 2021, and the series of daily observations of the number of deaths in Israel in a time difference $\Delta$ from the vaccination date $t$, where the lag $\Delta$ varies between runs. We apply the analysis to the entire Israeli population and also to three age groups: a young group of ages 20-49, an intermediate group of ages 50-69, and an older group of ages 70 and up. In each of the four populations examined, we searched for the optimal lag $\Delta$, which results in the highest correlation between the daily mortality data and the daily vaccination data, and used the slope of the corresponding regression line to estimate the ratio of dead to vaccinated within the specific population.

We implemented three different measures with respect to the independent variable $V_t$: the number of vaccinated in the first or second dose on day $t$, the number of vaccinated in the first dose on day $t$, and the number of vaccinated in the second dose on day $t$. The results are statistically significant when referring to either the two vaccine doses together or each of them alone, but the highest correlation is obtained in the regressions where the independent variable $V_t$ is calculated as the number of vaccinated in the second dose on day $t$. We thus derived our main estimates based on the regressions that link the mortality data to the second vaccination dose data. The results of these regressions are given below.

34

THE RESULTS FOR THE ENTIRE POPULATION:

| Lag in days $\Delta$ | Vaccination date range $t$ | Mortality date range $t + \Delta$ | Sample size | Regression intercept $\alpha$ | Regression slope $\beta$ | p-value | Pearson correlation |
|---|---|---|---|---|---|---|---|
| 0 | 10 Jan - 31 March | 10 Jan - 31 March | 81 | 142.8 | 0.000263 | 1.344E-4 | 0.412 |
| 1 | 10 Jan - 31 March | 11 Jan - 1 April | 81 | 142.7 | 0.000254 | 2.264E-4 | 0.399 |
| 2 | 10 Jan - 31 March | 12 Jan - 2 April | 81 | 140.8 | 0.000282 | 4.428E-5 | 0.437 |
| 3 | 10 Jan - 31 March | 13 Jan - 3 April | 81 | 136.4 | 0.000346 | 4.874E-7 | 0.525 |
| 4 | 10 Jan - 31 March | 14 Jan - 4 April | 81 | 138.8 | 0.000294 | 2.629E-5 | 0.449 |
| 5 | 10 Jan - 31 March | 15 Jan - 5 April | 81 | 138.6 | 0.000292 | 2.272E-5 | 0.452 |
| 6 | 10 Jan - 31 March | 16 Jan - 6 April | 81 | 136.9 | 0.000319 | 2.420E-6 | 0.497 |
| 7 | 10 Jan - 31 March | 17 Jan - 7 April | 81 | 136.5 | 0.000318 | 3.197E-6 | 0.491 |
| 8 | 10 Jan - 31 March | 18 Jan - 8 April | 81 | 137.4 | 0.000285 | 2.610E-5 | 0.449 |
| 9 | 10 Jan - 31 March | 19 Jan - 9 April | 81 | 136.5 | 0.000290 | 2.035E-5 | 0.454 |
| 10 | 10 Jan - 31 March | 20 Jan - 10 April | 81 | 138.5 | 0.000252 | 3.012E-4 | 0.392 |

In the entire population, the most significant correlation was obtained with lag of $\Delta = 3$ days between vaccination day and subsequent death day. The intercept 136.4 of the regression line obtained with lag of 3 days is within one standard deviation of the average daily mortality in prior year in the entire population. The slope of the regression line obtained in the entire population with lag of 3 days is 0.000346, or 1/3000 after rounding down (showing a more optimistic assessment), implying an estimate 1:3000 of the dead to vaccinated ratio within the entire population. The 95% confidence interval for this ratio is 1:2118-4532. By applying the estimated ratio of 1: 3000 to the corona vaccinated population in Israel (about 5 million second dose vaccinated), our assessment is that the number of deaths following vaccination in Israel currently stands at about 1600-1700 people.

THE RESULTS FOR THE YOUNG AGE GROUP 20-49:

| Lag in days $\Delta$ | Vaccination date range $t$ | Mortality date range $t + \Delta$ | Sample size | Regression intercept $\alpha$ | Regression slope $\beta$ | p-value | Pearson correlation |
|---|---|---|---|---|---|---|---|
| 0 | 10 Jan - 31 March | 10 Jan - 31 March | 81 | 7.0 | 0.000011 | 5.420E-1 | 0.069 |
| 1 | 10 Jan - 31 March | 11 Jan - 1 April | 81 | 6.6 | 0.000020 | 2.692E-1 | 0.124 |
| 2 | 10 Jan - 31 March | 12 Jan - 2 April | 81 | 6.4 | 0.000029 | 1.146E-1 | 0.177 |
| 3 | 10 Jan - 31 March | 13 Jan - 3 April | 81 | 6.1 | 0.000036 | 4.954E-2 | 0.219 |
| 4 | 10 Jan - 31 March | 14 Jan - 4 April | 81 | 6.3 | 0.000029 | 1.173E-1 | 0.175 |
| 5 | 10 Jan - 31 March | 15 Jan - 5 April | 81 | 6.2 | 0.000034 | 6.560E-2 | 0.206 |
| 6 | 10 Jan - 31 March | 16 Jan - 6 April | 81 | 5.8 | 0.000044 | 1.631E-2 | 0.266 |
| 7 | 10 Jan - 31 March | 17 Jan - 7 April | 81 | 5.8 | 0.000038 | 4.353E-2 | 0.225 |
| 8 | 10 Jan - 31 March | 18 Jan - 8 April | 81 | 5.3 | 0.000057 | 2.173E-3 | 0.336 |
| 9 | 10 Jan - 31 March | 19 Jan - 9 April | 81 | 5.3 | 0.000055 | 2.976E-3 | 0.326 |
| 10 | 10 Jan - 31 March | 20 Jan - 10 April | 81 | 5.7 | 0.000043 | 1.951E-2 | 0.259 |

In the young age group 20-49, the most significant correlation was obtained with lag of $\Delta = 8$ days between vaccination day and subsequent death day. The intercept 5.3 of the regression line obtained with lag of 8 days is within one standard deviation of the average daily mortality in prior year in the age group 20-49. The slope of the regression line obtained in the age group 20-49 with lag of 8 days is 0.000057, or 1/18000 after rounding down, implying an estimate 1:18000 of the dead to vaccinated ratio in ages 20-49. The 95% confidence interval for this ratio is 1:10788-47212.

THE RESULTS FOR THE INTERMEDIATE AGE GROUP 50-69:

| Lag in days $\Delta$ | Vaccination date range $t$ | Mortality date range $t+\Delta$ | Sample size | Regression intercept $\alpha$ | Regression slope $\beta$ | p-value | Pearson correlation |
|---|---|---|---|---|---|---|---|
| 0 | 10 Jan - 31 March | 10 Jan - 31 March | 81 | 25.9 | 0.000133 | 1.882E-3 | 0.340 |
| 1 | 10 Jan - 31 March | 11 Jan - 1 April | 81 | 25.6 | 0.000146 | 5.348E-4 | 0.376 |
| 2 | 10 Jan - 31 March | 12 Jan - 2 April | 81 | 25.9 | 0.000131 | 2.043E-3 | 0.338 |
| 3 | 10 Jan - 31 March | 13 Jan - 3 April | 81 | 25.3 | 0.000162 | 1.590E-4 | 0.408 |
| 4 | 10 Jan - 31 March | 14 Jan - 4 April | 81 | 24.5 | 0.000201 | 1.212E-6 | 0.509 |
| 5 | 10 Jan - 31 March | 15 Jan - 5 April | 81 | 24.3 | 0.000214 | 1.828E-7 | 0.541 |
| 6 | 10 Jan - 31 March | 16 Jan - 6 April | 81 | 24.9 | 0.000181 | 1.673E-5 | 0.459 |
| 7 | 10 Jan - 31 March | 17 Jan - 7 April | 81 | 25.3 | 0.000160 | 1.602E-4 | 0.407 |
| 8 | 10 Jan - 31 March | 18 Jan - 8 April | 81 | 24.7 | 0.000182 | 1.769E-5 | 0.457 |
| 9 | 10 Jan - 31 March | 19 Jan - 9 April | 81 | 24.7 | 0.000172 | 5.390E-5 | 0.433 |
| 10 | 10 Jan - 31 March | 20 Jan - 10 April | 81 | 24.8 | 0.000167 | 9.550E-5 | 0.420 |

In the intermediate age group 50-69, the most significant correlation was obtained with lag of $\Delta = 5$ days between vaccination day and subsequent death day. The intercept 24.3 of the regression line obtained with lag of 5 days is within one standard deviation of the average daily mortality in prior year in the age group 50-69. The slope of the regression line obtained in the age group 50-69 with lag of 5 days is 0.000214, or 1/5000 after rounding down, implying an estimate 1:5000 of the dead to vaccinated ratio in ages 50-69. The 95% confidence interval for this ratio is 1:3470-7175.

THE RESULTS FOR THE OLDER AGE GROUP 70+:

| Lag in days $\Delta$ | Vaccination date range $t$ | Mortality date range $t+\Delta$ | Sample size | Regression intercept $\alpha$ | Regression slope $\beta$ | p-value | Pearson correlation |
|---|---|---|---|---|---|---|---|
| 0 | 10 Jan - 31 March | 10 Jan - 31 March | 81 | 115.0 | 0.000794 | 6.541E-9 | 0.591 |
| 1 | 10 Jan - 31 March | 11 Jan - 1 April | 81 | 115.0 | 0.000747 | 6.671E-8 | 0.557 |
| 2 | 10 Jan - 31 March | 12 Jan - 2 April | 81 | 114.3 | 0.000791 | 1.436E-8 | 0.580 |
| 3 | 10 Jan - 31 March | 13 Jan - 3 April | 81 | 112.4 | 0.000921 | 6.977E-12 | 0.671 |
| 4 | 10 Jan - 31 March | 14 Jan - 4 April | 81 | 113.3 | 0.000791 | 1.356E-8 | 0.580 |
| 5 | 10 Jan - 31 March | 15 Jan - 5 April | 81 | 113.2 | 0.000752 | 5.075E-8 | 0.561 |
| 6 | 10 Jan - 31 March | 16 Jan - 6 April | 81 | 112.4 | 0.000831 | 5.693E-10 | 0.622 |
| 7 | 10 Jan - 31 March | 17 Jan - 7 April | 81 | 111.8 | 0.000859 | 8.539E-11 | 0.644 |
| 8 | 10 Jan - 31 March | 18 Jan - 8 April | 81 | 111.8 | 0.000788 | 2.497E-9 | 0.603 |
| 9 | 10 Jan - 31 March | 19 Jan - 9 April | 81 | 111.2 | 0.000792 | 2.450E-9 | 0.604 |
| 10 | 10 Jan - 31 March | 20 Jan - 10 April | 81 | 111.1 | 0.000782 | 5.352E-9 | 0.593 |

In the older age group 70+, the most significant correlation was obtained with lag of $\Delta = 3$ days between vaccination day and subsequent death day. The intercept 112.4 of the regression line obtained with lag of 3 days is within one standard deviation of the average daily mortality in prior year in the age group 70+. The slope of the regression line obtained in the age group 70+ with lag of 3 days is 0.000921, or 1/1100 after rounding down, implying an estimate 1:1100 of the dead to vaccinated ratio in ages 70+. The 95% confidence interval for this ratio is 1:871-1443.

36

# New CDC Director Wants More Money Despite Agency Failures

**By Bonner Russell Cohen**

Budget cuts will affect the national security functions of the Centers for Disease Control and Prevention (CDC), says CDC Director Mandy Cohen.

The CDC's spending was cut to pre-pandemic levels in the debt-ceiling deal signed in June by President Joe Biden. The CDC had a budget of $9 billion and a workforce of 15,000 employees in 2020.

The agency needs more funding, Cohen told National Public Radio in an interview on August 1.

"The CDC is an important national security asset," Cohen. "I think we understand that in a different way than ever before. We need to have a strong asset that can identify threats and respond to them quickly so that we can protect everyone's health. … Cuts are not going to allow us to do it. In fact, we need the right investments to make sure we have the data infrastructure and the workforce needed to be that national security asset that the country deserves."

The cuts to the CDC's budget were made after widespread criticism of the agency for its response to the COVID-19 pandemic.

## Mission Creep

The CDC has strayed from its primary function, says a report titled "Unauthorized and Unprepared: Refocusing the CDC after COVID-19," by Joel M. Zinberg, M.D., J.D., director of the Public Health and American Well-Being Initiative at the Paragon Health Institute (PHI) and a senior fellow at the Competitive Enterprise Institute, and Drew Keyes, a senior policy analyst with PHI.

"The CDC's failures during the pandemic undermined public trust," the report states. "Unless the CDC is reformed and refocused on its core mission it will be unprepared to act effectively in future pandemics which will surely come."

The CDC has expanded far beyond its basic purpose, Zinberg and Keyes state.

"After reviewing the history, organization, and pandemic performance of the CDC, we identify the basic problem as mission creep, abetted by the lack of congressional authorization for the agency," Zinberg and Keyes write. "The CDC has grown into a large, dif-

fuse agency with priorities that are far afield from its core mission of controlling and preventing communicable disease outbreaks. The profusion of programs left the agency unprepared for the pandemic and distracted it from an effective response."

The Communicable Disease Center, as the CDC was originally known, was created on July 1, 1946, through executive action rather than legislation, and started with a budget of $10 million and fewer than 400 employees.

## Success and Expansion

The CDC's original mission was "to diagnose and control communicable diseases through the application of epidemiological science and, with that goal in mind, to serve the states with 'training, investigations, and control technology' and surveillance of disease-related threats," the report states.

Successes in responding to malaria, polio, and several pandemics, along with the CDC's role in the eradication of smallpox, boosted the agency's reputation.

The agency's expansion beyond its original mission was made possible by the absence of statutory guardrails from Congress, say Zinberg and Keyes.

"The lack of direct congressional authorization, aggressive efforts to expand the CDC's early directors to expand the agency's purview, and the willingness

of executive branch officials to delegate authority to CDC led to a rapid expansion of the agency's responsibilities beyond its original mission of dealing with communicable diseases," Zinberg and Keyes write.

## Social Priorities

Unfettered by congressional restraints, the CDC "grew by acquisition," adding programs in communicable and non-communicable diseases alike, Zinberg and Keyes write.

"CDC priorities now include addressing 'the public health consequences of the climate crisis,' 'reducing racial disparities in public health,' addressing 'the social determinants of health conditions in the places where people live, learn, work, and play' and 'increases in injury and violence prevention programs that will help to address the growing crisis of domestic, sexual, and gun violence,'" states the report.

The overextended agency made numerous missteps during the pandemic, but money wasn't the reason, the report states.

"We cannot rely on the CDC to reform itself," write Zinberg and Keyes. "[L]ack of focus and incompetent performance, not inadequate funding, were the causes of the CDC's pandemic failures."

## Calls for Congressional Action

The remedy for the CDC's failures is

legislative, the report says.

"Congress must engage in the hard work of outlining exactly what activities the CDC should and should not undertake," Zinberg and Keyes write. "It should undertake a comprehensive, center-by-center authorization of the CDC."

The CDC has pursued an ever-widening agenda, while public health has declined, says Katy Talento, CEO of AllBetter Health and a former health adviser to President Donald Trump.

"The CDC has failed America in every way," said Talento. "Its core competency was supposed to be infectious disease, and it has irreversibly lost the faith of the American people, who refuse to take its recommendations seriously anymore.

"Rather than focusing on doing that one job well, the CDC has expanded into unaccountable grantmaking and programs for chronic conditions," said Talento. "On that front, Americans—especially children—have grown exponentially sicker on its watch, including from Type II diabetes, obesity, autism, and allergies."

Overbearing policies during the pandemic raised public awareness of the CDC's influence, says Marilyn Singleton, M.D., J.D.

"I like to point out that there were good things that came out of the COVID debacle," said Singleton. "It opened everyone's eyes to the consequences of a sprawling government with unbridled power and passive acceptance of incompetence with no accountability. The CDC has become, as the adage goes, a jack-of-all-trades and a master of none."

*Bonner Russell Cohen, Ph.D. (bcohen@nationalcenter.org) is a senior fellow at the National Center for Public Policy Research.*

---

### CDC Failures

- "CDC impeded testing capabilities from the outset of the pandemic by distributing a faulty test and prohibiting use of other effective tests, causing efforts to combat the outbreak to fall hopelessly behind."

- "CDC was repeatedly slow to update its guidelines and public information based on evolving scientific information showing, for instance, that deep cleaning and surface disinfection provided no real benefit, that disease could be spread by airborne transmission, and that natural immunity resulting from infection was real and provided protection that is as good or better as vaccine protection."

- "The agency relied on faulty science in advancing damaging guidance on social distancing, masking, and school closures that led communities that trusted its authority to impose mandates that did more damage than good."

- "The agency communicated incomplete and inconclusive data as scientific fact and excluded people with opinions that challenged its preferred narrative."

Source: Joel M. Zinberg, M.D., J.D., and Drew Keyes, "Unauthorized and Unprepared: Refocusing the CDC after COVID-19," Paragon Health Institute, August 2023

---

> "The CDC has failed America in every way. Its core competency was supposed to be infectious disease, and it has irreversibly lost the faith of the American people, who refuse to take its recommendations seriously anymore."
>
> **KATY TALENTO**
> **CEO**
> **ALLBETTER HEALTH**