February 12, 2024

Judge Anthony J. Trenga
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314



Dear Honorable Trenga,

I hope this message finds you well.

I am writing to respectfully request your reconsideration in reissuing a check from the Capitol One Settlement related to the Capital One Consumer Data Security Breach Litigation, MDL No 1:19md2915 (AJT/JFA). Although it is past the court-mandated deadline, I hope you will make an exception after hearing my story.

When I received the settlement offer, I opted to receive a check mailed to me without my apartment number. I believe it was returned to the issuer and resent to me again without the apartment number. It ended up in my neighbor's mailbox, and I did not receive it until February 5, 11 days after the deadline to reissue the check had passed. I immediately contacted the Settlement Administrator on February 6, but they could not help me. Therefore, I am contacting you directly in the hope that you will reconsider my request.

As a single, middle-aged Latina who started her own business in 2020, the $707.31 award would significantly impact my life. I support myself and help care for my elderly parents, who live in California, and I employ a part-time assistant who helps me with my business. The money would help me cover expenses crucial to my daily life.

Here are some examples:

- 1.5 round-trip airline tickets to California to care for my parents,
- Five months' worth of groceries
- 2.5 months of utilities
- One month's partial rent
- A year's worth of dog food.

I submitted all the required documentation to qualify for the claim and was awarded the settlement. It was a clerical error that prevented me from cashing the check, and I hope you can understand that it was beyond my control. I have included a photocopy of the required documentation for your review. There are two copies – one is a copy of the original letter that includes my notes and a cleaner version for your review. A copy of the mailing envelope is also included. I have also emailed this letter to you at Anthony_Trenga@vaed.uscourts.gov.

In conclusion, I am kindly requesting your reconsideration in reissuing the check. It would make a significant difference in my life, and I would be forever grateful for your understanding and assistance. Thank you in advance for your kind consideration.

All my best,
Lisa Labrado
59 Scholes Street, **#207**
Brooklyn, NY 11206
917.399.5120

CAPITAL ONE SETTLEMENT
PO BOX 4199
PORTLAND OR 97208-4199

| | |
|---|---|
| CHECK DATE: | DECEMBER 14, 2023 |
| CHECK NUMBER: | 928044 |
| CHECK AMOUNT: | $707.31 |
| TRACKING NUMBER: | 60520881 |




*400551821434876953*
000 0002734 00000000 0001 0001 02734 INS: 0 0
LISA LABRADO
59 SCHOLES ST
BROOKLYN NY 11206-1839

Dear Lisa Labrado,

This check is issued pursuant to the terms of the class action Settlement in the matter entitled *In re: Capital One Consumer Data Security Breach Litigation*, MDL No 1:19md2915 (AJT/JFA). You submitted a claim for a settlement award, and the Settlement Administrator has determined it was timely and valid. After reviewing your claim and all supporting documentation, the Settlement Administrator has determined this to be the final amount you are entitled to receive for your claim under the terms of the Settlement. The enclosed check constitutes full satisfaction of your claim.

The enclosed check is only valid until **January 26, 2024**. Please deposit promptly.

If you have any questions about your award, please contact the Settlement Administrator at 1-855-604-1811, or payments@CapitalOneSettlement.com, or P.O. Box 4518, Portland, OR 97208-4518.

---

CAPITAL ONE SETTLEMENT
PO BOX 4199
PORTLAND OR 97208-4199

The Huntington National Bank

25-2
440

| CHECK NUMBER | DATE |
|---|---|
| 928044 | 12/14/2023 |

Void if not negotiated by January 26, 2024.

PAY EXACTLY ********** SEVEN HUNDRED SEVEN AND 31/100 DOLLARS

AMOUNT
$707.31

PAY TO THE ORDER OF:
LISA LABRADO

This check may not be cashed at a check cashing agency or money service business.

Authorized Signature

⑈000928044⑈ ⑆044000024⑊ 018939564 70⑈

CAPITAL ONE SETTLEMENT
PO BOX 4199
PORTLAND OR 97208-4199

 

*400551821434876953*
000 0002734 00000000 0001 0001 02734 INS: 0 0
LISA LABRADO
59 SCHOLES ST
BROOKLYN NY 11206-1839

| | |
|---|---|
| CHECK DATE: | DECEMBER 14, 2023 |
| CHECK NUMBER: | 928044 |
| CHECK AMOUNT: | $707.31 |
| TRACKING NUMBER: | 60520881 |

*[handwritten annotations: "reissue ended", "120 pymnt issued sept 28, 2023", "401 Courthse Sq Room 700 Alyaedr VA 22314", "VOIDED / pymnt not selected"]*

Dear Lisa Labrado,

This check is issued pursuant to the terms of the class action Settlement in the matter entitled *In re: Capital One Consumer Data Security Breach Litigation*, MDL No 1:19md2915 (AJT/JFA). You submitted a claim for a settlement award, and the Settlement Administrator has determined it was timely and valid. After reviewing your claim and all supporting documentation, the Settlement Administrator has determined this to be the final amount you are entitled to receive for your claim under the terms of the Settlement. The enclosed check constitutes full satisfaction of your claim.

The enclosed check is only valid until **January 26, 2024**. Please deposit promptly.

If you have any questions about your award, please contact the Settlement Administrator at 1-855-604-1811, or payments@CapitalOneSettlement.com, or P.O. Box 4518, Portland, OR 97208-4518.

*[handwritten: "mail opened sept 28 te settlement fncl", "Anthy J Trga East District VA"]*

---

CAPITAL ONE SETTLEMENT
PO BOX 4199
PORTLAND OR 97208-4199

The Huntington National Bank

25-2 / 440

CHECK NUMBER 928044    DATE 12/14/2023

Void if not negotiated by January 26, 2024.

PAY EXACTLY ********** SEVEN HUNDRED SEVEN AND 31/100 DOLLARS

AMOUNT $707.31

This check may not be cashed at a check cashing agency or money service business.

PAY TO THE ORDER OF:
LISA LABRADO

Nicole Han
Authorized Signature

⑆000092804⑆ ⑈044000024⑈ 018939564 70⑈

